# EXHIBIT 1

**To:** Littlefield, Kathy|
**From:** ellen laybourne
**Sent:** Fri 2/12/2016 2:20:30 PM
**Importance:** Normal
**Subject:** Re: satan
**MAIL_RECEIVED:** Fri 2/12/2016 2:21:28 PM

Thank you for responding. I spent a few minutes before my first email (as that is all the time I have to devote to this issue) looking for info on the court decision that was relied upon by the Mayor's office and within their statement.

If the Ballard case is an example of the interpretation of the Supreme Court's language, then we have certainly fallen off a cliff (not that it would be the first time). Does the City publish the invocations? At this point, I would be interested in the Satanists "religious" views.

Perhaps all of us should claim that our thoughts are "religious" no matter how bizarre and void of historical/cultural standing. See below.

As the case of *United States v. Ballard*, 322 U.S. 78, 64 S. Ct. 882, 88 L. Ed. 1148 (1944), demonstrates, the Supreme Court must look to the sincerity of a person's beliefs to help decide if those beliefs constitute a religion that deserves constitutional protection. The *Ballard* case involved the conviction of organizers of the I Am movement on grounds that they defrauded people by falsely representing that their members had supernatural powers to heal people with incurable illnesses. The Supreme Court held that the jury ... should not decide whether the claims of the I Am members were actually true, only whether the members honestly believed them to be true, thus qualifying the group as a religion under the Supreme Court's broad definition.

Read more: Religion - Establishment Clause, Jesus, Meet Santa, Agostini V. Felton, Free Exercise Clause, Religious Oaths Prohibited - Supreme, Court, Amendment, and Beliefs - JRank Articles http://law.jrank.org/pages/9755/Religion.html#ixzz3zzSs7yKN

---

**From:** "Littlefield, Kathy"
**To:** ellen laybourne
**Sent:** Thursday, February 11, 2016 6:41 PM
**Subject:** RE: satan

Thank you for your email.

First, Council hasn't had a say on this issue one way or the other. This is a decision made by the Mayor's office. I found out about it from my emails after our last Council meeting.

Second, after checking on the legality issue, according to the Supreme Court's decision our choice is to allow it or discontinue all religious prayers at the beginning of the meeting. Personally, I like having the prayers, do NOT want the Satanists, and I think this is taking equality too far. However, we are all sworn to uphold the law and cannot disobey it just because we find it undesirable and stupid.

Finally, I suppose we could do as Phoenix has done and not have any prayers (our only other legal option). However, I believe that result is exactly what the Satanists want - for us to be forced to deny prayers at the start of our meetings and not be able to publically ask for God's blessing and guidance. That is why they are going to so many different Arizona cities.

Personally, I do not relinquish my religious freedom of prayer so it is not an acceptable solution.

Councilwoman Kathy Littlefield

---

**From:** ellen laybourne
**Sent:** Wednesday, February 10, 2016 12:00 PM
**To:** City Council
**Subject:** satan

No wonder I could not find info on the Phoenix Satanic "church", according to the Satanic Temple website there is no Phoenix/Arizona chapter.

Andersn-PR015373

# EXHIBIT 2

2/7/2018

 Gmail

**Jeremy Zarzycki**

## Invocation for TST

**Jeremy Zarzycki**
To: !

Tue, Feb 23, 2016 at 2:46 PM

Hey Kelly,

Just confirming that The Satanic Temple cannot attend to do the April 5 invocation.  When is your next available date?  Let me know when you can, thanks.

--
Jeremy Zarzycki

# EXHIBIT 3

 **Gmail**

Jeremy Zarzycki

## Invocation for TST

**Kuester, Kelli** ·
To: Jeremy Zarzycki

Wed, Feb 24, 2016 at 4:00 PM

Hi Jeremy,

Thank you for your email.  The next available date to provide an invocation would be either July 5th or July 6th.

Please let me know at your earliest convenience which date works best.

Best,

Kelli Kuester

Management Assistant to Mayor & City Council

**From:** Jeremy Zarzycki
**Sent:** Tuesday, February 23, 2016 2:47 PM
**To:** Kuester, Kelli
**Subject:** Invocation for TST

[Quoted text hidden]

EXHIBIT 4

**To:**      City Council
**From:**    Kuester, Kelli
**Sent:**    Mon 3/14/2016 1:26:30 PM
**Importance:**      Normal
**Subject:**   Satanic Temple- Important Update
**MAIL_RECEIVED:**   Mon 3/14/2016 1:26:32 PM

Dear City Council,

Please let me clear up any confusion. As you know, the Satanic Temple was scheduled for April 5th. After they scheduled, we reached out to everyone on our list of faith leaders to try and book as many dates as possible. Unfortunately, we weren't able to secure someone else to commit to the invocation on July 6th. After the Satanic Temple cancelled, they reached out to re-schedule so as of now we are expecting them on July 6th as our legal direction was to treat them the same as other faith organizations until this matter is reviewed and we receive different direction.

If you know of any faith leaders who may want to provide an invocation at an upcoming meeting, please feel free to share their contact information with me and I am happy to reach out to them.

My apologies as I honestly thought this was communicated to you and I am sorry this was not made clear sooner.

Best,

Kelli Kuester

Management Assistant to Mayor & City Council

Andersn-PR015255

# EXHIBIT 5

**To:**      Dr Sandy Kramer
**From:**    Dr Sandy Kramer
**Sent:**    Fri 3/17/2016 6:19:13 PM
**Importance:**       Normal
**Subject:**   Scottsdale - Satanic Assembly invocation
**MAIL_RECEIVED:**    Fri 3/17/2016 6:19:52 PM
1891100_10203118892474170_1720399993_n.jpgoh=f255c2cdb296366adb2d073f7fc0b19d&oe=5792FC27

http://www.scottsdaleindependent.com/opinions/klapp-enough-enough-no-satanic-prayer-at-scottsdale-council-meetings/



**Klapp: enough is enough, no Satanic prayer at Scottsdale council meetings**
By Suzanne Klapp Mar 16th, 2016

There is little about city council meetings that I cannot tolerate. I support freedom of speech and welcome people to come to the city Kiva and express their opinions about many subjects. My patience is very well established.



**Suzanne Klapp**

Fault me if you want, but enough is enough when a Satanist group, not even based in Scottsdale, wants to disrupt our meetings by giving an invocation to the entire council meeting audience. And, it is certain this will be a disruption.

The group applied to come to the meeting in April, then backed off when the city administration approved the request. It was obvious the group was just testing our response. We had a slight reprieve, until they came back with another request recently and were given July 6 as the date to be at the council meeting.

It's time to make it clear that a rule must be established about who can come and what kind of message is expected. We already have restrictions on who came come to make presentations at the beginning of the council proceedings. There is no current rule related to the invocation.

I welcome all religions that are based in Scottsdale, have an established physical location — church, synagogue or mosque, which provides an uplifting message to its members, and that will bless the council proceedings. Perhaps this can be the rule, but I am open to other suggestions.

I do not welcome a Satanist group. If they do come, you will not see me bow my head to their message. I will leave the meeting until the "invocation" is over. I will join other faith groups who have promised to hold prayer sessions outside the building. My faith tells me that this is the only action I can take.

I am comfortable with my decision.

*Editor's note: Ms. Klapp is a member of Scottsdale City Council*

Andersn-PR015230

# EXHIBIT 6

**To:**
**From:** Smith, David N
**Sent:** Tue 5/23/2016 5:01:57 PM
**Importance:** Normal
**Subject:** RE: Urgent Message for Mayor Jim Lane and City Council Members
**MAIL_RECEIVED:** Tue 5/23/2016 5:01:58 PM


Dear Corinna...


As an update, please be advised the Satanic Temple *will not give the opening invocation* at an upcoming Scottsdale City Council meeting.


Temple representatives have been advised the City is not going to deviate from its long standing practice of having the invocation given only by representatives from institutions that have a substantial connection to the Scottsdale community.


Thank you for taking the time to make your voice heard.


David


**From:** Smith, David N
**Sent:** Tuesday, March 22, 2016 9:14 AM
**To:** Corinna Swetz
**Subject:** RE: Urgent Message for Mayor Jim Lane and City Council Members


Dear Corinna...


Thank you for taking the time to write about the proposed invocation by the Satanic Temple. Their invocation was originally scheduled for April 5, but was postponed at their request.


Please be assured I share your sentiments. I am informed permission was given, relying on a Supreme Court opinion that this *"religion"* is protected by the First Amendment...an absurd notion, even if not surprising.


I wish (and intend) my deliberations on Council to be blessed and guided by God alone. I genuinely appreciate your input.


David


Andersn-PR015286

# EXHIBIT 7

## Jeremy Zarzycki

| | |
|---|---|
| **From:** | Kuester, Kelli |
| **Sent:** | Monday, May 23, 2016 3:29 PM |
| **To:** | Jeremy Zarzycki |
| **Subject:** | July 6th Invocation |

Dear Mr. Zarzycki,

The City Manager has asked me to inform you that he has decided that the City is not going to deviate from its long standing practice of having the invocation given only by representatives from institutions that have a substantial connection to the Scottsdale community.  Therefore we are making other arrangements for the invocation to be given on July 6th.

I appreciate your time.

Best,

Kelli Kuester
Management Assistant to Mayor & City Council

1

EXHIBIT 8



## Like Scottsdale?
## Keep Mayor Lane!

### Two Littlefields Are Too Much.
As Are The Stark Differences Between The Two Candidates.

### Mayor Lane
### Bob Littlefield

# Two Littlefie

## As Are The Stark Differen

# Mayor Lane

✓ Helped Scottsdale recover from the
Great Recession with pro-business
policies and without raising taxes.

✓ Stopped so called "Satanists"
from mocking City Hall traditions
with a "prayer."

✓ Believes the public not politicians
should have the final vote on the
Desert Discovery Center in the
McDowell Sonoran Preserve,
even including that right in the
city's constitution.

✓ Well-regarded for his integrity.

✓ Proposed and passed a city reform
stopping taxpayer subsidies for
developers.

⚠ ETHICS

Two Littlefield

Kathy Littlefield cur

him serve

# EXHIBIT 9





Standing Up To Satanists. Standing For Traditional Invocations.

In Scottsdale we've told Satanists who want to disrupt our invocations that's not going to happen.

You have probably been reading about a new "Satanic Temple" that has been going from city to city seeking to deliver invocations ahead of city council meetings. I believe the real goal of this group is to force cities to abandon traditional invocations.

We're not letting that happen in Scottsdale.

The city has said no to this Tucson-based "Satanic Temple" that demanded to lead an invocation.

You can read about it in this editorial from the Arizona Republic (http://mailer.lane4scottsdale2016.com/ga/click/2-824106112B-2701-519415826-aa6cf7fe09-84d87a9773).

This group's thinking is that cities want to avoid any possible conflicts and would choose to do away with traditional invocations rather than allow someone to extol the virtues of Satan before a city council meeting. Phoenix did this.

In Scottsdale we've decided to keep our traditional invocations and we've decided to send this Satanist sideshow elsewhere.

Only institutions with a substantial connection to the Scottsdale community will be allowed to give invocations. And this city is blessed to have institutions from many faiths.

These so-called Satanists who wanted to turn our invocation into a publicity circus won't get that opportunity in Scottsdale.

Some say just let them do a "Satanic Prayer" and walk out. That's not good enough. Rather than walk out, we're standing up to this ridiculing of religion.

Some things are worth fighting for.

These invocations celebrate our diversity, as we have heard respectful and thoughtful messages from Christians, Jews, Muslims, Buddhists, Hindus and countless other faiths.

But this Satanist group isn't interested in co-existing. This group is about silencing invocations and making a mockery of those with faith.

Not on my watch. Not in the best city in America. We're telling the Satanists, hell no.

Standing Up To Satanists.Standing For Traditional Invocations.

In Scottsdale we've told Satanists who want to disrupt our invocations that's not going to happen.

You have probably been reading about a new "Satanic Temple" that has been going from city to city seeking to deliver invocations ahead of city council meetings.

I believe the real goal of this group is to force cities to abandon traditional invocations. We're not letting that happen in Scottsdale.

The city has said no to this Tucson-based "Satanic Temple" that demanded to lead an invocation. You can read about it in this editorial from the Arizona Republic (http://mailer.lane4scottsdale2016.com/ga/click/2-8241061-128-2701-5194-15826-aa6cf7fe09-84d87a9773).

This group's thinking is that cities want to avoid any possible conflicts and would choose to do away with traditional invocations rather than allow someone to extol the virtues of Satan before a city council meeting. Phoenix did this.

In Scottsdale we've decided to keep our traditional invocations and we've decided to send this Satanist sideshow elsewhere.

Only institutions with a substantial connection to the Scottsdale community will be allowed to give invocations. And this city is blessed to have institutions from many faiths.

These so-called Satanists who wanted to turn our invocation into a publicity circus won't get that opportunity in Scottsdale.

Some say just let them do a "Satanic Prayer" and walk out. That's not good enough. Rather than walk out, we're standing up to this ridiculing of religion.

Some things are worth fighting for.

These invocations celebrate our diversity, as we have heard respectful and thoughtful messages from Christians, Jews, Muslims, Buddhists, Hindus and countless other faiths.

But this Satanist group isn't interested in co-existing. This group is about silencing invocations and making a mockery of those with faith.

Not on my watch. Not in the best city in America. We're telling the Satanists, hell no

Standing Up To Satanists.Standing For Traditional Invocations.

In Scottsdale we've told Satanists who want to disrupt our invocations that's not going to happen.

You have probably been reading about a new "Satanic Temple" that has been going from city to city seeking to deliver invocations ahead of city council meetings.

I believe the real goal of this group is to force cities to abandon traditional invocations. We're not letting that happen in Scottsdale.

The city has said no to this Tucson-based "Satanic Temple" that demanded to lead an invocation. You can read about it in this editorial from the Arizona Republic (http://mailer.lane4scottsdale2016.com/ga/click/2-8241061-128-2701-5194-15826-aa6cf7fe09-84d87a9773).

This group's thinking is that cities want to avoid any possible conflicts and would choose to do away with traditional invocations rather than allow someone to extol the virtues of Satan before a city council meeting. Phoenix did this.

In Scottsdale we've decided to keep our traditional invocations and we've decided to send this Satanist sideshow elsewhere.

Only institutions with a substantial connection to the Scottsdale community will be allowed to give invocations. And this city is blessed to have institutions from many faiths.

These so-called Satanists who wanted to turn our invocation into a publicity circus won't get that opportunity in Scottsdale.

Some say just let them do a "Satanic Prayer" and walk out. That's not good enough. Rather than walk out, we're standing up to this ridiculing of religion.

Some things are worth fighting for.

These invocations celebrate our diversity, as we have heard respectful and thoughtful messages from Christians, Jews, Muslims, Buddhists, Hindus and countless other faiths.

But this Satanist group isn't interested in co-existing. This group is about silencing invocations and making a mockery of those with faith.

Not on my watch. Not in the best city in America. We're telling the Satanists, hell no