# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):** The Satanic Temple ; Michelle Shortt

**Defendant(s):** City of Scottsdale ; Jim Lane ; Suzanne Klapp ; Virginia Korte ; Kathy Littlefield ; Guy Phillips ; David Smith

County of Residence: Pima

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

Plaintiff's Atty(s):

**Stuart P de Haan , Attorney**
de Haan Law Firm, PLLC
100 N Stone Ste. 512
Tucson, Arizona  85701
5203584089

Defendant's Atty(s):

II. Basis of Jurisdiction:   **3. Federal Question (U.S. not a party)**

III. Citizenship of Principal Parties (**Diversity Cases Only**)

Plaintiff:- **1 Citizen of This State**
Defendant:- **1 Citizen of This State**

IV. Origin :   **1. Original Proceeding**

V. Nature of Suit:   **440 Other Civil Rights**

<u>VI.Cause of Action:</u>   **42 USC 1983 claim arising from discriminatory prayer practice at opening of Scottsdale's City Council meetings.**

<u>VII. Requested in Complaint</u>

    Class Action: **No**
    Dollar Demand:
    Jury Demand: **Yes**

<u>VIII. This case</u> **is not related** to another case.

---

**Signature: <u>Stuart P. de Haan</u>**

**Date: <u>2/23/2018</u>**

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014