# EXHIBIT 1

REPLY IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS

*The Satanic Temple and Michelle Shortt v. City of Scottsdale*

Case No. 18-cv-00621-DGC

## Crum, Joshua M.

**From:** Crum, Joshua M.
**Sent:** Tuesday, June 12, 2018 2:11 PM
**To:** 'stu.dehaan@gmail.com'
**Subject:** Notice of Satanic Temple Motion to Dismiss

Mr. de Haan,

This email is to inform you that the City will be filing today, with its answer, a motion to dismiss your client's complaint on grounds that it fails to state a claim against the City and the individual defendants. To comply with LRCiv 12.1, the specific grounds for the motion are that 1) the claims against the City Council are duplicative and fail to identify what actions the City Council took in violating your clients' rights; 2) that your complaint fails to state an establishment clause claim; 3) that your complaint fails to state a claim under the equal protection clause because such claims are governed by the establishment clause alone; 4) that your client's state law claim is untimely; and 5) that your clients' 1983 claim fails because the underlying constitutional claims fail. We do not believe that these claims can be saved by any permissible amendment.

Thank you,

**Josh Crum** | Assistant City Attorney
**City Attorney's Office** | City of Scottsdale
3939 N. Drinkwater Blvd. | Scottsdale, AZ 85251
480.312.2661 | jcrum@scottsdaleaz.gov