# EXHIBIT 2

REPLY IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS

*The Satanic Temple and Michelle Shortt v. City of Scottsdale*

Case No. 18-cv-00621-DGC

# Crum, Joshua M.

| | |
|---|---|
| **From:** | azddb_responses@azd.uscourts.gov |
| **Sent:** | Tuesday, June 12, 2018 3:40 PM |
| **To:** | azddb_nefs@azd.uscourts.gov |
| **Subject:** | Activity in Case 2:18-cv-00621-DGC Satanic Temple et al v. Scottsdale, City of et al Motion to Dismiss for Failure to State a Claim |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### DISTRICT OF ARIZONA

## Notice of Electronic Filing

The following transaction was entered by Crum, Joshua on 6/12/2018 at 3:39 PM MST and filed on 6/12/2018

| | |
|---|---|
| **Case Name:** | Satanic Temple et al v. Scottsdale, City of et al |
| **Case Number:** | 2:18-cv-00621-DGC |
| **Filer:** | Suzanne Klapp |
| | Virginia Korte |
| | WJ Layne |
| | Kathy Littlefield |
| | Guy Phillips |
| | Scottsdale, City of |

**Document Number:** 8

**Docket Text:**
**MOTION to Dismiss for Failure to State a Claim by Suzanne Klapp, Virginia Korte, WJ Layne, Kathy Littlefield, Guy Phillips, Scottsdale, City of. (Crum, Joshua)**

**2:18-cv-00621-DGC Notice has been electronically mailed to:**

Joshua Michael Crum     jcrum@scottsdaleaz.gov, legal@scottsdaleaz.gov

Stuart Patrick deHaan     stu.dehaan@gmail.com, dehaanlaw@yahoo.com

**2:18-cv-00621-DGC Notice will be sent by other means to those listed below if they are affected by this filing:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=6/12/2018] [FileNumber=17772900-0] [905a10849f23e0fef02b2dcd76216eaa48a0a274e0f44299d41771dd94abb6d1fad665aaef0a73f4ad62240d21ed48a1243776e55cb2afd2703b955f05edfbe8]]