IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES – SCHEDULING CONFERENCE

Phoenix Division

CIV 18-621-PHX-DGC                           DATE: 8/9/2018
Year   Case No   Initials

Title: Satanic Temple, et.al.,     vs. City of Scottsdale, et.al.,
           Plaintiffs                         Defendants
======================================================================

HON: DAVID G. CAMPBELL


 Traci C. Abraham                   Christine Coaly
        Deputy Clerk                      Court Reporter
APPEARANCES
Stuart Patrick deHaan
Attorney(s) for Plaintiff(s)
Joshua Crum
Attorney(s) for Defendant(s)
======================================================================

**PROCEEDINGS:**      X   Open Court       _____ Chambers        _____ Other


Scheduling conference held.

For reasons stated on the record, Defendant's motion to dismiss is granted in part and denied in part. Doc. 8. The motion is granted as to the claims against the individual defendants and granted as to count 3 state law claims. The motion is denied as to count 1 establishment clause claim and count 2 equal protection claim.

Scheduling deadlines discussed and entered. Court will enter the case management order.