**SCOTTSDALE CITY ATTORNEY'S OFFICE**
3939 North Drinkwater Boulevard
Scottsdale, Arizona  85251
Telephone (480) 312-2405
Joshua M. Crum (SBN 027302)
legal@scottsdaleaz.gov
**Attorneys for City Defendants**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| The Satanic Temple and Michelle Shortt, | Case No. 18-cv-00621-DGC |
| Plaintiffs, | |
| vs. | **JOINT REPORT ON SETTLEMENT TALKS** |
| City of Scottsdale, Arizona, by its City Council, consisting of the Mayor and council members, WJ Jim Layne, Suzanne Klapp, Virginia Korte, Kathy Littlefield, Guy Phillips, David Smith, | |
| Defendants. | |

As required by the Case Management Order in this matter, Defendant City of Scottsdale and Plaintiffs The Satanic Temple and Michelle Shortt submit this joint report on settlement talks. Undersigned counsel have met and conferred in person, and engaged in good faith settlement talks, the latest of which took place on January 29, 2019. The parties were unable to reach any settlement at that time but agreed to continue to evaluate the possibility of settlement. The parties do not require the Court's assistance in seeking settlement at this time.

DATED this 1st day of February, 2019.

**SCOTTSDALE CITY ATTORNEY'S OFFICE**

By: /s/ Joshua M. Crum
    Joshua M. Crum, Assistant City Attorney
    3939 North Drinkwater Boulevard
    Scottsdale, Arizona 85251
    Attorneys for City Defendants

**DE HAAN LAW FIRM, PLLC**

By: /s/ Stuart P. de Haan
    Stuart P. de Haan
    100 N Stone Ave., Suite 512
    Tucson, Arizona 85701
    Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of February, 2019, I electronically transmitted the attached document to the Clerk's office using CM/ECF System for filing, and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Stuart P. de Haan
de Haan Law Firm, PLLC
100 N Stone Ave., Suite 512
Tucson AZ, 85701
Attorneys for Plaintiffs

By: /s/ Vickie Frost
An Employee of the Scottsdale City Attorney's Office