DISTRICT JUDGE'S CIVIL MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| U.S. Senior United States District Judge: David G. Campbell | Date: July 29, 2019 |
| Case Number: CV-18-00621-PHX-DGC | |
| Satanic Temple et al v. Scottsdale, City of et al | |

APPEARANCES:

| Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|
| Matthew A. Kezhaya | Scot L. Claus |
| Stuart Patrick deHaan | Holly Marie Zoe |
| | Vail Choji Bryant Cloar |

TELEPHONIC CONFERENCE:

The Court sets a 2-day bench trial for **December 16, 2019 at 9:00 a.m**. in Courtroom 603. A Final Pretrial Conference is set for **December 6, 2019 at 3:00 p.m.** in Courtroom 603. Each party is permitted 5½ hours of trial time.

Plaintiffs have until **August 12, 2019** to comply with Rule 17(a)(3). Rather than amend the Complaint, Plaintiffs shall file a short memorandum with the Court that explains what their intent is with respect to having the real party in interest appear in the case. A Telephonic Conference is set for **August 15, 2019 at 3:00 p.m.** to discuss whether briefing will be necessary in light of the August 12 filing. The parties shall provide a call-in number to the Court by noon on August 14, 2019.

Deputy Clerk: Christine Boucher
Court Reporter: Patricia Lyons

**Start: 3:35 p.m.**
**Stop: 4:38 p.m.**