IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Satanic Temple, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>City of Scottsdale, et al.,<br><br>  Defendants. | No. CV18-0621 PHX DGC<br><br>**ORDER** |

Pursuant to Rule 16(d) of the Federal Rules of Civil Procedure, a Final Pretrial Conference shall be held on **December 6, 2019 at 3:00 p.m.** in Courtroom 603, Sandra Day O'Connor U.S. Federal Courthouse, 401 W. Washington St., Phoenix, Arizona 85003-2151. Trial in this matter shall begin on **December 16, 2019, at 9:00 a.m.** This case will be tried to the Court. Each side shall be permitted **5.5 hours** of trial time. In preparation for this Final Pretrial Conference, it is hereby Ordered:

1. Each party shall lodge proposed findings of fact and conclusions of law with the Proposed Final Pretrial Order no later than **4:00 p.m.** on **November 22, 2019**. The proposed findings of fact and conclusions of law shall also be submitted in Word format to Nancy_Outley@azd.uscourts.gov. The Court will keep track of each side's time. Opening and closing statements, direct examination, and cross-examination shall be counted against the parties' allotted time.

2. The attorneys who will be responsible for the trial of the case shall attend the Final Pretrial Conference

3. The parties jointly shall prepare a Proposed Final Pretrial Order and shall lodge it with the Court no later than **4:00 p.m.** on **November 22, 2019**. Preparation and lodging of the Proposed Final Pretrial Order in accordance with the requirements of this Order shall be deemed to satisfy the disclosure requirements of Rule 26(a)(3) of the Federal Rules of Civil Procedure. The parties shall submit a copy of the Proposed Final Pretrial Order to the Court in Word format to Nancy_Outley@azd.uscourts.gov.

4. The Proposed Final Pretrial Order shall include the information prescribed in the Joint Proposed Final Pretrial Order form found at www.azd.uscourts.gov under: (1) Judges' Information, (2) Orders, Forms and Procedures, and (3) David G. Campbell. Information shall not be set forth in the form of a question, but shall be presented in concise narrative statements.

5. The Court will not allow the parties to offer any exhibit, witness, or other evidence that was not disclosed in accordance with the provisions of this Order and the Federal Rules of Civil Procedure and listed in the Proposed Final Pretrial Order, except to prevent manifest injustice. Objections to witnesses and documents should also be listed.

6. The parties shall exchange drafts of the Proposed Final Pretrial Order no later than **14 days** before the submission deadline. The Plaintiff(s) shall have the burden of initiating communications concerning the Proposed Final Pretrial Order.

7. The parties shall (a) number and mark exhibits in accordance with the instructions found in Exhibit Marking Instructions at www.azd.uscourts.gov under Judges and Courtrooms and Orders, Forms and Procedures (such numbers shall correspond to exhibits numbers listed in the Proposed Final Pretrial Order); (b) meet in person and exchange marked copies of all exhibits to be used at trial no later than **14 days** before the submission deadline for the Proposed Final Pretrial Order (any exhibit not marked and exchanged at this meeting shall be precluded at trial); and (c) eliminate any duplicate exhibits while meeting to exchange exhibits.

8. In order to facilitate the creation of an accurate record, the parties shall file a "Notice to Court Reporter" **one week before trial** containing the following information that may be used at trial:

    (a) Proper names, including those of witnesses.

    (b) Acronyms.

    (c) Geographic locations.

    (d) Technical (including medical) terms, names or jargon.

    (e) Case names and citations.

    (f) Pronunciation of unusual or difficult words or names.

9. The parties shall be prepared to advise the Court at the Final Pretrial Conference of the status of settlement discussions. Should settlement be reached at any time, the parties promptly shall file a Notice of Settlement with the Clerk of the Court.

10. Counsel shall review Judge Campbell's statement of Trial Conduct and Decorum before the Final Pretrial Conference. A copy can be found on the Court's website at www.azd.uscourts.gov under: (1) Judges and Courtrooms, (2) Orders, Forms and Procedures, and (3) David G. Campbell.

11. Full and complete compliance with this Order shall be required by the Court.

Dated this 6th day of August, 2019.

*David G. Campbell*
David G. Campbell
Senior United States District Judge