**Exhibit 1:**
A partial list of non-Scottsdale presenters of the legislative prayer ceremony

| No. | Name | Organization | Address | Date | Source |
|---|---|---|---|---|---|
| 1 | Katie Kahle | Arizona Community Action Assoc. | 2700 N. 3rd St., Phoenix, AZ | Not available ("N/A") | Doc. 32-4 at 2 |
| 2 | Renee Ouellet | Arizona Community Action Assoc. | 2700 N. 3rd St., Phoenix, AZ | N/A | Doc. 32-4 at 2 |
| 3 | Tricia Hoyt | Catholic Charities Parish & Comm. Eng | 4747 North 7th Ave. Phoenix, AZ | N/A | Doc. 32-4 at 2 |
| 4 | Diana Stickney | Catholic Charities Parish & Comm. Eng | 4747 North 7th Ave. Phoenix, AZ | N/A | Doc. 32-4 at 2 |
| 5 | Bob Montheard | Church of the Nativity | 7010 E Chauncey Ln #100 Phoenix, AZ | N/A | Doc. 32-4 at 2 |
| 6 | Angel Juarez | Comtrans, Inc. | 2336 E. Magnolia St. Phoenix, AZ | N/A | Doc. 32-4 at 2 |
| 7 | Chuck Fitzgerald | Dept. of Economic Security | 1789 W. Jefferson St. Phoenix, AZ | N/A | Doc. 32-4 at 3 |
| 8 | Nancy Splain | DUET | 555 West Glendale Ave. Phoenix, AZ | N/A | Doc. 32-4 at 3 |

| | | | | | |
|---|---|---|---|---|---|
| 9 | Hazel Chandler | First Things First | 1921 S. Alma School Rd. Mesa, AZ | N/A | Doc 32-4 at 3 |
| 10 | Joanne Floth | First Things First | 1921 S. Alma School Rd. Mesa, AZ | N/A | Doc 32-4 at 3 |
| 11 | Teri Duhart | First Things First | 1921 S. Alma School Rd. Mesa, AZ | N/A | Doc 32-4 at 3 |
| 12 | Debbra Diterman | Foothills Caring Corp | P.O. Box 5892 Carefree, AZ | N/A | Doc 32-4 at 3 |
| 13 | Carol Hampton | Foothills Caring Corp | P.O. Box 5892 Carefree, AZ | N/A | Doc 32-4 at 3 |
| 14 | Virginia Workman | Foothills Caring Corp | P.O. Box 5892 Carefree, AZ | N/A | Doc 32-4 at 3 |
| 15 | Peter Kirwin | Franciscan Renewal Center | 5802 E. Lincoln Dr. Paradise Valley, AZ | N/A | Doc 32-4 at 3 |
| 16 | Patti Sills-Trausch | Franciscan Renewal Center | 5802 E. Lincoln Dr. Paradise Valley, AZ | N/A | Doc 32-4 at 3 |
| 17 | Charlie Brown | Franciscan Renewal Center | 5802 E. Lincoln Dr. Paradise Valley, AZ | N/A | Doc 32-4 at 3 |
| 18 | Dell Piech | Franciscan Renewal Center | 5802 E. Lincoln Dr. Paradise Valley, AZ | N/A | Doc 32-4 at 3 |
| 19 | Mary Schraven | Jewish Family & Children Services | 4747 N. 7th St., Suite 100 Phoenix, AZ | N/A | Doc 32-4 at 3 |

| | | | | | |
|---|---|---|---|---|---|
| 20 | Kim Ballein | Jewish Family & Children Services | 6376 W. Bell Road Glendale, AZ | N/A | Doc 32-4 at 4 |
| 21 | Kimberly Piehl | Maggie's Place | P.O. Box 1102 Phoenix, AZ | N/A | Doc 32-4 at 4 |
| 22 | Theresa Price | Native American Edu. Prog. | 1025 North Country Club Dr. Mesa, AZ | N/A | Doc 32-4 at 4 |
| 23 | Neil Tift | Native American F&F Assoc. | 123 N. Centennial Way Mesa, AZ | N/A | Doc 32-4 at 4 |
| 24 | Tawn Watkins | Paradise Valley United Methodist Church | 4455 E. Lincoln Dr. Paradise Valley, AZ | N/A | Doc 32-4 at 5 |
| 25 | Marisue Garganta | St. Joseph Hospital & Medical Center | 350 West Thomas Road Phoenix, AZ | N/A | Doc 32-4 at 6 |
| 26 | Blue Swadener | St. Joseph the Worker | P.O. Box 13503 Phoenix, AZ | N/A | Doc 32-4 at 6 |
| 27 | Nina Lindsey | St. Joseph the Worker | P.O. Box 13503 Phoenix, AZ | N/A | Doc 32-4 at 6 |
| 28 | Carrie Vinesky | St. Theresa Catholic Church | 5045 E. Thomas Road Phoenix, AZ | N/A | Doc 32-4 at 6 |
| 29 | Cheryl Lienan | St. Theresa Catholic Church | 5045 E. Thomas Road Phoenix, AZ | N/A | Doc 32-4 at 6 |

|    | Name | Organization | Address | Date | Reference |
|----|------|--------------|---------|------|-----------|
| 30 | Charles Kieffer | St. Theresa Catholic Church | 5045 E. Thomas Road Phoenix, AZ | N/A | Doc 32-4 at 7 |
| 31 | Brian O'Donnell | SVDP - District 5 | 420 W. Watkins Road Phoenix, AZ | N/A | Doc 32-4 at 7 |
| 32 | Mary Hutchinson | Tempe Community Action | 2150 E. Orange St. Tempe, AZ | N/A | Doc 32-4 at 7 |
| 33 | Stephanie Bridgeo | The Salvation Army | 714 S. Myrtle Ave. Tempe, AZ | N/A | Doc 32-4 at 7 |
| 34 | George Eastlick | The Salvation Army | 714 S. Myrtle Ave. Tempe, AZ | N/A | Doc 32-4 at 7 |
| 35 | James Campbell, M.D. | The Wellness Center | 360 E. Palm Lane Phoenix, AZ | N/A | Doc 32-4 at 7 |
| 36 | Marleigh Parker | Valle del Sol | 1209 S. 1st Ave. Phoenix, AZ | N/A | Doc 32-4 at 7 |
| 37 | Marleigh Parker | Valle del Sol | 509 S. Rockford Dr. Tempe, AZ | N/A | Doc 32-4 at 7 |
| 38 | Joe Rubio | Valley Interfaith Project | 1802 E. Thomas Suite 15 Phoenix, AZ | N/A | Doc 32-4 at 7 |
| 39 | Paula Webb | Interfaith Council Arizona | 2406 South 24th St., Suite 214 Phoenix, Arizona | 2/28/2012 | Doc. 35-3 at 2 |

| | | | | | |
|---|---|---|---|---|---|
| 40 | Paula Webb | Interfaith Council Arizona | 2406 South 24th St., Suite 214 Phoenix, Arizona | 3/20/2012 | Doc. 35-3 at 2 |
| 41 | Paula Webb | Interfaith Council Arizona | 2406 South 24th St., Suite 214 Phoenix, Arizona | 5/22/2012 | Doc. 35-3 at 2 |
| 42 | Bryan McAnnaly | Interfaith Council Arizona | 2406 South 24th St., Suite 214 Phoenix, Arizona | 6/5/2012 | Doc. 35-3 at 2 |
| 43 | Tom Sharda | Interfaith Council Arizona | 2406 South 24th St., Suite 214 Phoenix, Arizona | 6/19/2012 | Doc. 35-3 at 2 |
| 44 | Paula Webb | Interfaith Council Arizona | 2406 South 24th St., Suite 214 Phoenix, Arizona | 8/27/2012 | Doc. 35-3 at 2 |
| 45 | Susan Frederick-Gray | Unitarian Universalists | 4027 E Lincoln Dr, Paradise Valley, AZ | 9/11/2012 | Doc. 35-3 at 2 |
| 46 | Paula Webb | Interfaith Council Arizona | 2406 South 24th St., Suite 214 Phoenix, Arizona | 2/15/2011 | Doc. 35-3 at 3 |
| 47 | Rabbi Linder | Temple Solel | 6805 E. McDonald Dr. Paradise Valley, AZ | 8/23/2011 | Doc 35-3 at 3 |

|    |                      |                              |                                                      |            |                   |
|----|----------------------|------------------------------|------------------------------------------------------|------------|-------------------|
| 48 | Paula Webb           | Interfaith Council Arizona   | 2406 South 24th St., Suite 214 Phoenix, Arizona      | 10/11/2011 | Doc. 35-3 at 3    |
| 49 | Benjamin Lundquist   | Camelback Adventist Church   | 5902 E. Camelback Road Phoenix, AZ                   | 12/13/2011 | Doc. 35-3 at 3    |
| 50 | Paula Webb           | Interfaith Council Arizona   | 2406 South 24th St., Suite 214 Phoenix, Arizona      | 3/23/2010  | Doc. 35-3 at 4    |
| 51 | Rabbi Linder         | Temple Solel                 | 6805 E. McDonald Dr. Paradise Valley, AZ             | 5/4/2010   | Doc 35-3 at 4     |
| 52 | Paula Webb           | Interfaith Council Arizona   | 2406 South 24th St., Suite 214 Phoenix, Arizona      | 6/16/2009  | Doc. 35-3 at 7    |
| 53 | Paula Webb           | Interfaith Council Arizona   | 2406 South 24th St., Suite 214 Phoenix, Arizona      | 9/8/2009   | Doc. 35-3 at 8    |
| 54 | Charles Schreibman   | Temple Chai                  | 4645 East Marilyn Road, Phoenix, Arizona             | 3/18/2009  | Doc. 35-3 at 9    |