| | |
|---|---|
| **de Haan Law Firm, PLLC**  and | **Kezhaya Law PLC** |
| 101 E. Pennington St. | 1202 NE McClain Rd. |
| Suite 201 | Bentonville, Arkansas 72712 |
| Tucson, Arizona 85701 | phone: (479) 431-6112 |
| Telephone: (520) 358-4089 | fax: (479) 282-2892 |
| Facsimile: (520) 628-4275 | email: matt@kezhaya.law |
| Stuart P. de Haan, State Bar No. 26664 | Matthew A. Kezhaya, *phv*, Ark. Bar # 2014161 |

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| **The Satanic Temple, Inc.**; **Michelle Shortt**; **United Federation of Churches, LLC** (dba "The Satanic Temple;") **Adversarial Truth LLC** (dba "The Satanic Temple – Arizona Chapter;") and **The Satanic Temple**, a voluntary group of persons, without an Arizona charter, formed by mutual consent for the purpose of promoting a common enterprise or prosecuting a common objective<br><br>          Plaintiffs,<br>     *v.*<br>**City of Scottsdale**,<br>          Defendant | Case No. 18-cv-00621-DGC<br><br>**PLAINTIFFS' MOTION TO STRIKE AFFIRMATIVE DEFENSES** |

**COME NOW** Plaintiffs, by and through counsel of record, with a motion to strike Defendant's affirmative defenses as untimely (Doc. 61 at ¶¶ 58-60) or previously disposed of (id. at ¶ 57).

## SUMMARY

Through new counsel, Defendant raised an issue of standing before July 29, 2019. As a result, the Court permitted Plaintiffs to file an amended complaint adding the "real parties in interest." Plaintiffs did so. In its answer, Defendant raises affirmative defenses which it did not previously raise, and which were not the subject of discovery. The Court should strike the affirmative defenses because the Court has previously ruled that new discovery–outside of the standing issue–will not be permitted. To permit the new affirmative defenses would allow the City a trial by ambush.

## ARGUMENT

Motions to strike are governed by FRCP 12(f). It states: "The court may strike from a pleading an insufficient defense . . . on motion made by a party either before responding to the pleading or, if a response is not allowed, within 21 days after being served with the pleading." Id.

Defendant raises four insufficient defenses in its answer which should be stricken: (1) failure to state facts upon which relief can be granted (2) unclean hands; (3) estoppel; and (4) waiver. (Doc. 61 at ¶¶ 57-60).

The primary thrust of this motion is to strike the affirmative defenses of unclean hands, estoppel, and waiver. These defenses were not raised in the original answer. Compare Doc. 7 at pp. 6-7. Because they were not raised in the original answer, Plaintiffs had no opportunity to conduct discovery on them.

The Court previously addressed discovery at the July 29 hearing. There and then, the Court reopened discovery, but only on "the issue of subject matter jurisdiction." Doc. 55. These three affirmative defenses do not sound in subject matter jurisdiction. Thus, these three issues have lied outside the scope of discovery throughout this whole case. Even if they weren't, the deadline for discovery eclipsed one week after the filing of the answer. See id.

(discovery "shall be completed by **9/27/2019**") (emphasis in original).  Therefore, these three affirmative defenses should be stricken.

Defendant's last affirmative defense which should be stricken is a claim that Plaintiffs failed to state facts upon which relief can be granted.  The claims in the amended answer survived Defendant's motion to dismiss for failure to state a claim.  (Doc. 17).  The Court also denied Defendant's motion for summary judgment.  (Doc. 43).  The Court's prior rulings dispose of this affirmative defense.

**WHEREFORE** Plaintiffs pray this Court enter an order striking the affirmative defenses at ¶¶ 57-60 of Defendant's answer to Plaintiffs' first amended complaint.

Respectfully submitted on October 2, 2019,
On behalf of Plaintiffs

| By | /s/ Stuart P. de Haan | and | /s/ Matthew A. Kezhaya |
|---|---|---|---|
| | Stuart P. de Haan, | | Matthew A. Kezhaya, |
| | AZ Bar No. 026664 | | AR Bar No. 2014161 (*pro hac vice*) |
| | Attorney for Plaintiffs | | Attorney for Plaintiffs |
| | de Haan Law Firm, PLLC | | KEZHAYA LAW PLC |
| | 101 E Pennington Avenue, Suite 201 | | 1202 NE McClain Rd |
| | Tucson, Arizona  85701 | | Bentonville AR 72712 |
| Phone | (520) 358-4089 | | (479) 431-6112 |
| Fax | (520) 628-4275 | | (479) 282-2892 |
| Email | stu.dehaan@gmail.com | | matt@kezhaya.law |

### CERTIFICATE OF SERVICE

I certify that on October 2, 2019 I electronically transmitted this document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the appropriate CM/ECF registrants.

/s/ Stuart de Haan