1    **de Haan Law Firm, PLLC**        and    **Kezhaya Law PLC**

2    101 E. Pennington St.                      1202 NE McClain Rd.

3    Suite 201                                  Bentonville, Arkansas 72712

4    Tucson, Arizona 85701                      phone: (479) 431-6112

5    Telephone: (520) 358-4089                  fax: (479) 282-2892

6    Facsimile: (520) 628-4275                  email: matt@kezhaya.law

7    Stuart P. de Haan, State Bar No. 26664     Matthew A. Kezhaya, *phv*, Ark. Bar # 2014161

8                    IN THE UNITED STATES DISTRICT COURT

9                              DISTRICT OF ARIZONA

10   THE SATANIC TEMPLE, INC.;

11   MICHELLE SHORTT;                           Case No. 18-cv-00621-DGC

12   UNITED FEDERATION OF CHURCHES,

13   LLC (dba "The Satanic Temple;")

14   ADVERSARIAL TRUTH LLC (dba "The

15   Satanic Temple – Arizona Chapter;") and

16   THE SATANIC TEMPLE, a voluntary group      PLAINTIFFS' MOTION TO STRIKE

17   of persons, without an Arizona charter,    AFFIRMATIVE DEFENSES

18   formed by mutual consent for the purpose

19   of promoting a common enterprise or

20   prosecuting a common objective

21                    Plaintiffs,

22             *v.*

23   CITY OF SCOTTSDALE,

24                    Defendant

25

26       **NOW COME** Plaintiffs, by and through counsel of record, on motion to strike Defendant's

27   affirmative defenses as untimely (Doc. 61 at ¶¶ 58-60) or previously disposed of (id. at ¶ 57).

28   Defendant, appears by and through counsel of record, in objection to the motion.  The Court,

1  being well and sufficiently advised of the facts and law herein, finds and orders that the motion

2  should be and hereby is **GRANTED**.   Defendant's affirmative defenses of unclean hands,

3  estoppel, waiver, and failure to state a claim are **STRICKEN** from its answer to amended

4  complaint.

5  **IT IS SO ORDERED**.

6

7

8

9

10  Dated                                                    The Honorable David G. Campbell,

11                                                           Senior United States District Judge for the District of Arizona

12  Prepared by:

13  Matthew A. Kezhaya

14  ABA # 2014161

15  p: (479) 431-6112

16  f: (479) 282-2892

17  e: matt@kezhaya.law

18

19

20

21

22

23

24

25

26

27

28