# EXHIBIT A

# In The Matter Of:

*The Satanic Temple and Michelle Shortt v.*
*City of Scottsdale, Arizona, by it City Council*

---

*30(b)(6) of Adversarial Truth, LLC*
*September 26, 2019*
*By Michelle Shortt*

---



GRIFFIN GROUP
INTERNATIONAL

2398 East Camelback Road, Suite 260
Phoenix, Arizona 85016

*Original File MS092619 30(b)(6) Adversarial Truth_LLC.txt*
*Min-U-Script® with Word Index*

By Michelle Shortt

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| The Satanic Temple and Michelle Shortt, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. CV18-00621-PHX-DGC |
| City of Scottsdale, Arizona, by it City Council, consisting of the Mayor and council members, WJ Jim Layne, Suzanne Klapp, Virginia Korte, Kathy Littlefield, Guy Phillips, and David Smith, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) ) |

30(B)(6) DEPOSITION OF ADVERSARIAL TRUTH, LLC

By:  Michelle Shortt

Phoenix, Arizona
Thursday, September 26, 2019
10:08 a.m.

REPORTED BY:
Kelly M. Olhausen, RPR
Certified Reporter
Certificate No. 50867

PREPARED FOR:
ASCII/COPY

(Certified Copy)

By Michelle Shortt

2

1                          I N D E X

2   WITNESS                                        PAGE

3   MICHELLE SHORTT

4          Examination by Mr. Claus                 5

5          Examination by Mr. de Haan              50

6          Further examination by Mr. Claus        52

7

8

9                        E X H I B I T S

10
    Deposition
11  Exhibits              Description             Marked

12    48    Color copy printout of Bloody Blog,     6
            dated 10/10/18
13          (7 pages)

14    49    Excerpt printout from The Satanic       35
            Temple website, dated 04/17/14
15          (1 page)

16    50    The Satanic Temple Affiliation          15
            Agreement, dated 08/10/16
17          (3 pages)

18    51    Color copy printout of Fundamental      35
            Tenets of The Satanic Temple
19          website, dated 03/26/13
            (1 page)
20
      52    Color copy printout of Tenets from      35
21          The Satanic Temple website, dated
            06/20/13
22          (1 page)

23    53    Color copy printout of Tenets from      35
            The Satanic Temple website, dated
24          07/22/13
            (1 page)

25

By Michelle Shortt

3

E X H I B I T S

| Deposition Exhibits | Description | Marked |
|---|---|---|
| 54 | Color copy printout of Tenets from The Satanic Temple website, dated 08/05/13 (1 page) | 35 |
| 55 | Color copy printout of Tenets from The Satanic Temple website, dated 09/04/13 (1 page) | 35 |
| 56 | Color copy printout of Tenets from The Satanic Temple website, dated 11/03/13 (1 page) | 35 |
| 57 | Color copy printout of Tenets from The Satanic Temple website, dated 12/12/13 (1 page) | 35 |
| 58 | Color copy printout of The Satanic Temple website news section, dated 04/21/15 (3 pages) | 54 |

4

1              30(B)(6) DEPOSITION OF ADVERSARIAL TRUTH,

2   LLC, BY MICHELLE SHORT, was taken on Thursday,

3   September 26, 2019, commencing at 10:08 a.m. at the law

4   offices of Dickinson Wright, PLLC, 1850 North Central

5   Avenue, Suite 1400, Phoenix, Arizona, before Kelly M.

6   Olhausen, a Certified Reporter in the State of Arizona.

7   COUNSEL APPEARING:

8        DICKINSON WRIGHT, PLLC
         By:  Mr. Scot L. Claus
9             Mr. Vail C. Cloar
              Ms. Holly M. Zoe
10       1850 North Central Avenue
         Suite 1400
11       Phoenix, AZ 85004
         (Attorneys for Defendants)

12

13       DE HAAN LAW FIRM, PLLC
         By:  Mr. Stuart P. de Haan
14       101 East Pennington
         Suite 201
15       Tucson, AZ 85701
         (Attorneys for Plaintiffs)

16

17

18

19

20

21

22

23

24

25

By Michelle Shortt

5

1                    MICHELLE SHORTT,

2     a witness herein, having been duly sworn by the Certified

3     Court Reporter to speak the truth and nothing but the

4     truth, testified as follows:

5                         EXAMINATION

6     BY MR. CLAUS:

7          Q.    Ms. Shortt, good morning.  My name is Scot Claus,

8     Dickinson Wright law firm.  I represent the City of

9     Scottsdale.

10                    I've handed you -- because we only have an

11    hour for each deponent, I'm going to go rather fast.  And

12    I apologize for that.  If I'm going too fast, please let

13    me know.  And if I'm really going too fast, our court

14    reporter will let me know.  But if you could turn to

15    Exhibit 8, please.  All of the exhibits are tabbed, and

16    the tabs correspond with the Exhibit number.

17                    Exhibit 8 is the notice of deposition -- the

18    first amended notice of deposition for Adversarial Truth,

19    LLC.

20                    Do you see that?

21         A.    Yes.

22         Q.    The pages are numbered at the bottom of the

23    page --

24         A.    Uh-huh.

25         Q.    -- until you get to Exhibit A of Exhibit 8.  So

By Michelle Shortt

6

1    if you could turn to page 3 of Exhibit 8, and now turn to

2    the very next page.  That is Exhibit A of Exhibit 8.

3              And those were the topics for which you've

4    been designated as the deponent with the knowledge of the

5    topics identified in Exhibit A for Adversarial Truth, LLC;

6    correct?

7         A.   Yes.

8         Q.   Do you agree that you are the person

9    knowledgeable about the topics identified in Exhibit A to

10   Exhibit 8 to your deposition?

11        A.   I am.

12        Q.   And when was the first time you reviewed Exhibit

13   A to Exhibit 8?

14        A.   Yesterday.

15        Q.   Yesterday.

16              MR. CLAUS:  There are some exhibits that

17   aren't in the book.  This is 47.  I have copies of this

18   one.  We're not going to use one, but I'll just give it to

19   you before we go because I wasn't able to have Exhibit 47

20   electronically.  I have it here.

21              So this is 48.

22              (Deposition Exhibit No. 48 marked for

23   identification.)

24   BY MR. CLAUS:

25        Q.   I've handed you a document that is Exhibit 48 to

By Michelle Shortt

7

1    your deposition.  Exhibit 48 appears to be a publication

2    of an interview of you published on October 10 of 2018.

3                    Have you seen Exhibit 48 before?

4        A.    Yeah.  I seem to remember this.

5        Q.    Were you interviewed for the Bloody Blog post?

6        A.    I was.

7        Q.    When you reviewed Exhibit 48 for the first time,

8    did you notice anything false or misleading in it?

9        A.    I could not recall.  But if -- do I have a moment

10   to read it again to see?  I do not recall.

11       Q.    Okay.  So you don't recall seeing anything when

12   you reviewed it for the first time, any statements

13   attributed to you that you thought were false or

14   misleading at the time?

15                   So I see you're reading the document now.

16   My question was --

17       A.    Oh.

18       Q.    -- you don't recall when you read it the first

19   time seeing anything that was attributed to you that was

20   false or misleading; is that correct?

21       A.    No.  No.

22       Q.    That's not correct, or that is correct?

23       A.    I don't remember anything that would have been

24   false or misleading.

25       Q.    Okay.  Is it accurate to say that you were the

By Michelle Shortt

8

1    chapter head of something called The Arizona Chapter of

2    The Satanic Temple at the time you were interviewed for

3    Exhibit 48?

4         A.   Yes.

5         Q.   And you were the chapter head of something called

6    The Arizona Chapter of the Satanic Temple when Exhibit 48

7    was published?

8         A.   Yes.

9         Q.   You are no longer the chapter head of the

10   Arizona --

11        A.   Correct.

12        Q.   -- Satanic Temple; correct?

13        A.   (No audible response.)

14        Q.   You have to answer audibly so the court

15   reporter --

16        A.   Oh.  Correct.

17        Q.   Okay.  Is it accurate to say that Adversarial

18   Truth, LLC, is the entity that was organized to operate

19   the Arizona chapter of The Satanic Temple?

20        A.   That is correct.

21        Q.   And do you know when Adversarial Truth, LLC, was

22   first organized?

23        A.   We have a letter of incorporation from -- from

24   the formation, and it says the incorporated date was

25   January 24th, 2017.  And -- but, however, we received the

By Michelle Shortt

9

1    Arizona Corporation Commission approval letter May 3rd,

2    2017.

3        Q.    Okay.  If you take a look at Exhibit 26, which is

4    tab 26, Exhibit 26 is the articles of organization filed

5    with the Arizona Corporation Commission for Adversarial

6    Truth, LLC.

7                Have you seen Exhibit 26 before?

8        A.    Yes.

9        Q.    And it reflects a filing date with the Arizona

10   Corporation Commission of April 14, 2017; is that correct?

11       A.    Yeah.

12       Q.    When you asked to give an invocation before a

13   City of Scottsdale council meeting on February 8th, 2016,

14   were you asking to give that invocation on behalf of the

15   members of Adversarial Truth, LLC?

16       A.    Could you repeat the question, please?

17       Q.    Sure.

18                When you asked to give an invocation before

19   the City of Scottsdale council meeting, were you asking to

20   give that invocation on behalf of the members of

21   Adversarial Truth, LLC?

22       A.    I was requesting to give the invocation as a

23   spokesperson of The Satanic Temple.  As the chapter head,

24   I had the authority to be able to have media presence,

25   speaking arrangements.  So as -- I guess in regards to

By Michelle Shortt

10

1    members -- I mean, we do represent, you know, Arizona

2    Satanists.

3              So it's -- in that case, you know, not

4    necessarily doing it for them.  But, you know, they

5    certainly feel represented when, you know, another

6    Satanist within their community gets to speak and exercise

7    their -- their rights in the public forum.

8        Q.   Is there any written document that vests a

9    chapter head with the authority to act as a spokesperson

10   for The Satanic Temple?

11       A.   A document?  Yeah.  I mean, I assume it would be

12   in this -- not that one -- in our packet when we first

13   sign on to The Satanic Temple.  Let's see.  It gives us

14   guidelines for behavior, online code of conduct.  We did

15   have to sign a member agreement.  But as to -- you know,

16   it's kind of, like, unsaid in a way.  Like, you know,

17   there's three -- three different positions of leadership

18   within each chapter.  You can have co-chapter heads.

19   Arizona did not have a co-chapter head.  It was just me

20   acting as a single chapter head.  And you can also have a

21   media liaison.

22              Both -- both the media liaison and myself

23   had authority to speak on behalf of the chapter in a

24   public setting.  I can't say if there's an actual paper

25   that says that, but it's -- no one else other than the

By Michelle Shortt

1  chapter heads and the media liaison are allowed to speak

2  to the media in any way.

3      Q.   You just testified that it was unspoken.   In

4  fact, it was spoken by The Satanic Temple in 2016 that

5  membership in the organization does, quote, "not grant

6  anyone the authority to act" --

7      A.   Oh, good.

8      Q.   -- "as a spokesperson for The Satanic Temple as

9  an organization."

10                 Were you aware of that?

11      A.   Yeah.   That's good.   Okay.   It's on the website,

12  then.

13      Q.   Go to Exhibit 32, which is tab 32 --

14      A.   Oh, good.

15      Q.   -- under the heading "Membership."   You've said

16  now "good," but I want to make sure you understand.

17                 The Satanic Temple published information in

18  2016 which stood for the opposite proposition of what you

19  just testified to.   I'm going to quote from the third

20  bullet point under "Membership."

21                 "Membership does not grant anyone the

22  authority to act as a spokesperson for The Satanic Temple

23  as an organization."

24      A.   But I wasn't just a member, though.   I was --

25      Q.   First, did I read that correctly?

By Michelle Shortt

12

1      A.   You did.

2      Q.   Okay.  Is there any document of which you are

3  aware that confers authority on chapter heads of chapters

4  to speak on behalf of The Satanic Temple?

5      A.   Would it be in this one (indicating)?

6      Q.   Answer the question, if you can, and then we can

7  go off --

8      A.   I do not -- I don't think I do.  No.

9      Q.   Okay.

10      A.   That there isn't an actual document that says...

11      Q.   You were just reading from a document.

12      A.   I was reading from our affiliation agreement.

13      Q.   And I noticed on the back of the agreement there

14  was a signature.  Mr. de Haan has it right now.

15      A.   Uh-huh.  That was from 2018, and this one is from

16  2016.

17      Q.   Okay.  So when did you sign the affiliation

18  agreement?  Is the affiliation agreement an agreement for

19  the Arizona chapter to become affiliated with The Satanic

20  Temple?

21      A.   Yes.  And we first signed it in 2016.

22      Q.   On what day?

23      A.   August 10th, 2016.

24      Q.   So after you sought to give an invocation before

25  the City of Scottsdale --

By Michelle Shortt

13

1    A.    Yes.

2    Q.    -- council meeting?

3    A.    Yes.  At the time when we had requested to do the

4  invocation for the City of Scottsdale, we had not formed

5  our LLC or our corporation yet.  We were just in the

6  beginning of trying to establish our chapter.

7            It was prior to the Scottsdale invocation

8  that we received a lot of media attention for Phoenix.  So

9  due to that influx of interest, we had a lot of people

10  kind of coming to us, and a lot of changes were being

11  made.  We didn't even have, like, a formalized structure

12  to, like, admit members or council members at the time.

13  We were working under the directive of the executive

14  ministry, which is Lucien Greaves and Malcolm Jarry, who

15  are the cofounders.

16            And -- yeah.  Like, we -- we formed our

17  chapter around that same time, but we didn't actually

18  quite incorporate or do anything official until we signed

19  this.

20    Q.    So you formed -- the Arizona chapter of The

21  Satanic Temple was formed when the affiliation agreement

22  you just referred to was executed in August of 2016; is

23  that right?

24    A.    No, that's not right.

25    Q.    So when was the Arizona chapter of The Satanic

By Michelle Shortt

14

1   Temple formed?

2        A.    In February.

3        Q.    Well, the Arizona chapter of The Satanic Temple

4   had no members, you just testified to.

5              Is there a document that demonstrates that

6   the Arizona chapter of The Satanic Temple was formed in

7   February of 2016?

8        A.    No.

9        Q.    So the only document that reflects an agreement

10   between The Satanic Temple and the Arizona chapter -- the

11   affiliation of the Arizona chapter of The Satanic Temple

12   was not executed until August of 2016; is that correct?

13        A.    I do remember --

14        Q.    Ma'am, just answer my question.  I only have an

15   hour with you.  So -- and I'm sorry to interrupt, but I do

16   want you to answer my questions.

17              So is it accurate to say that there was no

18   document that recognized the creation and affiliation of

19   the Arizona chapter of The Satanic Temple with The Satanic

20   Temple in existence until August 10, 2016?

21        A.    No, that is not accurate.  But I -- because I do

22   recall having to sign something earlier at a pizza place.

23   It was actually the Red -- the Red -- yeah.  I do remember

24   signing something earlier than this day.

25        Q.    And what day was that?

15

1      A.   I don't remember.  But it was earlier in that

2  year because this -- August is a little late.  Like -- and

3  I remember having to sign our chapter paperwork that

4  designated us as the official chapter of Arizona sometime

5  earlier in the summer.

6             MR. CLAUS:  Since we're referring to that,

7  can I take a break and make a copy of it so we can put it

8  in the record?

9             MR. DE HAAN:  Sure.

10            MR. CLAUS:  Just that document right there.

11            Why don't we go off the record.  We'll be

12  right back.

13            (A short recess was taken from 10:22 a.m. to

14  10:25 a.m.)

15            (Deposition Exhibit No. 50 marked for

16  identification.)

17  BY MR. CLAUS:

18     Q.   Ms. Shortt, I've just handed you the document

19  that we referred to previously -- the affiliation

20  agreement dated August 10, 2016, which is now marked as

21  Exhibit 50 to your deposition.

22     A.   Uh-huh.

23     Q.   Are you aware of any agreements between the

24  United Federation of Churches, LLC, d/b/a The Satanic

25  Temple and the affiliate The Satanic Temple Arizona that

By Michelle Shortt

16

1    predate Exhibit 50?

2        A.    Well, as a subchapter of The Satanic Temple --

3    which there is a photo that has a date on it where we were

4    signing on it.  I was at a pizza parlor, and it was many

5    months before that document, where we had signed as -- to

6    become a chapter under the banner of The Satanic Temple.

7                The Satanic Temple -- they are registered

8    under the United Federation of Churches.  And this

9    document clearly stated that, you know, they were

10   registered under that.  And as a chapter, we were also

11   kind of going to be umbrellaed under that -- under the

12   banner of The Satanic Temple.

13       Q.    So let me ask you this: Are you -- have you

14   brought with you today -- or have you read an agreement

15   between the United Federation of Churches, LLC, and the

16   affiliate that is executed at a date earlier than

17   August 10, 2016?

18       A.    I'm not sure if I understand the question.

19       Q.    Okay.

20       A.    I kind of want to say "no."  I'm not aware.

21                MR. DE HAAN:  You --

22   BY MR. CLAUS:

23       Q.    Okay.  So the question is --

24                MR. DE HAAN:  There's an earlier.

25

By Michelle Shortt

17

1          THE WITNESS:  Well, there is an earlier one.
2          MR. CLAUS:  No, no, no.  We can't -- that's
3  completely inappropriate, Stu.  Your deposition isn't
4  being taken.  You have just inserted -- you've just
5  coached the witness, and you've just acted as a percipient
6  witness while you're acting as counsel.  And that is
7  inappropriate.
8  BY MR. CLAUS:
9     Q.   You've just said that you didn't understand my
10  question and that you think you want to say "no."
11          So my question is is there an affiliation
12  agreement between the United Federation of Churches, LLC,
13  and an entity that is signed by you and/or Mr. de Haan
14  that was signed on a date earlier than August 10, 2016?
15     A.   Yes.  There is the earlier copy that I keep
16  mentioning.
17     Q.   And an earlier copy that is called an
18  "affiliation agreement"?
19     A.   Not necessarily.  I think it was called the --
20  this (indicating).  It was -- oh.  Maybe it's not that.
21  It was a member agreement -- okay.  I might be wrong.  I
22  don't know.  I don't want to say -- I don't know.
23  There -- I know that there is a backdated packet, but that
24  was all that --
25     Q.   "A backdated packet" -- what does that mean?

By Michelle Shortt

18

1        A.    The photo that I keep saying.  It was basically

2    this (indicating).  It was the code of conduct, the member

3    agreement -- everything that we are entrusted to do as

4    chapter heads.  And we first received that, like, at the

5    beginning of 2016 when we first were becoming a chapter.

6        Q.    Well -- so maybe you're referring to an agreement

7    that you signed when you became a member of The Satanic

8    Temple?  Could that be it?

9        A.    We became a chapter head of The Satanic Temple.

10       Q.    Okay.  Is there any document that exists with a

11   date earlier than 08/10/2016 reflecting that there is an

12   Arizona chapter of The Satanic Temple?

13       A.    I think so.  Yes.  I don't have it.

14       Q.    You don't have it.

15       A.    I don't have it.

16       Q.    Has it been disclosed in this litigation?

17       A.    No.

18       Q.    And you don't know when it's dated.

19       A.    No.  It's -- if I had the photo, which I wish I

20   really would have printed out the photo.  No, I don't.  It

21   was earlier dated, though.

22       Q.    Take a look at Exhibit 40, which is tab 40.

23   You're familiar with the website maintained by the United

24   Federation of Churches, LLC, www.thesatanictemple.com?

25       A.    Yes.

By Michelle Shortt

19

1    Q.   This is an Internet archive of that website from

2    February 1, 2016.

3              Do you see at the top of the page, centered,

4    "February 1, 2016"?

5    A.   March 2017?

6    Q.   No.  The one in the black box right next to

7    March.

8    A.   Oh, yes.  February 1st.

9    Q.   February 1, 2016.  And this is a section of the

10   website that lists chapters of The Satanic Temple.  And

11   there is no Arizona chapter as of February 1, 2016.

12             Do you see that?

13   A.   I do.

14   Q.   Okay.

15   A.   The website doesn't necessarily update as quickly

16   as we would like it to.

17   Q.   Did you ever tell any representative of the City

18   of Scottsdale that you were seeking to give an invocation

19   on behalf of an entity called Adversarial Truth, LLC?

20   A.   Did I ever tell a representative of Scottsdale?

21   Q.   Correct.

22   A.   Other than the e-mail that we submitted for the

23   request, no.

24   Q.   Does the e-mail that you submitted for the

25   request contain the phrase "Adversarial Truth, LLC"?

By Michelle Shortt

20

1      A.    It does not.  We -- we went only as a satanic

2   temple Arizona.

3      Q.    So that was my question.

4            Did you ever tell the City of Scottsdale

5   that you sought to give an invocation on behalf of an

6   entity called Adversarial Truth, LLC?

7      A.    No.

8      Q.    How many members of Adversarial Truth, LLC, are

9   there today?

10     A.    Well, are we talking about just the corporation?

11  Because the corporation is only run by one member -- that

12  is me -- and a statutory agent, which is Stu de Haan.

13           Are you speaking in regards to the chapter?

14  How many members our chapter has?

15     Q.    I asked you how many members of Adversarial

16  Truth, LLC, there are, and you answered the question.  So

17  thank you.

18     A.    Okay.

19     Q.    Has an amendment -- if you'd turn back to

20  Exhibit 26.

21           Has an amendment to Exhibit 26 ever been

22  filed with the Arizona Corporation Commission?

23     A.    No.  We're actually in the process -- or,

24  actually, yes.  I'm in the process of trying to change the

25  statutory agent from Stu de Haan to myself.  And that was,

By Michelle Shortt

21

1   like, around the time of my resignation.

2              However, the chapter now has a new chapter

3   head.  So our request to amend the corporation for the

4   statutory agent, it was denied.  It was probably due to a

5   typo, they said.

6              So as of now, that was the only amendment we

7   tried to do to change the statutory agent.  But other than

8   that, there's been no amendments.  I think I changed the

9   address once or twice.  So...

10     Q.   Were you a member of The Satanic Temple as of

11  February 8th, 2016?

12     A.   Yes.

13     Q.   Had you -- how long had you been a member?

14     A.   A little over a year.

15     Q.   Did you -- did you first hear of The Satanic

16  Temple through the website or through some other means?

17     A.   I first heard of The Satanic Temple through Brian

18  Warner.  He was a prominent Satanist in the community at

19  the time.  He was almost acting like a spokesperson with

20  Lucien Greaves.  He was also the singer of a band called

21  Vital Remains.  And they were touring, and I met him at a

22  show, and that's when he told me about The Satanic Temple.

23  And that's where my interest first began.

24     Q.   On -- I want to focus on the date of

25  February 8th, 2016.

By Michelle Shortt

22

1          On that date, were you seeking to give an

2    invocation before a City of Scottsdale council meeting on

3    behalf of a religion?

4          A.    Yes.

5          Q.    What religion?

6          A.    Satanism.

7          Q.    Were you ordained to act as a minister for The

8    Satanic Temple as of February 8th, 2016?

9          A.    No.  We do not have an official ordainment

10   program.  We are currently in the works of that.  But I

11   was given the authority to speak on behalf of The Satanic

12   Temple in regards to the invocation in Arizona.

13         Q.    Did The Satanic Temple have an ordination program

14   as of February 8th, 2016?

15         A.    No.

16         Q.    And you just testified that it does not today;

17   correct?

18         A.    No.  It's still in the works.

19         Q.    Do you know how many members of The Satanic

20   Temple resided in Arizona as of February 8th, 2016?

21         A.    No.  We don't keep track of, you know, how many

22   members nationally we have.  We kind of base our numbers

23   on our Facebook page.

24               In regards to Arizona at the time of

25   February 8th, 2016, I would say we had about, you know,

By Michelle Shortt

23

1    ten members in Tucson and about seven members scattered

2    throughout the Phoenix metro area.

3        Q.   So I want you to remember you took an oath to

4    testify under penalty of perjury based on your knowledge.

5    So I'm not asking you to guess about anything.  I want you

6    to only testify about what you know.

7        A.   Okay.

8        Q.   How many members of The Satanic Temple that

9    resided in Arizona did you personally know as of

10   February 8th, 2016?

11       A.   Members of The Satanic -- okay.

12       Q.   Do you want me to ask it again?

13       A.   Well -- I mean, it's just -- there's different

14   degrees of membership.  That's -- that's why.

15       Q.   Okay.  So I'm going to ask it again.

16            So focusing on February 8th, 2016, how many

17   members of The Satanic Temple did you personally know that

18   you also knew resided in the state of Arizona?

19       A.   My number is still the same.  I don't know why

20   that would be considered misleading.  Like, the people

21   that we knew at the time -- you know, the ten people in

22   Tucson, they all came to us, and they were our friends and

23   then initially formed our council.  Then, because of the

24   Phoenix media presence, we made friends with people in the

25   Phoenix metro area, which were about seven.

By Michelle Shortt

24

1       Q.   Okay.  So 7 -- you personally knew 17 people as

2  of February 8th, 2016, who resided in Arizona?

3       A.   Yeah.

4       Q.   And do you know the identity of any of those 17

5  people?

6       A.   I know them all.  They were our friends.  They

7  were our --

8       Q.   Okay.  Well, you've been asked in Topic 5 to be

9  the person knowledgeable to testify about the identity and

10  domicile of the members of The Satanic Temple as of

11  February 8th, 2016.  So that's why I'm asking you.

12      A.   Okay.

13      Q.   Can you give me the names of any of the members

14  of The Satanic Temple that you personally knew who resided

15  in the state of Arizona as of February 8th, 2016?

16      A.   Yes.  Would you like these names?

17      Q.   Yes.

18           MR. DE HAAN:  I'm going to object as to the

19  relevance of the names and domiciles of each member.

20           MR. CLAUS:  Well, you can object to form.

21  That's what the rules allow you to do.

22  BY MR. CLAUS:

23      Q.   So go ahead and give me those names.

24      A.   We had Robert Armola, Jack Matirko.

25      Q.   Okay.

By Michelle Shortt

25

1      A.   Michael Fisher.  We had Kat Stratford, Morgan

2  Treiber.

3      Q.   Okay.

4      A.   Do you want all 17 that I can recall?

5      Q.   Sure.

6           MR. DE HAAN:  I just have a running

7  objection to form for this question.

8           THE WITNESS:  Okay.  Let's see.  Cody --

9  what's Cody's last name?  James, Jeremy Zarzycki.  That

10  one chick, Nicki, she's gone.  I'm sorry.  I'm trying to

11  remember everybody that was on our initial council.

12           Stu, me.  Who else was in our -- I thought I

13  had a photo of that one time.  Robert, Michael, Jack.

14  BY MR. CLAUS:

15      Q.   So far you have Robert, Jack, Michael, Kat,

16  Morgan, Cody, James, Jeremy, Nicki, Stu, you.

17      A.   I know there's more.

18      Q.   Okay.  Do you know how many members of The

19  Satanic Temple that you knew personally resided in the

20  city of Scottsdale as of February 8th, 2016?

21      A.   Yes.  Robert.

22      Q.   Robert --

23      A.   -- Armola.

24      Q.   -- Armola.  A-R-M-O-L-A?

25      A.   Yes.  And he had volunteered to give the

By Michelle Shortt

26

1    invocation, but because -- you know, after we did our

2    research and found that there was no resident -- policy

3    against residency and because I was the spokesperson for

4    the chapter, we just continued with me being the one to

5    give the invocation.  But, however, Robert did live in

6    Scottsdale, and he had volunteered if need be.

7        Q.   I'll just use their first names.  You've given me

8    11 names, including you and Mr. de Haan.  I'll just use

9    their first names and ask you just to tell me a "yes" or

10   "no."

11            Do you know when Robert became a member of

12   The Satanic Temple?

13       A.   Around -- probably the beginning of that year for

14   the Phoenix invocation.

15       Q.   That's not what I'm asking you.  I'm asking you

16   can you testify under penalty of perjury --

17       A.   Oh, no.  I don't know exactly when.  No.

18       Q.   Okay.  So all of my questions are asking you to

19   testify on personal knowledge under penalty of perjury.

20            So do you know when Robert became a member

21   of The Satanic Temple?

22       A.   No.

23       Q.   Do you know when Jack became a member of The

24   Satanic Temple?

25       A.   No.

By Michelle Shortt

27

1      Q.   Do you know when Michael became a member of The

2  Satanic Temple?

3      A.   No.   I do not know when anyone became...

4      Q.   Do you know when Kat became a member of The

5  Satanic Temple?

6      A.   No.

7      Q.   Do you know when Morgan became a member of The

8  Satanic Temple?

9      A.   No.

10     Q.   Do you know when Cody became a member of The

11  Satanic Temple?

12     A.   No.

13     Q.   Do you know when James became a member of The

14  Satanic Temple?

15     A.   No.

16     Q.   Do you know when Jeremy became a member of The

17  Satanic Temple?

18     A.   No.

19     Q.   Do you know when Nicki became a member of The

20  Satanic Temple?

21     A.   No.

22     Q.   Do you know when Stu became a member of The

23  Satanic Temple?

24     A.   No.

25     Q.   Do you -- I asked you this -- if you could recall

By Michelle Shortt

28

1    the date.  You said you couldn't.

2                   Do you recall the year in which you became a

3    member of The Satanic Temple?

4        A.    2015.

5        Q.    Can you testify under penalty of perjury with

6    knowledge that any of the members that I named did not

7    become members of The Satanic Temple in 2013?

8        A.    '13?

9        Q.    Yes.

10       A.    Can you repeat the question?

11       Q.    Sure.

12                  MR. CLAUS:  Can you read it?

13                  THE COURT REPORTER:  Sure.

14                  (The requested portion of the record was

15   read back by the court reporter.)

16                  THE WITNESS:  Did any of these people did

17   not become members -- did any of these people not become

18   members of The Satanic Temple?  I don't know when they

19   became members.

20   BY MR. CLAUS:

21       Q.    Okay.  And the -- I named 11 people.  The six

22   members that I didn't name, because you didn't give me the

23   names, you're similarly unaware as to when they became

24   members of The Satanic Temple?

25       A.    Correct.  I mean, it's kind of a personal thing,

By Michelle Shortt

29

1    your religion and how you identify.

2         Q.   Can you look -- here.  I'll just give you my

3    copy, if we need to refer to the first amended complaint.

4    It's not an exhibit to the deposition.  But if we need to

5    refer to it, it's fine.

6         A.   What am I looking at?

7         Q.   You're not looking at anything right now.  I just

8    wanted to give it to you in case we need to look at

9    something in that.  Thank you.

10             Is it accurate to say that you did not feel

11   comfortable calling Satanism a religion until 2018?

12        A.   No.  That's not true.  I did an interview where I

13   recalled saying that I found it very interesting to find

14   myself to be a part of a religion because I did not used

15   to identify with anything religion.  Like, it was kind of

16   like a bad word to me until The Satanic Temple came along

17   and changed my world view on what a religion could be,

18   what it could mean to people, and how it can also be for

19   people who don't believe in God.

20        Q.   If you look at Exhibit 48, the pages aren't

21   numbered.  But you see each of the questions are numbered.

22             So No. 1 has an answer and No. 2 has an

23   answer and No. 3 has an answer.  I've going to have you go

24   to -- it's actually -- if you could just count in, it's

25   the fifth page under No. 4, the question "Have you always

By Michelle Shortt

30

1   been an atheist [sic]?"

2       A.   Uh-huh.

3       Q.   Do you see that?

4       A.   "Have you always been a Satanist?"

5       Q.   Sorry.  Strike that.  Yes.  Correct.  "Have you

6   always been a Satanist?"

7              Do you recall telling the interviewer that,

8   "Until recently, I was not comfortable calling Satanism a

9   religion due to the trauma I had endured due to the

10  Catholic church"?

11      A.   Yes.

12      Q.   Do you -- as former chapter head and as the

13  designee for United Federation of Churches, LLC, do you

14  agree that there's a difference between a religion and a

15  political zeal?

16              MR. DE HAAN:  Objection.  Form.

17  BY MR. CLAUS:

18      Q.   You can answer.

19      A.   Do I agree that there's a difference between

20  religion and political zeal?  No.  Not entirely.

21      Q.   Do you believe as the designee that there's a

22  difference between religion and a sociopolitical counter

23  method?

24      A.   Do I believe there's a difference between --

25      Q.   -- religion and a sociopolitical counter method.

By Michelle Shortt

31

1    A.    Yes.

2    Q.    Have you ever heard Satanism referred to as a

3 sociopolitical counter method?

4    A.    I've heard people calling it that, yes.  Not that

5 I agree with it.

6    Q.    You are -- as the -- as being no longer the

7 chapter head for the Arizona chapter of The Satanic

8 Temple, do you have any leadership role at all in The

9 Satanic Temple?

10    A.    Yes.  I am still considered a spokesperson.

11    Q.    By whom?

12    A.    By executive ministry by a national council.

13    Q.    According to what?

14    A.    According to my upcoming position in one of

15 their, like, online -- we're starting an online platform,

16 and they're going to give me a show to speak to the masses

17 in regards to topics of taboo and sexuality.

18    Q.    Do you know Kevin Soleng?

19    A.    Yes.

20    Q.    Have you ever spoken with Kevin Soleng?

21    A.    Yes.

22    Q.    Have you ever had any written communication with

23 Kevin Soleng?

24    A.    Kevin Soleng is Malcolm Jarry?

25    Q.    You have to just testify based upon your

By Michelle Shortt

32

1   knowledge.

2        A.   I've spoken to Kevin Soleng as Malcolm Jarry in

3   e-mails in correspondence with Satanic Temple matters.

4        Q.   Is it accurate to say that one does not need to

5   be a practicing Satanist to become a member of the Arizona

6   chapter of The Satanic Temple?

7        A.   Currently or back then?

8        Q.   Currently.

9        A.   Currently, the chapter is making changes to where

10  they're trying to focus more on the satanic aspect of our

11  religion as opposed to the activism aspect, especially

12  after the Hail Satan movie.  We're attracting a lot of

13  people who are ignorant to our religion, and we are not

14  trying to make this an activist group.  We are, first and

15  foremost, a religion.

16       Q.   Between February 8, 2016, and July 6, 2016, it is

17  true, is it not, that one did not need to be a practicing

18  Satanist --

19       A.   That is true.

20       Q.   -- to be -- you've got to let me finish the

21  question.

22       A.   Oh.  Sorry.

23       Q.   It's true that, between February 8th, 2016, and

24  July 6th, 2016, one did not need to be a practicing

25  Satanist to become a member of the Arizona chapter of The

By Michelle Shortt

33

1  Satanic Temple; correct?

2       A.   That is true.

3       Q.   Can you testify with knowledge under penalty of

4  perjury regarding whether any of the persons whom you

5  named were practicing Satanists as of February 8th, 2016?

6       A.   Yes.

7       Q.   And how do you know that?

8       A.   Because they tell us.  They live the life.  Like,

9  usually when we have allies that are members, they are

10  very vocal about how they align.  You know, "I may not be

11  a Satanist, but I'm a sure ally."  Like, they're very

12  vocal.  And Satanists are also very vocal when they

13  practice, you know.  We have rituals.  We have, you know,

14  practices as Satanists.  So it's kind of obvious who is

15  and who isn't.

16       Q.   Is the religious aspect of The Satanic Temple

17  more than the firmly held religious beliefs of its

18  members?

19       A.   The religious aspect?

20       Q.   Yes.  The religious aspect of The Satanic Temple

21  more than the firmly held beliefs of its members.

22       A.   Yes.

23       Q.   I'm going to ask you about some of those beliefs.

24            Is one of those firmly held beliefs that a

25  supernatural God created an actual Satan to preside over

By Michelle Shortt

34

1   the universe as his proxy?

2        A.   No.  We don't believe that.

3        Q.   Is a firmly held belief of The Satanic Temple

4   that "Satan hears our prayers and responds"?

5        A.   No.  We don't believe that.

6        Q.   Is a firmly held religious belief of The Satanic

7   Temple that "Satan can exist in a corporeal realm"?

8        A.   No.  We don't believe that.

9        Q.   Can you please turn to Exhibit 27?  It's an

10  Internet archive of the www.thesatanictemple.com with a

11  banner heading "Religious beliefs of The Satanic Temple."

12             Do you see that?

13       A.   Yes.

14       Q.   Have you seen Exhibit 27 before?

15       A.   Yes.

16       Q.   When?

17       A.   It goes around in our conspiracy -- in the

18  conspiracy chats online.  They try to use this against us,

19  especially the Church of Satan, saying that, you know, we

20  don't know what Satanism is because "Look at this website

21  where they say they believed in atheistic Satanism."

22             And we've already explained a way why this

23  was and why it's no longer part of our website, why we

24  completely did away with it.

25       Q.   But the religious beliefs of The Satanic Temple

By Michelle Shortt

35

1    espoused in Exhibit 27 were available to the public as an

2    articulation of the religious beliefs of The Satanic

3    Temple in 2013; correct?

4         A.   Well, if you were to look -- I don't know if

5    you've seen the movie Hail Satan.  But it explains how --

6         Q.   I just want you -- because I'm so limited on

7    time, ma'am, I would otherwise love to have this

8    conversation.  But I just want to know if it's "yes" or

9    "no" that the religious beliefs of The Satanic Temple

10   articulated in Exhibit 27 were available and espoused to

11   the public in 2013.

12        A.   They were.  But they are not our beliefs now.

13        Q.   I'm going to go through these real quickly.

14        A.   May I add that this website was also a

15   placeholder at the time.

16        Q.   I've heard that story.

17        A.   That's not a story.

18             MR. CLAUS:  Let's go off the record real

19   quick while we mark these.

20             (A short recess was taken from 10:50 a.m. to

21   10:54 a.m.)

22             (Deposition Exhibit Nos. 49, 51 through 57

23   marked for identification.)

24   BY MR. CLAUS:

25        Q.   Ma'am, you're still under oath.  I've handed you

By Michelle Shortt

36

1    Exhibit 49.  You said -- I told you before we broke that I

2    had heard that story, and you commented that it's not a

3    story.  And you're right that it is not a story.  It was

4    actually under oath testimony given under penalty of

5    perjury regarding the fact -- regarding the assertion that

6    it was merely a placeholder.

7               I'm showing you Exhibit 49, which is an

8    Internet archive page from the www.thesatanictemple.com

9    from April of 2014, one year and four months after the

10   religious views espoused and Exhibit 27 were articulated.

11   And, again, I'm going to read from, now, Exhibit 49.

12              "God is supernatural and thus outside of the

13   sphere of the physical.  God's perfection means that He

14   cannot interact with the imperfect corporeal realm.

15   Because God cannot intervene in the material world, He

16   created Satan to preside over the universe as His proxy.

17   Satan has the compassion and wisdom of an angel.  Although

18   Satan is subordinate to God, he is mankind's only conduit

19   to the dominion beyond the physical.  In addition, only

20   Satan can hear our prayers, and only Satan can respond.

21   While God is beyond human comprehension, Satan desires to

22   be known and knowable.  Only in this way can there be

23   justice and can life have meaning."

24              First, did I read that correctly?

25        A.    Yes.

By Michelle Shortt

37

1    Q.   Second, would you agree that, as of April 17th,

2  2014, Doug Misicko, otherwise known as Lucien Greaves, was

3  intimately involved with The Satanic Temple?

4    A.   Yes.

5    Q.   And as of April 17, 2014, the notion that "God is

6  supernatural, that Satan presides over this universe as

7  God's proxy, that Satan has the compassion and wisdom of

8  an angel, that Satan hears our prayers and can respond,

9  and that Satan desires to be known and knowable" -- those

10  were all articulated as of April 17, 2014; correct?

11   A.   Yes.

12   Q.   When you asked to give an invocation to the City

13  of Scottsdale, were you asking to give an invocation on

14  behalf of a religion that believed the views articulated

15  in Exhibits 27 and 49?

16   A.   No.

17   Q.   Can you tell me how many members of The Satanic

18  Temple who resided in Arizona as of February 8th, 2016,

19  joined The Satanic Temple based upon the religious beliefs

20  espoused on April 17, 2014, in Exhibit 49?

21   A.   None.

22   Q.   And you can testify under penalty of perjury of

23  that.

24   A.   Yes.  I'm pretty confident because at the time --

25   Q.   I'm not asking you pretty confident.  I'm asking

By Michelle Shortt

38

1   you can you testify with actual knowledge under penalty of

2   perjury that none of the members of The Satanic Temple who

3   resided in Arizona as of February 8th, 2016, joined The

4   Satanic Temple based upon the religious beliefs espoused

5   on April 17, 2014?

6       A.   Yes.  I'm confident that they did not join

7   because of this.

8       Q.   Though you don't know when they joined.

9       A.   Correct.

10      Q.   And you don't know that they didn't join between

11   January 15, 2013, and April 17, 2014; correct?

12      A.   Sorry?

13      Q.   You don't know, such that you can testify under

14   penalty of perjury, that any members of The Satanic Temple

15   who resided in Arizona as of February 8, 2016, did not

16   join The Satanic Temple between January 2013 and

17   April 2017; correct?

18      A.   I don't know.

19      Q.   If a member of The Satanic Temple who resided in

20   Arizona as of February 8th, 2016, believed that "God was

21   supernatural, that Satan was created by God, that Satan is

22   God's proxy in this universe, that Satan can hear our

23   prayers and respond, and that Satan desires to be known

24   and knowable," then that member had a different religious

25   belief than you; is that correct?

By Michelle Shortt

39

1      A.    Yes.

2      Q.    Are the religious beliefs of The Satanic Temple

3  also moored in their beliefs in the tenets of The Satanic

4  Temple?

5      A.    Yes.

6      Q.    The nine tenets or the seven tenets?

7      A.    The seven.

8      Q.    Not the nine?

9      A.    Not the nine.

10      Q.    Take a look at Exhibit 28.

11      A.    Wait.  Did I answer the question right?  Can

12  you -- sorry.

13      Q.    You answer the questioned under oath.  So I don't

14  know if you answered it correctly.  I hope you did.

15            Exhibit 28 is an Internet archive of The

16  Satanic Temple.  Page 2 has the religious beliefs of The

17  Satanic Temple.  Page -- it's not paginated.  But if you

18  count 1, 2, 3, 4, 5, 6 in -- one more.  Just go one more.

19  One more.  Sorry.  I think you went too far.  You're

20  looking for the page that says "Fundamental Tenets of The

21  Satanic Temple."  Are you there?

22      A.    Uh-huh.  Yes.

23      Q.    This is an Internet archive dated January 16,

24  2013, "Fundamental Tenets of The Satanic Temple."  The

25  text says "There are nine fundamental tenets, with nine

By Michelle Shortt

40

1  being a significant satanic number.  Each tenet is

2  represented by one of the choir of nine angels sent from

3  heaven to oversee earth."

4             Just read those nine tenets to yourself, and

5  let me know when you're done.

6      A.   Okay.  I'm done.

7      Q.   You're familiar with the seven tenets of The

8  Satanic Temple currently articulated?

9      A.   Yes.

10     Q.   Are you able to see that, other than No. 9,

11 "Every tenet is a guiding principle" --

12     A.   Uh-huh.

13     Q.   And then there's a typo.  But "Every tenet is a

14 guiding principle to designed to inspire nobility in

15 action and thought."

16            But other than tenet 9 expressed in

17 Exhibit 28, none of the seven tenets are the same as the

18 one through eight tenets articulated in Exhibit 28?

19     A.   They're not exactly the same.  But the premise of

20 each tenet is the same.  It looks like some of them have

21 been combined.

22     Q.   So if Mr. Misicko testified that, other than the

23 last tenet, none of the tenets are the same, you would

24 disagree with him, Mr. Misicko, who does business as

25 Lucien Greaves?

By Michelle Shortt

41

1      A.    I mean -- can you repeat the question?

2      Q.    Sure.   If Mr. Misicko testified under penalty of

3 perjury that the seven tenets currently espoused by The

4 Satanic Temple are different from the nine tenets

5 contained in Exhibit 28, other than tenet nine, you would

6 disagree with that?

7      A.    Yeah.   I mean, I don't think -- why he would say

8 that they're different when they're basically the same,

9 except some of them have been combined and the words --

10 the wordage has been cleared up and the typos have been

11 removed.

12     Q.    So, for instance, No. 5, "All life is precious in

13 the eyes of Satan" -- you think that that is a tenet that

14 is currently espoused by The Satanic Temple?

15     A.    I think that it kind of -- the first one, "People

16 should be guided by compassion" --

17     Q.    No, ma'am.   You have to listen to my question and

18 answer my question.

19            Tenet 5 expressed in Exhibit 28 of The

20 Satanic Temple as of January 16, 2013 -- quote, "All life

21 is precious in the eyes of Satan," end quote -- is that

22 still a tenet of The Satanic Temple?

23     A.    No.

24     Q.    Okay.

25     A.    It was removed.

By Michelle Shortt

                                                                    42

1        Q.   So we're going to go through these quickly.

2                  Was Exhibit 28, this January 16, nine

3   tenets -- the nine fundamental tenets of The Satanic

4   Temple, was that a placeholder too, according to you?

5        A.   Yes.  According to me, everything pre- --

6        Q.   Okay.

7        A.   Anything on this website was a placeholder, and

8   then a new website was created.

9        Q.   Except the website is www.thesatanictemple.com;

10  correct?

11       A.   Yes.

12       Q.   Okay.  Handing you Exhibit 51, those same nine

13  tenets of The Satanic Temple were espoused as the tenets

14  of The Satanic Temple to members of the public as of

15  March 26, 2013.

16                  Do you see that at the top?

17       A.   Uh-huh.

18       Q.   Is that "yes"?

19       A.   Yes.

20       Q.   Exhibit 52 -- those same tenets of The Satanic

21  Temple, those nine fundamental tenets were expressed to

22  members of the public as beliefs of The Satanic Temple as

23  of June 20, 2013; correct?

24       A.   Yes.

25       Q.   Exhibit 53 -- those same nine tenets of The

By Michelle Shortt

43

1  Satanic Temple were espoused and articulated to members of

2  the public as the religious beliefs of The Satanic Temple

3  as of July 22, 2013; correct?

4      A.   Yes.

5      Q.   54 -- those nine tenets were espoused as the

6  religious beliefs of The Satanic Temple as of August 5,

7  2013; correct?

8      A.   Yes.

9      Q.   55 -- those nine tenets were expressed as the

10  religious beliefs of The Satanic Temple as of September 4,

11  2013; correct?

12      A.   Yes.

13      Q.   56 -- those nine tenets were expressed as the

14  religious beliefs of The Satanic Temple as of November 3,

15  2013; correct?

16      A.   Correct.

17      Q.   57 -- those nine tenets were espoused as the

18  religious beliefs of The Satanic Temple as of December 12,

19  2013; correct?

20      A.   Correct.

21      Q.   Can you testify under penalty of perjury that any

22  of the members on whose behalf you sought to give an

23  invocation on February 8, 2016, did not become members of

24  The Satanic Temple prior to December 12, 2013?

25      A.   Did any of the members of The Satanic Temple of

By Michelle Shortt

44

1  Arizona --

2              MR. CLAUS:  I'll have the court reporter

3  read it back.  Just listen carefully.

4              (The requested portion of the record was

5  read back by the court reporter.)

6              THE WITNESS:  I cannot.

7  BY MR. CLAUS:

8     Q.   But if a member of The Satanic Temple believed,

9  for instance, that "All life is precious in the eyes of

10 Satan," then they held a different religious belief than

11 you; correct?

12    A.   Yes.

13    Q.   And they held a different religious belief than

14 you as of February 8, 2016; correct?

15    A.   Yes.

16    Q.   And they held a different religious belief than

17 you as of July 6, 2016; correct?

18    A.   Yes.

19    Q.   And they held a different religious belief than

20 you as of February 24, 2018, when this lawsuit was filed;

21 correct?

22    A.   Yes.

23    Q.   Because the religious belief on which -- for

24 which you sought to give an invocation is not a theistic

25 religion; correct?

By Michelle Shortt

45

1      A.   That is correct.

2      Q.   It does not believe in a deity; correct?

3      A.   Correct.

4      Q.   It does not have an official literary source for

5   doctrine; correct?

6      A.   Correct.

7      Q.   It does not have an ordination program for

8   pastors or ministers; correct?

9      A.   Correct.

10             MR. CLAUS:  Why don't we take a break.  I

11   think I'm done with this one.

12             Are you going to want to ask questions too?

13             MR. DE HAAN:  Not on this one.  No.  Well --

14             MR. CLAUS:  Well, you don't have to decide

15   now.

16             MR. DE HAAN:  Yeah.  Give me a couple

17   minutes.

18             (A short recess was taken from 11:09 a.m. to

19   11:16 a.m.)

20   BY MR. CLAUS:

21      Q.   Ms. Shortt, you're still under oath.  You

22   testified close to the beginning of the deposition

23   regarding the record keeping of members, and I think you

24   were referring to the national level lack of record

25   keeping.  And I want to know, does the Arizona chapter --

By Michelle Shortt

46

1   and I'll ask you about what occurs now, if you know, and

2   what occurred in 2016.

3            So, now, does the -- does Adversarial Truth,

4   LLC, maintain records of members of the Arizona chapter of

5   The Satanic Temple?

6       A.   Yes.  We have 55 official members.

7       Q.   As of February 8, 2016, did -- as of February 8,

8   2016, Adversarial Truth, LLC, didn't exist; correct?

9       A.   Correct.

10      Q.   So as of February 8, 2016, did anyone maintain

11  records or a database of the number of members of The

12  Satanic Temple Arizona chapter?

13      A.   Any -- I had a list of names of people who were

14  participatory, if that's considered a record.  It was just

15  mostly a handful of us working at the time.

16      Q.   When is the first time that the Arizona chapter

17  of The Satanic Temple accepted members?

18      A.   When we had our first meeting in January of 2016.

19      Q.   How many members joined then?

20      A.   I think there was, like, six or seven people in

21  that meeting that joined.

22      Q.   Where was that?

23      A.   I wasn't in attendance.

24      Q.   Oh.  So you don't know where the meeting was?

25      A.   It was at a local bar in Tucson.

By Michelle Shortt

47

1      Q.   And it's true, is it not, that membership in The

2   Satanic Temple does not necessarily confer upon someone's

3   membership in The Satanic Temple Arizona chapter?   True?

4      A.   If they're members of the Arizona chapter, they

5   should be members of The Satanic Temple.

6      Q.   That wasn't my question.

7           If someone lives in Arizona but is a member

8   of The Satanic -- if someone lives in Arizona and is a

9   member of The Satanic Temple, that does not necessarily

10  confer upon them membership in the Arizona chapter of The

11  Satanic Temple.

12     A.   Correct.

13     Q.   Okay.  And was that correct as of February 8,

14  2016?

15     A.   That that was still the case.  Yes.

16     Q.   And was that still the case as of July 8, 2016?

17     A.   Yes.

18     Q.   So does it -- to be a member of the Arizona

19  chapter of The Satanic Temple, one needs to complete an

20  application?

21     A.   That is correct.  They need to complete an

22  initial vetting process prior to receiving an application.

23  Once they've met a few of our community members, we then

24  extend the application for them to fill out.  After

25  review, if they get accepted, they are to sign a member

By Michelle Shortt

48

1  agreement with a code of conduct and, in addition, another

2  agreement that the Arizona chapter made delineating what

3  is expected of them as members.

4      Q.   When did the Arizona chapter begin having written

5  member agreements with its members?

6      A.   Oh, I'd say -- so we started in February.

7  Written -- it wasn't until later that year.  It was -- I

8  would say around August.  Like, I think when -- that

9  August document you saw, that's kind of when everybody

10  was -- when we tried to get everybody on board to make

11  sure we had an agreement.

12      Q.   And does United Federation -- strike that.

13           Does Adversarial Truth, LLC, currently

14  maintain a copy of those member agreements?

15      A.   Yes.

16      Q.   Did you review copies of those member agreements

17  to make yourself knowledgeable to testify today?

18      A.   No.  The member agreements are the same for

19  everybody.  It's what you see here.  They all have to sign

20  that.

21      Q.   The vetting process to which you referred, when

22  did that vetting process get implemented?

23      A.   Immediately.  I mean, we have always been fearful

24  for our safety.  So anybody that comes across us is vetted

25  in whatever capacity we can -- online, in person.  We just

By Michelle Shortt

49

1   want to know who's approaching us.

2        Q.   How long does that vetting process take place?

3        A.   I mean, it really depends.  I mean, it depends on

4   numbers of interactions, how participatory the person is,

5   any kind of inflammatory comments that we may have

6   noticed.

7             I mean, it -- usually, we try to do it as

8   quickly as possible, but we -- it could be anywhere from,

9   you know, a day to a few months.  It just really depends

10  on the impression the person gives us.

11       Q.   Between February 8th, 2016, and July 6, 2016, do

12  you know who was responsible for that vetting process?

13       A.   All of us.  All of us in the council.  We formed

14  a council for The Satanic Temple Arizona, and we all gave

15  our input as to potential members that we would come

16  across.

17       Q.   Who were members of that council on February 8,

18  2016?

19       A.   It was --

20            MR. DE HAAN:   Object to the form.

21  BY MR. CLAUS:

22       Q.   Go ahead.

23       A.   It was me, Stu, Kat, Morgan, Jeremy, James, Cody.

24  Is that it?  Gosh.  I feel like I'm forgetting somebody.

25  I can't remember anybody else.  I'm sorry.

By Michelle Shortt

50

1      Q.   Do you agree with Mr. Misicko that neither The

2   Satanic Temple, Inc., nor the United Federation of

3   Churches, LLC, play any role of -- in deciding who may

4   become a member of the Arizona chapter of The Satanic

5   Temple?

6      A.   That is correct.  We are autonomous in that

7   sense.

8                MR. CLAUS:  Okay.  That's all I have for

9   this deposition.

10               Did you --

11               MR. DE HAAN:  I just have a couple brief

12   questions.

13               THE WITNESS:  Okay.

14                      EXAMINATION

15   BY MR. DE HAAN:

16      Q.   A lot of talk -- I'll refer you to the exhibits.

17   Do you have these?

18      A.   Yeah.

19      Q.   Okay.  So 51 through 57 -- can you tell me what

20   those are that we referred to earlier?

21               MR. CLAUS:  Form.

22               THE WITNESS:  Well, these exhibits that were

23   presented to me are what I consider a placeholder for The

24   Satanic Temple's original website.  The Satanic Temple was

25   originally created as a film project.  It was not meant to

By Michelle Shortt

51

1  be a real religion.  It was not meant to be a real

2  organization.  It wasn't until they started gaining media

3  attention and people started coming to The Satanic Temple

4  for their activism that they started to consider the

5  implications, and they decided to make it an official

6  organization with -- you know, I now see seven tenets as

7  opposed to nine tenets.

8  BY MR. DE HAAN:

9      Q.    Okay.  Has -- in your role as the chapter head of

10  The Satanic Temple of Arizona, has any member ever

11  approached you adhering to the nine tenets?

12      A.    No.

13            MR. CLAUS:  Form.

14  BY MR. DE HAAN:

15      Q.    You still can answer.

16      A.    No, they have not.

17      Q.    Has anyone mentioned any other set of tenets,

18  other than what's known as the seven tenets, to you?

19            MR. CLAUS:  Form.

20            THE WITNESS:  They have not.  The seven

21  tenets are what we consider to be our sincerely held

22  religious beliefs.

23  BY MR. DE HAAN:

24      Q.    Okay.  Okay.

25            MR. DE HAAN:  That's all I have.

By Michelle Shortt

52

1          MR. CLAUS:  Okay.  Let me just take a quick

2     break.

3               (A short recess was taken from 11:25 a.m. to

4     11:32 a.m.)

5                    FURTHER EXAMINATION

6     BY MR. CLAUS:

7          Q.   You just testified, ma'am, under

8     cross-examination that you considered Exhibits 51

9     through 57 placeholders because The Satanic Temple had not

10    yet engaged in its religious activities; is that correct?

11         A.   Yes.  To my knowledge.

12         Q.   You would agree that, when The Satanic Temple

13    performed a ceremony at the gravesite of the member of the

14    Westboro Baptist Church, that was part of its religious

15    activity; correct?

16              MR. DE HAAN:  Objection.  This has nothing

17    to do with standing --

18              MR. CLAUS:  It has to do with directly your

19    cross-examination question.

20    BY MR. CLAUS:

21         Q.   Correct?

22         A.   I consider the pink mass to be when The Satanic

23    Temple kind of made their debut as an official religion.

24         Q.   When Mr. Misicko, under the name Lucien Greaves,

25    advocated for The Satanic Temple being allowed to give

By Michelle Shortt

53

1   invocations under the First Amendment, that was -- The

2   Satanic Temple was involved in its religious views;

3   correct?

4        A.   Yes.

5        Q.   And when -- when The Satanic Temple adopted a

6   highway in New York, that was part of its members coming

7   together as a religious community; correct?

8        A.   Yes.

9        Q.   And when Lucien Greaves gave lectures at Harvard

10  on Satanism from the Old Testament to The Satanic Temple,

11  that was part of its religious activities; correct?

12       A.   I mean, I don't know if it's part of the

13  religious activities.  I think that's just -- it's not --

14  there's nothing about giving speeches to be part of our

15  religious practice.

16       Q.   Well, when -- you said that -- you testified that

17  Exhibits 51 through 57 were place- -- merely placeholders

18  because The Satanic Temple was not active in the community

19  fulfilling its current mission.

20            And I want to ask you if Mr. Greaves giving

21  talks at Harvard regarding Satanism from the Old Testament

22  to The Satanic Temple was part of The Satanic Temple's

23  mission.

24       A.   Part of our mission?  No, it's not part of our

25  mission to give lectures at Harvard.  No.

By Michelle Shortt

54

1      Q.   Okay.  I'll hand you what's been marked or what
2    will be marked as Exhibit 58.
3      A.   Activism --
4               THE COURT REPORTER:  Wait.  My hands are not
5    on the record.
6               (Deposition Exhibit No. 58 marked for
7    identification.)
8    BY MR. CLAUS:
9      Q.   Say that again.  Activism what, ma'am?
10     A.   Activism is one of the many ways we just, you
11   know, show our sincerely held religious beliefs.
12     Q.   I see.  Okay.
13               And so take a look at Exhibit 49.  That's
14   one of the previous ones.  Are you there?
15     A.   Uh-huh.
16     Q.   That is an Internet archive from April 17, 2014,
17   that espouses the religious beliefs of The Satanic Temple.
18               Do you see that?
19     A.   Yes.
20     Q.   And -- and Exhibit 57 --
21     A.   I have 58.
22     Q.   You have 57 as well.
23     A.   Yes.
24     Q.   -- articulating the religious beliefs in the nine
25   tenets as of December 12, 2013; correct?

By Michelle Shortt

55

1    A.    Uh-huh.

2    Q.    And -- is that "yes"?

3    A.    Yes.

4    Q.    And it's your testimony that Exhibits 57 and 49

5    were merely placeholders, ma'am?

6    A.    I think so.  Yeah.

7    Q.    Under penalty of perjury, that's your testimony?

8    A.    Yes.  That's what I believe.

9    Q.    Okay.  Well, if you take a look at Exhibit 58,

10   you see this is from an Internet archive Web page from

11   April 21, 2014, from the website thesatanictemple.com;

12   correct?

13   A.    Yes.

14   Q.    And the first entry under "News" -- not the first

15   entry.  The first entry is on the last page.  But the

16   first entry on page 1 says it was "Posted March 6th,

17   2014," by Lucien and filed under News."

18          Do you see that?

19   A.    Yes.  Exhibit 58.

20   Q.    Exhibit 58.  The first entry under the heading

21   "News" says "The Satanic Temple and the First Amendment.

22   Posted March 6th, 2014, by Lucien and filed under News."

23          Do you see that?

24   A.    Yes.  Yes.

25   Q.    Titled "The Satanic Temple and the First

By Michelle Shortt

56

1    Amendment"; correct?

2        A.   Yes.

3        Q.   Published at the same time The Satanic Temple was

4    advocating its religious beliefs that "God is

5    supernatural; that Satan is God's proxy in this universe;

6    that Satan is subordinate to God, can hear our prayers and

7    can respond; and that he desires to be known and

8    knowable"; correct?

9        A.   Yes.

10       Q.   And Exhibit 58 also reflects activity by The

11   Satanic Temple performing a ceremony at the Westboro

12   Baptist Church family gravesite posted on July 17, 2013,

13   by Lucien and filed under "News"; correct?

14       A.   Yes.

15       Q.   That was part of the activism of The Satanic

16   Temple to which you referred previously; correct?

17       A.   Yes.

18       Q.   And that news article was published on the

19   website of The Satanic Temple as having taken place on

20   July 17, 2013, posted by Lucien at the time when both the

21   religious beliefs of The Satanic Temple espoused in

22   Exhibit 49 and the nine tenets espoused in Exhibit 47 --

23   57 were articulated by The Satanic Temple; correct?

24       A.   Yes.

25       Q.   And, in fact, The Satanic Temple -- if you look

By Michelle Shortt

57

1  at the story that was posted by Lucien on July 17, 2013,

2  under "News," the one, two, three -- third paragraph that

3  starts with the words "The Satanic Temple supports freedom

4  and the pursuit of happiness for all people" -- do you see

5  that?

6       A.   Uh-huh.

7       Q.   "The Satanic Temple supports freedom and the

8  pursuit of the happiness for all people.  Thus, they

9  support same-sex couples' legal equality.  The Satanic

10 Temple claims that the mass was conducted as an

11 affirmation of those values and claims that the action is

12 meant to convey a message of love in the face of hate."

13            Did I read that correctly?

14      A.   Yes.

15      Q.   Lucien Greaves was the spokesperson for The

16 Satanic Temple as of July 17, 2013; correct?

17      A.   Yes.

18      Q.   We know that from this paragraph that precedes

19 that paragraph that states "Satanic Temple spokesperson

20 Lucien Greaves officiated the ceremony"; true?

21      A.   Yes.

22      Q.   Does The Satanic Temple currently hold mass?

23      A.   They have weekly services at the headquarters.  I

24 don't know if it's described as mass, but they do have

25 services.

By Michelle Shortt

58

1    Q.   And if you look at -- we're still on Exhibit 58.

2    During all of these times when you say that the nine

3    tenets and the religious beliefs of The Satanic Temple

4    were espoused to the public as mere placeholders, we have,

5    for instance, another entry that -- on page 1 of 58, "Hail

6    Satan in Austin, Texas."

7               Do you see that?

8    A.   Uh-huh.

9    Q.   Posted on July -- was that a "yes"?

10   A.   Yes.

11   Q.   Posted on July 6, 2013, by Lucien; true?

12   A.   Yes.

13   Q.   And then the next entry, "The Satanic Temple

14   crowdsources effort to Adopt-a-Highway in New York City,"

15   posted on June 10, 2013, by Lucien; true?

16   A.   True.

17   Q.   In fact, that was done according to the post on

18   Exhibit 58 in further efforts to increase public

19   understanding and acceptance of Satanism; correct?

20   A.   Yes.

21   Q.   And if the public desired to further understand

22   and accept Satanism as of June 10, 2013, they would see

23   articulated a religious belief that God and Satan were

24   both actual supernatural beings; correct?

25   A.   Yes.

By Michelle Shortt

59

1    Q.    And that there were nine tenets, not seven

2    tenets; correct?

3    A.    Yes.

4    Q.    So can you actually testify on knowledge under

5    penalty of perjury that Exhibits 49 -- or 51 through 57

6    were actually mere placeholders on the website maintained

7    and operated for the public by The Satanic Temple?

8    A.    The reason I continue to say "yes" is because

9    Lucien Greaves says that it is a placeholder.  He said so

10   publicly on Twitter.  I took it for face value.  So that's

11   why I continue to say "yes."  It's not through any other

12   information that I've received.  It's directly from Lucien

13   that I continue to say "yes."

14   Q.    And you see, though, that, in Exhibit 58,

15   Mr. Greaves, whose name is Doug Misicko, was actually

16   actively involved in promoting The Satanic Temple and

17   being a spokesperson long before The Satanic Temple

18   stopped articulating the religious belief that God and

19   Satan are actually supernatural beings and before they

20   stopped promoting nine instead of seven tenets; correct?

21   A.    Correct.

22   Q.    Does the Arizona chapter of The Satanic Temple

23   hold mass or services?

24   A.    No.

25   Q.    Did the Arizona chapter of The Satanic Temple

By Michelle Shortt

60

1   hold mass or services in February 8th -- strike that -- as

2   of February 8, 2016?

3        A.    No.

4        Q.    Did the Arizona chapter of The Satanic Temple

5   hold mass or services as of July 6, 2016?

6        A.    No.

7        Q.    Okay.

8              MR. CLAUS:   I think that's all I have.

9              Do you want to read and sign?

10             MR. DE HAAN:   Sure.

11             MR. CLAUS:   Okay.

12

13             (The deposition concluded at 11:44 a.m.)

14

15

16

17

18

19

20

21                                      MICHELLE SHORTT

22

23

24

25

1   STATE OF ARIZONA        )
                            ) ss.
2   COUNTY OF MARICOPA )

3          BE IT KNOWN that the foregoing proceedings were
    taken before me; that the witness before testifying was
4   duly sworn by me to testify to the whole truth; that the
    foregoing pages are a full, true, and accurate record of
5   the proceedings, all done to the best of my skill and
    ability; that the proceedings were taken down by me in
6   shorthand and thereafter reduced to print under my
    direction.

7

8          I CERTIFY that I am in no way related to any of
    the parties hereto, nor am I in any way interested in the
    outcome hereof.

9

10         [X]  Review and signature was requested; any
    changes made by the witness will be attached to the
11  original transcript.
           [ ]  Review and signature was waived/not
12  requested.
           [ ]  Review and signature not required.

13

14         I CERTIFY that I have complied with the ethical
    obligations set forth in ACJA 7-206(F)(3) and ACJA 7-206
    J(1)(g)(1) and (2).

15         Dated at Phoenix, Arizona, this 30th day of
    September, 2019.

16

17

18         _____    _____
                    KELLY M. OLHAUSEN, RPR
19                    Certified Reporter
                    Arizona CR No. 50867

20          *       *       *       *       *

21

22         I CERTIFY that GRIFFIN & ASSOCIATES, LLC, has
    complied with the ethical obligations set forth in ACJA
23  7-206 (J)(1)(g)(1) through (6).

24         _____
                    GRIFFIN & ASSOCIATES, LLC
                    Registered Reporting Firm
25                    Arizona RRF No. R1005

**The Satanic Temple and Michelle Shortt v.**       **By Michelle Shortt**       **30(b)(6) of Adversarial Truth, LLC**
**City of Scottsdale, Arizona, by it City Council**                                  **September 26, 2019**

**[**

**[sic] (1)**
30:1

**A**

**able (3)**
6:19;9:24;40:10
**accept (1)**
58:22
**acceptance (1)**
58:19
**accepted (2)**
46:17;47:25
**According (5)**
31:13,14;42:4,5;
58:17
**accurate (6)**
7:25;8:17;14:17,
21;29:10;32:4
**across (2)**
48:24;49:16
**act (4)**
10:9;11:6,22;22:7
**acted (1)**
17:5
**acting (3)**
10:20;17:6;21:19
**action (2)**
40:15;57:11
**active (1)**
53:18
**actively (1)**
59:16
**activism (6)**
32:11;51:4;54:3,9,
10;56:15
**activist (1)**
32:14
**activities (3)**
52:10;53:11,13
**activity (2)**
52:15;56:10
**actual (5)**
10:24;12:10;33:25;
38:1;58:24
**actually (10)**
13:17;14:23;20:23,
24;29:24;36:4;59:4,
6,15,19
**add (1)**
35:14
**addition (2)**
36:19;48:1
**address (1)**
21:9
**adhering (1)**
51:11
**admit (1)**
13:12
**Adopt-a-Highway (1)**
58:14
**adopted (1)**
53:5
**Adversarial (15)**
5:18;6:5;8:17,21;
9:5,15,21;19:19,25;
20:6,8,15;46:3,8;
48:13
**advocated (1)**
52:25
**advocating (1)**
56:4
**affiliate (2)**
15:25;16:16
**affiliated (1)**
12:19
**affiliation (9)**
12:12,17,18;13:21;
14:11,18;15:19;
17:11,18
**affirmation (1)**
57:11
**again (2)**
7:10;23:12,15;
36:11;54:9
**against (2)**
26:3;34:18
**agent (2)**
20:12,25;21:4,7
**agree (7)**
6:8;30:14,19;31:5;
37:1;50:1;52:12
**agreement (18)**
10:15;12:12,13,18,
18,18;13:21;14:9;
15:20;16:14;17:12,
18,21;18:3,6;48:1,2,
11
**agreements (5)**
15:23;48:5,14,16,
18
**ahead (2)**
24:23;49:22
**align (1)**
33:10
**allies (1)**
33:9
**allow (1)**
24:21
**allowed (2)**
11:1;52:25
**ally (1)**
33:11
**almost (1)**
21:19
**along (1)**
29:16
**Although (1)**
36:17
**always (4)**
29:25;30:4,6;48:23
**amend (1)**
21:3
**amended (2)**
5:18;29:3
**amendment (6)**
20:19,21;21:6;
53:1;55:21;56:1
**amendments (1)**
21:8
**and/or (1)**
17:13
**angel (2)**
36:17;37:8
**angels (1)**
40:2
**answered (2)**
20:16;39:14
**apologize (1)**
5:12
**appears (1)**
7:1
**application (3)**
47:20,22,24
**approached (1)**
51:11
**approaching (1)**
49:1
**approval (1)**
9:1
**April (11)**
9:10;36:9;37:1,5,
10,20;38:5,11,17;
54:16;55:11
**archive (7)**
19:1;34:10;36:8;
39:15,23;54:16;
55:10
**area (2)**
23:2,25
**Arizona (55)**
8:1,6,10,19;9:1,5,9;
10:1,19;12:19;13:20,
25;14:3,6,10,11,19;
15:4,25;18:12;19:11;
20:2,22;22:12,20,24;
23:9,18;24:2,15;
31:7;32:5,25;37:18;
38:3,15,20;44:1;
45:25;46:4,12,16;
47:3,4,7,8,10,18;
48:2,4;49:14;50:4;
51:10;59:22,25
**Armola (3)**
24:24;25:23,24
**A-R-M-O-L-A (1)**
25:24
**around (5)**
13:17;21:1;26:13;
34:17;48:8
**arrangements (1)**
9:25
**article (1)**
56:18
**articles (1)**
9:4
**articulated (9)**
35:10;36:10;37:10,
14;40:8,18;43:1;
56:23;58:23
**articulating (2)**
54:24;59:18
**articulation (1)**
35:2
**aspect (5)**
32:10,11;33:16,19,
20
**assertion (1)**
36:5
**assume (1)**
10:11
**atheist (1)**
30:1
**atheistic (1)**
34:21
**attendance (1)**
46:23
**attention (2)**
13:8;51:3
**attracting (1)**
32:12
**attributed (2)**
7:13,19
**audible (1)**
8:13
**audibly (1)**
8:14
**August (11)**
12:23;13:22;14:12,
20;15:2,20;16:17;
17:14;43:6;48:8,9
**Austin (1)**
58:6
**authority (7)**
9:24;10:9,23;11:6,
22;12:3,3;22:11
**autonomous (1)**
50:6
**available (2)**
35:1,10
**aware (4)**
11:10;12:3;15:23;
16:20
**away (1)**
34:24

**B**

**back (7)**
12:13;15:12;20:19;
28:15;32:7;44:3,5
**backdated (2)**
17:23,25
**bad (1)**
29:16
**band (1)**
21:20
**banner (3)**
16:6,12;34:11
**Baptist (2)**
52:14;56:12
**bar (1)**
46:25
**base (1)**
22:22
**based (4)**
23:4;31:25;37:19;
38:4
**basically (2)**
18:1;41:8
**became (17)**
18:7;9;26:11,20,
23;27:1,3,4,7,10,13,
16,19,22;28:2,19,23
**become (5)**
12:19;16:6;28:7,
17,17;32:5,25;43:23;
50:4
**becoming (1)**
18:5
**began (1)**
21:23
**begin (1)**
48:4
**beginning (4)**
13:6;18:5;26:13;
45:22
**behalf (10)**
9:14,20;10:23;
12:4;19:19;20:5;
22:3,11;37:14;43:22
**behavior (1)**
10:14
**beings (2)**
58:24;59:19
**belief (10)**
34:3,6;38:25;
44:10,13,16,19,23;
58:23;59:18
**beliefs (27)**
33:17,21,23,24;
34:11,25;35:2,9,12;
37:19;38:4;39:2,3,
16;42:22;43:2,6,10,
14,18;51:22;54:11,
17,24;56:4,21;58:3
**beyond (2)**
36:19,21
**black (1)**
19:6
**Blog (1)**
7:5
**Bloody (1)**
7:5
**board (1)**
48:10
**book (1)**
6:17
**Both (4)**
10:22,22;56:20;
58:24
**bottom (1)**

Case 2:18-cv-00621-DGC   Document 63-1   Filed 10/04/19   Page 65 of 319

The Satanic Temple and Michelle Shortt v.          By Michelle Shortt                    30(b)(6) of Adversarial Truth, LLC
City of Scottsdale, Arizona, by it City Council                                          September 26, 2019

5:22
**box (1)**
19:6
**break (3)**
15:7;45:10;52:2
**Brian (1)**
21:17
**brief (1)**
50:11
**broke (1)**
36:1
**brought (1)**
16:14
**bullet (1)**
11:20
**business (1)**
40:24

## C

**called (7)**
8:1,5;17:17,19;
19:19;20:6;21:20
**calling (3)**
29:11;30:8;31:4
**came (2)**
23:22;29:16
**can (38)**
10:18,20;12:6,6;
15:7,7;24:13,20;
25:4;26:16;28:5,10,
12;29:2,18;30:18;
33:3;34:7,9;36:20,20,
22,23;37:8,17,22;
38:1,13,22;39:11;
41:1;43:21;48:25;
50:19;51:15;56:6,7;
59:4
**capacity (1)**
48:25
**carefully (1)**
44:3
**case (4)**
10:3;29:8;47:15,16
**Catholic (1)**
30:10
**centered (1)**
19:3
**ceremony (3)**
52:13;56:11;57:20
**certainly (1)**
10:5
**Certified (1)**
5:2
**change (2)**
20:24;21:7
**changed (2)**
21:8;29:17
**changes (2)**
13:10;32:9
**chapter (57)**
8:1,1,5,6,9,19;9:23;
10:9,18,20,23;11:1;

12:3,19;13:6,17,20,
25;14:3,6,10,11,19;
15:3,4;16:6,10;18:4,
5,9,12;19:11;20:13,
14;21:2,2;26:4;
30:12;31:7,7;32:6,9,
25;45:25;46:4,12,16;
47:3,4,10,19;48:2,4;
50:4;51:9;59:22,25
**chapters (2)**
12:3;19:10
**chats (1)**
34:18
**chick (1)**
25:10
**choir (1)**
40:2
**church (4)**
30:10;34:19;52:14;
56:12
**Churches (7)**
15:24;16:8,15;
17:12;18:24;30:13;
50:3
**City (11)**
5:8;9:13,19;12:25;
13:4;19:17;20:4;
22:2;25:20;37:12;
58:14
**claims (2)**
57:10,11
**CLAUS (33)**
5:6,7;6:16,24;15:6,
10,17;16:22;17:2,8;
24:20,22;25:14;
28:12,20;30:17;
35:18,24;44:2,7;
45:10,14,20;49:21;
50:8,21;51:13,19;
52:1,6,18,20;54:8
**cleared (1)**
41:10
**clearly (1)**
16:9
**close (1)**
45:22
**coached (1)**
17:5
**co-chapter (1)**
10:18,19
**code (3)**
10:14;18:2;48:1
**Cody (4)**
25:8,16;27:10;
49:23
**Cody's (1)**
25:9
**cofounders (1)**
13:15
**combined (2)**
40:21;41:9
**comfortable (2)**
29:11;30:8

**coming (3)**
13:10;51:3;53:6
**commented (1)**
36:2
**comments (1)**
49:5
**Commission (4)**
9:1,5,10;20:22
**communication (1)**
31:22
**community (5)**
10:6;21:18;47:23;
53:7,18
**compassion (3)**
36:17;37:7;41:16
**complaint (1)**
29:3
**complete (2)**
47:19,21
**completely (2)**
17:3;34:24
**comprehension (1)**
36:21
**conduct (3)**
10:14;18:2;48:1
**conducted (1)**
57:10
**conduit (1)**
36:18
**confer (2)**
47:2,10
**confers (1)**
12:3
**confident (3)**
37:24,25;38:6
**consider (4)**
50:23;51:4,21;
52:22
**considered (4)**
23:20;31:10;46:14;
52:8
**conspiracy (2)**
34:17,18
**contain (1)**
19:25
**contained (1)**
41:5
**continue (3)**
59:8,11,13
**continued (1)**
26:4
**conversation (1)**
35:8
**convey (1)**
57:12
**copies (2)**
6:17;48:16
**copy (5)**
15:7;17:15,17;
29:3;48:14
**Corporation (8)**
9:1,5,10;13:5;
20:10,11,22;21:3

**corporeal (2)**
34:7;36:14
**correctly (4)**
11:25;36:24;39:14;
57:13
**correspond (1)**
5:16
**correspondence (1)**
32:3
**council (11)**
9:13,19;13:2,12;
22:2;23:23;25:11;
31:12;49:13,14,17
**counsel (1)**
17:6
**count (2)**
29:24;39:18
**counter (3)**
30:22,25;31:3
**couple (2)**
45:16;50:11
**couples' (1)**
57:9
**Court (8)**
5:3,13;8:14;28:13,
15;44:2,5;54:4
**created (5)**
33:25;36:16;38:21;
42:8;50:25
**creation (1)**
14:18
**cross-examination (2)**
52:8,19
**crowdsources (1)**
58:14
**current (1)**
53:19
**currently (9)**
22:10;32:7,8,9;
40:8;41:3,14;48:13;
57:22

## D

**d/b/a (1)**
15:24
**database (1)**
46:11
**date (9)**
8:24;9:9;16:3,16;
17:14;18:11;21:24;
22:1;28:1
**dated (4)**
15:20;18:18,21;
39:23
**day (4)**
12:22;14:24,25;
49:9
**de (21)**
12:14;15:9;16:21,
24;17:13;20:12,25;
24:18;25:6;26:8;
30:16;45:13,16;

49:20;50:11,15;51:8,
14,23,25;52:16
**debut (1)**
52:23
**December (3)**
43:18,24;54:25
**decide (1)**
45:14
**decided (1)**
51:5
**deciding (1)**
50:3
**degrees (1)**
23:14
**deity (1)**
45:2
**delineating (1)**
48:2
**demonstrates (1)**
14:5
**denied (1)**
21:4
**depends (3)**
49:3,3,9
**deponent (2)**
5:11;6:4
**deposition (13)**
5:17,18;6:10,22;
7:1;15:15,21;17:3;
29:4;35:22;45:22;
50:9;54:6
**described (1)**
57:24
**designated (2)**
6:4;15:4
**designed (1)**
40:14
**designee (2)**
30:13,21
**desired (1)**
58:21
**desires (4)**
36:21;37:9;38:23;
56:7
**Dickinson (1)**
5:8
**difference (4)**
30:14,19,22,24
**different (9)**
10:17;23:13;38:24;
41:4,8;44:10,13,16,
19
**directive (1)**
13:13
**directly (2)**
52:18;59:12
**disagree (2)**
40:24;41:6
**disclosed (1)**
18:16
**doctrine (1)**
45:5
**document (16)**

The Satanic Temple and Michelle Shortt v.
City of Scottsdale, Arizona, by it City Council

By Michelle Shortt

30(b)(6) of Adversarial Truth, LLC
September 26, 2019

6:25;7:15;10:8,11;
12:2,10,11;14:5,9,18;
15:10,18;16:5,9;
18:10;48:9
**domicile (1)**
24:10
**domiciles (1)**
24:19
**dominion (1)**
36:19
**done (4)**
40:5,6;45:11;58:17
**Doug (2)**
37:2;59:15
**due (4)**
13:9;21:4;30:9,9
**duly (1)**
5:2
**During (1)**
58:2

**E**

**earlier (13)**
14:22,24;15:1,5;
16:16,24;17:1,14,15,
17;18:11,21;50:20
**earth (1)**
40:3
**effort (1)**
58:14
**efforts (1)**
58:18
**eight (1)**
40:18
**electronically (1)**
6:20
**else (3)**
10:25;25:12;49:25
**e-mail (2)**
19:22,24
**e-mails (1)**
32:3
**end (1)**
41:21
**endured (1)**
30:9
**engaged (1)**
52:10
**entirely (1)**
30:20
**entity (4)**
8:18;17:13;19:19;
20:6
**entrusted (1)**
18:3
**entry (7)**
55:14,15,15,16,20;
58:5,13
**equality (1)**
57:9
**especially (2)**
32:11;34:19

**espoused (14)**
35:1,10;36:10;
37:20;38:4;41:3,14;
42:13;43:1,5,17;
56:21,22;58:4
**espouses (1)**
54:17
**establish (1)**
13:6
**even (1)**
13:11
**everybody (4)**
25:11;48:9,10,19
**exactly (2)**
26:17;40:19
**EXAMINATION (3)**
5:5;50:14;52:5
**except (2)**
41:9;42:9
**executed (3)**
13:22;14:12;16:16
**executive (2)**
13:13;31:12
**exercise (1)**
10:6
**Exhibit (66)**
5:15,16,17,25,25;
6:1,2,2,5,9,10,12,13,
19,22,25;7:1,3,7;8:3,
6;9:3,4,7;11:13;
15:15,21;16:1;18:22;
20:20,21;29:4,20;
34:9,14;35:1,10,22;
36:1,7,10,11;37:20;
39:10,15;40:17,18;
41:5,19;42:2,12,20,
25;54:2,6,13,20;55:9,
19,20;56:10,22,22;
58:1,18;59:14
**exhibits (9)**
5:15;6:16;37:15;
50:16,22;52:8;53:17;
55:4;59:5
**exist (2)**
34:7;46:8
**existence (1)**
14:20
**exists (1)**
18:10
**expected (1)**
48:3
**explained (1)**
34:22
**explains (1)**
35:5
**expressed (5)**
40:16;41:19;42:21;
43:9,13
**extend (1)**
47:24
**eyes (3)**
41:13,21;44:9

**F**

**face (2)**
57:12;59:10
**Facebook (1)**
22:23
**fact (4)**
11:4;36:5;56:25;
58:17
**false (4)**
7:8,13,20,24
**familiar (2)**
18:23;40:7
**family (1)**
56:12
**far (2)**
25:15;39:19
**fast (3)**
5:11,12,13
**fearful (1)**
48:23
**February (37)**
9:13;14:2,7;19:2,4,
8,9,11;21:11,25;22:8,
14,20,25;23:10,16;
24:2,11,15;25:20;
32:16,23;33:5;37:18;
38:3,15,20;43:23;
44:14,20;46:7,7,10;
47:13;48:6;49:11,17
**Federation (8)**
15:24;16:8,15;
17:12;18:24;30:13;
48:12;50:2
**feel (3)**
10:5;29:10;49:24
**few (2)**
47:23;49:9
**fifth (1)**
29:25
**filed (6)**
9:4;20:22;44:20;
55:17,22;56:13
**filing (1)**
9:9
**fill (1)**
47:24
**film (1)**
50:25
**find (1)**
29:13
**fine (1)**
29:5
**finish (1)**
32:20
**firm (1)**
5:8
**firmly (5)**
33:17,21,24;34:3,6
**first (30)**
5:18;6:12;7:7,12,
18;8:22;10:12;11:25;

12:21;18:4,5;21:15,
17,23;26:7,9;29:3;
32:14;36:24;41:15;
46:16,18;53:1;55:14,
14,15,16,20,21,25
**Fisher (1)**
25:1
**focus (2)**
21:24;32:10
**focusing (1)**
23:16
**follows (1)**
5:4
**foremost (1)**
32:15
**forgetting (1)**
49:24
**form (7)**
24:20;25:7;30:16;
49:20;50:21;51:13,
19
**formalized (1)**
13:11
**formation (1)**
8:24
**formed (8)**
13:4,16,20,21;14:1,
6;23:23;49:13
**former (1)**
30:12
**forum (1)**
10:7
**found (2)**
26:2;29:13
**four (1)**
36:9
**freedom (2)**
57:3,7
**friends (3)**
23:22,24;24:6
**fulfilling (1)**
53:19
**Fundamental (5)**
39:20,24,25;42:3,
21
**FURTHER (3)**
52:5;58:18,21

**G**

**gaining (1)**
51:2
**gave (2)**
49:14;53:9
**gets (1)**
10:6
**given (3)**
22:11;26:7;36:4
**gives (2)**
10:13;49:10
**giving (2)**
53:14,20
**God (13)**

29:19;33:25;36:12,
15,18,21;37:5;38:20,
21;56:4,6;58:23;
59:18
**God's (4)**
36:13;37:7;38:22;
56:5
**goes (1)**
34:17
**good (5)**
5:7;11:7,11,14,16
**Gosh (1)**
49:24
**grant (2)**
11:5,21
**gravesite (2)**
52:13;56:12
**Greaves (11)**
13:14;21:20;37:2;
40:25;52:24;53:9,20;
57:15,20;59:9,15
**group (1)**
32:14
**guess (2)**
9:25;23:5
**guided (1)**
41:16
**guidelines (1)**
10:14
**guiding (2)**
40:11,14

**H**

**Haan (21)**
12:14;15:9;16:21,
24;17:13;20:12,25;
24:18;25:6;26:8;
30:16;45:13,16;
49:20;50:11,15;51:8,
14,23,25;52:16
**Hail (3)**
32:12;35:5;58:5
**hand (1)**
54:1
**handed (4)**
5:10;6:25;15:18;
35:25
**handful (1)**
46:15
**Handing (1)**
42:12
**hands (1)**
54:4
**happiness (2)**
57:4,8
**Harvard (3)**
53:9,21,25
**hate (1)**
57:12
**head (12)**
8:1,5,9;9:23;10:9,
19,20;18:9;21:3;

30:12;31:7;51:9

**heading (3)**
  11:15;34:11;55:20
**headquarters (1)**
  57:23
**heads (4)**
  10:18;11:1;12:3;
  18:4
**hear (4)**
  21:15;36:20;38:22;
  56:6
**heard (5)**
  21:17;31:2,4;
  35:16;36:2
**hears (2)**
  34:4;37:8
**heaven (1)**
  40:3
**held (11)**
  33:17,21,24;34:3,
  6;44:10,13,16,19;
  51:21;54:11
**herein (1)**
  5:2
**highway (1)**
  53:6
**hold (2)**
  57:22;59:23
**hope (1)**
  39:14
**hour (2)**
  5:11;14:15
**human (1)**
  36:21

**I**

**identification (4)**
  6:23;15:16;35:23;
  54:7
**identified (2)**
  6:5,9
**identify (2)**
  29:1,15
**identity (2)**
  24:4,9
**ignorant (1)**
  32:13
**Immediately (1)**
  48:23
**imperfect (1)**
  36:14
**implemented (1)**
  48:22
**implications (1)**
  51:5
**impression (1)**
  49:10
**inappropriate (2)**
  17:3,7
**Inc (1)**
  50:2
**including (1)**

26:8
**incorporate (1)**
  13:18
**incorporated (1)**
  8:24
**incorporation (1)**
  8:23
**increase (1)**
  58:18
**indicating (3)**
  12:5;17:20;18:2
**inflammatory (1)**
  49:5
**influx (1)**
  13:9
**information (2)**
  11:17;59:12
**initial (2)**
  25:11;47:22
**initially (1)**
  23:23
**input (1)**
  49:15
**inserted (1)**
  17:4
**inspire (1)**
  40:14
**instance (3)**
  41:12;44:9;58:5
**instead (1)**
  59:20
**interact (1)**
  36:14
**interactions (1)**
  49:4
**interest (2)**
  13:9;21:23
**interesting (1)**
  29:13
**Internet (7)**
  19:1;34:10;36:8;
  39:15,23;54:16;
  55:10
**interrupt (1)**
  14:15
**intervene (1)**
  36:15
**interview (2)**
  7:2;29:12
**interviewed (2)**
  7:5;8:2
**interviewer (1)**
  30:7
**intimately (1)**
  37:3
**invocation (19)**
  9:12,14,18,20,22;
  12:24;13:4,7;19:18;
  20:5;22:2,12;26:1,5,
  14;37:12,13;43:23;
  44:24
**invocations (1)**
  53:1

**involved (3)**
  37:3;53:2;59:16

**J**

**Jack (4)**
  24:24;25:13,15;
  26:23
**James (4)**
  25:9,16;27:13;
  49:23
**January (7)**
  8:25;38:11,16;
  39:23;41:20;42:2;
  46:18
**Jarry (3)**
  13:14;31:24;32:2
**Jeremy (4)**
  25:9,16;27:16;
  49:23
**join (3)**
  38:6,10,16
**joined (5)**
  37:19;38:3,8;
  46:19,21
**July (12)**
  32:16,24;43:3;
  44:17;47:16;49:11;
  56:12,20;57:1,16;
  58:9,11
**June (3)**
  42:23;58:15,22
**justice (1)**
  36:23

**K**

**Kat (4)**
  25:1,15;27:4;49:23
**keep (3)**
  17:15;18:1;22:21
**keeping (2)**
  45:23,25
**Kevin (5)**
  31:18,20,23,24;
  32:2
**kind (12)**
  10:16;13:10;16:11,
  20;22:22;28:25;
  29:15;33:14;41:15;
  48:9;49:5;52:23
**knew (5)**
  23:18,21;24:1,14;
  25:19
**knowable (4)**
  36:22;37:9;38:24;
  56:8
**knowledge (9)**
  6:4;23:4;26:19;
  28:6;32:1;33:3;38:1;
  52:11;59:4
**knowledgeable (3)**
  6:9;24:9;48:17

**known (6)**
  36:22;37:2,9;
  38:23;51:18;56:7

**L**

**lack (1)**
  45:24
**last (3)**
  25:9;40:23;55:15
**late (1)**
  15:2
**later (1)**
  48:7
**law (1)**
  5:8
**lawsuit (1)**
  44:20
**leadership (2)**
  10:17;31:8
**lectures (2)**
  53:9,25
**legal (1)**
  57:9
**letter (2)**
  8:23;9:1
**level (1)**
  45:24
**liaison (3)**
  10:21,22;11:1
**life (5)**
  33:8;36:23;41:12,
  20;44:9
**limited (1)**
  35:6
**list (1)**
  46:13
**listen (2)**
  41:17;44:3
**lists (1)**
  19:10
**literary (1)**
  45:4
**litigation (1)**
  18:16
**little (1)**
  15:2;21:14
**live (2)**
  26:5;33:8
**lives (2)**
  47:7,8
**LLC (22)**
  5:19;6:5;8:18,21;
  9:6,15,21,21;13:5;
  15:24;16:15;17:12;
  18:24;19:19,25;20:6,
  8,16;30:13;46:4,8;
  48:13;50:3
**local (1)**
  46:25
**long (3)**
  21:13;49:2;59:17
**longer (3)**

8:9;31:6;34:23
**look (12)**
  9:3;18:22;29:2,8,
  20;34:20;35:4;39:10;
  54:13;55:9;56:25;
  58:1
**looking (3)**
  29:6,7;39:20
**looks (1)**
  40:20
**lot (5)**
  13:8,9,10;32:12;
  50:16
**love (2)**
  35:7;57:12
**Lucien (17)**
  13:14;21:20;37:2;
  40:25;52:24;53:9;
  55:17,22;56:13,20;
  57:1,15,20;58:11,15;
  59:9,12

**M**

**Ma'am (7)**
  14:14;35:7,25;
  41:17;52:7;54:9;55:5
**maintain (1)**
  46:4,10;48:14
**maintained (2)**
  18:23;59:6
**making (1)**
  32:9
**Malcolm (3)**
  13:14;31:24;32:2
**mankind's (1)**
  36:18
**many (12)**
  16:4;20:8,14,15;
  22:19,21;23:8,16;
  25:18;37:17;46:19;
  54:10
**March (5)**
  19:5;7;42:15;
  55:16,22
**mark (1)**
  35:19
**marked (7)**
  6:22;15:15,20;
  35:23;54:1,2,6
**mass (3)**
  52:22;57:10,22,24;
  59:23
**masses (1)**
  31:16
**material (1)**
  36:15
**Matirko (1)**
  24:24
**matters (1)**
  32:3
**May (5)**
  9:1;33:10;35:14;

Case 2:18-cv-00621-DGC   Document 63-1   Filed 10/04/19   Page 68 of 319

The Satanic Temple and Michelle Shortt v.      By Michelle Shortt      30(b)(6) of Adversarial Truth, LLC
City of Scottsdale, Arizona, by it City Council                                September 26, 2019

49:5;50:3
**Maybe (2)**
  17:20;18:6
**mean (13)**
  10:1,11;17:25;
  23:13;28:25;29:18;
  41:1,7;48:23;49:3,3,
  7;53:12
**meaning (1)**
  36:23
**means (2)**
  21:16;36:13
**meant (3)**
  50:25;51:1;57:12
**media (8)**
  9:24;10:21,22;
  11:1,2;13:8;23:24;
  51:2
**meeting (7)**
  9:13,19;13:2;22:2;
  46:18,21,24
**member (37)**
  10:15;11:24;17:21;
  18:2,7;20:11;21:10,
  13;24:19;26:11,20,
  23;27:1,4,7,10,13,16,
  19,22;28:3;32:5,25;
  38:19,24;44:8;47:7,9,
  18,25;48:5,14,16,18;
  50:4;51:10;52:13
**members (52)**
  9:15,20;10:1;
  13:12,12;14:4;20:8,
  14,15;22:19,22;23:1,
  1,8,11,17;24:10,13;
  25:18;28:6,7,17,18,
  19,22,24;33:9,18,21;
  37:17;38:2,14;42:14,
  22;43:1,22,23,25;
  45:23;46:4,6,11,17,
  19;47:4,5,23;48:3,5;
  49:15,17;53:6
**membership (8)**
  11:5,15,20,21;
  23:14;47:1,3,10
**mentioned (1)**
  51:17
**mentioning (1)**
  17:16
**mere (2)**
  58:4;59:6
**merely (3)**
  36:6;53:17;55:5
**message (1)**
  57:12
**met (2)**
  21:21;47:23
**method (3)**
  30:23,25;31:3
**metro (2)**
  23:2,25
**Michael (4)**
  25:1,13,15;27:1

**MICHELLE (1)**
  5:1
**might (1)**
  17:21
**minister (1)**
  22:7
**ministers (1)**
  45:8
**ministry (2)**
  13:14;31:12
**minutes (1)**
  45:17
**Misicko (7)**
  37:2;40:22,24;
  41:2;50:1;52:24;
  55:25
**misleading (5)**
  7:8,14,20,24;23:20
**mission (4)**
  53:19,23,24,25
**moment (1)**
  7:9
**months (3)**
  16:5;36:9;49:9
**moored (1)**
  39:3
**more (7)**
  25:17;32:10;33:17,
  21;39:18,18,19
**Morgan (4)**
  25:1,16;27:7;49:23
**morning (1)**
  5:7
**mostly (1)**
  46:15
**movie (2)**
  32:12;35:5
**myself (3)**
  10:22;20:25;29:14

**N**

**name (5)**
  5:7;25:9;28:22;
  52:24;59:15
**named (3)**
  28:6,21;33:5
**names (9)**
  24:13,16,19,23;
  26:7,8,9;28:23;46:13
**national (2)**
  31:12;45:24
**nationally (1)**
  22:22
**necessarily (5)**
  10:4;17:19;19:15;
  47:2,9
**need (8)**
  26:6;29:3,4,8;32:4,
  17,24;47:21
**needs (1)**
  47:19
**neither (1)**

50:1
**new (4)**
  21:2;42:8;53:6;
  58:14
**News (7)**
  55:14,17,21,22;
  56:13,18;57:2
**next (3)**
  6:2;19:6;58:13
**Nicki (3)**
  25:10,16;27:19
**nine (25)**
  39:6,8,9,25,25;
  40:2,4;41:4,5;42:2,3,
  12,21,25;43:5,9,13,
  17;51:7,11;54:24;
  56:22;58:2;59:1,20
**nobility (1)**
  40:14
**None (4)**
  37:21;38:2;40:17,
  23
**nor (1)**
  50:2
**Nos (1)**
  35:22
**notice (3)**
  5:17,18;7:8
**noticed (2)**
  12:13;49:6
**notion (1)**
  37:5
**November (1)**
  43:14
**number (4)**
  5:16;23:19;40:1;
  46:11
**numbered (1)**
  5:22;29:21,21
**numbers (2)**
  22:22;49:4

**O**

**oath (5)**
  23:3;35:25;36:4;
  39:13;45:21
**object (3)**
  24:18,20;49:20
**objection (3)**
  25:7;30:16;52:16
**obvious (1)**
  33:14
**occurred (1)**
  46:2
**occurs (1)**
  46:1
**October (1)**
  7:2
**off (3)**
  12:7;15:11;35:18
**official (7)**
  13:18;15:4;22:9;

45:4;46:6;51:5;52:23
**officiated (1)**
  57:20
**Old (2)**
  53:10,21
**once (2)**
  21:9;47:23
**one (30)**
  6:18,18;10:12,25;
  12:5,15;17:1;19:6;
  20:11;25:10,13;26:4;
  31:14;32:4,17,24;
  33:24;36:9;39:18,18,
  19;40:2,18;41:15;
  45:11,13;47:19;
  54:10,14;57:2
**ones (1)**
  54:14
**online (5)**
  10:14;31:15,15;
  34:18;48:25
**only (11)**
  5:10;14:9,14;20:1,
  11;21:6;23:6;36:18,
  19,20,22
**operate (1)**
  8:18
**operated (1)**
  59:7
**opposed (2)**
  32:11;51:7
**opposite (1)**
  11:18
**ordained (1)**
  22:7
**ordainment (1)**
  22:9
**ordination (2)**
  22:13;45:7
**organization (6)**
  9:4;11:5,9,23;51:2,
  6
**organized (2)**
  8:18,22
**original (1)**
  50:24
**originally (1)**
  50:25
**otherwise (2)**
  35:7;37:2
**out (2)**
  18:20;47:24
**outside (1)**
  36:12
**over (4)**
  21:14;33:25;36:16;
  37:6
**oversee (1)**
  40:3

**P**

**packet (3)**

10:12;17:23,25
**page (14)**
  5:23;6:1,2;19:3;
  22:23;29:25;36:8;
  39:16,17,20;55:10,
  15,16;58:5
**pages (2)**
  5:22;29:20
**paginated (1)**
  39:17
**paper (1)**
  10:24
**paperwork (1)**
  15:3
**paragraph (3)**
  57:2,18,19
**parlor (1)**
  16:4
**part (11)**
  29:14;34:23;52:14;
  53:6,11,12,14,22,24,
  24;56:15
**participatory (2)**
  46:14;49:4
**pastors (1)**
  45:8
**penalty (13)**
  23:4;26:16,19;
  28:5;33:3;36:4;
  37:22;38:1,14;41:2;
  43:21;55:7;59:5
**people (19)**
  13:9;23:20,21,24;
  24:1,5;28:16,17,21;
  29:18,19;31:4;32:13;
  41:15;46:13,20;51:3;
  57:4,8
**percipient (1)**
  17:5
**perfection (1)**
  36:13
**performed (1)**
  52:13
**performing (1)**
  56:11
**perjury (13)**
  23:4;26:16,19;
  28:5;33:4;36:5;
  37:22;38:2,14;41:3;
  43:21;55:7;59:5
**person (5)**
  6:8;24:9;48:25;
  49:4,10
**personal (2)**
  26:19;28:25
**personally (5)**
  23:9,17;24:1,14;
  25:19
**persons (1)**
  33:4
**Phoenix (5)**
  13:8;23:2,24,25;
  26:14

**photo (5)**
16:3;18:1,19,20;
25:13
**phrase (1)**
19:25
**physical (1)**
36:13,19
**pink (1)**
52:22
**pizza (2)**
14:22;16:4
**place (3)**
14:22;49:2;56:19
**place- (1)**
53:17
**placeholder (6)**
35:15;36:6;42:4,7;
50:23;59:9
**placeholders (5)**
52:9;53:17;55:5;
58:4;59:6
**platform (1)**
31:15
**play (1)**
50:3
**please (4)**
5:12,15;9:16;34:9
**point (1)**
11:20
**policy (1)**
26:2
**political (2)**
30:15,20
**portion (2)**
28:14;44:4
**position (1)**
31:14
**positions (1)**
10:17
**possible (1)**
49:8
**post (2)**
7:5;58:17
**Posted (8)**
55:16,22;56:12,20;
57:1;58:9,11,15
**potential (1)**
49:15
**practice (2)**
33:13;53:15
**practices (1)**
33:14
**practicing (4)**
32:5,17,24;33:5
**prayers (5)**
34:4;36:20;37:8;
38:23;56:6
**pre- (1)**
42:5
**precedes (1)**
57:18
**precious (3)**
41:12,21;44:9

**predate (1)**
16:1
**premise (1)**
40:19
**presence (2)**
9:24;23:24
**presented (1)**
50:23
**preside (2)**
33:25;36:16
**presides (1)**
37:6
**pretty (2)**
37:24,25
**previous (1)**
54:14
**previously (2)**
15:19;56:16
**principle (2)**
40:11,14
**printed (1)**
18:20
**prior (2)**
13:7;43:24;47:22
**probably (2)**
21:4;26:13
**process (7)**
20:23,24;47:22;
48:21,22;49:2,12
**program (3)**
22:10,13;45:7
**project (1)**
50:25
**prominent (1)**
21:18
**promoting (2)**
59:16,20
**proposition (1)**
11:18
**proxy (5)**
34:1;36:16;37:7;
38:22;56:5
**public (11)**
10:7,24;35:1,11;
42:14,22;43:2;58:4,
18,21;59:7
**publication (1)**
7:1
**publicly (1)**
59:10
**published (5)**
7:2;8:7;11:17;56:3,
18
**pursuit (2)**
57:4,8
**put (1)**
15:7

**Q**

**quick (2)**
35:19;52:1
**quickly (4)**

19:15;35:13;42:1;
49:8
**quite (1)**
13:18
**quote (4)**
11:5,19;41:20,21

**R**

**rather (1)**
5:11
**read (12)**
7:10,18;11:25;
16:14;28:12,15;
36:11,24;40:4;44:3,
5;57:13
**reading (3)**
7:15;12:11,12
**real (4)**
35:13,18;51:1,1
**really (4)**
5:13;18:20;49:3,9
**realm (2)**
34:7;36:14
**reason (1)**
59:8
**recall (9)**
7:9,10,11,18;
14:22;25:4;27:25;
28:2;30:7
**recalled (1)**
29:13
**received (4)**
8:25;13:8;18:4;
59:12
**receiving (1)**
47:22
**recently (1)**
30:8
**recess (4)**
15:13;35:20;45:18;
52:3
**recognized (1)**
14:18
**record (9)**
15:8,11;28:14;
35:18;44:4;45:23,24;
46:14;54:5
**records (2)**
46:4,11
**Red (2)**
14:23,23
**refer (3)**
29:3,5;50:16
**referred (6)**
13:22;15:19;31:2;
48:21;50:20;56:16
**referring (3)**
15:6;18:6;45:24
**reflecting (1)**
18:11
**reflects (3)**
9:9;14:9;56:10

**regarding (5)**
33:4;36:5,5;45:23;
53:21
**regards (5)**
9:25;20:13;22:12,
24;31:17
**registered (2)**
16:7,10
**relevance (1)**
24:19
**religion (19)**
22:3,5;29:1,11,14,
15,17;30:9,14,20,22,
25;32:11,13,15;
37:14;44:25;51:1;
52:23
**religious (41)**
33:16,17,19,20;
34:6,11,25;35:2,9;
36:10;37:19;38:4,24;
39:2,16;43:2,6,10,14,
18;44:10,13,16,19,
23;51:22;52:10,14;
53:2,7,11,13,15;
54:11,17,24;56:4,21;
58:3,23;59:18
**Remains (1)**
21:21
**remember (9)**
7:4,23;14:13,23;
15:1,3;23:3;25:11;
49:25
**removed (2)**
41:11,25
**repeat (3)**
9:16;28:10;41:1
**Reporter (8)**
5:3,14;8:15;28:13,
15;44:2,5;54:4
**represent (2)**
5:8;10:1
**representative (2)**
19:17,20
**represented (2)**
10:5;40:2
**request (3)**
19:23,25;21:3
**requested (3)**
13:3;28:14;44:4
**requesting (1)**
9:22
**research (1)**
26:2
**resided (10)**
22:20;23:9,18;
24:2,14;25:19;37:18;
38:3,15,19
**residency (1)**
26:3
**resident (1)**
26:2
**resignation (1)**
21:1

**respond (4)**
36:20;37:8;38:23;
56:7
**responds (1)**
34:4
**response (1)**
8:13
**responsible (1)**
49:12
**review (2)**
47:25;48:16
**reviewed (3)**
6:12;7:7,12
**right (9)**
12:14;13:23,24;
15:10,12;19:6;29:7;
36:3;39:11
**rights (1)**
10:7
**rituals (1)**
33:13
**Robert (8)**
24:24;25:13,15,21,
22;26:5,11,20
**role (3)**
31:8;50:3;51:9
**rules (1)**
24:21
**run (1)**
20:11
**running (1)**
25:6

**S**

**safety (1)**
48:24
**same (12)**
13:17;23:19;40:17,
19,20,23;41:8;42:12,
20,25;48:18;56:3
**same-sex (1)**
57:9
**Satan (28)**
32:12;33:25;34:4,
7,19;35:5;36:16,17,
18,20,20,21;37:6,7,8,
9;38:21,21,22,23;
41:13,21;44:10;56:5,
6;58:6,23;59:19
**Satanic (160)**
8:2,6,12,19;9:23;
10:10,13;11:4,8,17,
22;12:4,19;13:21,25;
14:3,6,10,11,19,19;
15:24,25;16:2,6,7,12;
18:7,9,12;19:10;
20:1;21:10,15,17,22;
22:8,11,13,19;23:8,
11,17;24:10,14;
25:19;26:12,21,24;
27:2,5,8,11,14,17,20,
23;28:3,7,18,24;

Case 2:18-cv-00621-DGC   Document 63-1   Filed 10/04/19   Page 70 of 319

The Satanic Temple and Michelle Shortt v.          By Michelle Shortt          30(b)(6) of Adversarial Truth, LLC
City of Scottsdale, Arizona, by it City Council                                 September 26, 2019

29:16;31:7,9;32:3,6,
10;33:1,16,20;34:3,6,
11,25;35:2,9;37:3,17,
19;38:2,4,14,16,19;
39:2,3,16,17,21,24;
40:1,8;41:4,14,20,22;
42:3,13,14,20,22;
43:1,2,6,10,14,18,24,
25;44:8;46:5,12,17;
47:2,3,5,8,9,11,19;
49:14;50:2,4,24,24;
51:3,10;52:9,12,22,
25;53:2,5,10,18,22,
22;54:17;55:21,25;
56:3,11,15,19,21,23,
25;57:3,7,9,16,19,22;
58:3,13;59:7,16,17,
22,25
**Satanism (10)**
22:6;29:11;30:8;
31:2;34:20,21;53:10,
21;58:19,22
**Satanist (8)**
10:6;21:18;30:4,6;
32:5,18,25;33:11
**Satanists (4)**
10:2;33:5,12,14
**saw (1)**
48:9
**saying (3)**
18:1;29:13;34:19
**scattered (1)**
23:1
**Scot (1)**
5:7
**Scottsdale (13)**
5:9;9:13,19;12:25;
13:4,7;19:18,20;
20:4;22:2;25:20;
26:6;37:13
**Second (1)**
37:1
**section (1)**
19:9
**seeing (2)**
7:11,19
**seeking (2)**
19:18;22:1
**seem (1)**
7:4
**sense (1)**
50:7
**sent (1)**
40:2
**September (1)**
43:10
**services (3)**
57:23,25;59:23
**set (1)**
51:17
**setting (1)**
10:24
**seven (13)**

23:1,25;39:6,7;
40:7,17;41:3;46:20;
51:6,18,20;59:1,20
**sexuality (1)**
31:17
**short (4)**
15:13;35:20;45:18;
52:3
**SHORTT (4)**
5:1,7;15:18;45:21
**show (3)**
21:22;31:16;54:11
**showing (1)**
36:7
**sign (7)**
10:13,15;12:17;
14:22;15:3;47:25;
48:19
**signature (1)**
12:14
**signed (6)**
12:21;13:18;16:5;
17:13,14;18:7
**significant (1)**
40:1
**signing (2)**
14:24;16:4
**similarly (1)**
28:23
**sincerely (2)**
51:21;54:11
**singer (1)**
21:20
**single (1)**
10:20
**six (2)**
28:21;46:20
**sociopolitical (3)**
30:22,25;31:3
**Soleng (5)**
31:18,20,23,24;
32:2
**somebody (1)**
49:24
**someone (2)**
47:7,8
**someone's (1)**
47:2
**sometime (1)**
15:4
**sorry (8)**
14:15;25:10;30:5;
32:22;38:12;39:12,
19;49:25
**sought (4)**
12:24;20:5;43:22;
44:24
**source (1)**
45:4
**speak (7)**
5:3;10:6,23;11:1;
12:4;22:11;31:16
**speaking (2)**

9:25;20:13
**speeches (1)**
53:14
**sphere (1)**
36:13
**spoken (3)**
11:4;31:20;32:2
**spokesperson (10)**
9:23;10:9;11:8,22;
21:19;26:3;31:10;
57:15,19;59:17
**standing (1)**
52:17
**started (4)**
48:6;51:2,3,4
**starting (1)**
31:15
**starts (1)**
57:3
**state (2)**
23:18;24:15
**stated (1)**
16:9
**statements (1)**
7:12
**states (1)**
57:19
**statutory (4)**
20:12,25;21:4,7
**still (10)**
22:18;23:19;31:10;
35:25;41:22;45:21;
47:15,16;51:15;58:1
**stood (1)**
11:18
**stopped (2)**
59:18,20
**story (6)**
35:16,17;36:2,3,3;
57:1
**Stratford (1)**
25:1
**Strike (2)**
30:5;48:12
**structure (1)**
13:11
**Stu (7)**
17:3;20:12,25;
25:12,16;27:22;
49:23
**subchapter (1)**
16:2
**submitted (2)**
19:22,24
**subordinate (2)**
36:18;56:6
**summer (1)**
15:5
**supernatural (7)**
33:25;36:12;37:6;
38:21;56:5;58:24;
59:19
**support (1)**

57:9
**supports (2)**
57:3,7
**Sure (10)**
9:17;11:16;15:9;
16:18;25:5;28:11,13;
33:11;41:2;48:11
**sworn (1)**
5:2

**T**

**tab (3)**
9:4;11:13;18:22
**tabbed (1)**
5:15
**taboo (1)**
31:17
**tabs (1)**
5:16
**talk (1)**
50:16
**talking (1)**
20:10
**talks (1)**
53:21
**telling (1)**
30:7
**Temple (154)**
8:2,6,12,19;9:23;
10:10,13;11:4,8,17,
22;12:4,20;13:21;
14:1,3,6,10,11,19,20;
15:25,25;16:2,6,7,12;
18:8,9,12;19:10;
20:2;21:10,16,17,22;
22:8,12,13,20;23:8,
17;24:10,14;25:19;
26:12,21,24;27:2,5,8,
11,14,17,20,23;28:3,
7,18,24;29:16;31:8,9;
32:3,6;33:1,16,20;
34:3,7,11,25;35:3,9;
37:3,18,19;38:2,4,14,
16,19;39:2,4,16,17,
21,24;40:8;41:4,14,
20,22;42:4,13,14,21,
22;43:1,2,6,10,14,18,
24,25;44:8;46:5,12,
17;47:2,3,5,9,11,19;
49:14;50:2,5,24;51:3,
10;52:9,12,23,25;
53:2,5,10,18,22;
54:17;55:21,25;56:3,
11,16,19,21,23,25;
57:3,7,10,16,19,22;
58:3,13;59:7,16,17,
22,25
**Temple's (2)**
50:24;53:22
**ten (2)**
23:1,21
**tenet (10)**

40:1,11,13,16,20,
23;41:5,13,19,22
**tenets (36)**
39:3,6,6,20,24,25;
40:4,7,17,18,23;41:3,
4;42:3,3,13,13,20,21,
25;43:5,9,13,17;51:6,
7,11,17,18,21;54:25;
56:22;58:3;59:1,2,20
**Testament (2)**
53:10,21
**testified (10)**
5:4;11:3,19;14:4;
22:16;40:22;41:2;
45:22;52:7;53:16
**testify (14)**
23:4,6;24:9;26:16,
19;28:5;31:25;33:3;
37:22;38:1,13;43:21;
48:17;59:4
**testimony (3)**
36:4;55:4,7
**Texas (1)**
58:6
**theistic (1)**
44:24
**thesatanictemplecom (1)**
55:11
**third (2)**
11:19;57:2
**though (1)**
11:24;18:21;38:8;
59:14
**thought (3)**
7:13;25:12;40:15
**three (3)**
10:17,17;57:2
**throughout (1)**
23:2
**thus (2)**
36:12;57:8
**times (1)**
58:2
**Titled (1)**
55:25
**today (4)**
16:14;20:9;22:16;
48:17
**together (1)**
53:7
**told (2)**
21:22;36:1
**took (2)**
23:3;59:10
**top (2)**
19:3;42:16
**Topic (1)**
24:8
**topics (4)**
6:3,5,9;31:17
**touring (1)**
21:21
**track (1)**

Case 2:18-cv-00621-DGC   Document 63-1   Filed 10/04/19   Page 71 of 319

The Satanic Temple and Michelle Shortt v.          By Michelle Shortt          30(b)(6) of Adversarial Truth, LLC
City of Scottsdale, Arizona, by it City Council                                September 26, 2019

22:21
**trauma (1)**
   30:9
**Treiber (1)**
   25:2
**tried (2)**
   21:7;48:10
**true (11)**
   29:12;32:17,19,23;
   33:2;47:1,3;57:20;
   58:11,15,16
**truth (17)**
   5:3,4,18;6:5;8:18,
   21;9:6,15,21;19:19,
   25;20:6,8,16;46:3,8;
   48:13
**try (2)**
   34:18;49:7
**trying (5)**
   13:6;20:24;25:10;
   32:10,14
**Tucson (3)**
   23:1,22;46:25
**turn (5)**
   5:14;6:1,1;20:19;
   34:9
**twice (1)**
   21:9
**Twitter (1)**
   59:10
**two (1)**
   57:2
**typo (2)**
   21:5;40:13
**typos (1)**
   41:10

**U**

**umbrellaed (1)**
   16:11
**unaware (1)**
   28:23
**under (35)**
   11:15,20;13:13;
   16:6,8,10,11,11;23:4;
   26:16,19;28:5;29:25;
   33:3;35:25;36:4,4;
   37:22;38:1,13;39:13;
   41:2;43:21;45:21;
   52:7,24;53:1;55:7,14,
   17,20,22;56:13;57:2;
   59:4
**United (8)**
   15:24;16:8,15;
   17:12;18:23;30:13;
   48:12;50:2
**universe (5)**
   34:1;36:16;37:6;
   38:22;56:5
**unsaid (1)**
   10:16
**unspoken (1)**

11:3
**up (1)**
   41:10
**upcoming (1)**
   31:14
**update (1)**
   19:15
**upon (5)**
   31:25;37:19;38:4;
   47:2,10
**use (4)**
   6:18;26:7,8;34:18
**used (1)**
   29:14
**usually (2)**
   33:9;49:7

**V**

**value (1)**
   59:10
**values (1)**
   57:11
**vests (1)**
   10:8
**vetted (1)**
   48:24
**vetting (5)**
   47:22;48:21,22;
   49:2,12
**view (1)**
   29:17
**views (3)**
   36:10;37:14;53:2
**Vital (1)**
   21:21
**vocal (3)**
   33:10,12,12
**volunteered (2)**
   25:25;26:6

**W**

**Wait (2)**
   39:11;54:4
**Warner (1)**
   21:18
**way (4)**
   10:16;11:2;34:22;
   36:22
**ways (1)**
   54:10
**Web (1)**
   55:10
**website (16)**
   11:11;18:23;19:1,
   10,15;21:16;34:20,
   23;35:14;42:7,8,9;
   50:24;55:11;56:19;
   59:6
**weekly (1)**
   57:23
**Westboro (2)**

52:14;56:11
**what's (3)**
   25:9;51:18;54:1
**who's (1)**
   49:1
**whose (2)**
   43:22;59:15
**wisdom (2)**
   36:17;37:7
**wish (1)**
   18:19
**within (2)**
   10:6,18
**witness (10)**
   5:2;17:1,5,6;25:8;
   28:16;44:6;50:13,22;
   51:20
**word (1)**
   29:16
**wordage (1)**
   41:10
**words (2)**
   41:9;57:3
**working (2)**
   13:13;46:15
**works (2)**
   22:10,18
**world (2)**
   29:17;36:15
**Wright (1)**
   5:8
**written (4)**
   10:8;31:22;48:4,7
**wrong (1)**
   17:21
**wwwthesatanictemplecom (4)**
   18:24;34:10;36:8;
   42:9

**Y**

**year (6)**
   15:2;21:14;26:13;
   28:2;36:9;48:7
**Yesterday (2)**
   6:14,15
**York (2)**
   53:6;58:14

**Z**

**Zarzycki (1)**
   25:9
**zeal (2)**
   30:15,20

**0**

**08/10/2016 (1)**
   18:11

**1**

**1 (8)**
   19:2,4,9,11;29:22;
   39:18;55:16;58:5
**10 (7)**
   7:2;14:20;15:20;
   16:17;17:14;58:15,
   22
**10:22 (1)**
   15:13
**10:25 (1)**
   15:14
**10:50 (1)**
   35:20
**10:54 (1)**
   35:21
**10th (1)**
   12:23
**11 (2)**
   26:8;28:21
**11:09 (1)**
   45:18
**11:16 (1)**
   45:19
**11:25 (1)**
   52:3
**11:32 (1)**
   52:4
**12 (3)**
   43:18,24;54:25
**13 (1)**
   28:8
**14 (1)**
   9:10
**15 (1)**
   38:11
**16 (3)**
   39:23;41:20;42:2
**17 (13)**
   24:1,4;25:4;37:5,
   10,20;38:5,11;54:16;
   56:12,20;57:1,16
**17th (1)**
   37:1
**1st (1)**
   19:8

**2**

**2 (3)**
   29:22;39:16,18
**20 (1)**
   42:23
**2013 (23)**
   28:7;35:3,11;
   38:11,16;39:24;
   41:20;42:15,23;43:3,
   7,11,15,19,24;54:25;
   56:12,20;57:1,16;
   58:11,15,22
**2014 (11)**
   36:9;37:2,5,10,20;
   38:5,11;54:16;55:11,
   17,22

2015 (2)
   28:4
**2016 (52)**
   9:13;11:4,18;
   12:16,21,23;13:22;
   14:7,12,20;15:20;
   16:17;17:14;18:5;
   19:2,4,9,11;21:11,25;
   22:8,14,20,25;23:10,
   16;24:2,11,15;25:20;
   32:16,16,23,24;33:5;
   37:18;38:3,15,20;
   43:23;44:14,17;46:2,
   7,8,10,18;47:14,16;
   49:11,11,18
**2017 (5)**
   8:25;9:2,10;19:5;
   38:17
**2018 (4)**
   7:2;12:15;29:11;
   44:20
**21 (1)**
   55:11
**22 (1)**
   43:3
**24 (1)**
   44:20
**24th (1)**
   8:25
**26 (7)**
   9:3,4,4,7;20:20,21;
   42:15
**27 (6)**
   34:9,14;35:1,10;
   36:10;37:15
**28 (7)**
   39:10,15;40:17,18;
   41:5,19;42:2

**3**

**3 (4)**
   6:1;29:23;39:18;
   43:14
**32 (2)**
   11:13,13
**3rd (1)**
   9:1

**4**

**4 (3)**
   29:25;39:18;43:10
**40 (2)**
   18:22,22
**47 (3)**
   6:17,19;56:22
**48 (9)**
   6:21,22,25;7:1,3,7;
   8:3,6;29:20
**49 (10)**
   35:22;36:1,7,11;
   37:15,20;54:13;55:4;

56:22;59:5

## 5

**5 (5)**
24:8;39:18;41:12,
19;43:6
**50 (3)**
15:15,21;16:1
**51 (6)**
35:22;42:12;50:19;
52:8;53:17;59:5
**52 (1)**
42:20
**53 (1)**
42:25
**54 (1)**
43:5
**55 (2)**
43:9;46:6
**56 (1)**
43:13
**57 (10)**
35:22;43:17;50:19;
52:9;53:17;54:20,22;
55:4;56:23;59:5
**58 (11)**
54:2,6,21;55:9,19,
20;56:10;58:1,5,18;
59:14

## 6

**6 (5)**
32:16;39:18;44:17;
49:11;58:11
**6th (3)**
32:24;55:16,22

## 7

**7 (1)**
24:1

## 8

**8 (17)**
5:15,17,25;6:1,2,
10,13;32:16;38:15;
43:23;44:14;46:7,7,
10;47:13,16;49:17
**8th (19)**
9:13;21:11,25;
22:8,14,20,25;23:10,
16;24:2,11,15;25:20;
32:23;33:5;37:18;
38:3,20;49:11

## 9

**9 (2)**
40:10,16

# EXHIBIT B

**Atkinson-Baker, Inc.**
www.depo.com

```
1                 UNITED STATES DISTRICT COURT
2                     DISTRICT OF ARIZONA
3                 Case No. CV 18-00621-PHX-DGC
4    -------------------------------x
5    THE SATANIC TEMPLE and MICHELLE :
6    SHORTT,                         :
7              Plaintiffs,           :
8    vs.                             :
9    CITY OF SCOTTSDALE, ARIZONA, by :
10   its City Council, consisting of :  Volume I
11   the Mayor and council members,  :  Pages 1 to 59
12   (Caption continued on following page)
13
14       RULE 30(b)(6) TELEPHONIC DEPOSITION OF THE
15       SATANIC TEMPLE INC. BY AND THROUGH DOUGLAS
16                 ALEXANDER MISICKO
17            conducted at Spaces Newbury
18       359 Newbury Street, Boston, Massachusetts
19            on Tuesday, September 24, 2019
20        commencing 9:50 AM and ending 11:09 AM
21                    reported by
22    Lawrence A. Brown, CSR, RPR and Notary Public
23                 ATKINSON-BAKER, INC.
24            (800) 288-3376 - www.depo.com
25             ABI File Number AD08F98
```

1

**Atkinson-Baker, Inc.**
**www.depo.com**

```
 1   (Caption continued from preceding page)

 2   WJ Jim Layne, Suzanne Klapp,      :

 3   Virginia Korte, Kathy             :

 4   Littlefield, Guy Phillips, and    :

 5   David Smith,                      :

 6            Defendants.             :

 7   -------------------------------x

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

2

```
 1                  APPEARANCES OF COUNSEL

 2

 3                   KEZHAYA LAW PLC

 4      by Attorney Matthew A. Kezhaya (via telephone)

 5                1202 Northeast McClain Road

 6                Bentonville, Arkansas 72712

 7               479.431.6112 - matt@kezhaya.law

 8                    for the Plaintiffs

 9

10                  DICKINSON WRIGHT PLLC

11                by Attorney Scot L. Claus

12            1850 North Central Avenue, Suite 1400

13                 Phoenix, Arizona 85004-4568

14         602.285.5000 - sclaus@dickinsonwright.com

15                    for the Defendants

16

17

18

19

20

21

22

23

24

25
```

3

**Atkinson-Baker, Inc.**
**www.depo.com**

```
 1                    I N D E X

 2

 3   EXAMINATION OF DOUGLAS ALEXANDER MISICKO

 4                    DIRECT  CROSS  REDIRECT  RECROSS

 5   by Mr. Claus         6

 6   by Mr. Tezhaya              56

 7

 8                  E X H I B I T S

 9

10   NUMBER          DESCRIPTION         FIRST MENTION

11

12    6  Notice of 30(b)(6) deposition            6

13   18  Articles of organization for The Satanic

14       Temple                                   8

15   19  Articles of amendment for The Satanic

16       Temple                                   8

17   20  Annual report filed May 24, 2019        16

18   21  Annual report filed May 24, 2019        20

19   22  Certificate of change of address of

20       resident agent                          21

21   23  Print-out of search of United States

22       Patent & Trademark Office Trademark

23       Electronic Search System                26

24   24  Trademark registration, October 30, 2018  28

25   25  Trademark registration, October 30, 2018  29
```

4

**30(b)(6): Douglas Misicko**
**September 24, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

```
1                    E X H I B I T S

2

3    NUMBER              DESCRIPTION        FIRST MENTION

4

5    31   Web site membership page              41

6    32   Web site membership page              42

7    34   Archive Web site of The Satanic Temple   38

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24   Original exhibits attached to transcript original

25   Binder of unused exhibits returned to Mr. Claus
```

5

**Atkinson-Baker, Inc.**
**www.depo.com**

```
 1              P R O C E E D I N G S

 2

 3         (Witness sworn.)

 4

 5              DOUGLAS ALEXANDER MISICKO,

 6    a witness called by Counsel for the Defendant,

 7    having identified himself by means of his United

 8    States of America Passport Card and having been

 9    duly sworn by the Notary Public, was questioned

10    and testified as follows:

11

12    DIRECT EXAMINATION BY MR. CLAUS:

13         Q    Mr. Misicko, my name is Scot Claus at

14    Dickinson Wright Law Firm.  I represent the City

15    of Scottsdale.  Good morning.

16         A    Good morning.

17         Q    If you could turn, please, to Exhibit 6,

18    tab 6.  As we explained off the record, each of

19    the deposition exhibits corresponds with a tab.

20    We won't get through all of the exhibits today.

21    We'll mark them for identification so then we can

22    use them in subsequent depositions.

23              Tab 6, Exhibit 6, is the notice of

24    30(b)(6) deposition of The Satanic Temple Inc.

25    Do you see that?
```

**Atkinson-Baker, Inc.**
www.depo.com

```
 1        A    This 30(b)(6) --
 2        Q    All right.
 3        A    -- yeah.  I see that, yes.
 4        Q    Okay.  Now turn, please, to Exhibit A to
 5   Exhibit 6.  It's the fourth page in.
 6             (Pause.)
 7        Q    Exhibit A is the list of topics for which
 8   you have been designated as the designee of The
 9   Satanic Temple Inc.  Have you reviewed Exhibit A
10   to Exhibit 6 before?
11        A    Exhibit A to Exhibit 6?
12        Q    Correct.  Those two sheets you're looking
13   at right now.  Have you seen those before?
14        A    Yes.
15        Q    When was the first time you saw those?
16        A    Yesterday.
17        Q    Okay.  Do you agree that you're the
18   representative of The Satanic Temple Inc. most
19   knowledgeable to talk about the topics on Exhibit
20   A to Exhibit 6?
21        A    I do.
22        Q    Do you know when The Satanic Temple Inc.
23   was first organized as a corporate entity?
24        A    Month, I'm not sure.  2017.
25        Q    If you could turn to tab 18, which is
```

7

**Atkinson-Baker, Inc.**
www.depo.com

```
 1   Exhibit 18.
 2          (Pause.)
 3      A   Okay.
 4      Q   Now, Exhibit 18 constitutes the articles
 5   of organization for an entity called The Satanic
 6   Temple.  Do you see that?
 7      A   Yes.
 8      Q   When The Satanic Temple was organized as a
 9   corporate entity on November 14, 2007, it did not
10   include "Inc." in its name.  Is that correct?
11      A   In Article I it says "The exact name of
12   the corporation is The Satanic Temple."
13      Q   Could you -- Is it accurate --
14          If you'd turn to Exhibit 19.
15      A   Yes.
16      Q   -- that in May -- on May 24, 2019 articles
17   of amendment were filed for The Satanic Temple
18   changing the exact name of the corporation to The
19   Satanic Temple Inc.?
20      A   Correct.  "The Satanic Temple Inc.,"
21   Article I, is what this page says.
22      Q   And reading the text, do you see in the
23   middle there are words after -- the bold words
24   that say "do hereby certify that these Articles
25   of Amendment"?  Do you see that language?
```

8

**Atkinson-Baker, Inc.**
www.depo.com

```
1    There's a check under Article I -- or an X next
2    to Article I.  See that?
3         A    "Do hereby certify" --
4         Q    Yeah.
5         A    -- "that these Articles of Amendment" --
6         Q    And the --
7         A    -- "affecting articles numbered."
8              Okay.  Yeah.  I see --
9         Q    And then there's a text box below that.
10   Do you see that?
11        A    Oh, for "the Articles of Organization" --
12        Q    Yes.
13        A    -- "were duly adopted."  Okay.
14        Q    Yeah.  Read that to yourself, and let me
15   know when you're done, just that text box.
16             (Pause.)
17        A    Okay.
18        Q    You are identified as the president of The
19   Satanic Temple Inc. in Exhibit 19?
20        A    Correct.
21        Q    And you are identified as the clerk of The
22   Satanic Temple Inc. in Exhibit 19.  True?
23        A    Correct.  Yeah.
24        Q    And reading the actual text of that text
25   box, it looks like you held a -- the -- the
```

9

**30(b)(6): Douglas Misicko**
**September 24, 2019**

1    president and the clerk held a meeting on May 23,

2    2019 and that by a vote of one decided to amend

3    the articles of incorporation.  Is that right?

4         A    Correct.

5         Q    And if you'd turn to Exhibit 2 -- or --

6    I'm sorry.  Strike that.

7              If you'd turn to page 2 of Exhibit 19.

8         A    Is it this one we're on?

9         Q    Same -- Same tab --

10        A    All right.

11        Q    -- page 2.

12             That you, as the clerk, signed Exhibit 19

13   under penalties of perjury.  Is that correct?

14        A    Correct.

15        Q    Also as the president, slash, vice

16   president.  True?

17        A    Yeah.

18        Q    And you stated under penalty of perjury

19   when you filed Exhibit 19 with the Commonwealth

20   of Massachusetts that at least two thirds of the

21   members, slash, directors -- I'm reading from

22   that text box again on page 1 -- legally

23   qualified to vote in the meetings of the

24   corporation made the decision to amend the

25   articles of organization.  True?

10

**Atkinson-Baker, Inc.**
www.depo.com

1    A    Yes.   Correct.

2    Q    And so mathematically you would agree with

3    me that only one member could comprise at least

4    two thirds of the legally qualified members.

5    True?

6    A    Well, now, this was a discussion between

7    me and Malcolm Jarry.  We're the only two.  So I

8    mean we both knew we were doing it and both

9    approved it with the lawyer we were working with.

10   So that would be 100 percent really.

11   Q    Okay.  Well, the -- the document that you

12   filed, Exhibit 19, with the Commonwealth of

13   Massachusetts under penalty of perjury states

14   that there was a vote of one.  Correct?

15   A    Yeah.  I would just say that's incorrect.

16   I mean Malcolm was not unaware of this -- of --

17   that this process was taking place.  We were both

18   in agreement so that was -- I'm not sure why it's

19   filed that way.

20   Q    Okay.  So there were -- as of May 24, 2019

21   there were two members or directors qualified to

22   vote in meetings of the corporation?

23   A    Correct.  Yeah.

24   Q    Were -- Have there ever been more than two

25   directors of the corporation identified in

**Atkinson-Baker, Inc.**
**www.depo.com**

1   Exhibit 19 qualified to vote on corporate

2   matters?

3        A    There have not.

4        Q    As the legally -- As one of the legally

5   qualified members of The Satanic Temple Inc.,

6   have you ever asked to give an invocation before

7   a City of Scottsdale Council meeting?

8        A    As -- As president or director of --

9        Q    Satanic Temple.

10       A    -- Satanic Temple?

11       Q    Mm-hmm.

12       A    I have not.

13       Q    But do you know, as the Rule 30(b)(6)

14   designee of The Satanic Temple Inc. today, if the

15   person you identify as Malcolm Jarry has ever

16   requested to give an invocation before the City

17   of Scottsdale Council meeting?

18       A    To my knowledge, he has not.

19       Q    Turning back to Exhibit 18, which is tab

20   18 --

21       A    Okay.

22       Q    -- the entity reflected in Exhibit 18,

23   which changed its name to The Satanic Temple Inc.

24   in 2019, did not exist as an entity until

25   November 14, 2017.  Is that right?

**Atkinson-Baker, Inc.**
www.depo.com

1      A    I actually don't know how you phrase that

2    in -- in legal terminology.  I mean The Satanic

3    Temple as an organization existed and as a DBA

4    LLC existed, but The Satanic Temple Inc., you

5    know, didn't exist on paper until -- until this

6    paperwork of 2017.

7      Q    Right.  And so the -- the corporation The

8    Satanic Temple Inc. did not become organized

9    under the laws of the state of Massachusetts

10   until November 2017.  Correct?

11     A    Right.  The Satanic Temple Inc.

12     Q    Had The Satanic Temple Inc. ever been

13   incorporated in a state other than Massachusetts?

14     A    No.

15     Q    Had The Satanic Temple Inc. ever been

16   incorporated in a jurisdiction outside of the

17   United States?

18     A    No.

19     Q    You mentioned an LLC, and we'll -- we'll

20   talk about the -- the relationship between -- The

21   LLC you referred to is the United Federation of

22   Churches LLC?

23     A    Yeah.  Right.

24     Q    Has The Satanic Temple Inc. ever owned a

25   membership interest in the United Federation of

**30(b)(6): Douglas Misicko**
**September 24, 2019**

1    Churches LLC?

2        A    A membership interest?

3        Q    Yes.

4        A    I'm not -- I'm not sure how that would

5    work.  I mean this is kind of set up through

6    lawyers so -- and we asked them what the best

7    process is, and I'm not necessarily aware of the

8    terminology or the -- the -- I mean that said,

9    I'm still the best person to answer to this, but

10   I -- I didn't necessarily do the -- you know, do

11   the template set-up and that kind of thing so

12   I --

13       Q    Sure.

14       A    So you -- I -- I might need that qualified

15   a little bit.

16       Q    Well, I can -- you are the designee to

17   answer questions and be knowledgeable about the

18   relationship, if any, between and/or amongst the

19   United Federation of Churches LLC, The Satanic

20   Temple Inc., Adversarial Truth LLC and Michelle

21   Shortt.

22       A    Right.

23       Q    I'm reading from number 11 of Exhibit A to

24   Exhibit 6.

25            Is that correct?

**Atkinson-Baker, Inc.**
www.depo.com

1     A    Yeah.  Yeah.

2     Q    Okay.  So one of the questions that I have

3  about the relationship, if any exists, is whether

4  The Satanic Temple Inc. owns a membership

5  interest in the United Federation of Churches --

6  the United Federation of Churches LLC now.

7     A    I -- I don't -- I don't know what that

8  means.

9     Q    Okay.  Do you know that a limited

10 liability company has members?

11    A    Yes.

12    Q    Do you know if The Satanic Temple Inc. is

13 a member of the United Federation of Churches

14 LLC?

15    A    I know I'm a -- I'm a member, and -- and

16 Malcolm Jarry is the managing member.  I know

17 that's the terminology for that.

18    Q    Okay.  So then using, I suppose, the --

19 using elimination, then, if Malcolm Jarry is a

20 member and you are a member, do you know if there

21 are any other members of the United Federation of

22 Churches of LL -- United Federation of Churches

23 LLC now?

24    A    No.

25    Q    Okay.  So if you are a member, Malcolm

15

**Atkinson-Baker, Inc.**
www.depo.com

1    Jarry is a member and there are no other members,

2    then one can deduce that The Satanic Temple Inc.

3    is not a member of the United Federation of

4    Churches LLC.  Correct?

5        A    Yeah.  As a discrete entity it's not

6    listed as a -- as a member on the documentation.

7        Q    Has the United Federation of Churches LLC

8    ever been managed by anyone other than -- Strike

9    that.

10           Has the United Federation of Churches LLC

11   ever been managed by The Satanic Temple Inc.?

12       A    Managed by Satanic Temple Inc.  I don't

13   think that that's the arrangement laid out --

14       Q    Okay.

15       A    -- but --

16       Q    Did The Satanic Temple Inc., after it was

17   formed in 2017, fail to file annual reports on a

18   yearly basis?

19       A    The Satanic Temple Inc.?

20       Q    Yes.

21       A    No, not that I'm -- not that I'm aware of.

22       Q    If you'd turn to tab 20.  Tab 20, Exhibit

23   20, is a filing with the Commonwealth of

24   Massachusetts Secretary of the Commonwealth that

25   has a filing date of May 24, 2019 at 1:24 PM, if

```
 1   you look up at the top, the very top of the page,
 2   very top centered.
 3        A   Oh, here (indicating)?
 4        Q   Yeah.
 5        A   Okay.  Yeah.  Gotcha.
 6        Q   But it is an annual report that states it
 7   is a -- it is a filing for November 1 of 2017.
 8   Do you see that?
 9        A   Yes.
10        Q   Do you know why the -- And -- And we know
11   that as of November 1, 2017 The Satanic Temple
12   Inc. didn't exist yet as a corporate entity.
13   Correct?
14        A   When did it say it existed?
15        Q   If you could turn back to Exhibit 18.
16   November 14, 2017.
17        A   I'm sorry.  Which exhibit?
18        Q   18.
19        A   18.  Okay.
20            (Pause.)
21        A   So November 14 -- Okay.  Yeah.
22        Q   Do you know why the annual report --
23            MR. KEZHAYA:  I'm going to object on this
24   question.
25            MR. CLAUS:  You can object to form.
```

17

**Atkinson-Baker, Inc.**
www.depo.com

1    That's all you can say.

2           MR. KEZHAYA:   Actually under Rule 30 I can

3    object to not just form question but also --

4           (The reporter requested audible speech.)

5           MR. KEZHAYA:   In addition to objection to

6    form, you can also object to questions outside

7    the scope of discovery as expressly ordered by

8    the court.   If you look at document 55, the court

9    orders limited discovery on the issue of subject

10   matter jurisdiction --

11          MR. CLAUS:   This has to do with --

12          MR. KEZHAYA:   -- shall be completed by

13   9/27.

14          MR. CLAUS:   Okay.   You made your record.

15          MR. KEZHAYA:   So it's outside the issue of

16   standing.

17          MR. CLAUS:   Okay.   So --

18          (The reporter requested single voices.)

19          MR. KEZHAYA:   So as I was saying, in

20   addition to objecting on the basis of limiting it

21   to the issues that the judge has already ordered,

22   you can also instruct the deponent not to answer.

23   So I'm not objecting on the issue of form.   I'm

24   objecting that the judge has already decided this

25   issue.   This is outside the issue of standing.

**Atkinson-Baker, Inc.**
**www.depo.com**

```
 1            MR. CLAUS:  It is not outside the issue of
 2    subject matter jurisdiction, and it is a -- it is
 3    a foundational question to ask further questions.
 4    If you're really going to ask the -- the --
 5    you're really going to instruct the witness not
 6    to answer, then you really don't understand the
 7    Federal Rules of Civil Procedure as they're
 8    enforced in Arizona and --
 9            MR. KEZHAYA:  Help me understand.  Help me
10    understand how this relates to standing.
11            MR. CLAUS:  It relates to standing because
12    it doesn't -- the question about whether --
13    asking him why the report was filed, if the
14    annual reports are not filed, the corporation
15    becomes delinquent.  If the corporation becomes
16    delinquent, the corporate charter can be revoked.
17    If the corporate charter is revoked, the
18    corporation doesn't have the power to do
19    anything.  So these are all foundational
20    questions to ask him if the corporate charter has
21    ever been revoked and when.
22            MR. KEZHAYA:  Okay.
23            MR. CLAUS:  So --
24            MR. KEZHAYA:  I'll withdraw the --
25            MR. CLAUS:  Thank you.
```

**30(b)(6): Douglas Misicko**
**September 24, 2019**

Atkinson-Baker, Inc.
www.depo.com

1       Q    So do you know why Exhibit 20 was filed in

2   May 2019 reflecting an annual report for a filing

3   of November 1, 2017?

4       A    No, I do not know.

5       Q    Exhibit 20 identifies you as the

6   president, treasurer, clerk and director.

7   Correct?

8       A    Correct.

9       Q    Does not identify anyone named Malcolm

10  Jarry as an officer or director of the

11  corporation?

12      A    I'm sorry.  Which -- Which exhibit?

13      Q    Exhibit 20.

14      A    20.

15           (Pause.)

16      A    Correct.

17      Q    Has Malcolm Jarry ever been a director or

18  officer of The Satanic Temple Inc.?

19      A    Yes.  It was my understanding that he was

20  actually supposed to be listed as treasurer and

21  director, and I'm president and clerk.  That's --

22  I -- I don't know why this paperwork says

23  otherwise, but that was the understanding I had

24  with him.

25      Q    If you'd turn to Exhibit 21, please,

30(b)(6): Douglas Misicko
September 24, 2019

1    Exhibit 21 also has a filing date of May 24,

2    2019.  Do you see that at the top?

3        A   Yes.

4        Q   Exhibit 21 is an annual report that has a

5    filing for November 1, 2018 identified in Exhibit

6    21.  Do you see that?

7        A   Yes.

8        Q   And again you are identified as the only

9    officer and director of the corporation.  Do you

10   see that?

11       A   Yes.

12       Q   Exhibit 22.  Exhibit 22 is a certificate

13   of change of address of the resident agent where

14   you as the resident agent identify a new address

15   for the resident agent.  Do you see that?

16       A   Yes.

17       Q   Has there ever been a resident agent of

18   The Satanic Temple Inc. other than you?

19       A   I don't believe so.  It would have -- only

20   would -- The only other person would have been

21   Malcolm.

22       Q   Has the corporate charter for the

23   corporation identified in Exhibits 18 through 22,

24   The Satanic Temple Inc., ever been suspended?

25       A   Has not.

21

**30(b)(6): Douglas Misicko**
**September 24, 2019**

**Atkinson-Baker, Inc.**
www.depo.com

1       Q    Has the corporate charter for The Satanic

2    Temple Inc. ever been revoked?

3       A    It has not.

4       Q    If you could go back to Exhibit 18,

5    please.

6            (Pause.)

7       Q    Do you see how there are centered

8    headings, "Article I," "Article II," Article

9    Roman numeral III --

10      A    Yes.

11      Q    -- article Roman --

12           I want you to please read the text under

13   Article Roman numeral III to yourself and just

14   let me know when you're done.

15           (Pause.)

16      A    Okay.

17      Q    Does The Satanic Temple Inc. have by-laws?

18      A    Yes.

19      Q    Have you reviewed the by-laws of The

20   Satanic Temple Inc. to prepare for this

21   deposition?

22      A    Briefly, yes.

23      Q    Do the by-laws authorize anyone other than

24   the officers and directors of The Satanic Temple

25   Inc. to act as its agent in corporate matters?

1    A   It -- It -- The by-laws authorize us to
2   authorize other people to perform duties on our
3   behalf.
4    Q   All right.  And when you say "us," are you
5   referring to yourself and Malcolm Jarry?
6    A   Correct.
7    Q   Is Malcolm Jarry a fake name too?
8    A   It's a pseudonym.
9    Q   For Steven Soling?
10   A   Cevin.
11   Q   For Cevin Soling?
12   A   Yeah, with a C.
13   Q   Oh.  I didn't know that was Cevin.  Okay.
14   A   Yeah, that wasn't artistic license.  His
15  parents actually gave that --
16   Q   Yeah, my mom couldn't spell either.  I got
17  one T in my name.
18       Do you know if The Satanic Temple Inc.
19  owns any shares in any other corporation?
20   A   To my knowledge, absolutely not.
21   Q   Okay.  Has Michelle Shortt ever been an
22  officer of The Satanic Temple Inc.?
23   A   An officer.  I mean you'll have to help me
24  out on the terminology because there's those --
25  you know, on -- on the papers obviously she's not

23

**Atkinson-Baker, Inc.**
www.depo.com

```
 1    listed as anything, but inside -- I mean if you
 2    want to call those informal relationships -- we
 3    authorize and designate people for all manner of
 4    tasks.
 5        Q    No.  I want to know if Michelle Shortt has
 6    ever held a position as an officer of the
 7    corporation The Satanic Temple Inc.
 8        A    No.
 9        Q    Has Michelle Shortt ever held a position
10    as a director of The Satanic Temple Inc.?
11        A    No.
12        Q    Do you know if The Satanic Temple Inc. has
13    ever filed articles of merger with the
14    Commonwealth of Massachusetts?
15        A    Like merging with another corporation?
16        Q    Or another entity.
17        A    No, not that I -- not that I know of.
18        Q    Has --
19        A    No, I don't -- I don't think there's ever
20    been a merger with like United Federation of
21    Churches --
22            (The reporter requested audible speech.)
23        Q    Has The Satanic Temple Inc. ever filed
24    articles of consolidation with another entity?
25        A    No.
```

**30(b)(6): Douglas Misicko**
**September 24, 2019**

**Atkinson-Baker, Inc.**
www.depo.com

1        Q    Is it true that The Satanic Temple Inc.

2   has never registered as a foreign corporation

3   authorized to transact business in the State of

4   Arizona?

5        A    As a foreign corporation authorized to

6   transact in the State of Arizona.   To my

7   knowledge, I -- I didn't know that that's a --

8   that that's a thing, honestly.   I -- I thought

9   that when we incorporated where we are, we are

10  authorized to operate anywhere within the US.

11  That could be incorrect, though.

12       Q    Has The Satanic Temple Inc. ever filed a

13  document with the Arizona Corporation Commission?

14       A    Not that I -- Not that I'm aware of, no.

15       Q    Has The Satanic Temple Inc. ever filed a

16  document with the Arizona Secretary of State?

17       A    Not to my knowledge, no.

18       Q    Have any copyrights been assigned to The

19  Satanic Temple Inc.?

20       A    Copyrights, yes.

21       Q    What copyrights?

22       A    We copyright our logo, our name, and I

23  don't know what other proprietary stuff that

24  comes from our licensing agreements with the

25  various chapters.

**30(b)(6): Douglas Misicko**
**September 24, 2019**

**Atkinson-Baker, Inc.**
www.depo.com

1      Q    Has The Satanic Temple Inc. been granted

2   an assignment as -- or -- Strike that -- been

3   granted a license as a licensee of any federally

4   registered trademarks?

5      A    A licensee of federally registered

6   trademarks.  I believe so.  I kind of lose the --

7   the distinction sometimes between copyright and

8   trademark.  I know we're in the middle of

9   trademarking my own pseudonym, Lucien Greaves,

10  because there's imposter accounts that show

11  up trying to pull illuminati scams from Nigeria

12  in my name, get people to give them money for

13  membership or whatever.  And I don't know --

14  That's the one trademark effort I know is in

15  process for sure.  As for other trademark, I'm

16  not -- I'm not certain.

17     Q    If you'd turn to tab 23, please.

18     A    23.  Okay.

19     Q    Tab 23, Exhibit 23, is a print-out of a

20  search of the United States Patent & Trademark

21  Office Trademark Electronic Search System, and it

22  reflects an application for the word mark "The

23  Satanic Temple."  Do you see under the owner who

24  the applicant is?

25     A    "Owner/applicant United Federation of

**30(b)(6): Douglas Misicko**
**September 24, 2019**

**Atkinson-Baker, Inc.**
www.depo.com

1    Churches LLC DBA The Satanic Temple Inc. Limited

2    Liability Company."

3         Q    Yeah.  So the applicant for the trademark

4    in Exhibit 23 appears to be the United Federation

5    of Churches LLC.  And this application was filed,

6    if you look at the filing date, it was, either

7    coincidentally or not, filed on May 24, 2019, the

8    same date as all those annual reports that we

9    looked at previously.  Do you see that under

10   "Filing Date"?

11        A    Sorry.  Oh, okay.  Yeah, I see that.

12        Q    And the attorney of record is Brendan

13   Durrigan?

14        A    Correct.  Yeah.  Brendan.

15        Q    And the application that is reflected in

16   Exhibit 23 for The Satanic Temple reflects a date

17   of first use in commerce of -- if you look under

18   "Goods and Services" here (indicating) --

19        A    Yes.

20        Q    -- of January 1, 2013.  That's 20130101.

21   Do you see that?

22        A    Yeah.  Yes.

23        Q    That date, January 1, 2013, predated the

24   existence of The Satanic Temple Inc. as a

25   corporate entity.  Correct?

**Atkinson-Baker, Inc.**
www.depo.com

1      A    Correct.

2      Q    Okay.  If you'd turn to Exhibit 24.

3      A    Wait.  We're on -- Oh, no.  That's the

4  next one.

5      Q    Tab 24, Exhibit 24.

6      A    Yeah.

7      Q    Exhibit 24 is for the word and design mark

8  "TST" plus design, and this is actually a

9  registered trademark with a registration date of

10 October 30, 2018, if you look at the last line.

11     A    I see it.

12     Q    You see that?

13     A    Yeah.

14     Q    And if you turn to the next page of

15 Exhibit 24 --

16     A    Yes.

17     Q    -- at the very top line is the owner

18 identified the registrant as the United

19 Federation of Churches Limited Liability Company.

20 Do you see that?

21     A    Yes.

22     Q    So one of my questions is has The Satanic

23 Temple Inc. as a corporate entity ever received a

24 license to use the trademark reflected in Exhibit

25 24?

**30(b)(6): Douglas Misicko**
**September 24, 2019**

**Atkinson-Baker, Inc.**
www.depo.com

```
1        A    Well, I don't -- I don't know if formally
2   on paper we did that.  I mean I am -- I am the
3   best person to answer these questions.
4   However -- I mean I'm the best representative of
5   this company to answer these questions, but this
6   is Brendan's work, you know, and -- and how this
7   was done by him wasn't necessarily something I
8   kept close watch over.  So it's kind of -- kind
9   of new to me as we go through it.
10       Q    Okay.  Turn to Exhibit 25, which is tab
11  25.
12       A    Oh, Exhibit -- Gotcha.
13       Q    Exhibit 25 is another trademark
14  registration with a date of registration of
15  February 10, 2015.  Do you see that (indicating)
16  under "Registration Date"?
17       A    Yes.
18       Q    And it is for the word mark "The Satanic
19  Temple."  Do you see that?
20       A    Correct.
21       Q    And if you look -- Do you see the -- the
22  heading (indicating) "Goods and Services"?
23       A    Goods and services.
24       Q    Right there (indicating).
25       A    Oh, yeah.  Yeah.  Sorry.
```

29

1     Q   "Goods and Services."  The goods and

2  services designed to be covered by this mark are,

3  quote, religious services, namely information and

4  news relating to religious and philosophical

5  beliefs by providing information, providing a Web

6  site featuring information about religion,

7  charitable outreach services, namely providing

8  counseling services in the field of religion,

9  counseling in the field of religion and spiritual

10  services.

11       Did I read that correctly?

12     A   Correct.

13     Q   With an alleged date of first use of

14  January 1, 2013.  Do you see that?

15     A   I see that, yes.

16     Q   And again if you look at the owner

17  identified in Exhibit 25 of that trademark for

18  those goods and services, the owner is identified

19  as United Federation of Churches LLC DBA The

20  Satanic Temple.  Do you see that?

21     A   I see that, yes.

22     Q   With the 519 Somerville Avenue address,

23  number 288.  Correct?

24     A   Oh, correct.  Yes.

25     Q   Has the trademark identified in Exhibit 25

**Atkinson-Baker, Inc.**
www.depo.com

1    ever been licensed for use to The Satanic Temple

2    Inc.?

3        A    That I do not know.

4        Q    Have the trademarks identified in Exhibits

5    24 and 25 ever been assigned to The Satanic

6    Temple Inc.?

7        A    Not that I'm aware of.

8            (Pause.)

9        Q    Does The Satanic Temple Inc. currently own

10   or operate any top level domain names for the use

11   it -- for Web sites?

12       A    What do you mean by "top level"?

13       Q    Top level domain level is a -- is a domain

14   name with an I can [phonetic] suffix like .com,

15   .biz, .net.

16           I'll ask it a different way --

17       A    Okay.

18       Q    -- to make it easier for you.

19       A    Sure.   Sure.

20       Q    Does The Satanic Temple Inc., the

21   corporation, own the Web site -- Strike that.

22           Does The Satanic Temple Inc., the

23   corporation, own the domain name

24   www.thesatanictemple.com?

25       A    To be honest, I don't know who registered

31

```
 1   thesatanictemple.com.  I just know we have that
 2   back-end access and for all intents and purposes
 3   own it and use it to conduct business.
 4        Q   That domain name was registered prior to
 5   the existence of The Satanic Temple Inc. as a
 6   corporate entity.  Correct?
 7        A   That is correct.  Yeah.
 8        Q   And the Web site that is utilized through
 9   that domain name address has existed prior to the
10   incorporation of The Satanic Temple Inc.
11   Correct?
12        A   It -- It in fact preceded my own
13   involvement with it.
14        Q   Is there any written agreement through
15   which the owner of thesatanic --
16   www.satanictemple.com [sic] has conferred use of
17   that domain name on The Satanic Temple Inc.?
18        A   I have no written documentation, but I'm
19   certain we could procure an affidavit.
20        Q   Is there any corporate relationship
21   between The Satanic Temple Inc. and the United
22   Federation of Churches LLC?
23        A   Any -- I'm sorry.
24        Q   It's all right.
25        A   Say -- Say again.
```

**Atkinson-Baker, Inc.**
www.depo.com

```
 1        Q    Is there any corporate relationship
 2   between the United Federation of Churches LLC and
 3   The Satanic Temple Inc.?
 4        A    That's difficult for me to -- to answer
 5   because I -- you know, I -- I don't know if
 6   there's that kind of paperwork connection, but
 7   the -- the fact of the matter is is we -- we put
 8   these structures in place after the fact to -- to
 9   formalize and support something that was already
10   in operation.  Right?  So I don't know if it was
11   the best procedurally, but for all intents and
12   purposes our activities are the same, were the
13   same, whether they were -- whether they were DBA
14   United Federation of Churches or The Satanic
15   Temple Inc.  The Satanic Temple Inc. was somewhat
16   necessitated by our recognition by the IRS as
17   a -- as a tax-exempt religious organization.
18        Q    The United Federation of Churches LLC is
19   not a tax-exempt religious organization.  Is that
20   correct?
21             MR. KEZHAYA:  I object.
22             MR. CLAUS:  All right.  I can ask him in
23   the next deposition.  That's fine.
24             MR. KEZHAYA:  Okay.
25        Q    Do you know if The Satanic Temple Inc. has
```

33

**Atkinson-Baker, Inc.**
www.depo.com

```
1    any written agreements with the United Federation
2    of Churches LLC?
3        A    Not that I -- Not that I know of.  I don't
4    think there's formal paperwork --
5        Q    Okay.
6        A    -- elucidating that.
7        Q    Let -- Let me ask it a different way.
8            Do you know if there is any corporate
9    relationship between the United Federation of
10   Churches LLC and The Satanic Temple Inc.?
11       A    I'm not trying to play dumb here, but
12   you're going to have to explain to me what
13   "corporate relationship" means in this --
14       Q    Well, I don't, and I probably can't.
15   So -- So it's not -- I'm not asking you to play
16   dumb.  I'm really asking you if you have
17   knowledge.  And if you don't, then -- then --
18   then that's the answer.
19           Do you have knowledge of any corporate
20   relationship between The Satanic Temple Inc. and
21   any other entity?
22       A    Well, from my perspective they're
23   completely inter-related because they're part of
24   the -- part of the paperwork process that
25   formalized one continuous entity.  Right?
```

34

**Atkinson-Baker, Inc.**
www.depo.com

1    And it -- And it consists of the same people.  As

2    far as documentation that might say, you know, we

3    have an agreement between one and the other, I

4    can't name such documentation.

5         Q    Has The Satanic Temple Inc. ever attempted

6    to gain recognition by the Internal Revenue

7    Service of the United States for tax-exempt

8    treatment?

9         A    The Satanic Temple Inc., my understanding

10   is, is the formal -- is just the formal corporate

11   paperwork for the tax-exempt religious entity

12   known as The Satanic Temple.

13        Q    And my question is has The Satanic Temple

14   Inc. ever sought to extend that tax-exempt status

15   to the United Federation of Churches LLC?

16        A    No.  No, not to my knowledge.

17        Q    Is the -- Does The Satanic Temple Inc.

18   have any relationship with an entity called

19   Adversarial Truth LLC?

20        A    Well, there again the relationship, if

21   you're asking for -- for paperwork

22   documentation --

23        Q    That's what I'm asking for.

24        A    Okay.  That I -- I do -- I'm not aware of

25   which documents would formalize that.

**30(b)(6): Douglas Misicko**
**September 24, 2019**

**Atkinson-Baker, Inc.**
www.depo.com

```
 1              (Pause.)
 2       Q    So let's go back to Exhibit 18.
 3       A    Okay.
 4       Q    Exhibit 18 states that the corporation The
 5  Satanic Temple is organized as a tax-exempt
 6  organization for religious purposes.  Do you see
 7  that?
 8       A    Yes.
 9       Q    What is the religion promoted by the
10  corporation identified in Exhibit 18?
11       A    Satanism.
12       Q    So accurately characterized, Satanism is
13  the religion, not The Satanic Temple.  Correct?
14       A    Satanism is the religion of The Satanic
15  Temple.
16       Q    Got it.
17            I made you a copy of the first amended
18  complaint.  It's not going to be an exhibit.
19       A    Okay.
20       Q    At least it shouldn't be, but it's -- I
21  made you a copy.
22            (Document handed to the witness.)
23            MR. CLAUS:  So he's taking a look at the
24  first amended complaint, Matt.
25            MR. KEZHAYA:  Yeah.  Hold on one second.
```

36

**30(b)(6): Douglas Misicko**
**September 24, 2019**

**Atkinson-Baker, Inc.**
www.depo.com

```
 1    I got to pull that up and --
 2            MR. CLAUS:  Sure.  No problem.
 3            MR. KEZHAYA:  That's document 57.  Right?
 4            MR. CLAUS:  Correct.
 5            MR. KEZHAYA:  Yeah.  Okay.
 6        Q   If you look at paragraph 1 -- It's on page
 7    2 --
 8        A   Okay.
 9        Q   -- of the first amended complaint.
10        A   "Explanatory Note"?
11        Q   Yes.
12        A   Okay.
13        Q   Paragraph 1 states that "Principally this
14    amendment adds the various juristic bodies which
15    at various times have given an organizational
16    structure to the voluntary association of
17    self-identified Satanists practicing under the
18    moniker 'The Satanic Temple.'"
19            Did I read that correctly?
20        A   Correct.
21        Q   Is it accurate to say that one does not
22    need to be a practicing Satanist to become a
23    member of The Satanic Temple?
24        A   Well, one -- Yeah, I mean I guess that
25    depends on whether one considers somebody who
```

37

**Atkinson-Baker, Inc.**
www.depo.com

1    adheres to our tenets a practicing Satanist.  So

2    I -- I would.  So then I mean in that regard we

3    do require that people read and agree with the

4    tenets before they sign up as a member.

5        Q   Let's use the date range of February 8,

6    2016 to July 6 of 2016.  Between those dates

7    wasn't it the -- the mission statement of The

8    Satanic Temple that it, quote, facilitates

9    the communication and mobilization of politically

10   aware Satanists, comma, secularists, comma, and

11   advocates for individual liberty?

12       A   Correct.

13       Q   Let's just take a look, for instance, at

14   Exhibit 34.

15       A   Okay.

16           MR. KEZHAYA:  Can we pause one second as I

17   look for that?

18           MR. CLAUS:  Sure.

19           MR. KEZHAYA:  I think I may have gotten

20   only up to thirty -- Okay.

21           All right.  I'm on it.

22           MR. CLAUS:  Thank you.

23       Q   Are you familiar with something called the

24   Internet Wayback Machine?

25       A   Yes.

38

1      Q    This is an archive Web site from September

2    7 of 2015 of The Satanic Temple, and that -- that

3    preceded the existence of The Satanic Temple Inc.

4    as a corporate entity.  Correct?

5      A    Correct.

6      Q    Do you see how it says "Our mission, The

7    Satanic Temple (TST) facilitates the

8    communication and mobilization of politically

9    aware Satanists, secularists and advocates for

10   individual liberty"?

11        (Mr. Claus indicated.)

12     A    Oh.

13        MR. KEZHAYA:  Did you say 34?

14        MR. CLAUS:  34.

15        THE WITNESS:  It's on the side bar.

16        MR. KEZHAYA:  Okay.

17        THE WITNESS:  Top.

18     A    Yeah.  Correct.  Sorry.

19     Q    Correct.

20        A secularist is different than a Satanist.

21   Correct?

22     A    Well, a secularist isn't necessarily a

23   Satanist.

24     Q    Correct.

25        And one who advocates for individual

**30(b)(6): Douglas Misicko**
**September 24, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

1    liberty does not necessarily have to be a

2    Satanist.  Correct?

3        A   Correct.

4        Q   So the mission of The Satanic Temple

5    expressed on the Web site, at least as of

6    September 7, 2015, was to facilitate

7    communication and mobilization of Satanists,

8    comma, secularists, comma, and advocates for

9    individual liberty.  Correct?

10       A   Right.  And I would -- I would add anybody

11   else.  Our position is that everybody should have

12   an equal voice.

13       Q   So one who is a secularist may be served

14   by the mission of The Satanic Temple.  Correct?

15       A   Correct.  So long as their secularism is

16   predicated on the concept of pluralism.

17       Q   And one who advocates for individual

18   liberty may be served by the mission of The

19   Satanic Temple.  Correct?

20       A   Correct.

21       Q   And membership currently to The Satanic

22   Temple is open to anyone who is dedicated to

23   participating in or identifying with the

24   activities of The Satanic Temple.  Correct?

25       A   Correct.

40

**Atkinson-Baker, Inc.**
www.depo.com

1     Q    Not merely to those who practice Satanism.

2    Correct?

3     A    Correct.  We don't -- You know, we don't

4    expect of everybody that they'll openly identify

5    in that way because it's a -- it can be dangerous

6    depending on their situation.

7     Q    And that was true -- If you'd turn to

8    Exhibit 31, which is tab 31.

9     A    I'm going to set this aside (indicating).

10    Q    Okay.

11         That was true as of February 1, 2016.

12    True?

13    A    This is what -- You're saying the mission

14    statement --

15    Q    Both the mission statement and the fact

16    that membership is open to anyone who is

17    dedicated to participating in or identifying with

18    the activities of The Satanic Temple.

19    A    And you're asking me to confirm that this

20    is from --

21    Q    February --

22    A    -- February --

23    Q    -- 1, 2016.

24    A    That's what this designates on this image

25    from Wayback Machine at the top of the --

**Atkinson-Baker, Inc.**
**www.depo.com**

1      Q   Exhibit 31.

2      A   Okay.  And it seems accurate to me.

3      Q   Okay.

4      A   Is that --

5      Q   Sure.  I just want to make sure that --

6   that we are clear that as of -- as of February 1,

7   2016 membership to The Satanic Temple was opening

8   [sic] to those who dedic -- who were dedicated to

9   participating in or identifying with the

10  activities of The Satanic Temple.

11     A   Sure.  I -- I mean yes.  Sorry.

12     Q   And if you turn to Exhibit 32 -- That's an

13  archive from July 13, 2016 --

14     A   I see that.

15     Q   -- the same statement is true, that

16  membership is open to anyone who is dedicated to

17  participating in or identifying with the

18  activities of The Satanic Temple.  Correct?

19     A   Right.  I mean with the caveat of member

20  registration that they acknowledge and follow the

21  tenets of The Satanic Temple.

22     Q   And both in February 2016 and in July 2016

23  putative members, potential members, were told

24  that membership in The Satanic Temple does not

25  grant anyone the authority to act as a

42

**Atkinson-Baker, Inc.**
www.depo.com

1   spokesperson for The Satanic Temple as an

2   organization.  Correct?

3       A   Correct.  But it didn't preclude anybody

4   from that.  Membership alone does not give one

5   the rights to speak on our behalf or act in some

6   type of licensing arrangement.

7       Q   Currently -- And I'm talking about today,

8   September 24, 2019 -- does the Satanic Temple

9   Inc. as a corporate body exercise any oversight

10  or control over who may be a member of something

11  called the Arizona Chapter of The Satanic Temple?

12      A   No.  That's within the purview of the

13  Arizona chapter itself.

14      Q   Are you familiar with the National --

15  something called the National Council of The

16  Satanic Temple?

17      A   Yes.  They recently changed their name to

18  International Council.

19      Q   Was the body that was called the National

20  Council of The Satanic Temple formed by The

21  Satanic Temple Inc., the corporate body?

22      A   The National Council was formed before

23  paperwork was filed for Satanic Temple Inc.

24      Q   When did the National Council of The

25  Satanic Temple first exist?

```
 1        A    That's -- That's difficult.  I'm not --
 2   I'm really bad at this, and that's not something
 3   I looked over before this.  So I would say
 4   probably 2015.
 5             MR. CLAUS:  Can we take a quick break,
 6   Matt?  I think I may be done.
 7             MR. KEZHAYA:  Okay.
 8             MR. CLAUS:  I just need to use the rest
 9   room.
10             MR. KEZHAYA:  I paused -- I paused the
11   time -- Oh, do you need to use the rest room?
12             MR. CLAUS:  Yeah.
13             MR. KEZHAYA:  Okay.  I'll probably take it
14   as well.
15             MR. CLAUS:  Thank you.
16             (Discussion off the record.)
17             (Recess taken.)
18             MR. CLAUS:  You're still under oath,
19   Mr. Misicko.
20             (Witness gestured.)
21        Q    Has The Satanic Temple Inc. ever held a
22   meeting of the officers and directors -- Strike
23   that.
24             Has The Satanic Temple Inc. ever held a
25   meeting of the directors where a corporate
```

44

1    resolution was agreed to that authorized anyone

2    other than you and Mr. Jarry to act as an agent

3    for The Satanic Temple Inc.?

4         A    Well, I would say yes.  And I don't know

5    if that meets the standard of the kind of formal

6    corporate relationship you might be looking for

7    in documentation, but we have meetings all the

8    time in which we delegate the function of

9    different agents we work with in the

10   parameters --

11        Q    Mm-hmm.

12        A    -- in which they're allowed to speak on

13   our behalf or act on our behalf, whether they be

14   public relations representatives, contractors

15   within a limited scope, National Council in its

16   function within the organization and the limits

17   and rights of the various chapters that we -- we

18   manage.

19        Q    You just said "the various chapters that

20   we manage."  What entity manages the chapters of

21   The Satanic Temple?

22        A    Well, again I don't think there's a -- I

23   don't think there's corporate paperwork that

24   speaks to the chapters.  So when I think of The

25   Satanic Temple, I think of it as this continuous

1    entity that exists regardless of whether -- you

2    know, whether it's under the banner of -- the DBA

3    for United Federation of Churches.  That's --

4    That's formal paperwork from where I'm standing.

5         So the operative functions are -- are kind

6    of this continuous entity so I think of The

7    Satanic Temple as this kind of rubric designation

8    for, you know, these different corporate entities

9    that popped up as a matter of -- of just the --

10   the nature of the formalization process of this

11   organization itself.

12       Q   Let me ask it a different way that refers

13   back to an answer that you just gave.

14       You just used the plural pronoun "we"

15   manage the chapters --

16       A   Yes.

17       Q   -- that spring up.  I think you used "pop

18   up."  "We manage the chapters that pop up" is

19   what you said in answer to a previous question.

20   And I guess I'm looking for the -- the

21   variable -- the -- the -- That plural pronoun

22   "we," I'm trying to find what constitutes that

23   plural pronoun "we."  Is "we" an entity, or is

24   "we" Mr. Misicko and Mr. Jarry?

25       A   We are The Satanic Temple, and we just

**Atkinson-Baker, Inc.**
www.depo.com

1   work with various people who we assign different

2   functions.  I mean I know Mr. Jarry and I have

3   ultimate veto, and that's understood within the

4   National Council and things like that.  But we do

5   assign different people status as media liaisons,

6   chapter heads.  And this all -- You know, in my

7   mind this is all done as The Satanic Temple.

8   It's not something that's formally designated as

9   part of the LLC versus The Satanic Temple Inc.

10   It's just The Satanic Temple.

11       Q    Which is autonomous from the chapters?

12       A    The chapters are -- are subsets of The

13   Satanic Temple which we try to allow for a

14   maximum of autonomy while also making certain

15   that they work within certain parameters so as

16   not to -- so as not to send the wrong message,

17   that we're defamed or our brand is otherwise

18   stained by their -- by their activities.

19       Q    And that brand is the trademark that's

20   owned by the United Federation of Churches LLC?

21       A    Correct.  Right.

22       Q    And so currently -- I'm trying to figure

23   out currently does The Satanic Temple Inc. as a

24   corporate body play any role in managing the

25   chapters of The Satanic Temple as an

47

1  organization?

2      A   Well, I mean obviously it's Malcolm and I

3  who are like the -- the top heads of management.

4  Right?  And we're also -- we're also owners of

5  the Satanic Temple Inc., but -- I mean I -- I

6  hope that's sufficient.  I'm not sure.

7      Q   Let me ask it this way:  Have you ever

8  seen an agenda of a meeting of the board of

9  directors of The Satanic Temple Inc. where a

10  corporate resolution was an agenda item?

11      A   You mean like specific -- there's a

12  specific template for paperwork designating these

13  meeting notes as part of The Satanic Temple Inc.

14  or --

15      Q   I'm asking you the question that I'm

16  asking you and just want to know if the answer is

17  "Yes, I have," "No, I haven't" or "I don't

18  understand."

19          Have you ever seen a document called

20  "Agenda for the Board of Directors of The Satanic

21  Temple Inc."?  Let's just start there.  We'll

22  start broad.  Have you ever seen an agenda for a

23  meeting of the board of directors of The Satanic

24  Temple Inc.?

25      A   I have not seen a document with that exact

1    wording --

2        Q    Okay.

3        A    -- prefacing it.

4        Q    Have you ever seen minutes of a meeting of

5    the board of directors of The Satanic Temple

6    Inc.?

7        A    I -- I -- I -- We wouldn't have meeting

8    minutes that would say, you know, "Formal Agenda

9    of The Satanic Temple Inc."  It would say "The

10   Satanic Temple" on them, and I'm not sure, you

11   know, which -- which entity one would insist that

12   that needs to fit under.

13       Q    I'm going to ask my question again.

14            Have you ever seen a document that is

15   called "Minutes of a Meeting of the Board of

16   Directors of The Satanic Temple, Inc."?

17       A    I --

18            MR. KEZHAYA:  Objection.  Asked and

19   answered.

20            Go ahead and answer.

21       A    I cannot say that I've seen a document

22   with that as the header.

23       Q    Okay.  Do you know if the board of

24   directors of The Satanic Temple Inc. has ever

25   agendized a meeting at which the topic of a

49

**Atkinson-Baker, Inc.**
www.depo.com

1  corporate resolution to authorize agency of

2  another has been discussed, moved for and voted

3  upon by the board of directors?

4      A   Formally designated as a meeting of the

5  Satanic Temple Inc.?

6      Q   Correct.

7      A   I know of no such meeting.

8      Q   Since its formation in November -- on

9  November 14, 2017, has Michelle Shortt made any

10 written request to The Satanic Temple Inc. to act

11 as its agent?

12     A   Since its incorporation in 2017 --

13     Q   Correct.

14     A   -- a formal request to act on behalf of

15 The Satanic Temple Inc.

16     Q   Correct.

17     A   Not to my knowledge has she -- had she

18 written any -- any such dispatch.

19     Q   Has Michelle Shortt ever been employed as

20 a statutory employee of The Satanic Temple Inc.?

21     A   She has not.

22     Q   Has Michelle Shortt ever been hired as an

23 independent contractor of The Satanic Temple

24 Inc.?

25     A   That's possible, but not to my knowledge.

**30(b)(6): Douglas Misicko**
**September 24, 2019**

1      Q    Is there any written agreement, to your

2    knowledge, between Michelle Shortt and the

3    corporation called The Satanic Temple Inc.?

4      A    No.

5           (Pause.)

6      Q    Do you know if the Satanic Temple Inc., as

7    a corporate entity, has had any communication at

8    all with any representative of the City of

9    Scottsdale?

10     A    Not to my knowledge, no.

11          (Pause.)

12     Q    Do you today -- We're talking September

13   24, 2019 -- as the designee of The Satanic Temple

14   Inc., know how many members of The Satanic Temple

15   reside in the State of Arizona?

16     A    Well, I can give you a minimum number.

17   And the reason it's a minimum number is because

18   we allow people to sign up by E mail address on

19   line and we don't ask for address.  However, we

20   have a way to isolate by shipping address who's

21   ordered membership cards, slash, certificate

22   packages in a certain -- by mailing address.

23   Right?

24     Q    Okay.

25     A    So to the -- at this day -- Oh, shit.  I'm

51

1   sorry.  I only have the -- between February and

2   April of 2016.

3       Q   Okay.  Well, I'll ask you that --

4       A   Okay.

5       Q   -- in the next deposition since --

6       A   Okay.  I'm sorry.

7       Q   Since you didn't -- Since Satanic Temple

8   didn't exist as of July 2016, I'll ask you that

9   question in the next deposition.

10      A   Oh, okay.

11      Q   So it's good to have it.

12          But today do you know how many members of

13  The Satanic Temple Inc. reside in the State of

14  Arizona?

15      A   I --

16      Q   I'm sorry.  Strike that.  I just said

17  Satanic Temple Inc.  Strike that question.

18          Today, as the designee of the Satanic

19  Temple Inc., do you know how many members of The

20  Satanic Temple reside in the State of Arizona?

21      A   I don't know, but I can give you a minimum

22  number --

23      Q   Okay.

24      A   -- if I check my -- my phone here.  A

25  minimum number of --

**Atkinson-Baker, Inc.**
www.depo.com

1          (Pause.)

2      A    -- 450.

3      Q    Do you know today how many of those

4   members of The Satanic Temple reside in the City

5   of Scottsdale?

6      A    A minimum number of 27.

7      Q    Do you know, of the 450 members of The

8   Satanic Temple, Inc. -- or -- Strike that.

9          Do you know, of the members in Arizona

10   today, those 450, how many are secularists?

11      A    I assume they're all secularists.

12      Q    But I'm not asking you for your

13   assumption.  Let me ask it a different way.

14          Do you know, of those 450 today, how many

15   adhere to the religion of Satanism rather than

16   being either a secularist who -- whose mission is

17   served by the Satanic Temple or one who advocates

18   for individual liberty whose mission is served by

19   The Satanic Temple?

20      A    I don't see there necessarily being a

21   distinction with -- with the members.  I would

22   think that, you know, if they agree with our

23   tenets and they sign up with us, I would see that

24   they're advancing the cause of Satanism.  But as

25   for their reasons for doing that, I can't -- I

**Atkinson-Baker, Inc.**
www.depo.com

1    can't speak to their subjective experience.

2         Q    Well, you just said "advancing the cause

3    of Satanism," but according to the exhibits that

4    we looked at, for instance Exhibit 34, the

5    mission of the Satanic Temple is to facilitate

6    communication, mobilization of politically aware

7    Satanists, comma, secularists, comma, and

8    advocates for individual liberty.  Correct?

9         A    Well, correct, but I --

10        Q    And --

11        A    -- I think those are taken together rather

12   than as -- They're not necessarily separate and

13   discrete.  I mean it has to be taken with the

14   membership standards that ask that they adhere to

15   the seven tenets.

16        Q    Well, the membership is open to

17   individuals who are dedicated to or

18   participating -- or participating in or

19   identifying with not Satanism but the activities

20   of The Satanic Temple.  Correct?

21        A    Correct.  But the activities include the

22   practice of Satanism.

23        Q    Or may include secularism or advocating

24   for individual liberty.  Correct?

25        A    Also included.

```
1        Q   Do you know --
2            MR. KEZHAYA:  I'm going to interject.  We
3    just hit that one-hour mark.
4            MR. CLAUS:  Okay.  Let me just ask this
5    question.
6        Q   Do you know if The Satanic Temple Inc.
7    currently imposes any membership requirements on
8    members of the Arizona chapter?
9        A   No.  That's in the jurisdiction of the
10   Arizona chapter.
11       Q   Okay.
12           MR. CLAUS:  I don't know if you have any
13   questions, Matt.
14           MR. KEZHAYA:  I do, but I don't know how
15   to resolve my questions against the -- the
16   court's one-hour limit.  Are you willing to
17   afford -- I don't know if by stipulation we could
18   just agree to two limited topics.
19           MR. CLAUS:  I mean but -- I mean the
20   stipulation would be conditioned upon my -- my
21   being able to ask him questions about whatever
22   you ask him.
23           MR. KEZHAYA:  I'm -- I'm okay with that.
24   One -- I'll -- I'll tell you what the two topics
25   are.  The first one's going to be -- Pretty well
```

55

**Atkinson-Baker, Inc.**
www.depo.com

```
 1   already covered -- just fleshing out a little bit
 2   more the number of Satanists and -- TST
 3   Satanists, I should say, the number of TST
 4   Satanists specifically in Scottsdale; and, two,
 5   the -- the contours around, well, what happened
 6   that Michelle Shortt said that she was going to
 7   give an invocation --
 8            (The reporter requested audible speech.)
 9            (Discussion off the record.)
10            MR. CLAUS:  Let's go off the record.
11            MR. KEZHAYA:  All right.
12            (Discussion off the record.)
13
14   CROSS EXAMINATION BY MR. KEZHAYA:
15      Q    Doug, how do you know this minimum number
16   of Satanists in -- in Scottsdale?
17            MR. CLAUS:  Form.
18            Go ahead.
19      A    This -- This minimum number is determined
20   by the mailing addresses that people gave when
21   they ordered a membership card, slash,
22   certificate membership package.  I say it's a
23   minimum number because one doesn't need to
24   purchase a card and certificate package to be a
25   member, but the only way in which we get people's
```

56

1    addresses is if we're actually mailing something

2    to them.  So while we may have many members

3    within Arizona or within Scottsdale or within any

4    given space that we just don't know the

5    geographic location of, we can base a minimum

6    number on those -- on those mail orders.

7        Q   Is it required -- In order to be a member

8    of TST, is it required to order a membership

9    card?

10       A   No, it is not required to order a

11   membership card to be a member of The Satanic

12   Temple.

13           (Pause.)

14           MR. KEZHAYA:  Pass the witness.

15           MR. CLAUS:  I don't have any follow-up.

16           MR. KEZHAYA:  Okay.

17           MR. CLAUS:  So read and sign?

18           MR. KEZHAYA:  Yeah, read and sign.  I'm

19   going to use the rest room real quick, and then

20   I'll be ready for -- for -- for round two here.

21   Do we want to take a five-minute break?

22           MR. CLAUS:  Yeah.  That sounds great.

23           (The proceedings adjourned at 11:09 AM.)

24

25

57

```
 1
 2    STATE OF _____)
 3                                  )  ss.
 4    COUNTY OF _____)
 5
 6
 7
 8    I, DOUGLAS ALEXANDER MISICKO, a witness called to
 9    testify in the matter of SATANIC TEMPLE ET AL.
10    vs. CITY OF SCOTTSDALE ET AL., do hereby certify
11    under penalty of perjury that I have read the
12    foregoing transcript and have made any
13    corrections, additions or deletions that I was
14    desirous of making; and that the foregoing is a
15    true and accurate record of my testimony therein.
16
17
18    Signed by me on the _____ day of _____
19
20    20 _____ at _____, _____.
21                     (City)              (State)
22
23
24         _____
25              DOUGLAS ALEXANDER MISICKO
```

**Atkinson-Baker, Inc.**
www.depo.com

```
1              COMMONWEALTH OF MASSACHUSETTS

2                    COUNTY OF SUFFOLK

3

4         I, Lawrence A. Brown, Certified Shorthand

5    Reporter Number 1430F96, Registered Professional

6    Reporter and Notary Public in and for the

7    Commonwealth of Massachusetts, do hereby certify

8    that the foregoing transcript of the proceedings

9    therein described is a complete and accurate

10   record of same to my best knowledge and belief

11   and that the deponent requested review of the

12   transcript.

13

14        I further certify that I am not related to

15   or employed by any party in or counsel to this

16   matter and that I am not financially interested

17   in its outcome.

18

19        In witness whereof, I hereunto set my hand

20   on the 26th day of September 2019.

21

22

23        _____

24        Lawrence A. Brown, Notary Public

25        My commission expires July 2, 2021
```

59

**Atkinson-Baker, Inc.**
**www.depo.com**

---

**A**

ABI 1:25
able 55:21
absolutely 23:20
access 32:2
accounts 26:10
accurate 8:13 37:21 42:2 58:15 59:9
accurately 36:12
acknowledge 42:20
act 22:25 42:25 43:5 45:2,13 50:10,14
activities 33:12 40:24 41:18 42:10,18 47:18 54:19,21
actual 9:24
AD08F98 1:25
add 40:10
addition 18:5,20
additions 58:13
address 4:19 21:13,14 30:22 32:9 51:18,19 51:20,22
addresses 56:20 57:1
adds 37:14
adhere 53:15 54:14
adheres 38:1
adjourned 57:23
adopted 9:13
advancing 53:24 54:2
Adversarial 14:20 35:19
advocates 38:11 39:9,25 40:8,17 53:17 54:8
advocating 54:23
affidavit 32:19
afford 55:17
agency 50:1
agenda 48:8,10,20,22 49:8
agendized 49:25
agent 4:20 21:13,14,15 21:17 22:25 45:2 50:11
agents 45:9
agree 7:17 11:2 38:3 53:22 55:18
agreed 45:1
agreement 11:18 32:14 35:3 51:1
agreements 25:24 34:1
ahead 49:20 56:18
AL 58:9,10
ALEXANDER 1:16 4:3 6:5 58:8,25
alleged 30:13
allow 47:13 51:18
allowed 45:12
amend 10:2,24
amended 36:17,24 37:9
amendment 4:15 8:17 8:25 9:5 37:14
America 6:8
and/or 14:18
annual 4:17,18 16:17 17:6,22 19:14 20:2 21:4 27:8
answer 14:9,17 18:22 19:6 29:3,5 33:4 34:18

46:13,19 48:16 49:20
answered 49:19
anybody 40:10 43:3
APPEARANCES 3:1
appears 27:4
applicant 26:24 27:3
application 26:22 27:5 27:15
approved 11:9
April 52:2
archive 5:7 39:1 42:13
Arizona 1:2,9 3:13 19:8 25:4,6,13,16 43:11,13 51:15 52:14,20 53:9 55:8,10 57:3
Arkansas 3:1
arrangement 16:13 43:6
article 8:11,21 9:1,2 22:8 22:8,8,11,13
articles 4:13,15 8:4,16 8:24 9:5,7,11 10:3,25 24:13,24
artistic 23:14
aside 41:9
asked 12:6 14:6 49:18
asking 19:13 34:15,16 35:21,23 41:19 48:15 48:16 53:12
assign 47:1,5
assigned 25:18 31:5
assignment 26:2
association 37:16
assume 53:11
assumption 53:13
ATKINSON-BAKER 1:23
attached 5:24
attempted 35:5
attorney 3:4,11 27:12
audible 18:4 24:22 56:8
authority 42:25
authorize 22:23 23:1,2 24:3 50:11
authorized 25:3,5,10 45:1
autonomous 47:11
autonomy 47:14
Avenue 3:12 30:22
aware 14:7 16:21 25:14 31:7 35:24 38:10 39:9 54:6

---

**B**

B 4:8 5:1
back 12:19 17:15 22:4 36:2 46:13
back-end 32:2
bad 44:2
banner 46:2
bar 39:15
base 57:5
basis 16:18 18:20
behalf 23:3 43:5 45:13 45:13 50:14
belief 59:10
beliefs 30:5
believe 21:19 26:6
Bentonville 3:6
best 14:6,9 29:3,4 33:11

59:10
Binder 5:25
bit 14:15 56:1
biz 31:15
board 48:8,20,23 49:5 49:15,23 50:3
bodies 37:14
body 43:9,19,21 47:24
bold 8:23
Boston 1:18
box 9:9,15,25 10:22
brand 47:17,19
break 44:5 57:21
Brendan 27:12,14
Brendan's 29:6
Briefly 22:22
broad 48:22
Brown 1:22 59:4,24
business 25:3 32:3
by-laws 22:17,19,23 23:1

---

**C**

C 6:1 23:12
call 24:2
called 6:6 8:5 35:18 38:23 43:11,15,19 48:19 49:15 51:3 58:8
Caption 1:12 2:1
card 6:8 56:21,24 57:9 57:11
cards 51:21
Case 1:3
cause 53:24 54:2
caveat 42:19
centered 17:2 22:7
Central 3:12
certain 16:26 32:19 47:14,15 51:22
certificate 4:19 21:12 51:21 56:22,24
Certified 59:4
certify 8:24 9:3 58:10 59:7,14
Cevin 23:10,11,13
change 4:19 21:13
changed 12:23 43:17
changing 8:18
chapter 43:11,13 47:6 55:8,10
chapters 25:25 45:17,19 45:20,24 46:15,18 47:11,12,25
characterized 36:12
charitable 30:7
charter 19:16,17,20 21:22 22:1
check 9:1 52:24
Churches 13:22 14:1,19 15:5,6,13,22,22 16:4,7 16:10 24:21 27:1,5 28:19 30:19 32:22 33:2,14,18 34:2,10 35:15 46:3 47:20
City 1:9,10 6:14 12:7,16 51:8 53:4 58:10,21
Civil 19:7
Claus 3:11 4:5 5:25 6:12

6:13 17:25 18:11,14 18:17 19:1,11,23,25 33:22 36:23 37:2,4 38:18,22 39:11,14 44:5,8,12,15,18 55:4 55:12,19 56:10,17 57:15,17,22
clear 42:6
clerk 9:21 10:1,12 20:6 20:21
close 29:8
coincidentally 27:7
com 31:14
comes 25:24
comma 38:10,10 40:8,8 54:7,7
commencing 1:20
commerce 27:17
commission 25:13 59:25
Commonwealth 10:19 11:12 16:23,24 24:14 59:1,7
communication 38:9 39:8 40:7 51:7 54:6
company 15:10 27:2 28:19 29:5
complaint 36:18,24 37:9
complete 59:9
completed 18:12
completely 34:23
comprise 11:3
concept 40:16
conditioned 55:20
conduct 32:3
conducted 1:17
conferred 32:16
confirm 41:19
connection 33:6
considers 37:25
consisting 1:10
consists 35:1
consolidation 24:24
constitutes 8:4 46:22
continued 1:12 2:1
continuous 34:25 45:25 46:6
contours 56:5
contractor 50:23
contractors 45:14
control 43:10
copy 36:17,21
copyright 25:22 26:7
copyrights 25:18,20,21
corporate 7:23 8:9 12:1 17:12 19:16,17,20 21:22 22:1,25 27:25 28:23 32:6,20 33:1 34:8,13,19 35:10 39:4 43:9,21 44:25 45:6,23 46:8 47:24 48:10 50:1 51:7
corporation 8:12,18 10:24 11:22,25 13:7 19:14,15,18 20:11 21:9,23 23:19 24:7,15 25:2,5,13 31:21,23 36:4,10 51:3

correct 7:12 8:10,20 9:20,23 10:4,13,14 11:1,14,23 13:10 14:25 16:4 17:13 20:7 20:8,16 23:6 27:14,25 28:1 29:20 30:12,23 30:24 32:6,7,11 33:20 36:13 37:4,20 38:12 39:4,5,18,19,21,24 40:2,3,9,14,15,19,20 40:24,25 41:2,3 42:18 43:2,3 47:21 50:6,13 50:16 54:8,9,20,21,24
corrections 58:13
correctly 30:11 37:19
corresponds 6:19
council 1:10,11 12:7,17 43:15,18,20,22,24 45:15 47:4
counsel 3:1 6:6 59:15
counseling 30:8,9
COUNTY 58:4 59:2
court 1:1 18:8,8
court's 55:16
covered 30:2 56:1
CROSS 4:4 56:14
CSR 1:22
currently 31:9 40:21 43:7 47:22,23 55:7
CV 1:3

---

**D**

D 4:1 6:1
dangerous 41:5
date 16:25 21:1 27:6,8 27:10,16,23 28:9 29:14,16 30:13 38:5
dates 38:6
David 2:5
day 51:25 58:18 59:20
DBA 13:3 27:1 30:19 33:13 46:2
decided 10:2 18:24
decision 10:24
dedic 42:8
dedicated 40:22 41:17 42:8,16 54:17
deduce 16:2
defamed 47:17
Defendant 6:6
Defendants 2:6 3:15
delegate 45:8
deletions 58:13
delinquent 19:15,16
depending 41:6
depends 37:25
deponent 18:22 59:11
deposition 1:14 4:12 6:19,24 22:21 33:23 52:5,9
depositions 6:22
described 59:9
DESCRIPTION 4:10 5:3
design 28:7,8
designate 24:3
designated 7:8 47:8 50:4
designates 41:24

designating 48:12
designation 46:7
designed 30:2
designee 7:8 12:14
  14:16 51:13 52:18
desirous 58:14
determined 56:19
Dickinson 3:10 6:14
different 31:16 34:7
  39:20 45:9 46:8,12
  47:1,5 53:13
difficult 33:4 44:1
DIRECT 4:4 6:12
director 12:8 20:6,10,17
  20:21 21:9 24:10
directors 10:21 11:21,25
  22:24 44:22,25 48:9
  48:20,23 49:5,16,24
  50:3
discovery 18:7,9
discrete 16:5 54:13
discussed 50:2
discussion 11:6 44:16
  56:9,12
dispatch 50:18
distinction 26:7 53:21
DISTRICT 1:1,2
document 11:11 18:8
  25:13,16 36:22 37:3
  48:19,25 49:14,21
documentation 16:6
  32:18 35:2,4,22 45:7
documents 35:25
doing 11:8 53:25
domain 31:10,13,13,23
  32:4,9,17
Doug 56:15
DOUGLAS 1:15 4:3 6:5
  58:8,25
duly 6:9 9:13
dumb 34:11,16
Durrigan 27:13
duties 23:2

**E**

E 4:1,8 5:1 6:1,1 51:18
easier 31:18
effort 26:14
either 23:16 27:6 53:16
Electronic 4:23 26:21
elimination 15:19
elucidating 34:6
employed 50:19 59:15
employee 50:20
enforced 19:8
entities 46:8
entity 7:23 8:5,9 12:22
  12:24 16:5 17:12
  24:16,24 27:25 28:23
  32:6 34:21,25 35:11
  35:18 39:4 45:20 46:1
  46:6,23 49:11 51:7
equal 40:12
ET 58:9,10
everybody 40:11 41:4
exact 8:11,18 48:25
EXAMINATION 4:3 6:12
  56:14

exercise 43:9
exhibit 6:17,23 7:4,5,7,9
  7:10,11,11,19,20 8:1,4
  8:14 9:19,22 10:5,7,12
  10:19 11:12 12:1,19
  12:22 14:23,24 16:22
  17:15,17 20:1,5,12,13
  20:25 21:1,4,5,12,12
  22:4 26:19 27:4,16
  28:2,5,7,15,24 29:10
  29:12,13 30:17,25
  36:2,4,10,18 38:14
  41:8 42:1,12 54:4
exhibits 5:24,25 6:19,20
  21:23 31:4 54:3
exist 12:24 13:5 17:12
  43:25 52:8
existed 13:3,4 17:14
  32:9
existence 27:24 32:5
  39:3
exists 15:3 46:1
expect 41:4
experience 54:1
expires 59:25
explain 34:12
explained 6:18
Explanatory 37:10
expressed 40:5
expressly 18:7
extend 35:14

**F**

facilitate 40:6 54:5
facilitates 38:8 39:7
fact 32:12 33:7,8 41:15
fail 16:17
fake 23:7
familiar 38:23 43:14
far 35:2
featuring 30:6
February 29:15 38:5
  41:11,21,22 42:6,22
  52:1
Federal 19:7
federally 26:3,5
Federation 13:21,25
  14:19 15:5,6,13,21,22
  16:3,7,10 24:20 26:25
  27:4 28:19 30:19
  32:22 33:2,14,18 34:1
  34:9 35:15 46:3 47:20
field 30:8,9
figure 47:22
file 1:25 16:17
filed 4:17,18 8:17 10:19
  11:12,19 19:13,14
  20:1 24:13,23 25:12
  25:15 27:5,7 43:23
filing 16:23,25 17:7 20:2
  21:1,5 27:6,10
financially 59:16
find 46:22
fine 33:23
Firm 6:14
first 4:10 5:3 7:15,23
  27:17 30:13 36:17,24
  37:9 43:25 55:25

fit 49:12
five-minute 57:21
fleshing 56:1
follow 42:20
follow-up 57:15
following 1:12
follows 6:10
foregoing 58:12,14 59:8
foreign 25:2,5
form 17:25 18:3,6,23
  56:17
formal 34:4 35:10,10
  45:5 46:4 49:8 50:14
formalization 46:10
formalize 33:9 35:25
formalized 34:25
formally 29:1 47:8 50:4
formation 50:8
formed 16:17 43:20,22
foundational 19:3,19
fourth 7:5
function 46:5 47:2
functions 46:5 47:2
further 19:3 59:14

**G**

G 6:1
gain 35:6
geographic 57:5
gestured 44:20
give 12:6,16 26:12 43:4
  51:16 52:21 56:7
given 37:15 57:4
go 22:4 29:9 36:2 49:20
  56:10,18
going 17:23 19:4,5 34:12
  36:18 41:9 49:13 55:2
  55:25 56:6 57:19
good 6:15,16 52:11
goods 27:18 29:22,23
  30:1,1,18
Gotcha 17:25 29:12
gotten 38:19
grant 42:25
granted 26:1,3
great 57:22
Greaves 26:9
guess 37:24 46:20
Guy 2:4

**H**

H 4:8 5:1
hand 59:19
handed 36:22
happened 56:5
header 49:22
heading 29:22
headings 22:8
heads 47:6 48:3
held 9:25 10:1 24:6,9
  44:21,24
help 19:9,9 23:23
hereunto 59:19
hired 50:22
hit 55:3
Hold 36:25
honest 31:25

honestly 25:8
hope 48:6

**I**

identification 6:21
identified 6:7 9:18,21
  11:25 21:5,8,23 28:18
  30:17,18,25 31:4
  36:10
identifies 20:5
identify 12:15 20:9 21:14
  41:4
identifying 40:23 41:17
  42:9,17 54:19
II 22:8
III 22:9,13
illuminati 26:11
image 41:24
imposes 55:7
imposter 26:10
include 8:10 54:21,23
included 54:25
incorporated 13:13,16
  25:9
incorporation 10:3
  32:10 50:12
incorrect 11:15 25:11
independent 50:23
indicated 39:11
indicating 17:3 27:18
  29:15,22,24 41:9
individual 38:11 39:10
  39:25 40:9,17 53:18
  54:8,24
individuals 54:17
informal 24:2
information 30:3,5,6
inside 24:1
insist 49:11
instance 38:13 54:4
instruct 18:22 19:5
intents 32:2 33:11
inter-related 34:23
interest 13:15 14:2 15:5
interested 59:16
interject 5:7
Internal 35:6
International 43:18
Internet 38:24
invocation 12:6,16 56:7
involvement 32:13
IRS 33:16
isolate 51:20
issue 18:9,15,23,25,25
  19:1
issues 18:21
item 48:10

**J**

January 27:20,23 30:14
Jarry 11:7 12:15 15:16
  15:19 16:1 20:10,17
  23:5,7 45:2 46:24 47:2
Jim 2:2
judge 18:21,24
July 38:6 42:13,22 52:8
  59:25

jurisdiction 13:16 18:10
  19:2 55:9
juristic 37:14

**K**

Kathy 2:3
kept 29:8
Kezhaya 3:3,4 17:23
  18:2,5,12,15,19 19:9
  19:22,24 33:21,24
  36:25 37:3,5 38:16,19
  39:13,16 44:7,10,13
  49:18 55:2,14,23
  56:11,14 57:14,16,18
kind 14:5,11 26:6 29:8,8
  33:6 45:5 46:5,7
Klapp 2:2
knew 11:8
know 7:22 9:15 12:13
  13:1,5 14:10 15:7,9,12
  15:15,16,20 17:10,10
  17:22 20:1,4,22 22:14
  23:13,18,25 24:5,12
  24:17 25:7,23 26:8,13
  26:14 29:1,6 31:3,25
  32:1 33:5,10,25 34:3
  34:8 35:2 41:3 45:4
  46:2,8 47:2,6 48:16
  49:8,11,23 50:7 51:6
  51:14 52:12,19,21
  53:3,7,9,14,22 55:1,6
  55:12,14,17 56:15
  57:4
knowledge 12:18 23:20
  25:7,17 34:17,19
  35:16 50:17,25 51:2
  51:10 59:10
knowledgeable 7:19
  14:17
known 35:12
Korte 2:3

**L**

L 3:11
laid 16:13
language 8:25
Law 3:3 6:14
Lawrence 1:22 59:4,24
laws 13:9
lawyer 11:9
lawyers 14:6
Layne 2:2
legal 13:2
legally 10:22 11:4 12:4,4
  56:10
let's 36:2 38:5,13 48:21
level 31:10,12,13,13
liability 15:10 27:2 28:19
liaisons 47:5
liberty 38:11 39:10 40:1
  40:9,18 53:18 54:8,24
license 23:14 26:3 28:24
licensed 31:1
licensee 26:3,5
licensing 25:24 43:6
limit 55:16
limited 15:9 18:9 27:1
  28:19 45:15 55:18

Atkinson-Baker, Inc.
www.depo.com

limiting 18:20
limits 45:16
line 28:10,17 51:19
list 7:7
listed 16:6 20:20 24:1
little 14:15 56:1
Littlefield 2:4
LLC 13:4,19,21,22 14:1
14:19,20 15:6,14,23
16:4,7,10 27:1,5 30:19
32:22 33:2,18 34:2,10
35:15,19 47:9,20
location 57:5
logo 25:22
long 40:15
look 17:1 18:8 27:6,17
28:10 29:21 30:16
36:23 37:6 38:13,17
looked 27:9 44:3 54:4
looking 7:12 45:6 46:20
looks 9:25
lose 26:6
Lucien 26:9

**M**

Machine 38:24 41:25
mail 51:18 57:6
mailing 51:22 56:20 57:1
making 47:14 58:14
Malcolm 11:7,16 12:15
15:16,19,25 20:9,17
21:21 23:5,7 48:2
manage 45:18,20 46:15
46:18
managed 16:8,11,12
management 48:3
manages 45:20
managing 15:16 47:24
manner 24:3
mark 6:21 26:22 28:7
29:18 30:2 55:3
Massachusetts 1:18
10:20 11:13 13:9,13
16:24 24:14 59:1,7
mathematically 11:2
Matt 36:24 44:6 55:1
matt@kezhaya.law 3:7
matter 18:10 19:2 33:7
46:9 58:9 59:16
matters 12:2 22:25
Matthew 3:4
maximum 47:14
Mayor 1:11
McClain 3:5
mean 11:8,16 13:2 14:5
14:8 23:23 24:1 29:2,4
31:12 37:24 38:2
42:11,19 47:2 48:2,5
48:11 54:13 55:19,19
means 6:7 15:8 34:13
media 47:5
meeting 10:1 12:7,17
44:22,25 48:8,13,23
49:4,7,15,25 50:4,7
meetings 10:23 11:22
45:7
meets 45:5
member 11:3 15:13,15

15:16,20,20,25 16:1,3
16:6 37:23 38:4 42:19
43:10 56:25 57:7,11
members 1:11 10:21
11:4,21 12:5 15:10,21
16:1 42:23,23 51:14
52:12,19 53:4,7,9,21
55:8 57:2
membership 5:5,6 13:25
14:2 15:4 26:13 40:21
41:16 42:7,16,24 43:4
51:21 54:14,16 55:7
56:21,22 57:8,11
MENTION 4:10 5:3
mentioned 13:19
merely 41:1
merger 24:13,20
merging 24:15
message 47:16
Michelle 1:5 14:20 23:21
24:5,9 50:9,19,22 51:2
56:6
middle 8:23 26:8
mind 47:7
minimum 51:16,17
52:21,25 53:6 56:15
56:19,23 57:5
minutes 49:4,8,15
Misicko 1:16 4:3 6:5,13
44:19 46:24 58:8,25
mission 38:7 39:6 40:4
40:14,18 41:13,15
53:16,18 54:5
Mm-hmm 12:11 45:11
mobilization 38:9 39:8
40:7 54:6
mom 23:16
money 26:12
moniker 37:18
Month 7:24
morning 6:15,16
moved 50:2

**N**

N 4:1 6:1
name 6:13 8:10,11,18
12:23 23:7,17 25:22
26:12 31:14,23 32:4,9
32:17 35:4 43:17
named 20:9
names 31:10
National 43:14,15,19,22
43:24 45:15 47:4
nature 46:10
necessarily 14:7,10 29:7
39:22 40:1 53:20
54:12
necessitated 33:16
need 14:14 37:22 44:8
44:11 56:23
needs 49:12
net 31:15
never 25:2
new 21:14 29:9
Newbury 1:17,18
news 30:4
Nigeria 26:11
North 3:12

Northeast 3:5
Notary 1:22 6:9 59:6,24
Note 37:10
notes 48:13
notice 4:12 6:23
November 8:9 12:25
13:10 17:7,11,16,21
20:3 21:5 50:8,9
number 1:25 4:10 5:3
14:23 30:23 51:16,17
52:22,25 53:6 56:2,3
56:15,19,23 57:6 59:5
numbered 9:7
numeral 22:9,13

**O**

O 6:1
oath 44:18
object 17:23,25 18:3,6
33:21
objecting 18:20,23,24
objection 18:5 49:17
obviously 23:25 48:2
October 4:24,25 28:10
Office 4:22 26:21
officer 20:10,18 21:9
23:22,23 24:6
officers 22:24 44:22
Oh 9:11 17:3 23:13
27:11 28:3 29:12,25
30:24 39:12 44:11
51:25 52:10
okay 7:4,17 8:3 9:8,13
9:17 11:11,20 12:21
15:2,9,18,25 16:14
17:5,19,21 18:14,17
19:22 22:16 23:13,21
26:18 27:11 28:2
29:10 31:17 33:24
34:5 35:24 36:3,19
37:5,8,12 38:15,20
39:16 41:10 42:2,3
44:7,13 49:2,23 51:24
52:3,4,6,10,23 55:4,11
55:23 57:16
one's 55:25
one-hour 55:3,16
open 40:22 41:16 42:16
54:16
opening 42:7
openly 41:4
operate 25:10 31:10
operation 33:10
operative 46:5
order 57:7,8,10
ordered 18:7,21 51:21
56:21
orders 18:9 57:6
organization 4:13 8:5
9:11 10:25 13:3 33:17
33:19 36:6 43:2 45:16
46:11 48:1
organizational 37:15
organized 7:23 8:8 13:8
36:5
original 5:24,24
outcome 59:17
outreach 30:7

outside 13:16 18:6,15,25
19:1
oversight 43:9
owned 13:24 47:20
owner 26:23 28:17 30:16
30:18 32:15
Owner/applicant 26:25
owners 48:4
owns 15:4 23:19

**P**

P 6:1
package 56:22,24
packages 51:10
page 1:12 2:1 5:5,6 7:5
8:21 10:7,11,22 17:1
28:14 37:6
Pages 1:11
paper 13:5 29:2
papers 23:25
paperwork 13:6 20:22
33:6 34:4,24 35:11,21
43:23 45:23 46:4
48:12
paragraph 37:6,13
parameters 45:10 47:15
parents 23:15
part 34:23,24 47:9 48:13
participating 40:23
41:17 42:9,17 54:18
54:18
party 59:15
Pass 57:14
Passport 6:8
Patent 4:22 26:20
pause 7:6 8:2 9:16 17:20
20:15 22:6,15 31:8
36:1 38:16 51:5,11
53:1 57:13
paused 44:10,10
penalties 10:13
penalty 10:18 11:13
58:11
people 23:2 24:3 26:12
35:1 38:3 47:1,5 51:18
56:20
people's 56:25
percent 11:10
perform 23:2
perjury 10:13,18 11:13
58:11
person 12:15 14:9 21:20
29:3
perspective 34:22
Phillips 2:4
philosophical 30:4
Phoenix 3:13
phone 52:24
phonetic 31:14
phrase 13:1
place 11:17 33:8
Plaintiffs 1:7 3:8
play 34:11,15 47:24
PLC 3:3
please 6:17 7:4 20:25
22:5,12 26:17
PLLC 3:10
plural 46:14,21,23

pluralism 40:16
plus 28:8
PM 16:25
politically 38:9 39:8 54:6
pop 46:17,18
popped 46:3
position 24:6,9 40:11
possible 50:25
potential 42:23
power 19:18
practice 41:1 54:22
practicing 37:17,22 38:1
preceded 32:12 39:3
preceding 2:1
preclude 43:3
predated 27:23
predicated 40:16
prefacing 49:3
prepare 22:20
president 9:18 10:1,15
10:16 12:8 20:6,21
Pretty 55:5
previous 46:19
previously 27:9
Principally 37:13
print-out 4:21 26:19
prior 32:4,9
probably 34:14 44:4,13
problem 37:2
procedurally 33:11
Procedure 19:7
proceedings 57:23 59:8
process 11:17 14:7
26:15 34:24 46:10
procure 32:19
Professional 59:5
promoted 36:9
pronoun 46:14,21,23
proprietary 25:23
providing 30:5,5,7
pseudonym 23:8 26:9
public 1:22 6:9 45:14
59:6,24
pull 26:11 37:1
purchase 56:24
purposes 32:2 33:12
36:6
purview 43:12
put 33:7
putative 42:23

**Q**

qualified 10:23 11:4,21
12:1,5 14:14
question 17:24 18:3
19:3,12 35:13 46:19
48:15 49:13 52:9,17
55:5
questioned 6:9
questions 14:17 15:2
18:6 19:3,20 28:22
29:3,5 53:13,15,21
quick 44:5 57:19
quote 30:3 38:8

**R**

R 6:1

Atkinson-Baker, Inc.
www.depo.com

range 38:5
read 9:14 22:12 30:11
   37:19 38:3 57:17,18
   58:11
reading 8:22 9:24 10:21
   14:23
ready 57:20
real 57:19
really 11:10 19:4,5,6
   34:16 44:2
reason 51:17
reasons 53:25
received 28:23
Recess 44:17
recognition 33:16 35:6
record 6:18 18:14 27:12
   44:16 56:9,10,12
   58:15 59:10
RECROSS 4:4
REDIRECT 4:4
referred 13:21
referring 23:5
refers 46:12
reflected 12:22 27:15
   28:24
reflecting 20:2
reflects 26:22 27:16
regard 38:2
regardless 46:1
registered 25:2 26:4,5
   28:9 31:25 32:4 59:5
registrant 28:18
registration 4:24,25 28:9
   29:14,14,16 42:20
related 59:14
relates 19:10,11
relating 30:4
relations 45:14
relationship 13:20 14:18
   15:3 32:20 33:1 34:9
   34:13,20 35:18,20
   45:6
relationships 24:2
religion 30:6,8,9 36:9,13
   36:14 53:15
religious 30:3,4 33:17
   33:19 35:11 36:6
report 4:17,18 17:6,22
   19:13 20:2 21:4
reported 1:21
reporter 18:4,18 24:22
   56:8 59:5,6
reports 16:17 19:14 27:8
represent 6:14
representative 7:18 29:4
   51:8
representatives 45:14
request 50:10,14
requested 12:16 18:4,18
   24:22 56:8 59:11
require 38:3
required 57:7,8,10
requirements 55:7
reside 51:15 52:13,20
   53:4
resident 4:20 21:13,14
   21:15,17
resolution 45:1 48:10

50:1
resolve 55:15
rest 44:8,11 57:19
returned 5:25
Revenue 35:6
review 59:11
reviewed 7:9 22:19
revoked 19:16,17,21
   22:2
right 7:2,13 10:3,10
   12:25 13:7,11,23
   14:22 23:4 29:24
   32:24 33:10,22 34:25
   37:3 38:21 40:10
   42:19 47:21 48:4
   51:23 56:11
rights 43:5 45:17
Road 3:5
role 47:24
Roman 22:9,11,13
room 44:9,11 57:19
round 57:20
RPR 1:22
rubric 46:7
Rule 1:14 12:13 18:2
Rules 19:7

S

S 4:8 5:1 6:1
Satanic 1:5,15 4:13,15
   5:7 6:24 7:9,18,22 8:5
   8:8,12,17,19,20 9:19
   9:22 12:5,9,10,14,23
   13:2,4,8,11,12,15,24
   14:19 15:4,12 16:2,11
   16:12,16,19 17:11
   20:18 21:18,24 22:1
   22:17,20,24 23:18,22
   24:7,10,12,23 25:1,12
   25:15,19 26:1,23 27:1
   27:16,24 28:22 29:18
   30:20 31:1,5,9,20,22
   32:5,10,17,21 33:3,14
   33:15,25 34:10,20
   35:5,9,12,13,17 36:5
   36:13,14 37:18,23
   38:8 39:2,3,7 40:4,14
   40:19,21,24 41:18
   42:7,10,18,21,24 43:1
   43:8,11,16,20,21,23
   43:25 44:21,24 45:3
   45:21,25 46:7,25 47:7
   47:9,10,13,23,25 48:5
   48:9,13,20,23 49:5,9
   49:10,16,24 50:5,10
   50:15,20,23 51:3,6,13
   51:14 52:7,13,17,18
   52:20 53:4,8,17,19
   54:5,20 55:6 57:11
   58:9
Satanism 36:11,12,14
   41:1 53:15,24 54:3,19
   54:22
Satanist 37:22 38:1
   39:20,23 40:2
Satanists 37:17 38:10
   39:9 40:7 54:7 56:2,3
   56:4,16

saw 7:15
saying 18:19 41:13
says 8:11,21 20:22 39:6
scams 26:11
sclaus@dickinsonwri...
   3:14
scope 18:7 45:15
Scot 3:11 6:13
Scottsdale 1:9 6:15 12:7
   12:17 51:9 53:5 56:4
   56:16 57:3 58:10
search 4:21,23 26:20,21
second 36:25 38:16
Secretary 16:24 25:16
secularism 40:15 54:23
secularist 39:20,22
   40:13 53:16
secularists 38:10 39:9
   40:8 53:10,11 54:7
see 6:25 7:3 8:6,22,25
   9:2,8,10 17:8 21:2,6
   21:10,15 22:7 26:23
   27:9,11,21 28:11,12
   28:20 29:15,19,21
   30:14,15,20,21 36:6
   39:6 42:14 53:20,23
seen 7:13 48:8,19,22,25
   49:4,14,21
self-identified 37:17
send 47:16
separate 54:12
September 1:19 39:1
   40:6 43:8 51:12 59:20
served 40:13,18 53:17
   53:18
Service 35:7
services 27:18 29:22,23
   31:21 37:3,8,10,18
set 14:5 41:9 59:19
set-up 14:11
seven 54:15
shares 23:19
sheets 7:12
shipping 51:20
shit 51:25
Shorthand 59:4
Shortt 1:6 14:21 23:21
   24:5,9 50:9,19,22 51:2
   56:6
show 26:10
sic 32:16 42:8
side 39:15
sign 38:4 51:18 53:23
   57:17,18
signed 10:12 58:18
single 18:18
site 5:5,6,7 30:6 31:21
   32:8 39:1 40:5
sites 31:11
situation 41:6
slash 10:15,21 51:21
   56:21
Smith 2:5
Soling 23:9,11
somebody 37:25
Somerville 30:22
somewhat 33:15
sorry 10:6 17:17 20:12

27:11 29:25 32:23
   39:18 42:11 52:1,6,16
sought 35:14
sounds 57:22
space 57:4
Spaces 1:17
speak 43:5 45:12 54:1
speaks 45:24
specific 48:11,12
specifically 56:4
speech 18:4 24:22 56:8
spell 23:16
spiritual 30:9
spokesperson 43:1
spring 46:17
ss 58:3
stained 47:18
standard 45:5
standards 54:14
standing 18:16,25 19:10
   19:11 46:4
start 48:21,22
state 13:9,13 25:3,6,16
   51:15 52:13,20 58:2
   58:21
stated 10:18
statement 38:7 41:14,15
   42:15
states 1:1 4:21 6:8 11:13
   13:17 17:6 26:20 35:7
   36:4 37:13
status 35:14 47:5
statutory 50:20
Steven 23:9
stipulation 55:17,20
Street 1:18
Strike 10:6 16:8 26:2
   31:21 44:22 52:16,17
   53:8
structure 37:16
structures 33:8
stuff 25:23
subject 18:9 19:2
subjective 54:1
subsequent 6:22
subsets 47:12
sufficient 48:6
suffix 31:14
SUFFOLK 59:2
Suite 3:12
support 33:9
suppose 15:18
supposed 20:20
sure 7:24 11:18 14:4,13
   26:15 31:19,19 37:2
   38:18 42:5,5,11 48:6
   49:10
suspended 21:24
Suzanne 2:2
sworn 6:3,9
System 4:23 26:21

T

T 4:8 5:1 23:17
tab 6:18,19,23 7:25 10:9
   12:19 16:22,22 26:17
   26:19 28:5 29:10 41:8
take 38:13 44:5,13 57:21

taken 44:17 54:11,13
talk 7:19 13:20
talking 43:7 51:12
tasks 24:4
tax-exempt 33:17,19
   35:7,11,14 36:5
telephone 3:4
TELEPHONIC 1:14
tell 55:24
template 14:11 48:12
Temple 1:5,15 4:14,16
   5:7 6:24 7:9,18,22 8:6
   8:8,12,17,19,20 9:19
   9:22 12:5,9,10,14,23
   13:3,4,8,11,12,15,24
   14:20 15:4,12 16:2,11
   16:12,16,19 17:11
   20:18 21:18,24 22:2
   22:17,20,24 23:18,22
   24:7,10,12,23 25:1,12
   25:15,19 26:1,23 27:1
   27:16,24 28:23 29:19
   30:20 31:1,6,9,20,22
   32:5,10,17,21 33:3,15
   33:15,25 34:10,20
   35:5,9,12,13,17 36:5
   36:13,15 37:23 38:8
   39:2,3,7 40:4,14,19,22
   40:24 41:18 42:7,10
   42:18,21,24 43:1,8,11
   43:16,20,21,23,25
   44:21,24 45:3,21,25
   46:7,25 47:7,9,10,13
   47:23,25 48:5,9,13,21
   48:24 49:5,9,10,16,24
   50:5,10,15,20,23 51:3
   51:6,13,14 52:7,13,17
   52:19,20 53:4,8,17,19
   54:5,20 55:6 57:12
   58:9
Temple.' 37:18
tenets 38:1,4 42:21
   53:23 54:15
terminology 13:2 14:8
   15:17 23:24
testified 6:10
testify 58:9
testimony 58:15
text 8:22 9:9,15,24,24
   10:22 22:12
Tezhaya 4:6
Thank 19:25 38:22 44:15
thesatanic 32:15
thesatanictemple.com
   32:1
thing 14:11 25:8
things 47:4
think 16:13 24:19 34:4
   38:19 44:6 45:22,23
   45:24,25 46:6,17
   53:22 54:11
thirds 10:20 11:4
thirty 38:20
thought 25:8
time 7:15 44:11 45:8
   times 37:15
today 6:20 12:14 43:7
   51:12 52:12,18 53:3

**Atkinson-Baker, Inc.**
**www.depo.com**

53:10,14
**told** 42:23
**top** 17:1,1,2 21:2 28:17
31:10,12,13 39:17
41:25 48:3
**topic** 49:25
**topics** 7:7,19 55:18,24
**trademark** 4:22,22,24,25
26:8,14,15,20,21 27:3
28:9,24 29:13 30:17
30:25 47:19
**trademarking** 26:9
**trademarks** 26:4,6 31:4
**transact** 25:3,6
**transcript** 5:24 58:12
59:8,12
**treasurer** 20:6,20
**treatment** 35:8
**true** 9:22 10:16,25 11:5
25:1 41:7,11,12 42:15
58:15
**Truth** 14:20 35:19
**try** 47:13
**trying** 26:11 34:11 46:22
47:22
**TST** 28:8 39:7 56:2,3
57:8
**Tuesday** 1:19
**turn** 6:17 7:4,25 8:14
10:5,7 16:22 17:15
20:25 26:17 28:2,14
29:10 41:7 42:12
**Turning** 12:19
**two** 7:12 10:20 11:4,7,21
11:24 55:18,24 56:4
57:20
**type** 43:6

**U**

**ultimate** 47:3
**unaware** 11:16
**understand** 19:6,9,10
48:18
**understanding** 20:19,23
35:9
**understood** 47:3
**United** 1:1 4:21 6:7
13:17,21,25 14:19
15:5,6,13,21,22 16:3,7
16:10 24:20 26:20,25
27:4 28:18 30:19
32:21 33:2,14,18 34:1
34:9 35:7,15 46:3
47:20
**unused** 5:25
**use** 6:22 27:17 28:24
30:13 31:1,10 32:3,16
38:5 44:8,11 57:19
**utilized** 32:8

**V**

**variable** 46:21
**various** 25:25 37:14,15
45:17,19 47:1
**versus** 47:9
**veto** 47:3
**vice** 10:15

**Virginia** 2:3
**voice** 40:12
**voices** 18:18
**Volume** 1:10
**voluntary** 37:16
**vote** 10:2,23 11:14,22
12:1
**voted** 50:2
**vs** 1:8 58:10

**W**

**Wait** 28:3
**want** 22:12 24:2,5 42:5
48:16 57:21
**wasn't** 23:14 29:7 38:7
**watch** 29:8
**way** 11:19 31:16 34:7
41:5 46:12 48:7 51:20
53:13 56:25
**Wayback** 38:24 41:25
**we'll** 6:21 13:19,19 48:21
**we're** 10:8 11:7 26:8
28:3 47:17 48:4,4
51:12 57:1
**Web** 5:5,6,7 30:5 31:11
31:21 32:8 39:1 40:5
**whereof** 59:19
**willing** 55:16
**withdraw** 19:24
**witness** 6:3,6 19:5 36:22
39:15,17 44:20 57:14
58:8 59:19
**WJ** 2:2
**word** 26:22 28:7 29:18
**wording** 49:1
**words** 8:23,23
**work** 14:5 29:6 45:9 47:1
47:15
**working** 11:9
**wouldn't** 49:7
**Wright** 3:10 6:14
**written** 32:14,18 34:1
50:10,18 51:1
**wrong** 47:16
**www.depo.com** 1:24
**www.satanictemple.c...**
32:16
**www.thesatanictempl...**
31:24

**X**

**x** 1:4 2:7 4:1,8 5:1 9:1

**Y**

**yeah** 7:3 9:4,8,14,23
10:17 11:15,23 13:23
15:1,1 16:5 17:4,5,21
23:12,14,16 27:3,11
27:14,22 28:6,13
29:25,25 32:7 36:25
37:5,24 39:18 44:12
57:18,22
**yearly** 16:18
**Yesterday** 7:16

**Z**

**0**

**1**

**1** 1:11 10:22 17:7,11
20:3 21:5 27:20,23
30:14 37:6,13 41:11
41:23 42:6
**1:24** 16:25
**10** 29:15
**100** 11:10
**11** 14:23
**11:09** 1:20 57:23
**1202** 3:5
**13** 42:13
**14** 8:9 12:25 17:16,21
50:9
**1400** 3:12
**1430F96** 59:5
**16** 4:17
**18** 4:13 7:25 8:1,4 12:19
12:20,22 17:15,18,19
21:23 22:4 36:2,4,10
**18-00621-PHX-DGC** 1:3
**1850** 3:12
**19** 4:15 8:14 9:19,22
10:7,12,19 11:12 12:1

**2**

**2** 10:5,7,11 37:7 59:25
**20** 4:17,18 16:22,22,23
20:1,5,13,14 58:20
**2007** 8:9
**2013** 27:20,23 30:14
**20130101** 27:20
**2015** 29:15 39:2 40:6
44:4
**2016** 38:6,6 41:11,23
42:7,13,22,22 52:2,8
**2017** 7:24 12:25 13:6,10
16:17 17:7,11,16 20:3
50:9,12
**2018** 4:24,25 21:5 28:10
**2019** 1:19 4:17,18 8:16
10:2 11:20 12:24
16:25 20:2 21:2 27:7
43:8 51:13 59:20
**2021** 59:25
**21** 4:18,20 20:25 21:1,4
21:6
**22** 4:19 21:12,12,23
**23** 4:21 10:1 26:17,18,19
26:19 27:4,16
**24** 1:19 4:17,18,24 8:16
11:20 16:25 21:1 27:7
28:2,5,5,7,15,25 31:5
43:8 51:13
**25** 4:25 29:10,11,13
30:17,25 31:5
**26** 4:23
**26th** 59:20
**27** 53:6
**28** 4:24
**288** 30:23
**288-3376** 1:24
**29** 4:25

**3**

**30** 4:24,25 18:2 28:10
**30(b)(6)** 1:14 4:12 6:24
7:1 12:13
**31** 5:5 41:8,8 42:1
**32** 5:6 42:12
**34** 5:7 38:14 39:13,14
54:4
**359** 1:18
**38** 5:7

**4**

**41** 5:5
**42** 5:6
**450** 53:2,7,10,14
**479.431.6112** 3:7

**5**

**519** 30:22
**55** 18:8
**56** 4:6
**57** 37:3
**59** 1:11

**6**

**6** 4:5,12,12 6:17,18,23
6:23 7:5,10,11,20
14:24 38:6
**602.285.5000** 3:14

**7**

**7** 39:2 40:6
**72712** 3:6

**8**

**8** 4:14,16 38:5
**800** 1:24
**85004-4568** 3:13

**9**

**9/27** 18:13
**9:50** 1:20

# EXHIBIT C

**Atkinson-Baker, Inc.**
www.depo.com

```
1                   UNITED STATES DISTRICT COURT

2                      DISTRICT OF ARIZONA

3                  Case No. CV 18-00621-PHX-DGC

4      -------------------------------x

5      THE SATANIC TEMPLE and MICHELLE :

6      SHORTT,                         :

7                  Plaintiffs,         :

8      vs.                             :

9      CITY OF SCOTTSDALE, ARIZONA, by :

10     its City Council, consisting of :  Volume I

11     the Mayor and council members,  :  Pages 1 to 83

12     (Caption continued on following page)

13

14         RULE 30(b)(6) TELEPHONIC DEPOSITION OF UNITED

15           FEDERATION OF CHURCHES LLC BY AND THROUGH

16                  DOUGLAS ALEXANDER MISICKO

17                 conducted at Spaces Newbury

18          359 Newbury Street, Boston, Massachusetts

19              on Tuesday, September 24, 2019

20          commencing 11:20 AM and ending 1:01 PM

21                       reported by

22        Lawrence A. Brown, CSR, RPR and Notary Public

23                  ATKINSON-BAKER, INC.

24            (800) 288-3376 - www.depo.com

25               ABI File Number AD08F98
```

1

**Atkinson-Baker, Inc.**
**www.depo.com**

```
1    (Caption continued from preceding page)

2    WJ Jim Layne, Suzanne Klapp,      :

3    Virginia Korte, Kathy             :

4    Littlefield, Guy Phillips, and    :

5    David Smith,                      :

6              Defendants.            :

7    ------------------------------x

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

2

**Atkinson-Baker, Inc.**
**www.depo.com**

```
 1                    APPEARANCES OF COUNSEL

 2

 3                    KEZHAYA LAW PLC

 4      by Attorney Matthew A. Kezhaya (via telephone)

 5               1202 Northeast McClain Road

 6               Bentonville, Arkansas 72712

 7              479.431.6112 - matt@kezhaya.law

 8                    for the Plaintiffs

 9

10                   DICKINSON WRIGHT PLLC

11                by Attorney Scot L. Claus

12          1850 North Central Avenue, Suite 1400

13               Phoenix, Arizona 85004-4568

14       602.285.5000 - sclaus@dickinsonwright.com

15                    for the Defendants

16

17

18

19

20

21

22

23

24

25
```

3

**Atkinson-Baker, Inc.**
**www.depo.com**

```
 1                    I N D E X

 2

 3    EXAMINATION OF DOUGLAS ALEXANDER MISICKO

 4                    DIRECT  CROSS  REDIRECT  RECROSS

 5    by Mr. Claus        6

 6    by Mr. Tezhaya           59

 7    by Mr. Claus                     68

 8    by Mr. Kezhaya                          79

 9    by Mr. Claus                     80

10

11                    E X H I B I T S

12

13    NUMBER           DESCRIPTION        FIRST MENTION

14

15     7  Notice of 30(b)(6) deposition          6

16    10  Certificate of organization           16

17    11  Annual report filed September 12, 2006  18

18    12  Annual report filed September 12, 2006  19

19    13  Annual report filed April 3, 2017       22

20    14  Restated certificate of organization    23

21    15  Certificate of amendment                27

22    16  2019 annual report                      28

23    23  Print-out of search of United States

24        Patent & Trademark Office Trademark

25        Electronic Search System                29
```

4

**30(b)(6): Douglas Misicko**
**September 24, 2019**

```
1                    E X H I B I T S

2

3      NUMBER              DESCRIPTION        FIRST MENTION

4

5      24  Trademark registration, October 30, 2018    30

6      25  Trademark registration, October 30, 2018    31

7      27  Archived Web page from The Satanic Temple   43

8      28  Archived Web page from The Satanic Temple   45

9      37  Archived Web site from February 24, 2015

10         identifying The Satanic Temple chapters     41

11     40  Archive Web page of The Satanic Temple

12         from February 1, 2016                        42

13     42  Web site of The Satanic Temple Arizona       56

14     47  Screenshot of Web page archive from

15         January 15, 2013 of The Satanic Temple       70

16

17

18

19

20

21

22

23

24     Original exhibits attached to transcript original

25     Binder of unused exhibits returned to Mr. Claus
```

5

```
 1              P R O C E E D I N G S

 2

 3          (Witness sworn.)

 4          MR. CLAUS:  Thank you.

 5

 6                  DOUGLAS ALEXANDER MISICKO,

 7     a witness called by Counsel for the City

 8     Defendants, having identified himself by means of

 9     his United States of America Passport Card and

10     having been duly sworn by the Notary Public, was

11     questioned and testified as follows:

12

13     DIRECT EXAMINATION BY MR. CLAUS:

14          Q    You're going to need your book back --

15          A    Sure.  It's -- It's right here.

16          Q    Great.

17               Take a look at Exhibit 7.

18          A    Okay.

19          Q    Exhibit 7 is the notice of 30(b)(6)

20     deposition of the United Federation of Churches

21     LLC.  Do you see that?

22          A    Yes.

23          Q    And please take a look at Exhibit A to

24     Exhibit 7, which is the list of topics for which

25     you've been designated as the deponent.  Exhibit
```

6

**Atkinson-Baker, Inc.**
www.depo.com

1    A to Exhibit 7.

2        A    Okay.  Yes.

3        Q    Do you agree that you're the person most

4    knowledgeable about the topics listed in Exhibit

5    A of Exhibit 7?

6        A    The most knowledgeable representative of

7    the company in question.

8        Q    Of the United federation of Churches LLC?

9        A    Correct.  Yeah.

10       Q    The United Federation of Churches LLC

11   still exists as a limited liability company

12   today.  Correct?

13       A    Correct.

14       Q    Let me ask you the question that we

15   alluded to in the previous deposition.  How --

16            Oh, do you have your --

17       A    Yes.

18       Q    -- the complaint there?

19       A    Yeah.

20       Q    The first amended complaint, if you go to

21   paragraph 10, which is on page 3 --

22       A    I see it.

23       Q    Just -- Just read paragraph 10 to yourself

24   and let me know when you're done.

25            (Pause.)

7

**30(b)(6): Douglas Misicko**
**September 24, 2019**

**Atkinson-Baker, Inc.**
www.depo.com

1      A    Okay.

2      Q    Focusing on the last sentence of paragraph

3   10, is it a true statement that at the times

4   relevant to the litigation that is framed by the

5   first amended complaint that The Satanic Temple

6   was given structure through the United Federation

7   of Churches LLC?

8      A    The -- The time framed by the first

9   amended complaint.  I'm not sure I know what

10   frame of time is -- is in question here.  You

11   mean when the -- when this was filed?

12      Q    No.  I'm -- So it says -- I'll just read

13   that last sentence starting on line 3 of page 3,

14   paragraph 10 of the first amended complaint.

15      A    Okay.

16      Q    "At the times relevant to this litigation

17   TST," which is defined as The Satanic Temple,

18   "was given structure through United Federation of

19   Churches LLC (DBA The Satanic Temple), a

20   Massachusetts LLC."

21          First did I read that correctly?

22      A    Correct.

23      Q    Is that a true statement, the sentence

24   that I just read?

25      A    "The Satanic Temple Inc. has been formally

**Atkinson-Baker, Inc.**
**www.depo.com**

1  recognized as a tax-exempt religious

2  organization" --

3      Q   No.  No.

4      A   "At the times relevant to this litigation,

5  TST was given structure through United

6  Federations [sic] of Churches LLC (DBA The

7  Satanic Temple), a Massachusetts LLC."

8      Q   Yeah.  And my question is is that a true

9  statement?

10     A   To the best of my knowledge, that is a

11  true statement.

12     Q   Okay.  Do you know how many members of The

13  Satanic Temple resided in Scottsdale, Arizona as

14  of February 8, 2016?

15     A   As of February 8, 2016.  I have a

16  different time frame.  I don't have a -- I don't

17  have a number at a specific date.  I have a time

18  frame of between February and April 2016.

19     Q   Okay.  So is the answer to my question

20  that you do not know how many members of The

21  Satanic Temple resided in Scottsdale as of

22  February 8, 2016?

23     A   Correct.  I can give you again a minimum

24  number from a time frame, but I -- I -- I don't

25  have an exact number given our lack of geographic

**Atkinson-Baker, Inc.**
www.depo.com

```
 1   tracking.
 2        Q    Well, go to Exhibit 7 again.
 3        A    Okay.  And --
 4        Q    You're still there.
 5        A    Oh, yeah.
 6        Q    Exhibit 7.
 7        A    Sure.
 8        Q    Exhibit A to Exhibit 7.  Topic 5 asked for
 9   the designee of the deponent to be knowledgeable
10   about, quote, the identity and domicile of the
11   members of the deponent identified in the notice
12   from February 8, 2016 through July 6, 2016.  Do
13   you see that?
14        A    Yes.
15        Q    Also number 7 asked for a deponent
16   knowledgeable about the membership operations for
17   the deponent identified in the notice including
18   the member on-boarding process, leadership
19   election, membership fees and uses thereof.  Do
20   you see that?
21        A    Yes.
22        Q    So using topic number 5 in Exhibit A to
23   Exhibit 7, do you know the identity and domicile
24   of the members of The Satanic Temple as of
25   February 8, 2016?
```

10

**Atkinson-Baker, Inc.**
www.depo.com

1          A    No.   I know a minimum number of members,

2     but some of them I've never known their domicile.

3          Q    Okay.  Do you know the -- Okay.  Do you

4     know the minimum members as of February 8, 2016?

5          A    February 8 -- Again I have -- I have April

6     2016.  I know the minimum number as of April

7     2016.

8          Q    Did you do anything to become

9     knowledgeable about the topics identified in

10    topic number 5 of Exhibit A to Exhibit 7 to

11    testify today?

12         A    Yes.

13         Q    Did you do anything to become

14    knowledgeable about the identity and domicile of

15    the members of the deponent as of February 8th,

16    2016?

17         A    As of February 8th, no.  I -- I went with

18    the time frame of February to April 2016.  I

19    thought that's what you were working on.

20         Q    Okay.

21              (Pause.)

22              MR. CLAUS:  Let's go off the record for a

23    second.

24              (Pause.)

25              MR. CLAUS:  Okay.  Let's go back on.

**Atkinson-Baker, Inc.**
www.depo.com

1     Q   If you look, Sir, at again Exhibit A to

2  Exhibit 7 --

3     A   Okay.

4     Q   -- topic -- topic number 3 provides a --

5  an exact and discrete date range of February 8,

6  2016 to July 6, 2016.  Correct?

7     A   Correct.

8     Q   And if you turn the page to number 13,

9  topic number 13 of Exhibit A to Exhibit 7

10 provides a discrete and exact date range

11 from February 8, 2016 to July 6, 2016.  Correct?

12 Number -- You're still on Exhibit 7 --

13    A   Oh, okay.

14    Q   -- the next page of Exhibit A to Exhibit

15 7.  So turn the page --

16    A   Correct.  Yeah.  Yeah.

17    Q   Just turn the page.  Topic number 13

18 identifies an exact and discrete date range of

19 February 8, 2016 to July 6, 2016.  Correct?

20    A   Correct.

21    Q   Okay.  So as of February 8, 2016, that

22 date in the -- in the universe, do you know if

23 any members of The Satanic Temple resided in

24 Scottsdale, Arizona as of February 8, 2016?

25    A   I know -- I don't know why my search ended

1    up being February to April 2016, but I have a

2    number -- a minimum number for that time frame.

3         Q   That's not the time -- I'm not asking you

4    about the time frame.  I'm asking you as of

5    February 8, 2016 do you know if any members of

6    The Satanic Temple, under penalty of perjury,

7    resided in the State of Arizona?

8         A   As of February 8th.

9         Q   Correct.

10        A   Okay.  No, I can't -- I cannot give you --

11   I just can't -- I just don't have a number for an

12   exact date.  I can only do --

13        Q   Okay.

14        A   We can only do it in time frames.

15        Q   Do you know, under penalty of perjury, if

16   any members of The Satanic Temple resided in the

17   City of Scottsdale, Arizona as of February 8,

18   2016?

19        A   I -- I could not tell you that with

20   100-percent certainty.

21        Q   Okay.

22            (Pause.)

23        Q   Do you know when the United Federation of

24   Churches LLC -- Well, let me ask this again,

25   then:

13

**Atkinson-Baker, Inc.**
www.depo.com

```
 1            Do you know and are you able to testify
 2    under penalty of perjury if any members of The
 3    Satanic Temple resided in the State of Arizona as
 4    of the discrete date July 6, 2016?
 5        A    Do I -- Do I know if there were any
 6    members of The Satanic Temple by the date of July
 7    6th --
 8        Q    Let me ask it again.
 9        A    -- 2016 --
10        Q    Let me ask it again.
11        A    Okay.
12        Q    Do you know, under penalty of perjury, if
13    any members of The Satanic Temple resided in the
14    State of Arizona as of the date July 6, 2016?
15        A    Yes.  I have a minimum number of
16    membership in Arizona by that date of 17.
17        Q    And do you know how -- if any members of
18    The Satanic Temple resided in the City of
19    Scottsdale, Arizona as of July 6, 2016?
20        A    A minimum number of five.
21        Q    Who?
22        A    That I do not know.
23            MR. KEZHAYA:   Ah --
24        Q    Do you know the identity of the members of
25    The Satanic Temple that resided in the State
```

14

**30(b)(6): Douglas Misicko**
**September 24, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

1    of -- the 17 members that you testified resided

2    in the State of Arizona as of July 6, 2016?

3         A    Know them.  How do you -- Can you --

4         Q    Do you know --

5         A    -- clarify --

6         Q    Do you know their identity?  For instance,

7    do you know their names?

8         A    Again people often use pseudonyms with us,

9    and we don't ask that they not.  So we would have

10   the names they gave us and their mailing address.

11   So that would be sufficient for us for

12   identification.

13        Q    And the number of members that you

14   identified as of July 6, 2016 who resided in the

15   City of Scottsdale, are you using their mailing

16   address to divine that knowledge?

17        A    I'm sorry.  The -- The knowledge of

18   their --

19        Q    The knowledge of their -- their residence.

20        A    Correct.  Their mailing address is, we

21   assume, their residence.

22        Q    Got it.

23             Do you know when the United Federation of

24   Churches LLC was first organized as an entity?

25        A    2014.

**30(b)(6): Douglas Misicko**
**September 24, 2019**

```
1        Q    If you'd turn to Exhibit 10 --
2        A    Yes.
3        Q    -- Exhibit 10 is the certificate of
4   organization for the United Federation of
5   Churches LLC.  Correct?
6        A    Correct.
7        Q    And it identifies -- Exhibit 10 identifies
8   you as the resident agent of that LLC.  Correct?
9        A    Correct.
10       Q    And identifies you as the manager of that
11  LLC.  Correct?
12       A    I -- I don't see the wording "manager."
13       Q    Number 6.
14       A    Number 6.  Okay.
15       Q    The name and business address --
16       A    Oh, of each manager.  Okay.  I gotcha.
17  Yes.
18       Q    So the articles -- the certificate,
19  rather, of organization for the United Federation
20  of Churches LLC identified you as the only
21  manager when that entity was organized.  Correct?
22       A    Correct.
23       Q    Do you recognize the signature on page 2
24  of Exhibit 10?
25       A    Yes.
```

16

**Atkinson-Baker, Inc.**
**www.depo.com**

1    Q    Is that your signature?

2    A    It is.

3    Q    Is it accurate to say that Michelle Shortt

4  has never been identified as a manager of the

5  United Federation of Churches LLC in any filing

6  with the Commonwealth of Massachusetts?

7    A    That is accurate.

8    Q    Exhibit 10 identifies the general

9  character of the business of the United

10  Federation of Churches LLC.   True?

11    A    I'm sorry.   What do you mean by "general

12  character"?

13    Q    Number 3.   There is an enumerated line 3

14  on the first page of Exhibit 10 that has pretyped

15  "The general character of the business, colon,"

16  and then words are entered by the organizer after

17  that colon.   Do you see that?

18    A    Correct.   Yes.

19    Q    And the words entered are "educational

20  activities and all other lawful purposes"?

21    A    Correct.

22    Q    Exhibit 10 -- Do you see anything in

23  Exhibit 10 that specifically articulates a

24  religious purpose to the United Federation of

25  Churches LLC?

**30(b)(6): Douglas Misicko**
**September 24, 2019**

```
 1        A    I do not.

 2        Q    Exhibit 11.  Exhibit 11 is a limited

 3   liab -- liability company annual report.  Do you

 4   see that?

 5        A    I do.

 6        Q    Filed on September 12, 2016.  Do you see

 7   that?

 8        A    Yes.

 9        Q    Identifies a different manager of the LLC

10   as Cevin Soling.  Correct?

11        A    Correct.

12        Q    If you turn to the second page of Exhibit

13   11, do you see the handwritten signature at the

14   bottom of the page?

15        A    Oh, yes.

16        Q    Do you recognize that signature?

17        A    I don't.

18        Q    Do you recognize that signature to not be

19   yours?

20        A    I do.

21        Q    Okay.  Turn back to page 1 of Exhibit 11.

22   The annual report is for the year 2015 and still

23   identifies the general character of the business

24   as "educational activities and all other lawful

25   purposes."  Correct?
```

18

Atkinson-Baker, Inc.
www.depo.com

1        A    Correct.
2        Q    Do you see anything in Exhibit 11 that
3    specifically articulates a religious purpose to
4    the limited liability company?
5        A    I do not.
6        Q    Exhibit 12, please.
7        A    Okay.
8        Q    This is a filing of an annual report for
9    the limited liability company filed the same
10   date, September 12, 2016.  Do you see that?
11       A    Yes.
12       Q    I'm going to ask you the same question
13   that I asked about The Satanic Temple.  Do you
14   know if the United Federation of Churches LLC was
15   ever suspended by the Commonwealth of
16   Massachusetts for failure to file an annual
17   report on a timely manner?
18       A    No.
19       Q    Do you know if the charter for the United
20   Federation of Churches LLC was ever revoked by
21   the secretary of the commonwealth?
22       A    It has not been.
23       Q    Okay.  So back to Exhibit 12, Exhibit 12
24   identifies you as the resident agent of the LLC.
25   Correct?

19

30(b)(6): Douglas Misicko
September 24, 2019

**Atkinson-Baker, Inc.**
www.depo.com

1      A    Correct.

2      Q    Has Michelle Shortt ever been identified

3  as a resident agent of the United Federation of

4  Churches LLC?

5      A    She has not.

6      Q    Has anyone other than you ever been

7  identified as an agent of the limited liability

8  company identified in Exhibit 12?

9      A    Would not Cevin Soling be considered

10 identified as an agent from line 6 where it says

11 "name and business address of each manager"?

12     Q    Mr. Soling is identified as the manager.

13 I'm asking you under line 5 -- Do you know that a

14 limited liability company under Massachusetts law

15 must identify a, quote, resident agent, end

16 quote?

17     A    My awareness of this is only through this

18 very paperwork.

19     Q    Okay.  Do you know if anyone other than

20 you has been identified as a resident agent of

21 the limited liability company identified in

22 Exhibit 12?  And if you don't know, that's fine.

23 Just tell me.

24     A    Well, I can say with almost certainty that

25 nobody else has --

1       Q    Okay.

2       A    -- but I will -- I'll offer the caveat

3    that it would not -- it would also not surprise

4    me if there were other paperwork in which Cevin

5    might be listed as a -- as a resident agent --

6       Q    Okay.

7       A    -- as well.

8       Q    And the annual report identified in

9    Exhibit 12 is for the year 2016.  True?

10      A    That's correct.

11      Q    And the general character of the business

12   identified in line 3 of Exhibit 12 is the same as

13   in the certificate of organization and the prior

14   annual report, "educational activities and all

15   other lawful purposes."  Correct?

16      A    Correct.

17      Q    Do you see anything in Exhibit 12 that

18   articulates a religious purpose to the United

19   Federation of Churches LLC?

20      A    I do not.

21      Q    And let's look at that handwritten

22   signature on page 2.

23      A    Yes.

24      Q    Do you recognize that signature to not be

25   your signature?

21

**Atkinson-Baker, Inc.**
www.depo.com

1      A    Correct.  I recognize that signature to
2  not be my own.
3      Q    Great.  Turn to Exhibit 13, please.
4      A    Okay.
5      Q    Exhibit 13 is the annual report for the
6  United Federation of Churches LLC filed on April
7  3, 2017.  Do you see that?
8      A    Yes.
9      Q    Identifies you as the resident agent?
10      A    Correct.
11      Q    And identifies Mr. Soling as the manager.
12  Correct?
13      A    Correct.
14      Q    Identifies the general character of the
15  business in the same manner as the previous
16  filings, "educational activities and all other
17  lawful purposes."  Correct?
18      A    Correct.
19      Q    Do you see anything in Exhibit 13 that
20  identifies a religious purpose to the United
21  Federation of Churches LLC?
22      A    I do not.
23      Q    And again, if you go to the second page,
24  there is a handwritten signature.  Do you
25  recognize that signature?

22

```
 1        A    I -- I do not.
 2        Q    Do you recognize that signature to not be
 3   yours?
 4        A    I recognize that signature to not be my
 5   own.
 6        Q    Great.
 7             (Pause.)
 8        Q    If you'd turn to Exhibit 14 -- We've
 9   entered the age of digital filings -- Exhibit 14
10   is a restated certificate of organization.  Do
11   you see how --
12             (Mr. Claus indicated.)
13        A    I see that, yes.
14        Q    Filed May 21, 2018?
15        A    It says two thousand -- Oh, okay.  This --
16   Okay.  The date at the top says -- Oh, this is
17   for the original filing of the original
18   organization.  It says February 4, 2014.
19        Q    Right.  And if we --
20        A    Okay.
21        Q    -- look back at Exhibit 10, we see that
22   that is the date of the original filing, February
23   4, 2014.
24        A    Okay.  And this is an annual filing in
25   2018?
```

**30(b)(6): Douglas Misicko**
**September 24, 2019**

**Atkinson-Baker, Inc.**
www.depo.com

1        Q    No.  Exhibit 14 is a restated certificate

2   of organization.  Do you see that?

3        A    "Restated Certificate of Organization,"

4   yes.  Okay.  I understand that.

5        Q    Filed in May of 2018.  Correct?

6        A    Correct.

7        Q    And -- Excuse me -- it provides -- if you

8   go to page 2 of Exhibit 14, there's a box that

9   has the number 10 --

10            Do you see box 10?

11       A    Correct.  Yes.

12       Q    -- that describes the amendments to be

13  affected by the restated certificate.  Just read

14  it to yourself and let me know when you're done.

15            (Pause.)

16       A    Okay.

17       Q    I'm going to ask you do you know if

18  Massachusetts law -- Do you see how it says that

19  it's signed under penalties of perjury this 21st

20  day of May 2018?

21       A    Correct.  I see that.

22       Q    Do you know if Mr. Soling has legally

23  changed his name to Malcolm Jarry?

24       A    I do not know --

25            MR. KEZHAYA:  Object as outside the scope

**30(b)(6): Douglas Misicko**
**September 24, 2019**

1  of the 30(b)(6) deposition notice.

2      Q   So do you know?

3      A   Well, should I -- I --

4      Q   Yeah, you --

5          MR. KEZHAYA:  Oh.  Yeah, go ahead and

6  answer.

7          THE WITNESS:  Okay.

8      A   I -- I have no knowledge of him changing

9  his name.

10     Q   Do you know if Massachusetts law -- Strike

11  that.

12         Do you know how the execution and filing

13  of organizational documents with the secretary of

14  the commonwealth using a false name signed under

15  penalty of perjury impacts the ability of that

16  organization to continue to do business?

17         MR. KEZHAYA:  Same objection.

18         Go ahead and answer.

19         THE WITNESS:  Okay.

20     A   No, I do -- I -- I have no knowledge of

21  that.

22     Q   Okay.  If you turn to page 1 of Exhibit

23  14 -- So still the same exhibit, but now we're

24  just turning back to page 1 -- the general

25  character of the business is now described as

**Atkinson-Baker, Inc.**
**www.depo.com**

1   "The purpose of the company is to conduct any and

2   all lawful business that can be performed by a

3   limited liability company formed under GL.c. 156C

4   including but not limited to educational

5   activities, concluding the sale of any

6   merchandise and literature and any and all

7   activities incidental thereto."

8          Did I read that correctly?

9      A   Correct.

10     Q   Still does not articulate a religious

11  purpose to the United Federation of Churches LLC.

12  Correct?

13     A   Correct.

14     Q   Do you know if making a false statement in

15  a filing with the Commonwealth of Massachusetts

16  impacts the ability of an organization to

17  continue to do business?

18     A   I --

19         MR. KEZHAYA:  Same objection.

20         Go ahead and answer.

21     A   I -- I -- I do not -- I do not know the --

22  the letter of the law on this.

23     Q   Okay.  Turn to tab 15, please.

24         Tab 15 is a certificate of amendment for

25  the United Federation of Churches LLC.  Do you

26

**30(b)(6): Douglas Misicko**
**September 24, 2019**

**Atkinson-Baker, Inc.**
www.depo.com

1    see that?

2         A    Yes.

3         Q    And identifies you in box 5 as the

4    resident agent still.  Correct?

5         A    Correct.

6         Q    In box 6 it identifies two managers.

7    Correct?

8         A    Correct.

9         Q    But those two managers are in fact the

10   same person.  Correct?

11        A    Correct.

12        Q    Have you ever notified -- As a

13   representative of and the resident agent for the

14   United Federation of Churches LLC, have you ever

15   notified the secretary of the commonwealth that

16   any misleading statements were ever made in an

17   organizational filing on behalf of the United

18   Federation of Churches LLC?

19        A    I have not.

20        Q    And in fact if you look at box 10 on the

21   second page of Exhibit 15, the purpose of the

22   amendment is specifically articulated to add a

23   manager, slash, officer.  Do you see that?

24        A    Yes.

25        Q    But Mr. Soling was always, since the

**30(b)(6): Douglas Misicko**
**September 24, 2019**

```
 1    filing of the first annual report, a manager of
 2    the United Federation of Churches LLC.  True?
 3         A    I'm sorry.  Can you say that again.
 4              MR. CLAUS:  Can you read it back, please.
 5              (Record read.)
 6         A    I'm sorry.  Yes.  Correct.
 7         Q    Tab 16.  Tab 16, Exhibit 16, is an annual
 8    report of United Federation of Churches LLC.  Do
 9    you see that?
10         A    Yes.
11         Q    And now changes the general character of
12    the business and states that it engages in
13    campaigns and provides services that promote
14    reason and empathy and religious pluralism and
15    sell merchandise to support these efforts.  True?
16         A    Correct.
17         Q    Has the United Federation of Churches LLC
18    ever sought tax-exempt status from the IRS?
19         A    To my knowledge, that was never -- never
20    the route we pursued that with.
21         Q    We can see, based upon Exhibit 16, that
22    because it was filed in February of 2019 that the
23    United Federation of Churches LLC has existed
24    concurrently as a separate legal entity from The
25    Satanic Temple Inc.  True?
```

28

**Atkinson-Baker, Inc.**
**www.depo.com**

1        A    As a separate legal entity.  Correct.

2        Q    And Exhibit 16 represents the first time

3    that the United Federation of Churches LLC is

4    described as having been organized to engage in

5    any type of religious activity.  True?

6        A    This is the first filing in which it

7    explicitly states any religious function.

8        Q    Is it true to say that the United

9    Federation of Churches LLC has never sought to

10   register as a foreign limited liability company

11   in the State of Arizona?

12       A    I believe it is accurate to say that.

13       Q    Has the United Federation of Churches LLC

14   ever filed anything with the Arizona Corporation

15   Commission?

16       A    To my knowledge, no.

17       Q    Has the United Federation of Churches LLC

18   ever made a filing with the Arizona Secretary of

19   State?

20       A    To my knowledge, no.

21            (Pause.)

22       Q    Let me ask you about these trademark

23   applications again as the designee of the United

24   Federation of Churches LLC.  Go to Exhibit 23,

25   please.

**Atkinson-Baker, Inc.**
**www.depo.com**

1    A    23.  Okay.

2    Q    Exhibit 23 is a trademark application --

3    application filed on May 24, 2019 for the

4    trademark "The Satanic Temple."  Do you see that?

5    A    Yes.

6    Q    That identifies the applicant as the

7    United Federation of Churches LLC.  Do you see

8    that?

9    A    Applicant -- Yes, I see that.

10   Q    So do you know -- And -- And you may not

11   know this -- that when an application is filed

12   with the United States Patent & Trademark Office

13   that a representation is made under penalty of

14   perjury regarding who uses a mark in commerce and

15   who uses a mark in interstate commerce?

16        MR. KEZHAYA:  Object as outside of the

17   30(b)(6) notice.

18        Go ahead and answer.

19   A    No, I'm not aware of the relevant legal

20   background on that.

21   Q    Okay.  If you'd turn to just Exhibits 24

22   and 25, these are trademark registrations for the

23   trademark "TST" and design and the word mark

24   "Satanic Temple" that reflects ownership of that

25   registration by the United Federation of Churches

1    LLC.  Correct?  You have to go to the next page

2    for Exhibit 24.

3         A    Yes, I see that on there.

4         Q    And Exhibit 25, at the bottom of the first

5    page, reflects the owner as the United Federation

6    of Churches LLC.

7         A    Correct.

8         Q    Has the United Federation of Churches LLC

9    ever assigned the trademark reflected in Exhibits

10   24 and 25 to any person or entity?

11        A    Assigned the trademark to any person or

12   entity.  Again, you know, I operate under --

13   under just this operational understanding that

14   I'm acting as The Satanic Temple.  So when we do

15   these kind of licensing agreements with chapters

16   and other such entities, you know, I'm not

17   thinking it in terms of distinguishing it from

18   United Federation of Churches or -- or The

19   Satanic Temple Inc.

20        Q    Well, you just used the -- the -- the

21   first person pronoun "I."  I just want to make

22   sure I understand.  You, Douglas Misicko, are not

23   the owner of any of the trademarks reflected in

24   Exhibits 23, 24 or 25.  Correct?

25        A    Correct.  But as -- as a authoritative

31

1    voice for the United Federation of Churches, I

2    don't --

3       Q   Well, but you're not a manager of the

4    United Federation of Churches LLC.  Correct?

5       A   Right.  I'm a -- I'm a member.  Isn't --

6    Isn't that the language we're --

7       Q   Well, if we look back at Exhibit 11 --

8       A   Okay.

9       Q   -- Exhibit 11 identifies the manager on

10   line 6 as Cevin Soling.  Correct?

11      A   Correct.

12      Q   And -- And -- And the commonwealth

13   required you to identify the name and business

14   address of each manager of the limited liability

15   company.  Correct?

16      A   Correct.  You're right.

17      Q   And Cevin Soling is list -- identified as

18   the only manager.  Correct?

19      A   Correct.

20      Q   And if you turn to the next page, number

21   7, you are identified as someone who is not a

22   manager but given limited authority to, quote,

23   execute documents filed with the corporation

24   division.  Correct?

25      A   Correct.

**Atkinson-Baker, Inc.**
www.depo.com

1      Q   Okay.  And if we turn to Exhibit 12 -- So
2  that's for the year 2015 you were not the
3  manager.  For the year 2016, in Exhibit 12, you
4  were not the manager.  Correct?
5      A   Correct.
6      Q   In the year 2017 you were not the manager.
7  Correct?
8      A   On --
9      Q   Exhibit 13.
10     A   -- 13?
11         Correct.  Here again I'm the resident
12  agent.
13     Q   Right.  In Exhibit 15 you are not
14  identified as a manager.  Correct?
15     A   Correct.  I'm listed as resident agent.
16     Q   In Exhibit 16 for the year 2019 you were
17  not identified as a manager.  Correct?
18     A   Correct.  I am listed as resident agent.
19     Q   Okay.  So let's turn back to Exhibit 25.
20     A   25.  Okay.
21     Q   A document with a registration date of
22  February 10, 2015.  Correct?
23     A   I'm sorry.  Let me -- Let me see.
24     Q   "Registration Date."
25         (Mr. Claus indicated.)

```
1        A    Oh, okay.  Okay.

2        Q    February 10, 2015.  Correct?

3        A    I see that, yes.

4        Q    For the trademark "The Satanic Temple."

5   Correct?

6        A    Correct.

7        Q    We know, having now looked at the

8   organizational filings with the commonwealth,

9   that as of February 10, 2015 you were not a

10  manager of the United Federation of Churches LLC.

11  Correct?

12       A    Correct.

13       Q    So do you see there is a tab that says

14  "Assign Status" on Exhibit 25?

15       A    I see that.

16       Q    Do you know if a document has been filed

17  with the United States Patent & Trademark Office

18  that assigns the trademark reflected in Exhibit

19  25 to any individual or entity other than the

20  United Federation of Churches LLC?

21       A    I do not know that that has ever taken

22  place.

23       Q    Okay.  Do you know if the United

24  Federation of Churches LLC has entered into a

25  licensing agreement with The Satanic Temple Inc.
```

1    whereby The Satanic Temple Inc. is permitted to

2    lawfully use the trademark, quote, The Satanic

3    Temple, end quote?

4        A   Again let me say I know of no legal

5    documentation that would -- that would confer

6    that right.

7        Q   We looked at paragraph 10 of the first

8    amended complaint which alleged that The Satanic

9    Temple was given organizational structure by the

10   United Federation of Churches LLC.  Do you

11   remember that?

12       A   Yes.

13       Q   You've watched -- I'm assuming you've

14   watched the documentary Hail Satan.

15       A   Yeah.  I've seen that a few times.

16       Q   I think it's very well done.

17           In the number of times that you've seen

18   the documentary Hail Satan were you able to

19   identify any false or misleading statements made

20   by Michelle Shortt or Stu de Haan in that

21   documentary?

22       A   No, I cannot think of any false or

23   misleading statements by either of them in the

24   documentary.

25       Q   Okay.  Prior to February 8, 2016 did

1    Michelle Shortt ever ask Cevin Soling, as the

2    manager of the United Federation of Churches LLC,

3    for permission to speak on behalf of that legal

4    entity?

5        A    Not that I'm aware of.

6        Q    Prior to February 8, 2016 did Michelle

7    Shortt ever ask any -- ever ask the manager of

8    the United Federation of Churches LLC for

9    permission to speak on behalf of something called

10   the Arizona Chapter of The Satanic Temple?

11       A    So you're asking if she had this

12   conversation with Cevin Soling?

13       Q    On -- Prior to February 8, 2016.  I'll

14   just ask it again.

15       A    Okay.

16       Q    Do you know if -- prior to February 8,

17   2016 or on February 8, 2016, if Michelle Shortt

18   ever sought permission from the manager of the

19   United Federation of Churches LLC for permission

20   to speak on behalf of an organization that called

21   itself the Arizona Chapter of The Satanic Temple?

22       A    I do not know of any such discussion.

23       Q    Did Mr. Soling, as the only manager of the

24   Satanic -- Strike that -- as the only -- I'll ask

25   it all over again.

**Atkinson-Baker, Inc.**
www.depo.com

1          Did Mr. Soling, as the only manager of the

2     United Federation of Churches LLC from 2015 to

3     2019, ever confer authority on Michelle Shortt to

4     act as an authorized representative of the United

5     Federation of Churches LLC?

6          A    Now, if you're asking for a direct

7     discussion between Michelle and Cevin, I would

8     know of no such thing.  But I do know that as

9     agents conferred with the authority to give such

10    permission as -- given our organizational

11    structure of The Satanic Temple, the National

12    Council and myself, she was -- she was -- I know

13    she was explicitly given that permission by

14    myself.

15         Q    Does the United Federation of Churches LLC

16    have an operating agreement?

17         A    Yes.

18         Q    When did that operating agreement get

19    entered into?

20         A    The United Federation of Churches LLC?

21         Q    Mm-hmm.

22         A    I -- I'm not -- I'm not certain, no.

23         Q    Okay.  Do you know if the operating

24    agreement of the United Federation of Churches

25    LLC existed prior to February 8, 2016?

37

**30(b)(6): Douglas Misicko**
**September 24, 2019**

1      A    It is my understanding that it did.

2      Q    Have you reviewed the operating agreement

3  of the United Federation of Churches LLC to

4  prepare for your deposition today?

5      A    Yes.  And I believe it was from 2014.

6      Q    Does the operating agreement of United

7  Federation of Churches LLC confer agency

8  authority on anyone other than the manager of

9  that entity?

10     A    Not that I'm aware of.

11     Q    Okay.  So I'm going to ask it -- I'm going

12  to ask my question again.

13          Do you know -- It's not communications.

14          Do you know if the manager of the United

15  Federation of Churches LLC ever conferred

16  authority on Michelle Shortt to act as an

17  authorized representative of the United

18  Federation of Churches LLC?

19     A    Well, I would say indirectly.  And maybe

20  that doesn't meet your criteria, but I'm

21  explicitly given the permission to confer

22  agents with permission to use that type of

23  licensing.

24     Q    But not by the operating agreement.

25  Correct?

38

```
 1        A    Not -- Not by the operating agreement.

 2        Q    Okay.

 3        A    Just by --

 4        Q    So did -- Let me just ask you this:  Have

 5   you ever seen a written communication -- or --

 6   Strike that.

 7             Have you ever seen a written document

 8   where Mr. Soling, as the only manager of the

 9   United Federation of Churches LLC, conferred

10   authority on Michelle Shortt to act as an

11   authorized representative of the United

12   Federation of Churches LLC?

13        A    I know of no such documentation.

14        Q    Have you -- Has Mr. Soling ever told you

15   that he, as the only manager of the United

16   Federation of Churches LLC, ever conferred

17   authority on Michelle Shortt to act as an

18   authorized representative of the United

19   Federation of Churches LLC?

20        A    Well, he was made aware of my

21   conversations with Michelle Shortt and approved

22   of her being authorized to speak on behalf of The

23   Satanic Temple at the invocation.

24        Q    Is Michelle Shortt a member of the

25   organization that calls itself The Satanic
```

**Atkinson-Baker, Inc.**
www.depo.com

1    Temple?

2         A    Yes, it's my understanding that she is.

3         Q    When did she become a member?

4         A    I -- I'm not certain.

5              (Pause.)

6         Q    Do you know -- Do you know if Michelle

7    Shortt was a member of The Satanic Temple as of

8    February 8, 2016?

9         A    It is my understanding that she was.

10        Q    From where did you obtain that

11   understanding?

12        A    From Michelle Shortt herself.

13        Q    Have you seen any documents or any records

14   in preparation for your deposition today

15   demonstrating that Michelle Shortt was in fact a

16   member of The Satanic Temple as of February 8,

17   2016?

18        A    Not in preparation of my deposition, but I

19   know she has a certificate of membership.

20        Q    And when was the certificate of membership

21   sought?

22        A    That I do not know.

23        Q    You don't know the date?

24        A    I do not know the date.

25        Q    When was the certificate of membership

**30(b)(6): Douglas Misicko**
**September 24, 2019**

1    granted?

2        A    I do not know a date for that either.

3        Q    Hmm.  Is there currently an Arizona

4    chapter of The Satanic Temple?

5        A    There is.

6        Q    That chapter did not exist as of February

7    1, 2016.  Is that correct?

8        A    I -- I -- I don't know.  I do not know

9    their founding date.

10       Q    You know that the chapters of The Satanic

11   Temple are identified on the Web site

12   www.thesatanictemple.com?

13       A    Correct.

14       Q    If you'd turn to Exhibit 37, please.

15           MR. KEZHAYA:  Hold on one second so I can

16   navigate to that.  I only got up to 34.

17           MR. CLAUS:  Sure.

18           MR. KEZHAYA:  You said 37?

19           MR. CLAUS:  Yes.

20           MR. KEZHAYA:  Okay.  I'm here.

21       Q    Exhibit 37 is an archived Web site from

22   February 24, 2015 that identifies chapters of The

23   Satanic Temple.  Do you see that?

24       A    Correct.

25       Q    Eight chapters are identified?

1        A    Correct.

2        Q    None of those eight are Arizona.  Correct?

3        A    Correct.  However, there can sometimes be

4    a real time lag between when a chapter is formed

5    and when it's posted on the Web site.  It's not

6    often immediate.  So it doesn't give me a clear

7    indication of their founding date.  But I do

8    remember that requesting an invocation in Phoenix

9    and Scottsdale were two kind of foundational

10   activities for the Arizona chapter when they

11   were -- when they were collecting -- when they

12   were nascent in -- in building their community.

13       Q    If you'd turn to Exhibit 40, which is tab

14   40.

15            MR. KEZHAYA:  Just a moment here.

16            MR. CLAUS:  Sure.

17            MR. KEZHAYA:  I believe I'm at it.  Okay.

18       Q    This is an Internet archive from February

19   1, 2016?

20       A    Okay.

21       Q    Correct?

22       A    February -- Yes.  Sorry.

23       Q    And the Arizona chapter is still not

24   identified as a chapter on the Web site of The

25   Satanic Temple as of February 1, 2016?

42

**Atkinson-Baker, Inc.**
www.depo.com

```
1        A   I -- I see that.  Correct.  It -- It might
2    just be that they didn't have a Web site yet,
3    though.
4        Q   The religious aspect of The Satanic Temple
5    is moored in the firmly held beliefs of its
6    members.  Is that right?
7        A   Correct.
8        Q   Is one of those firmly held beliefs that a
9    supernatural god created an actual Satan to
10   preside over the universe as his proxy?
11       A   It is not.  It's -- Not in literal
12   terminology any -- in any case.  That could be
13   taken metaphorically but not -- not in the
14   supernatural sense.
15       Q   Is a firmly held belief of The Satanic
16   Temple that Satan hears our prayers and responds?
17       A   It is not.
18       Q   Is a firmly held belief of The Satanic
19   Temple that Satan can exist in a corporeal realm?
20       A   It is not.
21       Q   But all of those firmly held beliefs were
22   the beliefs of The Satanic Temple at one point.
23   Correct?
24       A   Incorrect.
25       Q   Go to Exhibit 27, please.
```

43

**Atkinson-Baker, Inc.**
www.depo.com

```
 1       A    Okay.
 2       Q    Exhibit 27 is an archived Web page from
 3  The Satanic Temple, www.thesatanictemple.com,
 4  dated January 15, 2013.  Do you see that?
 5       A    I see that.
 6       Q    With a heading, quote, Religious Beliefs
 7  of The Satanic Temple, end quote.  Do you see
 8  that?
 9       A    I see that.
10       Q    I'm going to read the text, and you just
11  tell me if I read it correctly because it's
12  rather small.
13       A    Right.
14       Q    "The Satanic Temple believes that God is
15  supernatural and thus outside of the sphere of
16  the physical.  God's perfection means that he
17  cannot interact with the imperfect corporeal
18  realm.  Because God cannot intervene in the
19  material world, he created Satan to preside over
20  the universe as his proxy.  Satan has the
21  compassion and wisdom of an angel.  Although
22  Satan is subordinate to God, he is mankind's only
23  conduit to the dominion beyond the physical.  In
24  addition, only Satan can hear our prayers and
25  only Satan can respond.  While God is beyond
```

44

**Atkinson-Baker, Inc.**
www.depo.com

```
1    human comprehension, Satan desires to be known
2    and knowable.  Only in this way can there be
3    justice and can life have meaning.  Hail Satan,
4    exclamation point."
5           Did I read that correctly?
6       A   Yes.
7       Q   Do you know -- Strike that.
8           Also one of the firmly held religious
9    beliefs of The Satanic Temple now is moored in
10   the seven tenets.  Is that correct?
11      A   Correct.
12      Q   But there have not always been seven
13   tenets.  Correct?
14      A   Correct.
15      Q   In fact if you look at Exhibit 28 --
16      A   Why is mine missing?
17      Q   Oh.  Shoot.  I'll give you mine.
18          MR. CLAUS:  Do you have Exhibit 28, Matt?
19          MR. KEZHAYA:  I believe so.  I have a
20   document after a number as Exhibit 28.
21          MR. CLAUS:  Yeah.
22          MR. KEZHAYA:  It has what looks like a
23   tarot card, the devil --
24          MR. CLAUS:  That's it.
25          MR. KEZHAYA:  Okay.
```

45

**Atkinson-Baker, Inc.**
www.depo.com

```
 1        Q    So handing you Exhibit 28, I inserted the
 2   page numbers.  We'll just make this the official
 3   Exhibit 28.  We'll pop it in your binder.
 4        A    Okay.
 5        Q    Go to -- Go to page 6 since --
 6        A    6?
 7        Q    Right.
 8        A    Okay.  So --
 9             MR. KEZHAYA:  Page 6?
10             MR. CLAUS:  Page 6 of Exhibit 28.
11             MR. KEZHAYA:  Okay.  Let's see, here.
12   One, two -- For benefit of the record, does it
13   have a mission statement?
14             THE WITNESS:  Fundamental tenets.
15             MR. CLAUS:  Fundamental tenets.
16             MR. KEZHAYA:  Oh.  Is that before or after
17   mission statement?  Looks like after.  No, that
18   says "Why Satan?"
19             MR. CLAUS:  "Why Satan?"
20             MR. KEZHAYA:  I may not have --
21             MR. CLAUS:  The next -- The next page.
22             MR. KEZHAYA:  Okay.  Does it go with
23   "There are nine fundamental tenets"?
24             MR. CLAUS:  Yeah.
25             MR. KEZHAYA:  Yeah.  Okay.  I'm on it.
```

**30(b)(6): Douglas Misicko**
**September 24, 2019**

```
1        Q    And the archive date of that Web site
2    is --
3        A    January --
4        Q    -- January 16, 2013.  Is that correct?
5        A    Oh.  Sorry.  Yes.
6        Q    Okay.  So currently there are seven
7    fundamental tenets --
8        A    Correct.
9        Q    -- for The Satanic Temple?
10       A    Yes.
11       Q    And I'm going to just read them.
12            "1.  One should strive to act with
13   compassion and empathy toward all creatures in
14   accordance with reason."
15            That's number 1?
16       A    Correct.
17       Q    Do you see that tenet articulated in the
18   nine fundamental tenets that were articulated in
19   January 2013?
20       A    No.
21       Q    "2.  The struggle for justice is an
22   ongoing and necessary pursuit that should prevail
23   over laws and institutions."
24            That's one of the seven tenets.  Correct?
25       A    Correct.
```

47

```
1        Q    Do you see that tenet articulated among
2   the nine tenets that were articulated in Exhibit
3   28?
4        A    No.
5        Q    "3.  One's body is inviolable, subject to
6   one's own will alone."
7             That's one of the seven tenets?
8        A    Correct.
9        Q    Do you see that tenet articulated among
10  the nine tenets as of January 2013?
11       A    I do not.
12       Q    "4.  The freedoms of others should be
13  respected, including the freedom to offend.  To
14  willing -- To willfully and unjustly encroach
15  upon the freedoms of another is to forgo one's
16  own."
17            That's one of the seven tenets.  Correct?
18       A    Correct.
19       Q    Do you see that tenet articulated among
20  the nine in Exhibit 28?
21       A    I do not.
22       Q    Number 5.  "Beliefs should conform to
23  one's best scientific understanding of the world.
24  One should take care never to distort scientific
25  facts to fit one's beliefs."
```

48

```
1              That's one of the seven tenets?
2        A    Correct.
3        Q    Do you see that tenet articulated among
4   the nine in Exhibit 28?
5        A    I do not.
6        Q    "6.  People are fallible.  If one makes a
7   mistake, one should do one's best to rectify it
8   and resolve any harm that might have been
9   caused."
10             That's one of the seven tenets?
11       A    Correct.
12       Q    Is that tenet articulated among the nine
13  in Exhibit 28?
14       A    Somewhat under different wording of number
15  3 here, but --
16       Q    Okay.
17       A    -- but no, not in this exact form.
18       Q    And then the last of the seven tenets is
19  "Every tenet is a guiding principle designed to
20  inspire nobility in action and thought.  The
21  spirit of compassion, wisdom and justice should
22  always prevail over the written or spoken word."
23             I think that tenet is actually tenet 9 on
24  Exhibit 28.  Correct?
25       A    Not verbatim but very close.
```

49

1      Q   Okay.  Do you know if, as of February 8,
2    2016, Michelle Shortt -- Go back to Exhibit 27.
3          Do you know if, as of February 8, 2016,
4    Michelle Shortt adhered to the, quote, religious
5    beliefs that The Satanic Temple, end quote,
6    articulated in Exhibit 27?
7      A   Oh, no.  As far as I know, nobody with The
8    Satanic Temple now has any connection to this Web
9    site, including myself.  I -- This Web site
10   predates me and was rather a placeholder site for
11   www.thesatanictemple.com.  So later on I came on
12   board and was more the philosophical author of
13   the actual beliefs of what became The Satanic
14   Temple.  And so this was all -- I'm not even sure
15   who -- who wrote a lot of this material and if
16   it -- and if it came from somebody who was just
17   setting up a boilerplate Web site, a -- you know,
18   a, quote, unquote, Satanic site for -- for these
19   purposes or whatever.  But it didn't -- I mean as
20   far as our concept of our history goes, it didn't
21   really start until I came in.  We -- We cohered
22   the seven tenets, and it wasn't a -- a film
23   project for a couple other individuals.
24     Q   Well, hold on.  The -- The logo identified
25   on Exhibit 27, for instance, the -- the logo --

```
1        A    Yes.
2        Q    -- at the top of the page is the logo for
3   which the United Federation of Churches LLC has a
4   trademark registration.  Correct?
5        A    That's incorrect.  That's a separate logo.
6        Q    I see.
7             The -- The trademark identified in Exhibit
8   25 for the word mark "The Satanic Temple"
9   identifies the date of first use of January 1,
10  2013.  Correct?
11       A    I'm sorry.  Which --
12       Q    Sure.  Exhibit 25 --
13       A    25.
14       Q    -- identifies a date of first use --
15       A    Right.  Right.
16       Q    -- as January 1, 2013.  Correct?
17       A    Correct.
18       Q    And Exhibit 27 was a publicly accessible
19  Web site using the trademark of The Satanic
20  Temple as of January 13, 2013.  Correct?
21       A    Correct.
22       Q    After the date of first use of The Satanic
23  Temple as applied for by The Satanic -- by the
24  United Federation of Churches LLC.  Correct?
25       A    Correct.  I believe the question was when
```

**Atkinson-Baker, Inc.**
www.depo.com

1    was that name first used, and we still have the

2    Web site so it seemed accurate.  I don't see that

3    that's actually --

4        Q    Well, these are all predicate questions.

5        A    Okay.

6        Q    Let me ask you this:  Has Michelle Shortt

7    ever told you expressly that she does not adhere

8    to the religious beliefs that The Satanic Temple

9    articulated in Exhibit 27?

10       A    No.  I'm -- No.  As far as I know, she's

11   never even seen this.  So I have no idea.

12       Q    Okay.

13       A    She -- She -- Her -- Her only requirement

14   is to agree with the seven tenets as a -- as a

15   member of The Satanic Temple.

16       Q    Do you know if any member -- Do you

17   know -- Strike that.

18            Do any members of The Satanic Temple who

19   resided in Arizona as of February 8, 2016 --

20   Strike that.

21            Did any members of The Satanic Temple who

22   resided in Arizona as of February 8, 2016 adhere

23   to the religious beliefs of The Satanic Temple

24   articulated in Exhibit 27?

25       A    I -- I cannot speak to their -- to their

1    subjective state.

2        Q    Okay.  Did any members of The Satanic

3    Temple who resided in Arizona as of February 8,

4    2016 adhere to the nine tenets expressed in

5    Exhibit 28 as opposed to the seven tenets that

6    are currently expressed by The Satanic Temple?

7        A    I assume not because my recollection is at

8    that time we weren't taking membership, but I

9    could be wrong.

10       Q    Can I see Exhibit 28 again?

11       A    Sure.

12            (Document handed to Mr. Claus.)

13            MR. CLAUS:  Let's go off the record for

14    just a second, Matt.

15            MR. KEZHAYA:  All right.

16            (Pause.)

17            (Discussion off the record.)

18            (Recess taken.)

19            (Discussion off the record.)

20            MR. CLAUS:  Okay.  Back on the record.

21       Q    Exhibit 37 is a -- Don't pack up yet.

22       A    Okay.  Well, I --

23       Q    I don't want you to be distracted.

24       A    Just take this out.

25       Q    Exhibit 37 is an archive Web site from

**Atkinson-Baker, Inc.**
www.depo.com

1   February 24, 2015.  Do you see that?

2        A    Correct.  I see that.

3        Q    And do you see under -- it says "Join us

4   for an official membership card."  Do you see

5   that?

6        A    Here (indicating).

7        Q    Yes.

8        A    Correct.  Yeah.

9        Q    Okay.  Do you know when membership in The

10  Satanic Temple began?

11       A    I do not.

12       Q    Okay.  Back to my question, then.

13            Has any member of the Arizona chapter of

14  The Satanic Temple ever told you that they do not

15  adhere to the religious beliefs articulated in

16  Exhibit 27 or the nine tenets articulated in

17  Exhibit 28?

18       A    Michelle Shortt has told me she is a

19  super -- is not a supernaturalist, and Michelle

20  Shortt is explicitly aware of the seven tenets

21  and that those form the basis of the beliefs of

22  The Satanic Temple.

23       Q    Okay.  Other than Michelle Shortt, has any

24  member of The Satanic Temple who resides in

25  Arizona told you explicitly that they do not

54

**Atkinson-Baker, Inc.**
www.depo.com

```
1   adhere to the religious beliefs articulated in
2   Exhibit 27 or the nine tenets articulated in
3   Exhibit 28?
4        A    I have had interpersonal communication
5   with more than I can enumerate off the top of my
6   head from Arizona, but I don't recall any one of
7   them specifically citing that material and saying
8   that they don't believe it.
9        Q    Okay.  Does the United Federation of
10  Churches LLC play any role in governing or
11  determining who may be a member of the Arizona
12  chapter of The Satanic Temple?
13       A    No.  The Arizona chapter is autonomous in
14  that regard.
15       Q    Has the United Federation of Churches LLC
16  ever played a role in governing or determining
17  who may be a member of the Arizona chapter of The
18  Satanic Temple?
19       A    No.  They're given, by our authority with
20  our agreement with them, the autonomy to
21  determine membership.  We only convene and
22  adjudicate on leadership themselves, chapter
23  head, cochapter head and media liaison positions.
24       Q    As a designee of the United Federation of
25  Churches LLC, do you know if one must be a
```

**Atkinson-Baker, Inc.**
www.depo.com

1  Satanist to become a member of the Arizona

2  chapter of The Satanic Temple?

3       A    One must be -- must self-identify as a

4  Satanist to be chapter head or cochapter head or

5  media liaison within The Satanic Temple.  So to

6  have an active leadership role or to act as a

7  media liaison, we do require that one

8  self-identify as a Satanist.

9       Q    But to be a member of the chapter, one

10  needn't be a Satanist.  Correct?

11       A    Depending on the chapter.  The chapter may

12  accept people who consider themselves allies but

13  aren't willing to openly identify as a Satanist.

14       Q    Exhibit 42.  This will be my last.

15       A    Okay.

16       MR. KEZHAYA:  Give me just a second so I

17  can navigate to it.

18       MR. CLAUS:  Sure.

19       MR. KEZHAYA:  Okay.  You said 42?

20       MR. CLAUS:  Yes.

21       Q    And they're paginated up at the top.

22       A    I see.

23       MR. KEZHAYA:  I'm with you.

24       Q    It's the Web site of The Satanic Temple

25  Arizona.  Does the United Federation of Churches

```
1    LLC currently have -- play any role in
2    editorializing or -- or an editorial role in the
3    content of the Web site run by The Satanic Temple
4    of Arizona?
5        A   Only insofar as if we determine material
6    placed as content on the Web site to be
7    objectionable or outside the purview of what our
8    actual beliefs and function are or otherwise
9    stands to misrepresent the organization.  We can
10   ask for it to be taken down.  We do not
11   necessarily provide the content, though they're
12   free to use some of the content we've put
13   together as kind of a -- kind of a cut and paste
14   option.
15       Q   Okay.  Last question.  Page 6 of Exhibit
16   42.
17       A   Okay.  Hang on.  I see it.
18       Q   Still part of the FAQ.  Do you see the
19   centered bold type "I am not a Satanist, but I
20   support what you do.  Can I still become an
21   official chapter member?"  Do you see that
22   question?
23       A   Yes.
24       Q   And the answer is "Maybe."  Do you see
25   that?
```

57

1      A    Correct.

2      Q    That answer is not one of the things over

3  which the United Federation of Churches LLC

4  decided to exercise editorial control and remove.

5  Correct?

6      A    Correct.

7      Q    Does reading page 6 of Exhibit 42 refresh

8  your recollection that a nonSatanist may become a

9  member of the Arizona chapter of The Satanic

10  Temple?

11      A    Yes, with the caveat that leadership must

12  be self-identified Satanists.  Leadership, media

13  liaisons, they -- they absolutely do have to

14  self-identify with us.  But to be a member, you

15  know, to actively engage in the community, we

16  find it -- you know, we find it acceptable if

17  they accept people who are allies who don't want

18  to self-identify as Satanists.

19          MR. CLAUS:  Okay.  That's all I have,

20  Matt.

21          MR. KEZHAYA:  All right.  Cross

22  examination on the same -- Well, let's just

23  present for the record on the -- on the

24  stipulation that --

25          MR. CLAUS:  Hold on a second.

58

**Atkinson-Baker, Inc.**
www.depo.com

1          MR. KEZHAYA:  -- whatever I get into you
2      get to recross?
3          MR. CLAUS:  Yes, that's correct.
4          MR. KEZHAYA:  Okay.  All right.  Do we
5      want to take a brief break, or do we want to just
6      get back into it?
7          MR. CLAUS:  We can get back into it.
8          MR. KEZHAYA:  All right.
9
10     CROSS EXAMINATION BY MR. KEZHAYA:
11         Q   Doug, is it an obligation of members to
12     keep their addresses updated with any -- any form
13     of centralized authority?
14         A   It -- It is not.  We do not ask people for
15     their address, nor do we ask them to update their
16     addresses.
17         Q   Okay.  In the regular course of business
18     do y'all maintain addresses --
19         A   We do not --
20         Q   -- again as a --
21             (The reporter requested single voices.)
22         Q   Do you -- Do you maintain a database of
23     members?
24         A   We have a -- a database of members based
25     upon the E mail addresses entered for the people

59

**Atkinson-Baker, Inc.**
**www.depo.com**

1    who want to sign up as members and receive the

2    regular newsletter.

3        Q   Okay.  Is it -- Is it a requirement to be

4    a TST member that you sign up for the newsletter?

5        A   Well, the newsletter comes when people

6    sign up as TST members, and that -- that's the

7    way people get the newsletter.

8        Q   Okay.  Are there TST members who consider

9    themselves TST members but just don't get the

10   newsletter because they haven't signed up?

11       MR. CLAUS:  Form.

12       Q   Go ahead and answer.

13       A   It's my understanding that people

14   considers [sic] themselves members or otherwise

15   aligned with The Satanic Temple as something that

16   expresses the beliefs of their religious

17   identity, and they don't necessarily sign up for

18   the newsletter or otherwise put themselves into

19   any database because, my understanding of this,

20   for the most part people who do that, people who

21   stay removed but still consider themselves allied

22   on some level -- These are the types of people

23   I've talked to after lectures and things like

24   that -- they do so because they have a certain

25   distinct fear of -- of being -- of being

60

**Atkinson-Baker, Inc.**
www.depo.com

```
1    recognized as -- as a Satanist.
2        Q   Is there a social stigma to being
3    recognized as a Satanist?
4            MR. CLAUS:  Form.
5        A   There -- There generally is a social
6    stigma to being recognized as a Satanist.
7        Q   I want to turn your attention to the
8    annual reports of the United Federation of
9    Churches.  The -- The business purposes includes
10   a catch-all of "all other lawful purposes."  Do
11   you remember that?
12       A   Correct.
13       Q   Is religious activity a lawful purpose?
14           MR. CLAUS:  Form.
15       A   Yes.  I mean to us that was just a very
16   general and vague blanket statement that could
17   encompass all of the activities we were engaged
18   in and that we were doing without putting too
19   fine a point on it to make it too narrow.
20       Q   Okay.  In any of the papers filed with the
21   secretary of the commonwealth did TST, by -- by
22   way of United Federation of Churches, ever
23   intentionally mislead the secretary?
24       A   No, not -- not -- not to my understanding.
25       Q   In the course of TST's operations do you
```

**Atkinson-Baker, Inc.**
www.depo.com

1    have voting authority on -- on decisions for the

2    United Federation of Churches?

3         MR. CLAUS:  Form.

4     A   Yes.

5     Q   Is Cevin aware that you from time to time

6    exercise that voting authority?

7         MR. CLAUS:  Form.

8     A   Yeah, Cevin is aware that I exercise that

9    authority on a daily basis.

10    Q   Has he ever threatened you with a breach

11   of contract or otherwise taken issue with your

12   use of your authority?

13    A   No.  It's our explicit understanding that

14   I exercise that authority.  In fact it's our

15   understanding with each other that we exercise

16   equal authority in that regard.

17    Q   Was Cevin aware that Michelle desired to

18   give this legislative invocation to the City of

19   Scottsdale?

20        MR. CLAUS:  Form.

21    A   Correct.  Cevin was aware that Michelle

22   sought to give the invocation in -- in

23   Scottsdale.

24    Q   But he was aware --

25    A   And he was aware that I --

**30(b)(6): Douglas Misicko**
**September 24, 2019**

```
 1              (The reporter requested single voices.)
 2       Q    Go ahead and just give me the exact same
 3  answer.  That answers my next question as well.
 4            MR. CLAUS:  Form.
 5       A    I'm sorry.  Do you want to restate the
 6  question?
 7       Q    Let's -- Let's just take it in two parts.
 8            Was Cevin aware that Michelle desired to
 9  give a legislative invocation for the City of
10  Scottsdale?
11            MR. CLAUS:  Form.
12       A    Yes.  Through me, as I was the one in
13  dialogue with Michelle Shortt at the time, Cevin
14  was made explicitly aware that Michelle sought to
15  give an invocation in Scottsdale.
16       Q    Did he object?
17            MR. CLAUS:  Form.
18       A    Cevin did not object.  In fact he -- he
19  endorsed -- he endorsed this.
20       Q    Okay.  When did this endorsement happen?
21       A    I can't give you an exact date.  I can
22  only tell you the circumstances, but he -- he --
23  he gave his consent in -- in dialogue with me,
24  and I would dialogue with him after I would
25  converse with Michelle Shortt.
```

63

1        Q    When were those conversations happening

2    between you and Michelle?

3        A    Prior to her applying for the Scottsdale

4    invocation.

5        Q    Were your -- Were your dialogues with

6    Cevin, I guess, at the same time?

7              MR. CLAUS:   Form.

8        A    It -- It -- I'm sorry.  At the same time

9    as -- as what?

10        Q    So relative to your conversations with

11    Michelle, how much time would pass before you

12    would talk with Cevin about your conversations

13    with Michelle?

14              MR. CLAUS:   Form.

15        A    Typically these dialogues -- And again of

16    course I don't have exact record on this, but to

17    my recollection it would be within the day that I

18    would speak with Michelle, probably later in the

19    evening, I would apprise Cevin of the -- the

20    situation surrounding Michelle's request.

21        Q    How often do you and Cevin co-ordinate on

22    TST's activities?

23        A    I would say very often.  Certainly not

24    less than once a week and usually far more often

25    than that.  It's usually on a daily basis.

**Atkinson-Baker, Inc.**
www.depo.com

1    Q    Okay.   What -- What happened with these
2    nine tenets that they became seven tenets?
3    A    Well, the -- that -- that whole Web site
4    predated me, and I'm not sure who put it up.   My
5    understanding is that that was kind of a
6    placeholder site and somebody we had just working
7    as a web person put some of the content on there.
8    I'm not sure how long some of the old material
9    remained before we got a new Web site together,
10   but the -- the actual philosophical foundations
11   of The Satanic Temple weren't put in place
12   until -- until my entry into The Satanic Temple,
13   which kind of made it an entirely new
14   organization even though it had continuity with
15   the URL and -- and in some of the -- some of the
16   other paperwork.
17   Q    Do you remember about when you -- you
18   entered into The Satanic Temple?
19   A    Sometime in 2013.
20   Q    Was it the early part of 2013 or the
21   late -- late part?
22   A    I'm sorry.   I don't recall.   And the
23   reason I don't recall was because it wasn't an
24   immediate full entry.   I was aware that Cevin
25   wanted to work on a film project related to this

**Atkinson-Baker, Inc.**
www.depo.com

1   idea of The Satanic Temple, and he was consulting

2   me because I am a Satanist.  And it wasn't until

3   later activities were being done and I was

4   consulting on them that I kind of -- I kind of

5   overtook the whole thing in certain ways, as it

6   were.

7       Q   Okay.  As -- As of February two

8   thousand -- I guess '16, February 8, 2016, were

9   the nine tenets as described earlier a part of

10  The Satanic Temple?

11          MR. CLAUS:  Form.

12      A   I'm sorry.  As of -- As of what -- what

13  date?

14      Q   February 8, 2016.  This is when Michelle

15  first asked for the invocation, I believe.

16      A   Oh.  Correct.  By -- By 2016 that old Web

17  site material had no relevance to The Satanic

18  Temple as it was at that time.

19      Q   Okay.  And in the deposition of The

20  Satanic Temple Inc. you had a number as of April

21  2016 of people in Scottsdale.  Do you -- Do you

22  have that number still?

23      A   Yes.  As of -- Let me see.  As of April

24  2016 -- and again noting that this is a minimum

25  known number based upon mailing addresses -- we

**Atkinson-Baker, Inc.**
www.depo.com

1   would have had a minimum of five members in

2   Scottsdale.

3        Q    Okay.  Do you have the number as of today

4   or at least as of more recently than that?

5        A    Yes.  Let me check that.  I had it looked

6   up yesterday.

7             (Pause.)

8        A    Okay.  We have a minimum number now, based

9   upon the criteria I already -- I already

10  outlined, of 27 members in Scottsdale.

11       Q    Okay.  And is that -- is that as of

12  yesterday?  Where did this number come from?

13       A    This just came from a search of -- of

14  addresses up 'til now that we've -- we've sent

15  membership cards and certificates to.

16       Q    Tell me a little bit more about this

17  search.  Are you searching a -- a range or as of

18  a date?

19       A    You know, I'm not actually certain.  I

20  asked the person who does the shipping on these

21  things to do the search, and she just came back

22  with a -- with a number of 27.

23       Q    Okay.  All right.

24            (Pause.)

25       Q    How did Scottsdale come to be chosen as a

67

**30(b)(6): Douglas Misicko**
**September 24, 2019**

1    city where these -- these -- where TST wanted to

2    give a legislative invocation for?

3            MR. CLAUS:  Well --

4            THE WITNESS:  Sorry.

5            MR. CLAUS:  I mean I'm fine with you

6    asking all of these questions, Matt, but --

7            Go ahead.  Go ahead.  Answer.

8        A    That was -- It was Michelle and/or Stu

9    that approached us with the idea of giving the

10   invocation in Scottsdale, and I -- I don't know

11   the -- the thinking on their part that preceded

12   that request.

13       Q    Okay.

14           MR. KEZHAYA:  All right.  Well, that --

15   that answers all of my questions.  Do you have

16   recross?

17           MR. CLAUS:  I sure do.

18

19   REDIRECT EXAMINATION BY MR. CLAUS:

20       Q    You testified previously that -- and just

21   now that you think that the Web page archive

22   shown in Exhibit 27 -- if you go to Exhibit 27 --

23   was, I think, to use your words, a placeholder --

24       A    Yeah.

25       Q    -- and that the nine tenets identified in

**Atkinson-Baker, Inc.**
www.depo.com

1   Exhibit 28 was a placeholder?

2       A    Sure.

3       Q    But you don't know -- you -- you don't

4   know that.  That is your assumption?

5       A    Well, how do you -- how do you mean?  As

6   opposed to what?

7       Q    Has anyone told you that the nine tenets

8   articulated in Exhibit 28 were simply a

9   placeholder?

10      A    Yes.

11      Q    Who?

12      A    Cevin Soling.

13      Q    Okay.  When did Cevin Soling tell you

14  that?

15      A    I -- I don't know.  He's maintained that

16  from the beginning when I started kind of

17  revising, you know, the whole perception of The

18  Satanic Temple --

19      Q    So did Cevin --

20      A    -- and I wanted to --

21      Q    I'm sorry.

22      A    -- I -- I wanted the Web site to reflect

23  what -- the beliefs I was willing to advocate

24  for.  So this -- this Web site was described as

25  more of a placeholder for a previous project he

69

**Atkinson-Baker, Inc.**
www.depo.com

1    was working on.

2         Q    Did Cevin Soling draft the nine tenets

3    identified in Exhibit 28?

4         A    Not that I know of.

5         Q    You testified that as of January 15 in

6    response to one of my questions, January 15,

7    2013, you didn't believe that The Satanic Temple

8    was accepting members.  Correct?

9         A    I -- I do not believe so.

10        Q    I'm showing you a Web -- It is not an

11   exhibit.  We'll make it an exhibit.  It will be

12   Exhibit 47 -- a Web page archive from January 15,

13   2013 from The Satanic Temple --

14   www.thesatanictemple.com, backslash, join.  Do

15   you see that?

16        A    I see that, yes.

17        Q    That invites members to join The Satanic

18   Temple.  Correct?

19        A    That's correct.

20             MR. KEZHAYA:  Object.  Wait.  You're

21   looking at an Exhibit 47.  Mine ends at 46.

22             MR. CLAUS:  Right.  I just said that it's

23   not marked yet.  We will mark it as Exhibit 47.

24   It is the Internet archive from January 15, 2013

25   for www.thesatanictemple.com, backslash, join.

**Atkinson-Baker, Inc.**
www.depo.com

```
 1        Q    And that Web -- So as of January 15, 2013
 2   members were invited to join The Satanic Temple.
 3   Correct?
 4        A    That's -- That's what it appears from
 5   here.  I'm not -- This is -- I mean I have to say
 6   this is before -- this is before my time.  Right?
 7   This is --
 8        Q    But you are the designee with knowledge.
 9        A    But this -- this predates the formation
10   of -- of the company and -- and to my -- as far
11   as I'm concerned, it predates The Satanic Temple
12   as -- as I have a part in it now.
13        Q    Okay.  Do you see --
14             (Telephone interruption.)
15             (Discussion off the record.)
16             MR. CLAUS:  So now back on the record.
17        Q    Do you see how members were invited to
18   join The Satanic Temple and pay a $25 fee for a
19   certificate on parchment?
20        A    That's what I see now.  But as I explained
21   before Matt got cut off -- or after Matt got cut
22   off, this predated me.  I'm not -- You know, to
23   me this -- this predates the -- the form --
24   formalization of The Satanic Temple and what it
25   is today.
```

**30(b)(6): Douglas Misicko**
September 24, 2019

**Atkinson-Baker, Inc.**
www.depo.com

```
1        Q    Do you know if there's been a time --
2   Since you've been associated with The Satanic
3   Temple and as the designee for the United
4   Federation of Churches LLC, do you know if there
5   has been a time when a member did not have to pay
6   $25 to receive a certificate?
7        A    If there -- To receive a certificate?
8        Q    Correct.
9        A    So membership doesn't cost anything.
10       Q    That wasn't my question.
11            Do you know of a time when a member did
12   not have to pay $25 to receive a certificate?
13       A    No.  To my knowledge, for somebody to
14   receive the card with certificate, they need to
15   pay for that.
16       Q    $25?
17       A    Correct.
18       Q    It's always been $25.  Correct?
19       A    I believe it's always been $25.
20       Q    You said Mr. Soling did not object.  Was
21   Mr. Soling provided by Michelle Shortt any draft
22   of an invocation Michelle Shortt sought to give?
23       A    Mr. Soling was aware that the invocation
24   Michelle Shortt sought to give was the same
25   invocation that I had penned in the Los Angeles
```

**30(b)(6): Douglas Misicko**
**September 24, 2019**

**Atkinson-Baker, Inc.**
www.depo.com

1    Times.

2        Q   Let me ask you this, back to what will be

3    Exhibit 47:  Do you know -- Do you know -- And --

4    And I mean know such that you could testify under

5    penalty of perjury -- that any of the members of

6    The Satanic Temple who resided in Arizona as of

7    February 8, 2016 did not use the membership form

8    reflected in Exhibit 47?

9        A   I -- I could not do that, no.

10       Q   Okay.  Do you know, such that you can

11   testify under penalty of perjury, that any

12   members of The Satanic Temple who resided in

13   Scottsdale did not use the form reflected in the

14   Internet archive of January 15, 2013 which is

15   Exhibit 47?

16       A   Well, we know as a matter of fact that

17   we've had members join that are members in

18   Scottsdale well after this Web site in this form

19   was active.

20       Q   That wasn't my question.

21           As of February 8, 2016 do you know if any

22   of the five members who resided in Scottsdale did

23   not use the form reflected in Exhibit 47?

24       A   Yes.

25       Q   How many?

**30(b)(6): Douglas Misicko**
**September 24, 2019**

**Atkinson-Baker, Inc.**
www.depo.com

1      A    Let me see.  We know that between --
2    between February and April of 2016 we had five
3    members sign up from Scottsdale.  So they would
4    have been in -- they would have been on the -- on
5    the current Web site, not this --
6      Q    Well, hold on a second.
7           So between February and April of 2016 five
8    members who resided in Scottsdale signed up.  Is
9    that what you testified to?
10     A    Correct.  Yeah.
11     Q    So I'm asking you as of February 8, that
12   date --
13     A    Uh-huh.
14     Q    -- as of February 8, 2016, do you know if
15   any members of The Satanic Temple resided in the
16   City of Scottsdale?
17     A    As of February 8th if any members resided
18   in Scottsdale.
19     Q    Correct.
20     A    I -- I cannot say that with certainty.
21     Q    Okay.  As of February 8, 2016, that date,
22   did any members of The Satanic Temple who resided
23   in Scottsdale utilize the form reflected in
24   Exhibit 47?  Do you know?
25     A    I do not know, and I do not know if we

**Atkinson-Baker, Inc.**
www.depo.com

1   kept record of any of the people who signed up on

2   this form at all so --

3       Q   Okay.

4       A   -- it's just -- I just don't know.

5       Q   And as of February 8, 2016 do you know,

6   such that you can testify under penalty of

7   perjury, that any members of The Satanic Temple

8   who resided in Arizona did not adhere to the nine

9   tenets reflected in Exhibit 28?

10          (Pause.)

11      A   Not at the moment, not at the immediate

12  moment, but we could do a search for everybody

13  who signed up post this Web site up and to that

14  date.

15      Q   But you haven't done that to prepare for

16  your deposition today.

17      A   I -- I do not have that.

18      Q   Okay.  You were asked if The Satanic --

19  You were asked if United Federation of Churches

20  LLC maintains a database of addresses, and you

21  were asked about the TST member newsletter.  Does

22  the United Federation of Churches LLC publish the

23  TST member newsletter?

24      A   I do not know that the newsletter has been

25  given explicit corporate entity ownership.

1          Q    Do you know if engaging in religious

2    activities is a law -- was a lawful activity

3    under chapter 156 of the Massachusetts General

4    Laws as of February 8, 2016?

5          A    As opposed to illegal?

6          Q    Well, do you know if engaging in a

7    religious activity by a limited liability company

8    was a lawfully permitted activity of a limited

9    liability company under Massachusetts General Law

10   156C as of February 8, 2016?

11         A    I'm sorry.  That's a question I never

12   thought to ask because I never thought there

13   could be any -- any question that that would be

14   lawful.

15         Q    Okay.  So does the answer, then -- You

16   don't know?

17         A    Correct.

18         Q    You were asked about whether you had

19   breached a contract -- or been threatened with a

20   breach of contract lawsuit.  Are there any

21   written contracts between the United Federation

22   of Churches LLC and you whereby you are conferred

23   the authority to act as a manager or agent of

24   that entity?

25         A    Well, we just looked at -- I'm -- I'm

**Atkinson-Baker, Inc.**
www.depo.com

1  defined as resident agent, I think we saw in the

2  documentation.

3      Q   I'm asking you about contracts.  Are there

4  any written agreements supported by consideration

5  where you are authorized to act as anything other

6  than a resident agent of the United Federation of

7  Churches LLC?

8      A   Not that I can recall.

9      Q   Do you know for a fact that Mr. Soling --

10 Such that you could testify under penalty of

11 perjury, do you know for a fact that you informed

12 Mr. Soling of Michelle Shortt's desire to give an

13 invocation before a City of Scottsdale Council

14 meeting prior to February 8, 2016?

15     A   Was -- Now, to clarify, was February 8th,

16 2016 supposed to be the date that the invocation

17 would be delivered?

18     Q   That's just the date I'm using for my

19 question.

20         So do you know if prior to February 8,

21 2016 -- Such that you could testify under penalty

22 of perjury, do you know that prior to that date

23 you informed Mr. Soling of Michelle Shortt's

24 desire to give an invocation before a City of

25 Scottsdale Council meeting?

**Atkinson-Baker, Inc.**
www.depo.com

1      A    Given my deficiency on recollecting dates,

2    all I can say is that Mr. Soling was informed, as

3    I was being informed, through me that this was in

4    process, that Michelle wanted to give the

5    invocation in Scottsdale.

6      Q    When in time did you inform Mr. Soling

7    that Michelle Shortt was going to request the

8    ability from the City of Scottsdale to give an

9    invocation prior to a City of Scottsdale Council

10   meeting?

11     A    I can give you proximity within events

12   that happened between Michelle and I by which I

13   would say that I would speak to Mr. Soling within

14   the day of having spoken to Michelle about

15   requesting to give an invocation in Scottsdale.

16     Q    But you cannot give me a date?

17     A    Correct.  Yeah, I can -- I cannot.

18     Q    Then you said "Michelle and Stu approached

19   us."  Is it accurate to say that the United

20   Federation of Churches LLC never made a decision

21   as an organization to ask Michelle Shortt to

22   speak on its behalf in the State of Arizona?

23     A    It would be accurate to say we gave

24   permission to Michelle to speak on behalf of our

25   beliefs in Scottsdale.

```
1        Q    That wasn't my question.

2             My question is is it accurate to say that

3    the United Federation of Churches LLC never asked

4    Michelle Shortt to act as its spokesperson in the

5    State of Arizona?

6        A    I -- I'm having a little trouble

7    understanding the distinction because the

8    request -- the idea originated from Arizona.  So

9    if the question is did we reach out to Arizona

10   and request that they represent us in Scottsdale,

11   the answer is no.  It was the other way round.

12       Q    Great.

13            MR. CLAUS:  That's all I have.

14            MR. KEZHAYA:  Okay.  I have -- I have one

15   final question.

16

17   RECROSS EXAMINATION BY MR. KEZHAYA:

18       Q    Doug, are you -- Actually I have -- I have

19   one final topic that may be multiple questions.

20            Doug, United Federation of Churches has an

21   operating agreement.  Right?

22       A    Yes.

23       Q    Are you a party to that operating

24   agreement?

25       A    How do you mean "party"?
```

79

1        Q    Like did you sign the operating agreement?

2        A    Yes, it's my understanding that I did.

3        Q    Did you sign it as a member?

4        A    For the LLC.  I'm -- I'm a member.

5        Q    Yes.

6        A    Yes.

7        Q    Okay.  And so to -- to clarify, you signed

8    the operating agreement for United Federation of

9    Churches LLC as a member of that LLC.  Right?

10       A    Correct.

11       Q    Okay.

12            MR. KEZHAYA:  That's all I got.

13

14   FURTHER REDIRECT EXAMINATION BY MR. CLAUS:

15       Q    And you're sure of that under penalty of

16   perjury?

17       A    Yes.  Yes.

18       Q    And do you know when that happened?

19       A    No.  I'm -- I'm not good at that.

20       Q    Okay.

21            MR. CLAUS:  Do you want to read and sign?

22            MR. KEZHAYA:  Yeah.  Same -- Same thing,

23   Doug.  We read and sign.  We get it back to the

24   court reporter inside of 30 days.

25            THE WITNESS:  I'm sorry.

```
 1            MR. KEZHAYA:  Okay.

 2            THE WITNESS:  We do the transcripts once

 3    it's available.  Right?  Okay.

 4            MR. KEZHAYA:  Yeah.  So we're going to --

 5            We're off the record.  Right?

 6            MR. CLAUS:  Yes, let's go off the record.

 7            (Discussion off the record.)

 8            (The proceedings adjourned at 1:01 PM.)

 9            (Exhibits Numbers 7, 10, 11, 12, 13, 14,

10            15, 16, 27, 28, 37, 42 and 47 marked for

11            identification.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**30(b)(6): Douglas Misicko**
**September 24, 2019**

```
 1

 2    STATE OF _____)

 3                                   )  ss.

 4    COUNTY OF _____)

 5

 6

 7

 8    I, DOUGLAS ALEXANDER MISICKO, a witness called to

 9    testify in the matter of SATANIC TEMPLE ET AL.

10    vs. CITY OF SCOTTSDALE ET AL., do hereby certify

11    under penalty of perjury that I have read the

12    foregoing transcript and have made any

13    corrections, additions or deletions that I was

14    desirous of making; and that the foregoing is a

15    true and accurate record of my testimony therein.

16

17

18    Signed by me on the _____ day of _____

19

20    20 _____ at _____, _____.

21                    (City)                (State)

22

23

24          _____

25                DOUGLAS ALEXANDER MISICKO
```

82

**Atkinson-Baker, Inc.**
www.depo.com

```
 1                    COMMONWEALTH OF MASSACHUSETTS

 2                       COUNTY OF SUFFOLK

 3

 4        I, Lawrence A. Brown, Certified Shorthand

 5   Reporter Number 1430F96, Registered Professional

 6   Reporter and Notary Public in and for the

 7   Commonwealth of Massachusetts, do hereby certify

 8   that the foregoing transcript of the proceedings

 9   therein described is a complete and accurate

10   record of same to my best knowledge and belief

11   and that the deponent requested review of the

12   transcript.

13

14        I further certify that I am not related to

15   or employed by any party in or counsel to this

16   matter and that I am not financially interested

17   in its outcome.

18

19        In witness whereof, I hereunto set my hand

20   on the 26th day of September 2019.

21

22

23        _____

24        Lawrence A. Brown, Notary Public

25        My commission expires July 2, 2021
```

83

**Atkinson-Baker, Inc.**
**www.depo.com**

## A

**ABI** 1:25
**ability** 25:15 26:16 78:8
**able** 14:1 35:18
**absolutely** 58:13
**accept** 56:12 58:17
**acceptable** 58:16
**accepting** 70:8
**accessible** 51:18
**accurate** 17:3,7 29:12
52:2 78:19,23 79:2
82:15 83:9
**act** 37:4 38:16 39:10,17
47:12 56:6 76:23 77:5
79:4
**acting** 31:14
**action** 49:20
**active** 56:6 73:19
**actively** 58:15
**activities** 17:20 18:24
21:14 22:16 26:5,7
42:10 61:17 64:22
66:3 76:2
**activity** 29:5 61:13 76:2
76:7,8
**actual** 43:9 50:13 57:8
65:10
**AD08F98** 1:25
**add** 27:22
**addition** 44:24
**additions** 82:13
**address** 15:10,16,20
16:15 20:11 32:14
59:15
**addresses** 59:12,16,18
59:25 66:25 67:14
75:20
**adhere** 52:7,22 53:4
54:15 55:1 75:8
**adhered** 50:4
**adjourned** 81:8
**adjudicate** 55:22
**advocate** 69:23
**age** 23:9
**agency** 38:7
**agent** 16:8 19:24 20:3,7
20:10,15,20 21:5 22:9
27:4,13 33:12,15,18
76:23 77:1,6
**agents** 37:9 38:22
**agree** 7:3 52:14
**agreement** 34:25 37:16
37:18,24 38:2,6,24
39:1 55:20 79:21,24
80:1,8
**agreements** 31:15 77:4
**Ah** 14:23
**ahead** 25:5,18 26:20
30:18 60:12 63:2 68:7
68:7
**AL** 82:9,10
**ALEXANDER** 1:16 4:3
6:6 82:8,25
**aligned** 60:15
**alleged** 35:8
**allied** 60:21
**allies** 56:12 58:17
**alluded** 7:15

**amended** 7:20 8:5,9,14
35:8
**amendment** 4:21 26:24
27:22
**amendments** 24:12
**America** 6:9
**and/or** 68:8
**angel** 44:21
**Angeles** 72:25
**annual** 4:17,18,19,22
18:3,22 19:8,16 21:8
21:14 22:5 23:24 28:1
28:7 61:8
**answer** 9:19 25:6,18
26:20 30:18 57:24
58:2 60:12 63:3 68:7
76:15 79:11
**answers** 63:3 68:15
**APPEARANCES** 3:1
**appears** 71:4
**applicant** 30:6,9
**application** 30:2,3,11
**applications** 29:23
**applied** 51:23
**applying** 64:3
**apprise** 64:19
**approached** 68:9 78:18
**approved** 39:21
**April** 4:19 9:18 11:5,6,18
13:1 22:6 66:20,23
74:2,7
**archive** 5:11,14 42:18
47:1 53:25 68:21
70:12,24 73:14
**archived** 5:7,8,9 41:21
44:2
**Arizona** 1:2,9 3:13 5:13
9:13 12:24 13:7,17
14:3,14,16,19 15:2
29:11,14,18 36:10,21
41:3 42:2,10,23 52:19
52:22 53:3 54:13,25
55:6,11,13,17 56:1,25
57:4 58:9 73:6 75:8
78:22 79:5,8,9
**Arkansas** 3:6
**articles** 16:18
**articulate** 26:10
**articulated** 27:22 47:17
47:18 48:1,2,9,19 49:3
49:12 50:6 52:9,24
54:15,16 55:1,2 69:8
**articulates** 17:23 19:3
21:18
**asked** 10:8,15 19:13
66:15 67:20 75:18,19
75:21 76:18 79:3
**asking** 13:3,4 20:13
36:11 37:6 68:6 74:11
77:3
**aspect** 43:4
**Assign** 34:14
**assigned** 31:9,11
**assigns** 34:18
**associated** 72:2
**assume** 15:21 53:7
**assuming** 35:13
**assumption** 69:4

**ATKINSON-BAKER** 1:23
**attached** 5:24
**attention** 61:7
**Attorney** 3:4,11
**author** 50:12
**authoritative** 31:25
**authority** 32:22 37:3,9
38:8,16 39:10,17
55:19 59:13 62:1,6,9
62:12,14,16 76:23
**authorized** 37:4 38:17
39:11,18,22 77:5
**autonomous** 55:13
**autonomy** 55:20
**available** 81:3
**Avenue** 3:12
**aware** 30:19 36:5 38:10
39:20 54:20 62:5,8,17
62:21,24,25 63:8,14
65:24 72:23
**awareness** 20:17

## B

**B** 4:11 5:1
**back** 6:14 11:25 18:21
19:23 23:21 25:24
28:4 32:7 33:19 50:2
53:20 54:12 59:6,7
67:21 71:16 73:2
80:23
**background** 30:20
**backslash** 70:14,25
**based** 28:21 59:24 66:25
67:8
**basis** 54:21 62:9 64:25
**began** 54:10
**beginning** 69:16
**behalf** 27:17 36:3,9,20
39:22 78:22,24
**belief** 43:15,18 83:10
**beliefs** 43:5,8,21,22 44:6
45:9 48:22,25 50:5,13
52:8,23 54:15,21 55:1
57:8 60:16 69:23
78:25
**believe** 29:12 38:5 42:17
45:19 51:25 55:8
66:15 70:7,9 72:19
**believes** 44:14
**benefit** 46:12
**Bentonville** 3:6
**best** 9:10 48:23 49:7
83:10
**beyond** 44:23,25
**binder** 5:25 46:3
**bit** 67:16
**blanket** 61:16
**board** 50:12
**body** 48:5
**boilerplate** 50:17
**bold** 57:19
**book** 6:14
**Boston** 1:18
**bottom** 18:14 31:4
**box** 24:8,10 27:3,6,20
**breach** 62:10 76:20
**breached** 76:19
**break** 59:5

**brief** 59:5
**Brown** 1:22 83:4,24
**building** 42:12
**business** 16:15 17:9,15
18:23 20:11 21:11
22:15 25:16,25 26:2
26:17 28:12 32:13
59:17 61:9

## C

**C** 6:1
**called** 6:7 36:9,20 82:8
**calls** 39:25
**campaigns** 28:13
**Caption** 1:12 2:1
**card** 6:9 45:23 54:4
72:14
**cards** 67:15
**care** 48:24
**case** 1:3 43:12
**catch-all** 61:10
**caused** 49:9
**caveat** 21:2 58:11
**centered** 57:19
**Central** 3:12
**centralized** 59:13
**certain** 37:22 40:4 60:24
66:5 67:19
**Certainly** 64:23
**certainty** 13:20 20:24
74:20
**certificate** 4:16,20,21
16:3,18 21:13 23:10
24:1,3,13 26:24 40:19
40:20,25 71:19 72:6,7
72:12,14
**certificates** 67:15
**Certified** 83:4
**certify** 82:10 83:7,14
**Cevin** 18:10 20:9 21:4
32:10,17 36:1,12 37:7
62:5,8,17,21 63:8,13
63:18 64:6,12,19,21
65:24 69:12,13,19
70:2
**changed** 24:23
**changes** 28:11
**changing** 25:8
**chapter** 36:10,21 41:4,6
42:4,10,23,24 54:13
55:12,13,17,22 56:2,4
56:9,11,11 57:21 58:9
76:3
**chapters** 5:10 31:15
41:10,22,25
**character** 17:9,12,15
18:23 21:11 22:14
25:25 28:11
**charter** 19:19
**check** 67:5
**chosen** 67:25
**Churches** 1:15 6:20 7:8
7:10 8:7,19 9:6 13:24
15:24 16:5,20 17:5,10
17:25 19:14,20 20:4
21:19 22:6,21 26:11
26:25 27:14,18 28:2,8
28:17,23 29:3,9,13,17

**29:24 30:7,25 31:6,8
31:18 32:1,4 34:10,20
34:24 35:10 36:2,8,19
37:2,5,15,20,24 38:3,7
38:15,18 39:9,12,16
39:19 51:3,24 55:10
55:15,25 56:25 58:3
61:9,22 62:2 72:4
75:19,22 76:22 77:7
78:20 79:3,20 80:9
circumstances** 63:22
**citing** 55:7
**city** 1:9,10 6:7 13:17
14:18 15:15 62:18
63:9 68:1 74:16 77:13
77:24 78:8,9 82:10,21
**clarify** 15:5 77:15 80:7
**Claus** 3:11 4:5,7,9 5:25
6:4,13 11:22,25 23:12
28:4 33:25 41:17,19
42:16 45:18,21,24
46:10,15,19,21,24
53:12,13,20 56:18,20
58:19,25 59:3,7 60:11
61:4,14 62:3,7,20 63:4
63:11,17 64:7,14
66:11 68:3,5,17,19
70:22 71:16 79:13
80:14,21 81:6
**clear** 42:6
**close** 49:25
**co-ordinate** 64:21
**cochapter** 55:23 56:4
**cohered** 50:21
**collecting** 42:11
**colon** 17:15,17
**come** 67:12,25
**comes** 60:5
**commencing** 1:12
**commerce** 30:14,15
83:25
**commission** 29:15
**commonwealth** 17:6
19:15,21 25:14 26:15
27:15 32:12 34:8
61:21 83:1,7
**communication** 39:5
55:4
**communications** 38:13
**community** 42:12 58:15
**company** 7:7,11 18:3
19:4,9 20:8,14,21 26:1
26:3 29:10 32:15
71:10 76:7,9
**compassion** 44:21
47:13 49:21
**complaint** 7:18,20 8:5,9
8:14 35:8
**complete** 83:9
**comprehension** 45:1
**concept** 50:20
**concerned** 71:11
**concluding** 26:5
**concurrently** 28:24
**conduct** 26:1
**conducted** 1:17
**conduit** 44:23
**confer** 35:5 37:3 38:7,21

**Atkinson-Baker, Inc.**
**www.depo.com**

conferred 37:9 38:15
39:9,16 76:22
conform 48:22
connection 50:8
consent 63:23
consider 56:12 60:8,21
consideration 77:4
considered 20:9
considers 60:14
consisting 1:10
consulting 66:1,4
content 57:3,6,11,12
65:7
continue 25:16 26:17
continued 1:12 2:1
continuity 65:14
contract 62:11 76:19,20
contracts 76:21 77:3
control 58:4
convene 55:21
conversation 36:12
conversations 39:21
64:1,10,12
converse 63:25
corporate 75:25
corporation 29:14 32:23
corporeal 43:19 44:17
correct 7:9,12,13 8:22
9:23 12:6,7,11,16,19
12:20 13:9 15:20 16:5
16:6,8,9,11,21,22
17:18,21 18:10,11,25
19:1,25 20:1 21:10,15
21:16 22:1,10,12,13
22:17,18 24:5,6,11,21
26:9,12,13 27:4,5,7,8
27:10,11 28:6,16 29:1
31:1,7,24,25 32:4,10
32:11,15,16,18,19,24
32:25 33:4,5,7,11,14
33:15,17,18,22 34:2,5
34:6,11,12 38:25 41:7
41:13,24 42:1,2,3,21
43:1,7,23 45:10,11,13
45:14 47:4,8,16,24,25
48:8,17,18 49:2,11,24
51:4,10,16,17,20,21
51:24,25 54:2,8 56:10
58:1,5,6 59:3 61:12
62:21 66:16 70:8,18
70:19 71:3 72:8,17,18
74:10,19 76:17 78:17
80:10
corrections 82:13
correctly 8:21 26:8
44:11 45:5
cost 72:9
council 1:10,11 37:12
77:13,25 78:9
counsel 3:1 6:7 83:15
COUNTY 82:4 83:2
couple 50:23
course 59:17 61:25
64:16
court 1:1 80:24
created 43:9 44:19
creatures 47:13
criteria 38:20 67:9

Cross 4:4 58:21 59:10
CSR 1:22
current 74:5
currently 41:3 47:6 53:6
57:1
cut 57:13 71:21,21
CV 1:3

**D**

D 4:1 6:1
daily 62:9 64:25
database 59:22,24 60:19
75:20
date 9:17 12:5,10,18,22
13:12 14:4,6,14,16
19:10 23:16,22 33:21
33:24 40:23,24 41:2,9
42:7 47:1 51:9,14,22
63:21 66:13 67:18
74:12,21 75:14 77:16
77:18,22 78:16
dated 44:4
dates 78:1
David 2:5
day 24:20 64:17 78:14
82:18 83:20
days 80:24
DBA 8:19 9:6
de 35:20
decided 58:4
decision 78:20
decisions 62:1
Defendants 2:6 3:15 6:8
deficiency 78:1
defined 8:17 77:1
deletions 82:13
delivered 77:17
demonstrating 40:15
Depending 56:11
deponent 6:25 10:9,11
10:15,17 11:15 83:11
deposition 1:14 4:15
6:20 7:15 25:1 38:4
40:14,18 66:19 75:16
described 25:25 29:4
66:9 69:24 83:9
describes 24:12
DESCRIPTION 4:13 5:3
design 30:23
designated 6:25
designed 49:19
designee 10:9 29:23
55:24 71:8 72:3
desire 77:12,24
desired 62:17 63:8
desires 45:1
desirous 82:14
determine 55:21 57:5
determining 56:11,16
devil 45:23
dialogue 63:13,23,24
dialogues 64:5,15
DICKINSON 3:10
different 9:16 18:9 49:14
digital 23:9
direct 4:4 6:13 37:6
discrete 12:5,10,18 14:4
discussion 36:22 37:7

53:17,19 71:15 81:7
distinct 60:25
distinction 79:7
distinguishing 31:17
distort 48:24
distracted 53:23
DISTRICT 1:1,2
divine 15:16
division 32:24
document 33:21 34:16
39:7 45:20 53:12
documentary 35:14,18
35:21,24
documentation 35:5
39:13 77:2
documents 25:13 32:23
40:13
doing 61:18
domicile 10:10,23 11:2
11:14
dominion 44:23
Doug 59:11 79:18,20
80:23
Douglas 1:16 4:3 6:6
31:22 82:8,25
draft 70:2 72:21
duly 6:10

**E**

E 4:1,11 5:1 6:1,1 59:25
earlier 66:9
early 65:20
editorial 57:2 58:4
editorializing 57:2
educational 17:19 18:24
21:14 22:16 26:4
efforts 28:15
eight 41:25 42:2
either 35:23 41:2
election 10:19
Electronic 4:25
empathy 28:14 47:13
employed 83:15
encompass 61:17
encroach 48:14
ended 12:25
endorsed 63:19,19
endorsement 63:20
ends 70:21
engage 29:4 58:15
engaged 61:17
engages 28:12
engaging 76:1,6
entered 17:16,19 23:9
34:24 37:19 59:25
65:18
entirely 65:13
entities 31:16
entity 15:24 16:21 28:24
29:1 31:10,12 34:19
36:4 38:9 75:25 76:24
entry 65:12,24
enumerate 55:5
enumerated 17:13
equal 62:16
ET 82:9,10
evening 64:19
events 78:11

everybody 75:12
exact 9:25 12:5,10,18
13:12 49:17 63:2,21
64:16
examination 4:3 6:13
58:22 59:10 68:19
79:17 80:14
exclamation 45:4
Excuse 24:7
execute 32:23
execution 25:12
exercise 58:4 62:6,8,14
62:15
exhibit 6:17,19,23,24,25
7:1,4,5 10:2,6,8,8,22
10:23 11:10,10 12:1,2
12:9,9,12,14,14 16:1,3
16:7,24 17:8,14,22,23
18:2,2,12,21 19:2,6,23
19:23 20:8,22 21:9,12
21:17 22:3,5,19 23:8,9
23:21 24:1,8 25:22,23
27:21 28:7,21 29:2,24
30:2 31:2,4 32:7,9
33:1,3,9,13,16,19
34:14,18 41:14,21
42:13 43:25 44:2
45:15,18,20 46:1,3,10
48:2,20 49:4,13,24
50:2,6,25 51:7,12,18
52:9,24 53:5,10,21,25
54:16,17 55:2,3 56:14
57:15 58:7 68:22,22
69:1,8 70:3,11,11,12
70:21,23 73:3,8,15,23
74:24 75:9
exhibits 5:24,25 30:21
31:9,24 81:9
exist 4:16 43:19
existed 28:23 37:25
exists 7:11
expires 83:25
explained 71:20
explicit 62:13 75:25
explicitly 29:7 37:13
38:21 54:20,25 63:14
expressed 53:4,6
expresses 60:16
expressly 52:7

**F**

fact 27:9,20 40:15 45:15
62:14 63:18 73:16
77:9,11
facts 48:25
failure 19:16
fallible 49:6
false 25:14 26:14 35:19
35:22
FAQ 57:18
far 50:7,20 52:10 64:24
71:10
fear 60:25
February 5:9,12 9:14,15
9:18,22 10:12,25 11:4
11:5,15,17,18 12:5,11
12:19,21,24 13:1,5,8
13:17 23:18,22 28:22

33:22 34:2,9 35:25
36:6,13,16,17 37:25
40:8,16 41:6,22 42:18
42:22,25 50:1,3 52:19
52:22 53:3 54:1 66:7,8
66:14 73:7,21 74:2,7
74:11,14,17,21 75:5
76:4,10 77:14,15,20
federation 1:15 6:20 7:8
7:10 8:6,18 13:23
15:23 16:4,19 17:5,10
17:24 19:14,20 20:3
21:19 22:6,21 26:11
26:25 27:14,18 28:2,8
28:17,23 29:3,9,13,17
29:24 30:7,25 31:15,8
31:18 32:1,4 34:10,20
34:24 35:10 36:2,8,19
37:2,5,15,20,24 38:3,7
38:15,18 39:9,12,16
39:19 51:3,24 55:9,15
55:24 56:25 58:3 61:8
61:22 62:22 72:4 75:19
75:22 76:21 77:6
78:20 79:3,20 80:8
Federations 9:6
fee 71:18
fees 10:19
file 1:25 19:16
filed 4:17,18,19 8:11
18:6 19:9 22:6 23:14
24:5 28:22 29:14 30:3
30:11 32:23 34:16
61:20
filing 17:5 19:8 23:17,22
23:24 25:12 26:15
27:17 28:1 29:6,18
filings 22:16 23:9 34:8
film 50:22 65:25
final 79:15,19
financially 83:16
find 58:16,16
fine 20:22 61:19 68:15
firmly 43:5,8,15,18,21
45:8
first 4:13 5:3 7:20 8:5,8
8:14,21 15:24 17:14
28:1 29:2,6 31:4,21
35:7 51:9,14,22 52:1
66:15
fit 48:25
five 14:20 67:1 73:22
74:2,7
Focusing 8:2
following 1:12
follows 6:11
foregoing 82:12,14 83:8
foreign 29:10
forgo 48:15
form 49:17 54:21 59:12
60:11 61:4,14 62:3,7
62:20 63:4,11,17 64:7
64:14 66:11 71:23
73:7,13,18,23 74:23
75:2
formalization 71:24
formally 8:25
formation 71:9

**Atkinson-Baker, Inc.**
**www.depo.com**

formed 26:3 42:4
foundational 42:9
foundations 65:10
founding 41:9 42:7
frame 8:10 9:16,18,24
11:18 13:2,4
framed 8:4,8
frames 13:14
free 57:12
freedom 48:13
freedoms 48:12,15
full 65:24
function 29:7 57:8
fundamental 46:14,15
46:23 47:7,18
further 80:14 83:14

**G**

G 6:1
general 17:8,11,15 18:23
21:11 22:14 25:24
28:11 61:16 76:3,9
generally 61:5
geographic 9:25
give 9:23 13:10 37:9
42:6 45:17 56:16
62:18,22 63:2,9,15,21
68:2 72:22,24 77:12
77:24 78:4,8,11,15,16
given 8:6,18 9:5,25
32:22 35:9 37:10,13
38:21 55:19 75:25
78:1
giving 68:9
GL.c 26:3
go 7:20 10:2 11:22,25
22:23 24:8 25:5,18
26:20 29:24 30:18
31:1 43:25 46:5,5,22
50:2 53:13 60:12 63:2
68:7,7,22 81:6
god 43:9 44:14,18,22,25
God's 44:16
goes 50:20
going 6:14 19:12 24:17
38:11,11 44:10 47:11
78:7 81:4
good 80:19
gotcha 16:16
governing 55:10,16
granted 41:1
Great 6:16 22:3 23:6
79:12
guess 64:6 66:8
guiding 49:19
Guy 2:4

**H**

H 4:11 5:1
Haan 35:20
Hail 35:14,18 45:3
hand 83:19
handed 53:12
handing 46:1
handwritten 18:13 21:21
22:24
Hang 57:17

happen 63:20
happened 65:1 78:12
80:18
happening 64:1
harm 49:8
head 55:6,23,23 56:4,4
heading 44:6
hear 44:24
hears 43:16
held 43:5,8,15,18,21
45:8
hereunto 83:19
history 50:20
Hmm 41:3
hold 41:15 50:24 58:25
74:6
human 45:1

**I**

idea 52:11 66:1 68:9
79:8
identification 15:12
81:11
identified 6:8 10:11,17
11:9 15:14 16:20 17:4
20:2,7,8,10,12,20,21
21:8,12 32:17,21
33:14,17 41:11,25
42:24 50:24 51:7
68:25 70:3
identifies 12:18 16:7,7
16:10 17:8 18:9,23
19:24 22:9,11,14,20
27:3,6 30:6 32:9 41:22
51:9,14
identify 20:15 32:13
35:19 56:13
identifying 5:10
identity 10:10,23 11:14
14:24 15:6 60:17
illegal 76:5
immediate 42:6 54:25
75:11
impacts 25:15 26:16
imperfect 44:17
incidental 26:7
includes 61:9
including 10:17 26:4
48:13 50:9
incorrect 43:24 51:5
indicated 23:12 33:25
indicating 54:6
indication 42:7
indirectly 38:19
individual 34:19
individuals 50:23
inform 78:6
informed 77:11,23 78:2
78:3
inserted 46:1
inside 80:24
insofar 57:5
inspire 49:20
instance 15:6 50:25
institutions 47:23
intentionally 61:23
interact 44:17
interested 83:16

Internet 42:18 70:24
73:14
interpersonal 55:4
interruption 71:14
interstate 30:15
intervene 44:18
inviolable 48:5
invited 71:2,17
invites 70:17
invocation 39:23 42:8
62:18,22 63:9,15 64:4
66:15 68:2,10 72:22
72:23,25 77:13,16,24
78:5,9,15
IRS 28:18
issue 62:11

**J**

January 5:15 44:4 47:3,4
47:19 48:10 51:9,16
51:20 70:5,6,12,24
71:1 73:14
Jarry 24:23
Jim 2:2
join 54:3 70:14,17,25
71:2,18 73:17
July 10:12 12:6,11,19
14:4,6,14,19 15:2,14
83:25
justice 45:3 47:21 49:21

**K**

Kathy 2:3
keep 59:12
kept 75:1
Kezhaya 3:3,4 4:8 14:23
24:25 25:5,17 26:19
30:16 41:15,18,20
42:15,17 45:19,22,25
46:9,11,16,20,22,25
53:15 56:16,19,23
58:21 59:1,4,8,10
68:14 70:20 79:14,17
80:12,22 81:1,4
kind 31:15 42:9 57:13,13
65:5,13 66:4,4 69:16
Klapp 2:2
know 7:24 8:9 9:12,20
10:23 11:1,3,4,6 12:22
12:25,25 13:5,15,23
14:1,5,12,17,22,24
15:3,4,6,7,23 19:14,19
20:13,19,22 24:14,17
24:22,24 25:2,10,12
26:14,21 30:10,11
31:12,16 34:7,16,21
34:23 35:4 36:16,22
37:8,8,12,23 38:13,14
39:13 40:6,6,19,22,23
40:24 41:2,8,8,10 45:7
50:1,3,7,17 52:10,16
52:17 54:9 55:25
58:15,16 67:19 68:10
69:3,4,15,17 70:4
71:22 72:1,4,11 73:3,3
73:4,10,16,21 74:1,14
74:24,25,25 75:4,5,24
76:1,6,16 77:9,11,20

77:22 80:18
knowable 45:2
knowledge 9:10 15:16
15:17,19 25:8,20
28:19 29:16,20 71:8
72:13 83:10
knowledgeable 7:4,6
10:9,16 11:9,14
known 11:2 45:1 66:25
Korte 2:3

**L**

L 3:11
lack 9:25
lag 42:4
language 32:6
late 65:21,21
law 3:3 20:14 24:18
25:10 26:22 76:2,9
lawful 17:20 18:24 21:15
22:17 26:2 61:10,13
76:2,14
lawfully 35:2 76:8
Lawrence 1:22 83:4,24
laws 47:23 76:4
lawsuit 76:20
Layne 2:2
leadership 10:18 55:22
56:6 58:11,12
lectures 60:23
legal 28:24 29:1 30:19
35:4 36:3
legally 24:22
legislative 62:18 63:9
68:2
let's 11:22,25 21:21
33:19 46:11 53:13
58:22 63:7,7 81:6
letter 26:22
level 60:22
liab 18:3
liability 7:11 18:3 19:4,9
20:7,14,21 26:3 29:10
32:14 76:7,9
liaison 55:23 56:5,7
liaisons 58:13
licensing 31:15 34:25
38:23
life 45:3
limited 7:11 18:2 19:4,9
20:7,14,21 26:3,4
29:10 32:14,22 76:7,8
line 8:13 17:13 20:10,13
21:12 32:10
list 6:24 32:17
listed 7:4 21:5 33:15,18
literal 43:11
literature 26:6
litigation 8:4,16 9:4
little 67:16 79:6
Littlefield 2:4
LLC 1:15 6:21 7:8,10 8:7
8:19,20 9:6,7 13:24
15:24 16:5,8,11,20
17:5,10,25 18:9 19:14
19:20,24 20:4 21:19
22:6,21 26:11,25
27:14,18 28:2,8,17,23

29:3,9,13,17,24 30:7
31:1,6,8 32:4 34:10,20
34:24 35:10 36:2,8,19
37:2,5,15,20,25 38:3,7
38:15,18 39:9,12,16
39:19 51:3,24 55:10
55:15,25 57:1 58:3
72:4 75:20,22 76:22
77:7 78:20 79:3 80:4,9
80:9
logo 50:24,25 51:2,5
long 65:8
look 6:17,23 12:1 21:21
23:21 27:20 32:7
45:15
looked 34:7 35:7 67:5
76:25
looking 70:21
looks 45:22 46:17
Los 72:25
lot 50:15

**M**

mail 59:25
mailing 15:10,15,20
66:25
maintain 59:18,22
maintained 69:15
maintains 75:20
making 26:14 82:14
Malcolm 24:23
manager 16:10,12,16,21
17:4 18:9 20:11,12
22:11 27:23 28:1 32:3
32:9,14,18,22 33:3,4,6
33:14,17 34:10 36:2,7
36:18,23 37:1 38:8,14
39:8,15 76:23
managers 27:6,9
mankind's 44:22
manner 19:17 22:15
mark 30:14,15,23 51:8
70:23
marked 70:23 81:10
Massachusetts 1:18
8:20 9:7 17:6 19:16
20:14 24:18 25:10
26:15 76:3,9 83:1,7
material 44:19 50:15
55:7 57:5 65:8 66:17
Matt 45:18 53:14 58:20
68:6 71:21,21
matt@kezhaya.law 3:7
matter 73:16 82:9 83:16
Matthew 3:4
Mayor 1:11
McClain 3:5
mean 8:11 17:11 50:19
61:15 68:5 69:5 71:5
73:4 79:25
meaning 45:3
means 6:8 44:16
media 55:23 56:5,7
58:12
meet 38:20
meeting 77:14,25 78:10
member 10:18 32:5
39:24 40:3,7,16 52:15

**Atkinson-Baker, Inc.**
**www.depo.com**

52:16 54:13,24 55:11
55:17 56:1,9 57:21
58:9,14 60:4 72:5,11
75:21,23 80:3,4,9
**members** 1:11 9:12,20
10:11,24 11:1,4,15
12:23 13:5,16 14:2,6
14:13,17,24 15:1,13
43:6 52:18,21 53:2
59:11,23,24 60:1,6,8,9
60:14 67:1,10 70:8,17
71:2,17 73:5,12,17,17
73:22 74:3,8,15,17,22
75:7
**membership** 10:16,19
14:16 40:19,20,25
53:8 54:4,9 55:21
67:15 72:9 73:7
**MENTION** 4:13 5:3
**merchandise** 26:6 28:15
**metaphorically** 43:13
**Michelle** 1:5 17:3 20:2
35:20 36:1,6,17 37:3,7
38:16 39:10,17,21,24
40:6,12,15 50:2,4 52:6
54:18,19,23 62:17,21
63:8,13,14,25 64:2,11
64:13,18 66:14 68:8
72:21,22,24 77:12,23
78:4,7,12,14,18,21,24
79:4
**Michelle's** 64:20
**mine** 45:16,17 70:21
**minimum** 9:23 11:1,4,6
13:2 14:15,20 66:24
67:1,8
**Misicko** 1:16 4:3 6:6
31:22 82:8,25
**mislead** 61:23
**misleading** 27:16 35:19
35:23
**misrepresent** 57:9
**missing** 45:16
**mission** 46:13,17
**mistake** 49:7
**Mm-hmm** 37:21
**moment** 42:15 75:11,12
**moored** 43:5 45:9
**multiple** 79:19

**N**

**N** 4:1 6:1
**name** 16:15 20:11 24:23
25:9,14 32:13 52:1
**names** 15:7,10
**narrow** 61:19
**nascent** 42:12
**National** 37:11
**navigate** 41:16 56:17
**necessarily** 57:11 60:17
**necessary** 47:22
**need** 6:14 72:14
**needn't** 56:10
**never** 11:2 17:4 28:19,19
29:9 48:24 52:11
76:11,12 78:20 79:3
**new** 65:9,13
**Newbury** 1:17,18

**newsletter** 60:2,4,5,7,10
60:18 75:21,23,24
**nine** 46:23 47:18 48:2,10
48:20 49:4,12 53:4
54:16 55:2 65:2 66:9
68:25 69:7 70:2 75:8
**nobility** 49:20
**nonSatanist** 58:8
**North** 3:12
**Northeast** 3:5
**Notary** 1:22 6:10 83:6,24
**notice** 4:15 6:19 10:11
10:17 25:1 30:17
**notified** 27:12,15
**noting** 66:24
**number** 1:25 4:13 5:3
9:17,24,25 10:15,22
11:1,6,10 12:4,8,9,12
12:17 13:2,2,11 14:15
14:20 15:13 16:13,14
17:13 24:9 32:20
35:17 45:20 47:15
48:22 49:14 66:20,22
66:25 67:3,8,12,22
83:5
**numbers** 46:2 81:9

**O**

**O** 6:1
**object** 24:25 30:16 63:16
63:18 70:20 72:20
**objection** 25:17 26:19
**objectionable** 57:7
**obligation** 59:11
**obtain** 40:10
**October** 5:5,6
**offend** 48:13
**offer** 21:2
**Office** 4:24 30:12 34:17
**officer** 27:23
**official** 46:2 54:4 57:21
**Oh** 7:16 10:5 12:13
16:16 18:15 23:15,16
25:5 34:1 45:17 46:16
47:5 50:7 66:16
**okay** 6:18 7:2 8:1,15
9:12,19 10:3 11:3,3,20
11:25 12:3,13,21
13:10,13,21 14:11
16:14,16 18:21 19:7
19:23 20:19 21:1,6
22:4 23:15,16,20,24
24:4,16 25:7,19,22
26:23 30:1,21 32:8
33:1,19,20 34:1,1,23
35:25 36:15 37:23
38:11 39:2 41:20
42:17,20 44:1 45:25
46:4,8,11,22,25 47:6
49:16 50:1 52:5,12
53:2,20,22 54:9,12,23
55:9 56:15,19 57:15
57:17 58:19 59:4,17
60:3,8 61:20 63:20
65:1 66:7,19 67:3,8,11
67:23 68:13 69:13
71:13 73:10 74:21
75:3,18 76:15 79:14

**old** 65:8 66:16
80:7,11,20 81:1,3
**on-boarding** 10:18
**once** 64:24 81:2
**one's** 48:5,6,15,23,25
49:7
**ongoing** 47:22
**openly** 56:13
**operate** 31:12
**operating** 37:16,18,23
38:2,6,24 39:1 79:21
79:23 80:1,8
**operational** 31:13
**operations** 10:16 61:25
**opposed** 53:5 69:6 76:5
**option** 57:14
**organization** 4:16,20 9:2
16:4,19 21:13 23:10
23:18 24:2,3 25:16
26:16 36:20 39:25
57:9 65:14 78:21
**organizational** 25:13
27:17 34:8 35:9 37:10
**organized** 15:24 16:21
29:4
**organizer** 17:16
**original** 5:24,24 23:17
23:17,22
**originated** 79:8
**outcome** 83:17
**outlined** 67:10
**outside** 24:25 30:16
44:15 57:7
**overtook** 66:5
**owner** 31:5,23
**ownership** 30:24 75:25

**P**

**P** 6:1
**pack** 53:21
**page** 1:12 2:1 5:7,8,11
5:14 7:21 8:13 12:8,14
12:15,17 16:23 17:14
18:12,14,21 21:22
22:23 24:8 25:22,24
27:21 31:1,5 32:20
44:2 46:2,5,9,10,21
51:2 57:15 58:7 68:21
70:12
**Pages** 1:11
**paginated** 56:21
**papers** 61:20
**paperwork** 20:18 21:4
65:16
**paragraph** 7:21,23 8:2
8:14 35:7
**parchment** 71:19
**part** 57:18 60:20 65:20
65:21 66:9 68:11
71:12
**parts** 63:7
**party** 79:23,25 83:15
**pass** 64:11
**Passport** 6:9
**paste** 57:13
**Patent** 4:24 30:12 34:17
**Pause** 7:25 11:21,24
13:22 23:7 24:15

29:21 40:5 53:16 67:7
67:24 75:10
**pay** 71:18 72:5,12,15
**penalties** 24:19
**penalty** 13:6,15 14:2,12
25:15 30:13 73:5,11
75:6 77:10,21 80:15
82:11
**penned** 72:25
**people** 15:8 49:6 56:12
58:17 59:14,25 60:5,7
60:13,20,20,22 66:21
75:1
**perception** 69:17
**perfection** 44:16
**performed** 26:2
**perjury** 13:6,15 14:2,12
24:19 25:15 30:14
73:5,11 75:7 77:11,22
80:16 82:11
**permission** 36:3,9,18,19
37:10,13 38:21,22
78:24
**permitted** 35:1 76:8
**person** 7:3 27:10 31:10
31:11,21 65:7 67:20
**Phillips** 2:4
**philosophical** 50:12
65:10
**Phoenix** 3:13 42:8
**physical** 44:16,23
**place** 34:22 65:11
**placed** 57:6
**placeholder** 50:10 65:6
68:23 69:1,9,25
**Plaintiffs** 1:7 3:8
**play** 55:10 57:1
**played** 55:16
**PLC** 3:3
**please** 6:23 19:6 22:3
26:23 28:4 29:25
41:14 43:25
**PLLC** 3:10
**pluralism** 28:14
**PM** 1:20 81:8
**point** 43:22 45:4 61:19
**pop** 46:3
**positions** 55:23
**post** 75:13
**posted** 42:5
**prayers** 43:16 44:24
**preceded** 68:11
**preceding** 2:1
**predated** 65:4 71:22
**predates** 50:10 71:9,11
71:23
**predicate** 52:4
**preparation** 40:14,18
**prepare** 38:4 75:15
**present** 58:23
**preside** 43:10 44:19
**pretyped** 17:14
**prevail** 47:22 49:22
**previous** 7:15 22:15
69:25
**previously** 68:20
**principle** 49:19
**Print-out** 4:23

**prior** 21:13 35:25 36:6
36:13,16 37:25 64:3
77:14,20,22 78:9
**probably** 64:18
**proceedings** 81:8 83:8
**process** 10:18 78:4
**Professional** 83:5
**project** 50:23 65:25
69:25
**promote** 28:13
**pronoun** 31:21
**provide** 57:11
**provided** 72:21
**provides** 12:4,10 24:7
28:13
**proximity** 78:11
**proxy** 43:10 44:20
**pseudonyms** 15:8
**Public** 1:22 6:10 83:6,24
**publicly** 51:18
**publish** 75:22
**purpose** 17:24 19:3
21:18 22:20 26:1,11
27:21 61:13
**purposes** 17:20 18:25
21:15 22:17 50:19
61:9,10
**pursued** 28:20
**pursuit** 47:22
**purview** 57:7
**put** 57:12 60:18 65:4,7
65:11
**putting** 61:18

**Q**

**question** 7:7,14 8:10 9:8
9:19 19:12 38:12
51:25 54:12 57:15,22
63:3,6 72:10 73:20
76:11,13 77:19 79:1,2
79:9,15
**questioned** 6:11
**questions** 52:4 68:6,15
70:6 79:19
**quote** 10:10 20:15,16
32:22 35:2,3 44:6,7
50:4,5,18

**R**

**R** 6:1
**range** 12:5,10,18 67:17
**reach** 79:9
**read** 7:23 8:12,21,24
24:13 26:8 28:4,5
44:10,11 45:5 47:11
80:21,23 82:11
**reading** 58:7
**real** 42:4
**really** 50:21
**realm** 43:19 44:18
**reason** 28:14 47:14
65:23
**recall** 55:6 65:22,23 77:8
**receive** 60:1 72:6,7,12
72:14
**Recess** 53:18
**recognize** 16:23 18:16
18:18 21:24 22:1,25

Atkinson-Baker, Inc.
www.depo.com

23:2,4
recognized 9:1 61:1,3,6
recollecting 78:1
recollection 53:7 58:8
  64:17
record 11:22 28:5 46:12
  53:13,17,19,20 58:23
  64:16 71:15,16 75:1
  81:5,6,7 82:15 83:10
records 40:13
recross 4:4 59:2 68:16
  79:17
rectify 49:7
REDIRECT 4:4 68:19
  80:14
reflect 69:22
reflected 31:9,23 34:18
  73:8,13,23 74:23 75:9
reflects 30:24 31:5
refresh 58:7
regard 55:14 62:16
regarding 30:14
register 29:10
Registered 83:5
registration 5:5,6 30:25
  33:21,24 51:4
registrations 30:22
regular 59:17 60:2
related 65:25 83:14
relative 64:10
relevance 66:17
relevant 8:4,16 9:4 30:19
religious 9:1 17:24 19:3
  21:18 22:20 26:10
  28:14 29:5,7 43:4 44:6
  45:8 50:4 52:8,23
  54:15 55:1 60:16
  61:13 76:1,7
remained 65:9
remember 35:11 42:8
  61:11 65:17
remove 58:4
removed 60:21
report 4:17,18,19,22
  18:3,22 19:8,17 21:8
  21:14 22:5 28:1,8
reported 1:21
reporter 59:21 63:1
  80:24 83:5,6
reports 61:8
represent 79:10
representation 30:13
representative 7:6 27:13
  37:4 38:17 39:11,18
represents 29:2
request 64:20 68:12
  78:7 79:8,10
requested 59:21 63:1
  83:11
requesting 42:8 78:15
require 56:7
required 32:13
requirement 52:13 60:3
resided 9:13,21 12:23
  13:7,16 14:3,13,18,25
  15:1,14 52:19,22 53:3
  73:6,12,22 74:8,15,17
  74:22 75:8

residence 15:19,21
resident 16:8 19:24 20:3
  20:15,20 21:5 22:9
  27:4,13 33:11,15,18
  77:1,6
resides 54:24
resolve 49:8
respected 48:13
respond 44:25
responds 43:16
response 70:6
restate 63:5
restated 4:20 23:10 24:1
  24:3,13
returned 5:25
review 83:11
reviewed 38:2
revising 69:17
revoked 19:20
right 6:15 23:19 32:5,16
  33:13 35:6 43:6 44:13
  46:7 51:15,15 53:15
  58:21 59:4,8 67:23
  68:14 70:22 71:6
  79:21 80:9 81:3,5
Road 3:5
role 55:10,16 56:6 57:1,2
round 79:11
route 28:20
RPR 1:22
RULE 1:14
run 57:3

**S**

S 4:11 5:1 6:1
sale 26:5
Satan 35:14,18 43:9,16
  43:19 44:19,20,22,24
  44:25 45:1,3 46:18,19
Satanic 1:5 5:7,8,10,11
  5:13,15 8:5,17,19,25
  9:7,13,21 10:24 12:23
  13:6,16 14:3,6,13,18
  14:25 19:13 28:25
  30:4,24 31:14,19 34:4
  34:25 35:1,2,8 36:10
  36:21,24 37:11 39:23
  39:25 40:7,16 41:4,10
  41:23 42:25 43:4,15
  43:18,22 44:3,7,14
  45:9 47:9 50:5,8,13,18
  51:8,19,22,23 52:8,15
  52:18,21,23 53:2,6
  54:10,14,22,24 55:12
  55:18 56:2,5,24 57:3
  58:9 60:15 65:11,12
  65:18 66:1,10,17,20
  69:18 70:7,13,17 71:2
  71:11,18,24 72:2 73:6
  73:12 74:15,22 75:7
  75:18 82:9
Satanist 56:1,4,8,10,13
  57:19 61:1,3,6 66:2
Satanists 58:12,18
saw 77:1
saying 55:7
says 8:12 20:10 23:15,16
  23:18 24:18 34:13

46:18 54:3
scientific 48:23,24
sclaus@dickinsonwri...
  3:14
scope 24:25
Scot 3:11
Scottsdale 1:9 9:13,21
  12:24 13:17 14:19
  15:15 42:9 62:19,23
  63:10,15 64:3 66:21
  67:2,10,25 68:10
  73:13,18,22 74:3,8,16
  74:18,23 77:13,25
  78:5,8,9,15,25 79:10
  82:10
Screenshot 5:14
search 4:23,25 12:25
  67:13,17,21 75:12
searching 67:17
second 11:23 18:12
  22:23 27:21 41:15
  53:14 56:16 58:25
  74:6
secretary 19:21 25:13
  27:15 29:18 61:21,23
see 6:21 7:22 10:13,20
  16:12 17:17,22 18:4,6
  18:13 19:2,10 21:17
  22:7,19 23:11,13,21
  24:2,10,18,21 27:1,23
  28:9,21 30:4,7,9 31:3
  33:23 34:3,13,15
  41:23 43:1 44:4,5,7,9
  46:11 47:17 48:1,9,19
  49:3 51:6 52:2 53:10
  54:1,2,3,4 56:22 57:17
  57:18,21,24 66:23
  70:15,16 71:13,17,20
  74:1
seen 35:15,17 39:5,7
  40:13 52:11
self-identified 58:12
self-identify 56:3,8
  58:14,18
sell 28:15
sense 43:14
sent 67:14
sentence 8:2,13,23
separate 28:24 29:1 51:5
September 1:19 4:17,18
  18:6 19:10 83:20
services 28:13
set 83:19
setting 50:17
seven 45:10,12 47:6,24
  48:7,17 49:1,10,18
  50:22 52:14 53:5
  54:20 65:2
shipping 67:20
Shoot 45:17
Shorthand 83:4
Shortt 1:6 17:3 20:2
  35:20 36:1,7,17 37:3
  38:16 39:10,17,21,24
  40:7,12,15 50:2,4 52:6
  54:18,20,23 63:13,25
  72:21,22,24 78:7,21
  79:4

Shortt's 77:12,23
showing 70:10
shown 68:22
sic 9:6 60:14
sign 60:1,4,6,17 74:3
  80:1,3,21,23
signature 16:23 17:1
  18:13,16,18 21:22,24
  21:25 22:1,24,25 23:2
  23:4
signed 24:19 25:14
  60:10 74:8 75:1,13
  80:7 82:18
simply 69:8
single 59:21 63:1
Sir 12:1
site 5:9,13 41:11,21 42:5
  42:24 43:2 47:1 50:9,9
  50:10,17,18 51:19
  52:2 53:25 56:24 57:3
  57:6 65:3,6,9 66:17
  69:22,24 73:18 74:5
  75:13
situation 64:20
slash 27:23
small 44:12
Smith 2:5
social 61:2,5
Soling 18:10 20:9,12
  22:11 24:22 27:25
  32:10,17 36:1,12,23
  37:1 39:8,14 69:12,13
  70:2 72:20,21,23 77:9
  72:23 78:2,6,13
somebody 50:16 65:6
  72:13
Somewhat 49:14
sorry 15:17 17:11 28:3,6
  33:23 42:22 47:5
  51:11 63:5 64:8 65:22
  66:12 68:4 69:21
  76:11 80:25
sought 28:18 29:9 36:18
  40:21 62:22 63:14
  72:22,24
Spaces 1:17
speak 36:3,9,20 39:22
  52:25 64:18 78:13,22
  78:24
specific 9:17
specifically 17:23 19:3
  27:22 55:7
sphere 44:15
spirit 49:21
spoken 49:22 78:14
spokesperson 79:4
ss 82:3
stands 57:9
start 50:21
started 69:16
starting 8:13
state 13:7 14:3,14,25
  15:2 29:11,19 53:1
  78:22 79:5 82:2,21
statement 8:3,23 9:9,11
  26:14 46:13,17 61:16
statements 27:16 35:19
  35:23

states 1:1 4:23 6:9 28:12
  29:7 30:12 34:17
status 28:18 34:14
stay 60:21
stigma 61:2,6
stipulation 58:24
Street 1:18
Strike 25:10 36:24 39:6
  45:7 52:17,20
strive 47:12
structure 8:6,18 9:5 35:9
  37:11
struggle 47:21
Stu 35:20 68:8 78:18
subject 48:5
subjective 53:1
subordinate 44:22
sufficient 15:11
SUFFOLK 83:2
Suite 3:12
super 54:19
supernatural 43:9,14
  44:15
supernaturalist 54:19
support 28:15 57:20
supported 77:4
supposed 77:16
sure 6:15 8:9 10:7 31:22
  41:17 42:16 50:14
  51:12 53:11 56:18
  65:4,8 68:17 69:2
  80:15
surprise 21:3
surrounding 64:20
suspended 19:15
Suzanne 2:2
sworn 6:3,10
System 4:25

**T**

T 4:11 5:1
tab 26:23,24 28:7,7
  34:13 42:13
take 6:17,23 48:24 53:24
  59:5 63:7
taken 34:21 43:13 53:18
  57:10 62:11
talk 64:12
talked 60:23
tarot 45:23
tax-exempt 9:1 28:18
telephone 3:4 71:14
TELEPHONIC 1:14
tell 13:19 20:23 44:11
  63:22 67:16 69:13
Temple 1:5 5:7,8,10,11
  5:13,15 8:5,17,19,25
  9:7,13,21 10:24 12:23
  13:6,16 14:3,6,13,18
  14:25 19:13 28:25
  30:4,24 31:14,19 34:4
  34:25 35:1,3,9 36:10
  36:21 37:11 39:23
  40:1,7,16 41:4,11,23
  42:25 43:4,16,19,22
  44:3,7,14 45:9 47:9
  50:5,8,14 51:8,20,23
  52:8,15,18,21,23 53:3

**Atkinson-Baker, Inc.**
**www.depo.com**

53:6 54:10,14,22,24
55:12,18 56:2,5,24
57:3 58:10 60:15
65:11,12,18 66:1,10
66:18,20 69:18 70:7
70:13,18 71:2,11,18
71:24 72:3 73:6,12
74:15,22 75:7 82:9
**tenet** 47:17 48:1,9,19
49:3,12,19,23,23
**tenets** 45:10,13 46:14,15
46:23 47:7,18,24 48:2
48:7,10,17 49:1,10,18
50:22 52:14 53:4,5
54:16,20 55:2 65:2,2
66:9 68:25 69:7 70:2
75:9
**terminology** 43:12
**terms** 31:17
**testified** 6:11 15:1 68:20
70:5 74:9
**testify** 11:11 14:1 73:4
73:11 75:6 77:10,21
82:9
**testimony** 82:15
**text** 44:10
**Tezhaya** 4:6
**Thank** 6:4
**thereof** 10:19
**thereto** 26:7
**thing** 37:8 66:5 80:22
**things** 58:2 60:23 67:21
**think** 35:16,22 49:23
68:21,23 77:1
**thinking** 31:17 68:11
**thought** 11:19 49:20
76:12,12
**thousand** 23:15 66:8
**threatened** 62:10 76:19
**time** 8:8,10 9:16,17,24
11:18 13:2,3,4,14 29:2
42:4 53:8 62:5,5 63:13
64:6,8,11 66:18 71:6
72:1,5,11 78:6
**timely** 19:17
**times** 8:3,16 9:4 35:15
35:17 73:1
**today** 7:12 11:11 38:4
40:14 67:3 71:25
75:16
**told** 39:14 52:7 54:14,18
54:25 69:7
**top** 23:16 51:2 55:5
56:21
**topic** 10:8,22 11:10 12:4
12:4,9,17 79:19
**topics** 6:24 7:4 11:9
**tracking** 10:1
**trademark** 4:24,24 5:5,6
29:22 30:2,4,12,22,23
31:9,11 34:4,17,18
35:2 51:4,7,19
**trademarks** 31:23
**transcript** 5:24 82:12
83:8,12
**transcripts** 81:2
**trouble** 79:6
**true** 8:3,23 9:8,11 17:10

21:9 28:2,15,25 29:5,8
82:15
**TST** 8:17 9:5 30:23 60:4
60:6,8,9 61:21 68:1
75:21,23
**TST's** 61:25 64:22
**Tuesday** 1:19
**turn** 12:8,15,17 16:1
18:12,21 22:3 23:8
25:22 26:23 30:21
32:20 33:1,19 41:14
42:13 61:7
**turning** 25:24
**two** 23:15 27:6,9 42:9
46:12 63:7 66:7
**type** 29:5 38:22 57:19
**types** 60:22
**Typically** 64:15

## U

**Uh-huh** 74:13
**understand** 24:4 31:22
**understanding** 31:13
38:1 40:2,9,11 48:23
60:13,19 61:24 62:13
62:15 65:5 79:7 80:2
**United** 1:1,14 4:23 6:9
6:20 7:8,10 8:6,18 9:5
13:23 15:23 16:4,19
17:5,9,24 19:14,19
20:3 21:18 22:6,20
26:11,25 27:14,17
28:2,8,17,23 29:3,8,13
29:17,23 30:7,12,25
31:5,8,18 32:1,4 34:10
34:17,20,23 35:10
36:2,8,19 37:2,4,15,20
37:24 38:3,6,14,17
39:9,11,15,18 51:3,24
55:9,15,24 56:25 58:3
61:8,22 62:2 72:3
75:19,22 76:21 77:6
78:19 79:3,20 80:8
**universe** 12:22 43:10
44:20
**unjustly** 48:14
**unquote** 50:18
**unused** 5:25
**update** 59:15
**updated** 59:12
**URL** 65:15
**use** 15:8 35:2 38:22 51:9
51:14,22 57:12 62:12
68:23 73:7,13,23
**uses** 10:19 30:14,15
**usually** 64:24,25
**utilize** 74:23

## V

**vague** 61:16
**verbatim** 49:25
**Virginia** 2:3
**voice** 32:1
**voices** 59:21 63:1
**Volume** 1:10
**voting** 62:1,6
**vs** 1:8 82:10

## W

**Wait** 70:20
**want** 31:21 53:23 58:17
59:5,5 60:1 61:7 63:5
80:21
**wanted** 65:25 68:1 69:20
69:22 78:4
**wasn't** 50:22 65:23 66:2
72:10 73:20 79:1
**watched** 35:13,14
**way** 45:2 60:7 61:22
79:11
**ways** 66:5
**We'll** 46:2,3 70:11
**we're** 25:23 32:6 81:4,5
**we've** 23:8 57:12 67:14
67:14 73:17
**web** 5:7,8,9,11,13,14
41:11,21 42:5,24 43:2
44:2 47:1 50:8,9,17
51:19 52:2 53:25
56:24 57:3,6 65:3,7,9
66:16 68:21 69:22,24
70:10,12 71:1 73:18
74:5 75:13
**week** 64:24
**went** 11:17
**weren't** 53:8 65:11
**whereof** 83:19
**willfully** 48:14
**willing** 48:14 56:13
69:23
**wisdom** 44:21 49:21
**witness** 6:3,7 25:7,19
46:14 68:4 80:25 81:2
82:8 83:19
**WJ** 2:2
**word** 30:23 49:22 51:8
**wording** 16:12 49:14
**words** 17:16,19 68:23
**work** 65:25
**working** 11:19 65:6 70:1
**world** 44:19 48:23
**WRIGHT** 3:10
**written** 39:5,7 49:22
76:21 77:4
**wrong** 53:9
**wrote** 50:15
**www.depo.com** 1:24
**www.thesatanictempl...**
41:12 44:3 50:11
70:14,25

## X

**x** 1:4 2:7 4:1,11 5:1

## Y

**y'all** 59:18
**yeah** 7:9,19 9:8 10:5
12:16,16 25:4,5 35:15
45:21 46:24,25 54:8
62:8 68:24 74:10
78:17 80:22 81:4
**year** 18:22 21:9 33:2,3,6
33:16
**yesterday** 67:6,12

## Z

## 0

## 1

**1** 1:11 5:12 18:21 25:22
25:24 41:7 42:19,25
47:12,15 51:9,16
**1:01** 1:20 81:8
**10** 4:16 7:21,23 8:3,14
16:1,3,7,24 17:8,14,22
17:23 23:21 24:9,10
27:20 33:22 34:2,9
35:7 81:9
**100-percent** 13:20
**11** 4:17 18:2,2,13,21
19:2 32:7,9 81:9
**11:20** 1:20
**12** 4:17,18,18 18:6 19:6
19:10,23,23 20:8,22
21:9,12,17 33:1,3 81:9
**1202** 3:5
**13** 4:19 12:8,9,17 22:3,5
22:19 33:9,10 51:20
81:9
**14** 4:20 23:8,9 24:1,8
25:23 81:9
**1400** 3:12
**1430F96** 83:5
**15** 4:21 5:15 26:23,24
27:21 33:13 44:4 70:5
70:6,12,24 71:1 73:14
81:10
**156** 76:3
**156C** 26:3 76:10
**16** 4:16,22 28:7,7,7,21
29:2 33:16 47:4 66:8
81:10
**17** 14:16 15:1
**18** 4:17
**18-00621-PHX-DGC** 1:3
**1850** 3:12
**19** 4:18

## 2

**2** 16:23 21:22 24:8 47:21
83:25
**20** 82:20
**2006** 4:17,18
**2013** 5:15 44:4 47:4,19
48:10 51:10,16,20
65:19,20 70:7,13,24
71:1 73:14
**2014** 15:25 23:18,23
38:5
**2015** 5:9 18:22 33:2,22
34:2,9 37:2 41:22 54:1
**2016** 5:12 9:14,15,18,22
10:12,12,25 11:4,6,7
11:16,18 12:6,6,11,11
12:19,19,21,24 13:1,5
13:18 14:4,9,14,19
15:2,14 18:6 19:10
21:9 33:3 35:25 36:6
36:13,17,17 37:25
40:8,17 41:7 42:19,25
50:2,3 52:19,22 53:4

66:8,14,16,21,24 73:7
73:21 74:2,7,14,21
75:5 76:4,10 77:14,16
77:21
**2017** 4:19 22:7 33:6
**2018** 5:5,6 23:14,25 24:5
24:20
**2019** 1:19 4:22 28:22
30:3 33:16 37:3 83:20
**2021** 83:25
**21** 23:14
**21st** 24:19
**22** 4:19
**23** 4:20,23 29:24 30:1,2
31:24
**24** 1:19 5:5,9 30:3,21
31:2,10,24 41:22 54:1
**25** 5:6 30:22 31:4,10,24
33:19,20 34:14,19
51:8,12,13 71:18 72:6
72:12,16,18,19
**26th** 83:20
**27** 4:21 5:7 43:25 44:2
50:2,6,25 51:18 52:9
52:24 54:16 55:2
67:10,22 68:22,22
81:10
**28** 4:22 5:8 45:15,18,20
46:1,3,10 48:3,20 49:4
49:13,24 53:5,10
54:17 55:3 69:1,8 70:3
75:9 81:10
**288-3376** 1:24
**29** 4:25

## 3

**3** 4:19 7:21 8:13,13 12:4
17:13,13 21:12 22:7
48:5 49:15
**30** 5:5,5,6 80:24
**30(b)(6)** 1:14 4:15 6:19
25:1 30:17
**31** 5:6
**34** 41:16
**359** 1:18
**37** 5:9 41:14,18,21 53:21
53:25 81:10

## 4

**4** 23:18,23 48:12
**40** 5:11 42:13,14
**41** 5:10
**42** 5:12,13 56:14,19
57:16 58:7 81:10
**43** 5:7
**45** 5:8
**46** 70:21
**47** 5:14 70:12,21,23 73:3
73:8,15,23 74:24
81:10
**479.431.6112** 3:7

## 5

**5** 10:8,22 11:10 20:13
27:3 48:22
**56** 5:13
**59** 4:6

**30(b)(6): Douglas Misicko**
**September 24, 2019**

**Atkinson-Baker, Inc.**
**www.depo.com**

---

**6**

**6** 4:5,15 10:12 12:6,11
      12:19 14:4,14,19 15:2
      15:14 16:13,14 20:10
      27:6 32:10 46:5,6,9,10
      49:6 57:15 58:7
**602.285.5000** 3:14
**68** 4:7
**6th** 14:7

---

**7**

**7** 4:15 6:17,19,24 7:1,5
      10:2,6,8,15,23 11:10
      12:2,9,12,15 32:21
      81:9
**70** 5:15
**72712** 3:6
**79** 4:8

---

**8**

**8** 9:14,15,22 10:12,25
      11:4,5 12:5,11,19,21
      12:24 13:5,17 35:25
      36:6,13,16,17 37:25
      40:8,16 50:1,3 52:19
      52:22 53:3 66:8,14
      73:7,21 74:11,14,21
      75:5 76:4,10 77:14,20
**80** 4:9
**800** 1:24
**83** 1:11
**85004-4568** 3:13
**8th** 11:15,17 13:8 74:17
      77:15

---

**9**

**9** 49:23

---

**30(b)(6): Douglas Misicko**
**September 24, 2019**

# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| UNITED FEDERATION OF CHURCHES LLC<br>d/b/a THE SATANIC TEMPLE,<br><br>                Plaintiff,<br><br>  -against-<br><br>NETFLIX, INC. and<br>WARNER BROS. ENTERTAINMENT INC.,<br><br>                Defendants. | Index No. 1:18-cv-10372<br><br>**COMPLAINT AND JURY<br>DEMAND** |

---

Plaintiff, United Federation of Churches LLC d/b/a The Satanic Temple ("Plaintiff" or "TST"), by its attorneys, D'Agostino, Levine, Landesman & Lederman, LLP, for its complaint (the "Complaint") against defendant, Netflix, Inc. ("Netflix"), and defendant, Warner Bros. Entertainment Inc. ("Warner Bros."), alleges as follows:

## NATURE OF THE ACTION

1.    This is an action for copyright infringement, false designation of original, false description; and forbidden dilution under trademark dilution under 15 USC § 1125, and Injury to Business reputation dilution under New York General Business Law § 360-l, all arising out of Warner Bros.'s production and Netflix's distribution of the original Netflix television series known as the *Chilling Adventures of Sabrina* (the "Sabrina Series"), and advertisements thereof, which prominently feature, benefit from and defame TST's unique original expression (the "TST Baphomet with Children") of the historic Baphomet, an androgynous goat-headed deity. Copies of images of the TST Baphomet with Children in its original plater cast form and current bronze casted form are annexed as Exhibits A-1 through A-4 and Exhibit B.

1

2.      This case presents, among other things, a textbook example of the hornbook explanation of copyright protection that copyright law protects unique expressions, but not the ideas themselves.  What makes this case particularly striking and significant is that it arises in the context of Defendants who are highly sophisticated media production and distribution companies which blatantly misappropriated Plaintiff's unique expression of an idea even though they have a long history of vigorously protecting their own intellectual property.  For example, one of the leading Second Circuit Court of Appeals dealing with copyright protection is *Warner Bros, Inc. v. Gay Toys, Inc.*, 724. F.2d 327 (1983)(involving among other things, Warner Bros.'s objections to "General Lee" symbols on toy cars and the Dukes of Hazard movie).  Copies of side by side images of the TST Baphomet with Children and a Netflix scene featuring its copy thereof are annexed as Exhibit C.  Copies of screenshots of promotions for the Sabrina Series from YouTube and its Instagram account are annexed as Exhibits D-1 and D-2.  Exhibit D-1 is a screenshot from the official trailer of the Sabrina Series entitled "Chilling Adventures of Sabrina | Featurette: Inside the World of Sabrina Spellman [HD] | Netflix.  See https://www.youtube.com/watch?v=DLMULlJA0Us.

3.      As explained more fully below, Baphomet is a historical deity which has a complex history, having been associated with accusations of devil worship against the Knight Templar. Baphomet historically involved a goat's head (sometimes known as the "Sabbatic Goat") on a female body associated with Lilith, a figure from Jewish mysticism sometimes considered a goddess of the night.  The classic visual representation of idea of Baphomet is an image created in or about 1856 by an occult historian Eliphas Levi (the "1856 Baphomet"), which is notable for its use of a seated figure, with exposed large voluptuous female breasts, androgynous arms, a seeming

2

male lower body and a Sabbatic Goat's head. *Id.* A copy of the historic Levi drawing of Baphomet is annexed as Exhibit E.

4.     TST's original expression of Baphomet, i.e., the TST Baphomet with Children, consists of several modifications from the historic expressions of the deity.  Those original modifications are: (1) the placement of human children on either side, forming a triangle where (a) the children are male and female, respectively; (b) the children are a young male of African descent and young girl of Anglo-Saxon descent, respectively; (c) the human children are wearing particular clothes, with the girl wearing knee length sleeveless dress with a prominent high waisted sash, and the boy wearing a sports coat, (d) the girl has straight shoulder length hair with exposed ears and the boy has close cropped hair establishing African ancestry, and (2) use of an exposed male chest, instead of exposed large voluptuous female breasts.  Importantly, these original expressions are misappropriated through use of an obvious copy which is featured prominently throughout the Sabrina Series and the central focal point of the school in the Sabrina Series which represents evil antagonists.

5.     The Sabrina Series depicts the evil antagonists in conformity to the "Satanic Panic" conspiracy theories from the 1980s. See, generally, *Wikipedia* "Satanic ritual abuse" (available at https://en.wikipedia.org/wiki/Satanic_ritual_abuse) (last visited November 7, 2018).

6.     The Sabrina Series' evil antagonists stand in stark contrast to TST's tenets and beliefs.  See "Tenets," at ¶21, below.  By misappropriating TST Baphomet with Children (which is a registered copyright and famous mark of TST) to publish this false and defamatory depiction of TST, Defendants have engaged in three classes of wrong: copyright infringement (Claim 1), trademark violation (Claim 2), and injury to business reputation (Claim 3).

## JURISDICTION AND VENUE

7.      This action arises under the Copyright Act of 1976 (the "Copyright Act"), 17 U.S.C. §§ 101 *et seq.*, and concerns rights in an original work of authorship over which this Court has original and exclusive subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a), as well as the Lanham Act, 11 U.S.C. § 1125, and also pendent and ancillary claims for Injury to Business Reputation under New York's General Business Law § 360-l.

8.      The Court has personal jurisdiction under New York's CPLR § 311 over Netflix because it is a foreign corporation registered to do business in the state of New York, and also because it maintains offices at 245 West 17th Street, New York, NY.

9.      The Court has personal jurisdiction under New York's CPLR § 311 over Warner Bros. because it is a foreign corporation registered to do business in the state of New York, and also because it maintains offices at 1325 Avenue of the Americas, New York, NY.

10.     Venue is proper in this district pursuant to 28 U.S.C. § 1400(a).

11.     Prior to commencing this lawsuit, TST complied with all legal prerequisites.  TST registered the TST Baphomet with Children with the United States Copyright Office and been granted registrations VA 2-116-092 and VA 0002124601.

## THE PARTIES

12.     Plaintiff TST is a Massachusetts limited liability company, with its principal place of business located at 64 Bridge Street, Salem, Massachusetts 01970.

13.     Upon information and belief, Warner Bros. is, among other things, a production company of motion pictures and television series.

14.     Warner Bros. is the producer of the Sabrina Series.

4

15.     Upon information and belief, Netflix is, among other things, an internet distributor of television series.

16.     Netflix is the internet distributor of the Sabrina Series.

## FACTUAL ALLEGATIONS

### A.  Historic Background of Baphomet

17.     As indicated above, Baphomet is a goat-headed, angel-winged, hermaphroditic (having both male and female features) deity of antiquity.  Baphomet represents a conciliation of opposites.  Baphomet is neither human nor beast, neither male nor female, neither angelic nor demonic.   Simultaneously, Baphomet is all of these.  Baphomet historically was believed to have a Sabbatic Goat's head placed on the body of Lilith, a figure from Jewish mysticism sometimes considered the goddess of the night.  Baphomet was first rendered to modern form (See Exhibit E) by Eliphas Levi, an occult historian, in 1856.  See *Dogme et Rituel de la Haute Magie* ("Dogma and Rituals of High Magic.")   The Knights Templar were falsely accused of worshipping Baphomet and that subsequently became incorporated into various occult and mystical tradition.  See, generally, *Wikipedia* "Baphomet" (available at https://en.wikipedia.org/wiki/Baphomet) (last visited November 7, 2018).  The 1856 Baphomet is notable for its use of exposed large voluptuous female breasts, androgynous arms, and a seeming male lower body.

### B.  The Satanic Temple

18.     TST is an organization founded and designed to encourage benevolence and empathy among people rejecting tyrannical authority, advocating practical and common-sense justice, and undertaking noble pursuits guided by individual will.  Foundational to TST's belief structure is protection of an individual's right to make informed choices of their own free will.

19.     TST does not promote evil and instead holds to the basic principle that undue suffering is bad, and that which reduces suffering is good.

20.     Satan, for TST, is a literary figure symbolic of the eternal rebel in opposition, rather than the personalization of evil.  To TST, "Satan" is the literary Satan, meant to be a rebel against God's authority, rather than an evil being, best exemplified by Milton and the Romantic Satanists, from Blake to Shelley to Antole France.

21.     TST believes in the pursuit of knowledge and freedom of will, based upon the following seven (7) tenets.

 (a) One should strive to act with compassion and empathy towards all creatures in accordance with reason.

 (b) The struggle for justice is an ongoing and necessary pursuit that should prevail over laws and institutions.

 (c) One's body is inviolable, subject to one's own will alone.

 (d) The freedoms of others should be respected including the freedom to offend.  To willfully and unjustly encroach upon the freedoms of another is to forgo one's own.

 (e) Beliefs should conform to one's best scientific understanding of the world.

 (f) People are fallible.  If one makes a mistake, one should do one's best to rectify it and resolve any harm that might have been caused.

 (g) Every tenet is a guiding principal designed to inspire nobility in action and thought.  The spirit of compassion, wisdom and justice should always prevail over the written or spoken word.

22.     TST is politically aware and has, among other things, opposed The Westboro Baptist Church, advocated on behalf of children in public schools to abolish corporal punishment, and has applied for equal representation where religious monuments are place on public property.

23.     In connection with its mission, TST believes that the First Amendment of the Constitution of the United States mandates that the United States Government treat all religions equally.

24.     TST's Baphomet with Children was designed so that after a statue of the Ten Commandments was donated to Oklahoma City by State Representative Mike Reitze, TST could donate its own unique expression of Baphomet.

**C.  The Creation of the TST Baphomet with Children**

25.     In or around 2013/2014, TST's members and managers designed and commissioned, at substantial cost and with great effort and attention to detail, the TST Baphomet with Children.

26.     Members and managers of TST initially created a sketch (the "Initial Sketch"), showing a figure somewhat similar to the 1856 Baphomet, but which was configured in a triangular arrangement, with a young girl of apparent Anglo-Saxon descent on the left facing Baphomet and a young boy of apparent African descent on the right facing Baphomet.  The idea was to have the children looking reverentially at Baphomet.   A copy of the initial sketch is attached as Exhibit F.

27.     The TST Baphomet with Children was designed to be an answer to religious display on public property and as an assertion of pluralism and equal status in an environment of religious freedom, all key tenets of TST.  See also ¶ 21(b), (d).

28.     Each element of the TST Baphomet with Children was carefully and specifically developed from the initial sketch with an artist, commissioned on a work-for-hire basis.  Among

other things, numerous child models were considered to find a specific expression of bi-racial childlike innocence by children of different races, looking up in reverence at Baphomet. An affirmative decision was made to put the young boy of African descent into a sports jacket instead of the tee-shirt in the initial sketch and to put the young girl in a sleeveless knee length dress with a high waist sash, rather than the dress with covered shoulders and leggings in the original sketch Additionally, Baphomet's arms, which were originally angled down similar to the 1856 Baphomet, were raised to be a straight and rigid right angles, with prominent muscular biceps. In the 1856 Baphomet, Baphomet's eyes are intense and seem to imply evil; in TST Baphomet with Children, Baphomet's eyes are softened to imply wisdom.

29.    TST spent countless number of hours and approximately $100,000 to develop the actual statue which is the now-famous TST Baphomet with Children.

**D. Extensive publicity which has made the TST Baphomet with Children a famous symbol of TST**

30.    The public release of the TST Baphomet with Children has been subject to extensive world-wide publicity and media coverage which has made it a famous symbol of TST.

31.    Publicity surrounding the release of the initial drawing, the original plaster cast and the final bronze version, include articles in Time Magazine and The New York Time, as well as pieces on CBS, Fox News, the Colbert Show and Lisa Ling's This is Life on CNN, among others, as follows:

- January 6, 2014
  CBS News and Time Magazine display initial sketch
  https://www.cbsnews.com/news/group-unveils-plans-for-satan-statue-at-okla-capitol/

  http://nation.time.com/2014/01/07/satanists-unveil-statue-for-oklahoma-capitol/

- May 1, 2014
  TST releases the first images of the plaster Baphomet still under construction in a piece for Vice Magazine

https://www.vice.com/en_us/article/xd5gjd/heres-the-first-look-at-the-new-satanic-monument-being-built-for-oklahomas-statehouse

■  May 6, 2014
Colbert Report
http://www.cc.com/video-clips/zekn1k/the-colbert-report-satanic-monument-for-the-oklahoma-state-house

https://www.huffingtonpost.com/2014/05/07/stephen-colbert-war-on-religion-america_n_5282574.html

■  July 10, 2015
NY Times publishes image of plaster Baphomet (not the first to do so, but a major outlet)
https://www.nytimes.com/2015/07/11/us/a-mischievious-thorn-in-the-side-of-conservative-christianity.html?login=email&auth=login-email

■  July 2015
Fox News Video on Detroit unveiling of bronze statue
https://www.dailymotion.com/video/x30r201

■  Sept 6, 2015
RT displays plaster Baphomet
https://www.rt.com/usa/314775-arkansas-capitol-satanic-temple/

■  November 30, 2015
Lisa Ling, This is Life on CNN (during prime time on Sundays)
https://www.cnn.com/videos/tv/2015/11/30/satanic-temple-lisa-ling-orig.cnn

■  November 13, 2015
Raw Story - Plaster Baphomet
https://www.rawstory.com/2015/11/christians-unwittingly-allowed-satanists-to-ambush-missouris-anti-abortion-laws-heres-how/

■  August 17, 2016
Arkansas Times - Plaster Baphomet
https://www.arktimes.com/arkansas/the-devil-is-in-the-details-at-the-arkansas-state-capitol/Content?oid=4538981

■  November 2, 2016
Boston College student paper - Bronze Baphomet
http://bcheights.com/2016/11/02/reassessing-world-satanic-temple/

■  January 25, 2017
Arkansas Times - Plaster Baphomet

https://www.arktimes.com/ArkansasBlog/archives/2017/01/25/site-plan-approved-for-satanic-temple-monument-public-comment-legislative-approval-hurdles-yet-to-be-cleared

■  May 2017
Heavy - Plaster Baphomet
Heavyhttps://heavy.com/news/2017/05/satanic-temple-monument-statue-salem-tenents-baphomet-abortion/

■  June 28, 2017
Haute Macabre - Bronze Baphomet
http://hautemacabre.com/2017/06/never-let-your-activism-be-artless-an-interview-with-lucien-greaves-of-the-satanic-temple/

32.    A YouTube video shows the TST Baphomet with Children as a unique work of art.

(See https://www.youtube.com/watch?v=NrnW6-pjQa0).

33.    In 2015, coinciding with announcement of TST's intention to donate the TST Baphomet with Children to Oklahoma to be placed alongside the Ten Commandments, the Oklahoma Supreme Court overturned the statutory framework which permitted the Oklahoma Ten Commandments monument.  See *Prescott v. Okla. Capitol Pres. Comm'n*, 2015 OK 54, 373 P.3d 1032.

34.    Following that, TST Baphomet with Children was repurposed to be paired with a then-proposed Ten Commandments monument in Arkansas.  Litigation in Arkansas is ongoing. See Cave v. Martin, (4:18-cv-00342) (E.D. Ark.).

35.    TST's website, at all relevant times, explained that TST's Baphomet with Children was a unique expression, noting that TST Baphomet with Children has a "male chest" and picturing Baphomet with two children, a small boy and small girl, looking up at the Sabbatical Goat head of the statute.  TST's website further explains that the TST Baphomet with Children is on display in an art gallery and is being offered to other states where a religious statute appears on publicly-owned land.   TST's website explains the relationship of the TST Baphomet with Children to the

10

First Amendment mission of TST to ensure that government treats all religions equally. A copy of the Baphomet page of TST's website is attached as Exhibit G.

36. Partly due to the extensive broadcasted depictions of TST Baphomet with Children, both bronze-cast and plaster-cast, as well as the efforts of TST to publicize its mission in connection with the TST Baphomet with Children, this statue has become a famous mark which is inextricably linked with TST.

**E. The Sabrina Series**

37. The Sabrina Series is a fictional television series based upon issues of magic and mischief colliding as a half-human, half-witch teenager named Sabrina navigates between two worlds: mortal teen life and her family legacy, the Church of the Night.

38. This series was produced by Warner Bros. and distributed by Netflix. The Sabrina Series was released to the public on October 26, 2018.

39. Shortly prior to airing, featurettes and advertisements were circulated on public media, such as YouTube and Instagram. Upon information and belief, these advertisements included the misappropriated TST Baphomet with Children, such as the image on Exhibits D-1 and D-2.

40. Defendants misappropriated the TST Baphomet Children in ways implying that the monument stands for evil. Among other morally repugnant actions, the Sabrina Series' evil antagonists engage in cannibalism and forced-worship of a patriarchal deity.

41. The TST Baphomet with Children appears in at least 4 of the 10 episodes of the Sabrina Series, and numerous scenes.

42. Defendants feature the TST Baphomet with Children as a central figure for the antagonists. In Episode 2 of the Sabrina Series, TST Baphomet with Children is unveiled as a

11

foreboding figure and the focal point of the Witches Academy. In the final scene of the series at the end of Episode 10, the main character walks in front of TST Baphomet with Children, rendering it a key element of the season finale.

43. Comparison of the parties' statues, as show in Exhibit C, demonstrates that the unique elements of TST's expression of the idea of Baphomet, and particularly the use of a male chest rather than voluptuous large female breasts, and the configuration with a small boy and small girl looking at the Sabbatic Goat head of the statue, were unquestionably copied by Defendants. The similarities are no coincidence. Also, compare Exhibit A-1 with Exhibit D-1.

44. By notice dated October 26, 2018, Defendants were notified of copyright violations inherent in Netflix's use of the TST Baphomet with Children. Defendants have not responded.

45. Defendants brazenly ignored TST's demands, thereby forcing TST to file suit to protect its intellectual property rights.

46. Defendants' unauthorized reproduction and distribution of the Sabrina Series and advertising thereof has harmed and, if not permanently enjoined, will continue to harm the commercial value of TST's copyrighted work and the rights of ownership and control which TST enjoys in the TST Baphomet with Children.

47. TST seeks, among other things, a permanent injunction barring Defendants from reproducing and distributing the Sabrina Series utilizing images of the TST Baphomet with Children, and TST submits that absent the relief requested herein, Defendants will continue to willfully infringe TST's copyright, trademark and common law rights.

**F. Defendants' cavalier disregard to TST's property rights**

48. TST's objection to the Sabrina Series' blatant misappropriation of the TST Baphomet with Children was, among other places, reported in VICE, a news media organization,

12

on October 29, 2018.  See https://broadly.vice.com/en_us/article/zm9pe3/satanic-temple-claims-netflixs-sabrina-illegally-copied-baphomet-statue (Last visited November 7, 2018).  There, Lisa Soper (the production designer for the Sabrina Series) spoke about the statue and falsely stated, "I think that's kind of a coincidence."  Going further, "When you look at Baphomet, there's really only a couple of statues of him—which, they have their statue, and we've got our statue in the show."  "If you look at Goya paintings, if you look at a lot of the tarot cards, or the Alistair Crawley iterations of him—because there's hundreds and hundreds of iterations of him, he's always seen with his people around him and it's more of like a father figure kind of thing. So depicting his children with him, that kind of stuff, and those kinds of elements are all kind of the same." Soper further said: "But it's no different from, in my opinion anyhow... from any other of the mass amounts of iterations of him that have been around."

49.     The above is demonstrably false. Upon information and belief, Baphomet has never been depicted with two children gazing reverentially at the Sabbatic Goat head.  Likewise, upon information and belief, Baphomet, prior to TST's Baphomet with Children depictions generally include large exposed large voluptuous female breasts, not a male chest.  The female breasts are a central feature of the traditional depiction of Baphomet, the *hermaphroditic* deity.

50.     Ms. Soper's statement is a bold lie.  That lie was designed to further damage TST and promote the Sabrina Series at the expense of TST and its business reputation.

## FIRST CLAIM FOR RELIEF
### (Copyright Infringement)

51.     Plaintiff repeats and realleges each and every allegation contained in paragraphs 1 through 50 above as if fully set forth herein.

52.     The TST Baphomet with Children is an original work of authorship and is copyrightable under the laws of the United States.

13

53.     TST is the holder of US Copyright registrations VA 2-116-0092 and VA 002124601 for the TST Baphomet with Children.

54.     The TST Baphomet with Children is the, "most politically charged sculpture of our time." See Exhibit G. See also https://salemartgallery.com/baphomet/.   This puts the public, specifically Defendants, on reasonable notice of intellectual property issues and that the TST Baphomet with Children is a unique work of art that should not be misappropriated as a symbol of evil.

55.     Plaintiff has not assigned, licensed, or otherwise transferred any of its exclusive rights to Defendants or made them available for public use.

56.     Defendants are unlawfully reproducing, distributing, and selling copies of the Sabrina Series, including advertisements thereof which include unauthorized use of the TST Baphomet with Children, without authorization.   This violates Plaintiff's exclusive intellectual property rights.

57.     Defendants are aware that they do not have permission to reproduce, distribute, or sell copies of television series featuring of the TST Baphomet with Children.

58.     By failing or refusing to take down the misappropriated imagery, Defendants are willfully infringing upon Plaintiff's copyright.

59.      Based upon the foregoing, Plaintiff is entitled to a judgment against Defendants in an amount to be determined at trial, but believed to be no less than $50,000,000.00, together with injunctive relief.

## SECOND CLAIM FOR RELIEF
### (False designation of original, false description;
### and forbidden dilution under trademark dilution under 15 USC 1125)

60.     Plaintiff repeats and realleges each and every allegation contained in paragraphs 1 through 59 above as if fully set forth herein

61.     The TST Baphomet with Children is a symbol of TST.

62.     The TST Baphomet with Children is a famous mark, within the meaning of 15 USC § 1125 (c).

63.     Defendants have used the TST Baphomet with Children in ways that falsely designate its origin and are misleading and false to the extent that the Sabrina Series indicates, impliedly and expressly, that the TST Baphomet with Children is a symbol of evil, associated with forced-devil worship, cannibalism, and murder.

64.     Among other things, TST designed and commissioned the TST Baphomet with Children to be a central part of its efforts to promote First Amendment values of separation of church and state and equal protection.  Defendants' prominent use of this symbol as the central focal point of the school associated with evil, cannibalism and murder blurs and tarnishes the TST Baphomet with Children as a mark of TST.

65.     Defendants have used the TST Baphomet with Children in ways that causes caution by blurring or diluting by tarnishment as a symbol of TST.

66.     Defendants' use of the TST Baphomet with Children has injured and continues to injure Plaintiff.

67.     Based upon the foregoing, Plaintiff is entitled to a judgment against Defendants in an amount to be determined at trial, but believed to be no less than $50,000,000.00, together with injunctive relief.

15

## THIRD CLAIM FOR RELIEF
### (Injury to Business reputation dilution under New York General Business Law § 360-l)

68.    Plaintiff repeats and realleges each and every allegation contained in paragraphs 1 through 67 above as if fully set forth herein.

69.    Defendants have used images of the TST Baphomet with Children in a way that injures the business reputation of TST and dilutes the distinctive quality of the TST Baphomet with Children as a mark of TST in violation of New York's General Business Law Section 360-l.

70.    Among other things, TST designed and commissioned the TST Baphomet with Children to be a central part of its efforts to promote First Amendment values of separation of church and state. Defendants' prominent use of it as the central focal point of the school associated with evil, cannibalism and possibly murder is injurious to TST's business.

71.    Defendants' use of the TST Baphomet with Children has injured and continues to injure Plaintiff.

72.    Based upon the foregoing, Plaintiff is entitled to a judgment against Defendants in an amount to be determined at trial, but believed to be no less than $50,000,000.00, together with injunctive relief.

## DEMAND FOR RELIEF

**WHEREFORE**, Plaintiff demands the following relief:

(a)     An order declaring that Defendants are liable for infringement of TST's copyright in and to the TST Baphomet with Children;

(b)     An order declaring that Defendants have willfully infringed Plaintiff's copyright in and to the TST Baphomet with Children;

(c)     An order pursuant to 17 U.S.C. § 504, awarding Plaintiff monetary damages for copyright infringement, in an amount to be established at trial but believed to exceed $50,000,000.00 consisting of: (i) actual damages, in an amount to be determined at trial, along with disgorgement of all of Netflix's profits attributable to sales of the Sabina Series; or, (ii) in the alternative, statutory damages, in an amount to be determined at trial, arising from Defendants' willful copyright infringement;

(d)     An order enjoining Defendants from any future reproduction or distribution of the Sabrina Series with the TST Baphomet with Children and requiring Defendants to digitally remove the TST Baphomet with Children from all future distributions of the Sabrina Series and to cease and desist all marketing of the Sabrina Series which uses the images of the TST Baphomet with Children and to deliver the TST Baphomet with Children to the Plaintiff;

(e)     An order pursuant to 17 U.S.C. § 505, awarding Plaintiff the recovery of attorneys' fees, interest and costs;

(f)     An order declaring that Defendants are liable for false designation of original, false description and forbidden dilution under trademark dilution under 15 USC § 1125;

(g)     An order pursuant to 15 U.S.C. 1125, awarding Plaintiff monetary damages in an amount to be established at trial but believed to exceed $50,000,000.00 and an injunction for false designation of original, false description and forbidden dilution under trademark dilution;

(h)     An order pursuant to New York General Business Law § 360-l declaring that Defendants are liable for injury to business reputation and dilution of a mark;

(i)     An order pursuant to New York General Business Law § 360-l, awarding Plaintiff monetary damages in an amount to be established at trial but believed to exceed $50,000,000.00 and an injunction for liable for injury to business reputation and dilution of a mark;

(j)     Reimbursement of attorneys' fees, costs and disbursements.

(k)     Such other and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, the Plaintiff demands trial by jury in this action of all issues so triable.

Dated:  November 8, 2018

D'Agostino, Levine, Landesman & Lederman, LLP

By: _____ /s/ _____
Bruce H. Lederman, Esq.
*Attorneys for the Plaintiff*
345 Seventh Ave., 23rd Floor
New York, New York 10001
Tel: (212) 564-9800
Fax: (212) 564-9802

18

# EXHIBIT E



**D**

# The Commonwealth of Massachusetts
### William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Room 1717, Boston, Massachusetts 02108-1512

## Limited Liability Company
## Certificate of Organization
(General Laws Chapter 156C, Section 12)

# FILED

FEB   4 2014

SECRETARY OF THE COMMONWEALTH
CORPORATIONS DIVISION

Federal Identification No.: _____

(1)  The exact name of the limited liability company:

United Federation of Churches, LLC

(2)  The street address of the office in the commonwealth at which its records will be maintained:
519 Somerville Ave. #288, Somerville, MA 02143

(3)  The general character of the business:
Educational activities and all other lawful purposes.

(4)  Latest date of dissolution, if specified: _____

(5)  The name and street address, of the resident agent in the commonwealth:

NAME
Douglas Misicko

ADDRESS
519 Somerville Ave. #288
Somerville, MA 02143

(6)  The name and business address, if different from office location, of each manager, if any:

NAME
Douglas Misicko

ADDRESS

(7) The name and business address, if different from office location, of each person in addition to manager(s) authorized to execute documents filed with the Corporations Division, and at least one person shall be named if there are no managers:

NAME                                          ADDRESS

(8) The name and business address, if different from office location, of each person authorized to execute, acknowledge, deliver and record any recordable instrument purporting to affect an interest in real property recorded with a registry of deeds or district office of the land court:

NAME                                          ADDRESS

(9) Additional matters:

Signed by *(by at least one authorized signatory):* _____

Consent of resident agent:

I   Douglas Misicko
    _____ ,
resident agent of the above limited liability company, consent to my appointment as resident agent pursuant to G.L. c 156C § 12*

# COMMONWEALTH OF MASSACHUSETTS

#2927

**William Francis Galvin**
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

## Limited Liability Company Certificate
### (General Laws Chapter 156C, Section 12)

I hereby certify that upon examination of this limited liability company certificate, duly submitted to me, it appears that the provisions of the General Laws relative thereto have been complied with, and I hereby approve said application; and the filing fee in the amount of $500.00 having been paid, said application is deemed to have been filed with me this 4th day of February , 20 14 , at _____ a.m./p.m.
time

1215408

Effective date:_____

WILLIAM FRANCIS GALVIN
*Secretary of the Commonwealth*

Filing fee: $500

## TO BE FILLED IN BY LIMITED LIABILITY COMPANY
Contact Information:

Douglas Misicko

519 Somerville Ave. #288

Somerville, MA 02143

Telephone: _____

Email: doug@process.org

Upon filing, a copy of this filing will be available at www.sec.state.ma.us/cor.
If the document is rejected, a copy of the rejection sheet and rejected document will be available in the rejected queue.

# EXHIBIT F



**EXHIBIT**
12
9.24.19

**D**

2016 17967

## The Commonwealth of Massachusetts
### William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Room 1717, Boston, Massachusetts 02108-1512

### Limited Liability Company Annual Report
(General Laws Chapter 156C, Section 12)

FILED

SEP 12 2016

SECRETARY OF THE COMMONWEALTH
CORPORATIONS DIVISION

Identification Number: ~~1215408~~   00 1127600

Year: _____ 2016 _____

(1a) The exact name of the limited liability company:

UNITED FEDERATION OF CHURCHES LLC

(1b) The exact name of the limited liability company as amended:

_____

(2a) Location of its principal office:

519 SOMERVILLE AVE #288      SOMERVILLE, MA   02135

(2b) The street address of the office in the commonwealth at which its records will be maintained:

519 SOMERVILLE AVE #288
SOMERVILLE, MA   02135

(3) The general character of the business:

EDUCATIONAL ACTIVITIES AND ALL OTHER LAWFUL PURPOSES

(4) Latest date of dissolution, if specified: _____

(5) The name and street address of the resident agent in the commonwealth:

DOUGLAS MISICKO
519 SOMERVILLE AVE. #288
SOMERVILLE, MA 02143

(b) The name and business address of each manager, if any:

CEVIN SOLING
112 4TH STREET
MEDFORD, MA 02155

(7) The name and business address of the person(s) in addition to manager(s) authorized to execute documents filed with the Corporations Division, and at least one person shall be named if there are no managers:

DOUGLAS MISICKO
519 SOMERVILLE AVE. #288
SOMERVILLE , MA 02143

(8) The name and business address of the person(s) authorized to execute, acknowledge, deliver and record any recordable instrument purporting to affect an interest in real property:

(9) Additional matters:

Signed by *(by at least one authorized signatory):*  X

113

# COMMONWEALTH OF MASSACHUSETTS

**William Francis Galvin**

Secretary of the Commonwealth

One Ashburton Place, Boston, Massachusetts 02108-1512

### Limited Liability Company Annual Report

(General Laws Chapter 156C, Section 12)

I hereby certify that upon examination of this limited liability company annual report, duly submitted to me, it appears that the provisions of the General Laws relative thereto have been complied with, and I hereby approve said application; and the filing fee in the amount of $ _500.00_ having been paid, said application is deemed to have been filed with me this _12th_ day of _Sept_ , _2016_ , at _#_ a.m/p.m. time

Effective date: _1/7/16_

**WILLIAM FRANCIS GALVIN**

*Secretary of the Commonwealth*

Filing fee: $500

### TO BE FILLED IN BY LIMITED LIABILITY COMPANY

Contact Information:

UNITED FEDERATION OF CHURCHES LLC

519 SOMERVILLE AVE #288

SOMERVILLE, MA   02135

Telephone: _____

Email: ___CSOLING@GMAIL.COM___

Upon filing, a copy of this filing will be available at www.sec.state.ma.us/cor.
If the document is rejected, a copy of the rejection sheet and rejected document will be available in the rejected queue.

# EXHIBIT G

**EXHIBIT**

13

9.24.19

**D**

# The Commonwealth of Massachusetts
**William Francis Galvin**
Secretary of the Commonwealth
One Ashburton Place, Room 1717, Boston, Massachusetts 02108-1512

201706879

## Limited Liability Company Annual Report
(General Laws Chapter 156C, Section 12)

**FILED**

APR 03 2017

SECRETARY OF THE COMMONWEALTH
CORPORATIONS DIVISION

Identification Number: 46-5030690 | 001127600

Year: 2017

(1a) The exact name of the limited liability company:

UNITED FEDERATION OF CHURCHES LLC

(1b) The exact name of the limited liability company as amended:


(2a) Location of its principal office:

519 SOMERVILLE AVE #288                    SOMERVILLE, MA  02134

(2b) The street address of the office in the commonwealth at which its records will be maintained:

519 SOMERVILLE AVE #288
SOMERVILLE, MA  02138

(3) The general character of the business:

EDUCATIONAL ACTIVITIES AND ALL OTHER LAWFUL PURPOSES

(4) Latest date of dissolution, if specified:

(5) The name and street address of the resident agent in the commonwealth:

DOUGLAS MISICKO
519 SOMERVILLE AVE. #288
SOMERVILLE, MA 02143

(6) The name and business address of each manager, if any:

CEVIN SOLING
112 4TH STREET
MEDFORD, MA 02155

(7)  The name and business address of the person(s) in addition to manager(s) authorized to execute documents filed with the Corporations Division, and at least one person shall be named if there are no managers:

DOUGLAS MISICKO
519 SOMERVILLE AVE. #288
SOMERVILLE, MA 02143

(8)  The name and business address of the person(s) authorized to execute, acknowledge, deliver and record any recordable instrument purporting to affect an interest in real property:

(9)  Additional matters:

Signed by *(by at least one authorized signatory)*: X

# COMMONWEALTH OF MASSACHUSETTS
**William Francis Galvin**
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

### Limited Liability Company Annual Report
(General Laws Chapter 156C, Section 12)

**FILED**

APR 03 2017

SECRETARY OF THE COMMONWEALTH
CORPORATIONS DIVISION

CK#127

I hereby certify that upon examination of this limited liability company annual report, duly submitted to me, it appears that the provisions of the General Laws relative thereto have been complied with, and I hereby approve said application; and the filing fee in the amount of $ _500_ having been paid, said application is deemed to have been filed with me this _3rd_ day of _April_ , _2017_ , at _____ a.m/p.m.

_____ time

Effective date: _____

**WILLIAM FRANCIS GALVIN**
Secretary of the Commonwealth

Filing fee: $500

## TO BE FILLED IN BY LIMITED LIABILITY COMPANY
Contact Information:

UNITED FEDERATION OF CHURCHES LLC

519 SOMERVILLE AVE #288

SOMERVILLE, MA 02134

Telephone: _____

Email: CSOLING@GMAIL.COM

Upon filing, a copy of this filing will be available at www.sec.state.ma.us/cor.
If the document is rejected, a copy of the rejection sheet and rejected document will be available in the rejected queue.

# EXHIBIT H

MA SOC   Filing Number: 201809791920     Date: 5/21/2018 11:35:00 AM



EXHIBIT
14
9.24.19

---



# The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

Minimum Fee: $100.00

**Special Filing Instructions**

## Restated Certificate of Organization
(General Laws, Chapter )

**Identification Number:** 001127600

The date of filing of the original certificate of organization:   2/4/2014

**1. The exact name of the limited liability company is:**  UNITED FEDERATION OF CHURCHES, LLC
**and if changed, the name under which it was originally organized:**

**2a. Location of its principal office:**
No. and Street:   64 BRIDGE STREET
City or Town:   SALEM      State: MA      Zip: 01970      Country: USA

**2b. Street address of the office in the Commonwealth at which the records will be maintained:**

No. and Street:   64 BRIDGE STREET
City or Town:   SALEM      State: MA      Zip: 01970      Country: USA

**3. The general character of business, and if the limited liability company is organized to render professional service, the service to be rendered:**
THE PURPOSE OF THE COMPANY IS TO CONDUCT ANY AND ALL LAWFUL BUSINESS THAT CAN BE PERFORMED BY A LIMITED LIABILITY COMPANY FORMED UNDER G.L. C. 156 C, INCLUDING, BUT NOT LIMITED TO, EDUCATIONAL ACTIVITIES, CONDUCTING THE SALE OF ANY MERCHANDISE AND LITERATURE, AND ANY AND ALL ACTIVITIES INCIDENTAL THERETO.

**4. The latest date of dissolution, if specified:**

**5. Name and address of the Resident Agent:**
Name:   DOUG MESNER
No. and Street:   64 BRIDGE STREET
City or Town:   SALEM      State: MA      Zip: 01970      Country: USA

I, **DOUG MESNER** resident agent of the above limited liability company, consent to my appointment as the resident agent of the above limited liability company pursuant to G. L. Chapter 156C Section 12.

**6. The name and business address of each manager, if any:**

| Title | Individual Name | Address (no PO Box) |
|-------|-----------------|---------------------|

**documents to be filed with the Corporations Division, and at least one person shall be named if there are no managers.**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| SOC SIGNATORY | DOUG MESNER | 64 BRIDGE STREET<br>SALEM, MA 01970 UNI |

**8. The name and business address of the person(s) authorized to execute, acknowledge, deliver and record any recordable instrument purporting to affect an interest in real property:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| REAL PROPERTY | MALCOLM JARRY | 64 BRIDGE STREET<br>SALEM, MA 01970 USA |

**9. Additional matters:**

**10. Describe any amendments to be effected by the restated certificate, and if none, include a statement to that affect:**

2A/2B THE ADDRESS OF THE LOCATION WHERE RECORDS ARE MAINTAINED HAS BEEN UP DATED TO: 64 BRIDGE STREET SALEM, MA 01970 3 THE CHARACTER AND SERVICES OF THE BUSINESS WERE ADDED 5 THE NAME AND ADDRESS OF THE REGISTERED AGENT WAS UPD ATED TO: DOUG MESNER 64 BRIDGE STREET SALEM, MA 01970 6 THE NAME AND ADDRESS OF THE BUSINESS MANAGER WAS UPDATED TO: MALCOLM JARRY 64 BRIDGE STREET SALE M MA 01970 7 THE NAME OF THE PERSON AUTHORIZED TO EXECUTE DOCUMENTS WAS UP DATED TO: DOUG MESNER 64 BRIDGE STREET SALEM, MA 01970 8. THE NAME AND BUSINES S ADDRESS OF THE PERSON(S) AUTHORIZED TO EXECUTE, ACKNOWLEDGE, DELIVER AND RECORD ANY RECORDABLE INSTRUMENT PURPORTING TO AFFECT AN INTEREST IN REAL PROPERTY WAS UPDATED TO: MALCOLM JARRY 64 BRIDGE STREET SALEM MA 01970

**11. The restated certificate shall be effective when filed unless a later effective date is specified:**

**SIGNED UNDER THE PENALTIES OF PERJURY, this 21 Day of May, 2018,**
MALCOLM JARRY **, Signature of Applicant.**

© 2001 - 2018 Commonwealth of Massachusetts
All Rights Reserved

MA SOC   Filing Number: 201809791920      Date: 5/21/2018 11:35:00 AM

THE COMMONWEALTH OF MASSACHUSETTS

I hereby certify that, upon examination of this document, duly submitted to me, it appears

that the provisions of the General Laws relative to corporations have been complied with,

and I hereby approve said articles; and the filing fee having been paid, said articles are

deemed to have been filed with me on:

May 21, 2018 11:35 AM

WILLIAM FRANCIS GALVIN

*Secretary of the Commonwealth*

# EXHIBIT I

MA SOC   Filing Number: 201966227180    Date: 2/5/2019 1:44:00 PM





### The Commonwealth of Massachusetts
### William Francis Galvin

Minimum Fee: $500.00

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

## Annual Report
(General Laws, Chapter )

**Identification Number:** 001127600

**Annual Report Filing Year:** 2019

**1.a. Exact name of the limited liability company:** UNITED FEDERATION OF CHURCHES, LLC

**1.b. The exact name of the limited liability company** *as amended,* **is:** UNITED FEDERATION OF CHURCHES, LLC

**2a. Location of its principal office:**

No. and Street: 64 BRIDGE STREET

City or Town: SALEM    State: MA    Zip: 01970    Country: USA

**2b. Street address of the office in the Commonwealth at which the records will be maintained:**

No. and Street: 64 BRIDGE STREET

City or Town: SALEM    State: MA    Zip: 01970    Country: USA

**3. The general character of business, and if the limited liability company is organized to render professional service, the service to be rendered:**
ENGAGE IN CAMPAIGNS AND PROVIDE SERVICES THAT PROMOTE REASON AND EMPATHY AND RELIGIOUS PLURALISM AND SELL MERCHANDISE TO SUPPORT THESE EFFORTS.

**4. The latest date of dissolution, if specified:**

**5. Name and address of the Resident Agent:**

Name: DOUGLAS MISICKO

No. and Street: 519 SOMERVILLE AVE. NO. 288

City or Town: SOMERVILLE    State: MA    Zip: 02143    Country: USA

**6. The name and business address of each manager, if any:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| MANAGER | MALCOLM JARRY | 64 BRIDGE STREET<br>SALEM, MA 01970 USA |
| MANAGER | CEVIN SOLING | |

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| SOC SIGNATORY | DOUG MESNER | 64 BRIDGE STREET<br>SALEM, MA 01970 UNI |
| SOC SIGNATORY | CEVIN SOLING | 64 BRIDGE STREET<br>SALEM, MA 01970 USA |

**8. The name and business address of the person(s) authorized to execute, acknowledge, deliver and record any recordable instrument purporting to affect an interest in real property:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code |
|---|---|---|
| REAL PROPERTY | MALCOLM JARRY | 64 BRIDGE STREET<br>SALEM, MA 01970 USA |
| REAL PROPERTY | CEVIN SOLING | 64 BRIDGE STREET<br>SALEM, MA 01970 USA |

**9. Additional matters:**

SIGNED UNDER THE PENALTIES OF PERJURY, this 5 Day of February, 2019,
CEVIN SOLING , Signature of Authorized Signatory.

© 2001 - 2019 Commonwealth of Massachusetts
All Rights Reserved

MA SOC   Filing Number: 201966227180     Date: 2/5/2019 1:44:00 PM

THE COMMONWEALTH OF MASSACHUSETTS

I hereby certify that, upon examination of this document, duly submitted to me, it appears

that the provisions of the General Laws relative to corporations have been complied with,

and I hereby approve said articles; and the filing fee having been paid, said articles are

deemed to have been filed with me on:

February 05, 2019 01:44 PM

WILLIAM FRANCIS GALVIN

*Secretary of the Commonwealth*

# EXHIBIT J

## In The Matter Of:

*The Satanic Temple and Michelle Shortt v.*
*City of Scottsdale, Arizona, by it City Council*

---

*30(b)(6) Deposition of The Satanic Temple*
*September 26, 2019*
*By Michelle Shortt*

---



GRIFFIN GROUP
INTERNATIONAL

2398 East Camelback Road, Suite 260
Phoenix, Arizona 85016

*Original File MS092619 30(b)(6) Satanic Temple.txt*
*Min-U-Script® with Word Index*

By Michelle Shortt

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| The Satanic Temple and Michelle Shortt, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) No. CV18-00621-PHX-DGC ) |
| City of Scottsdale, Arizona, by it City Council, consisting of the Mayor and council members, WJ Jim Layne, Suzanne Klapp, Virginia Korte, Kathy Littlefield, Guy Phillips, and David Smith, | ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

30(B)(6) DEPOSITION OF THE SATANIC TEMPLE

By: Michelle Shortt

Phoenix, Arizona
Thursday, September 26, 2019
11:52 a.m.

REPORTED BY:
Kelly M. Olhausen, RPR
Certified Reporter
Certificate No. 50867

PREPARED FOR:
ASCII/COPY

(Certified Copy)

By Michelle Shortt

2

1                          I N D E X

2    WITNESS                                       PAGE

3    MICHELLE SHORTT

4         Examination by Mr. Claus                  5

5

6

7                        E X H I B I T S

8    Deposition
     Exhibits              Description         Marked
9

10                     (None marked.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

By Michelle Shortt

3

1               30(B)(6) DEPOSITION OF THE SATANIC TEMPLE BY

2    MICHELLE SHORTT was taken on Thursday, September 26, 2019,

3    commencing at 11:52 a.m. at the law offices of Dickinson

4    Wright, PLLC, 1850 North Central Avenue, Suite 1400,

5    Phoenix, Arizona, before Kelly M. Olhausen, a Certified

6    Reporter in the State of Arizona.

7    COUNSEL APPEARING:

8           DICKINSON WRIGHT, PLLC.
            By:  Mr. Scot L. Claus
9                Mr. Vail C. Cloar
                 Ms. Holly M. Zoe
10          1850 North Central Avenue
            Suite 1400
11          Phoenix, AZ 85004
            (Attorneys for Defendants)

12

13          DE HAAN LAW FIRM, PLLC
            By:  Mr. Stuart P. de Haan
14          101 East Pennington
            Suite 201
15          Tucson, AZ 85701
            (Attorneys for Plaintiffs)

16

17

18

19

20

21

22

23

24

25

By Michelle Shortt

4

1              MICHELLE SHORTT,

2    a witness herein, having been duly sworn by the Certified

3    Court Reporter to speak the truth and nothing but the

4    truth, testified as follows:

5                    EXAMINATION

6    BY MR. CLAUS:

7        Q.   Ms. Shortt, I'm still Scot Claus.  I still

8    represent the City of Scottsdale.

9              Could you please take a look at Exhibit 9?

10   Tab 9.  I just realized you tucked the first amended

11   complaint into the pocket.  We're going to be talking

12   about that.  So maybe untuck it.

13       A.   (Witness complies.)

14       Q.   There you go.  So Exhibit 9 to your deposition is

15   the "First Amended Notice of 30(b)(6) Deposition of The

16   Satanic Temple, a voluntary group of persons without an

17   Arizona charter, formed by mutual consent for the purpose

18   of promoting a common enterprise or prosecuting a common

19   objective."

20              Do you see that?

21       A.   Yes.

22       Q.   Exhibit A to Exhibit 9 lists the topics for which

23   you are designated.

24              Did you review Exhibit A to Exhibit 9 prior

25   to appearing to testify today?

By Michelle Shortt

5

1     A.    Yes.

2     Q.    And when did you first see Exhibit A to

3  Exhibit 9?

4     A.    Yesterday.

5     Q.    I'm going to ask you to identify all -- and we're

6  going to go through written consent, and we'll go through

7  verbal consent.

8              Has any individual given you written consent

9  to file a lawsuit on their behalf?

10    A.    No.

11    Q.    Has any individual given you verbal consent to

12  file a lawsuit on their behalf?

13    A.    Yes.

14    Q.    Who?

15    A.    Lucien Greaves.

16    Q.    Anyone else?

17    A.    I assume --

18    Q.    I don't want you to assume.  I want you to be

19  able to testify --

20    A.    Just Lucien Greaves.

21    Q.    Just Lucien Greaves, whose real name is Douglas

22  Misicko?

23    A.    Yes.

24    Q.    The heading and the text of the first amended

25  complaint refers to "A voluntary group of persons without

By Michelle Shortt

6

1    an Arizona charter formed by mutual consent for the

2    purpose of promoting a common enterprise or prosecuting a

3    common objective."

4              Has any person to whom the complaint

5    refers -- and I'm referring to paragraph 11, the first

6    amended complaint -- paragraph 11 of the first amended

7    complaint, document 57 -- refers -- states that "At the

8    times relevant" -- "At the relevant times of this

9    litigation" -- I'm reading from line 8 -- line 8 of

10   paragraph 11, page 3.  Just tell me when you're there.

11        A.    I'm there.

12        Q.    Okay.  "At the relevant times of this litigation,

13   the Arizona chapter was simply a voluntary group of

14   persons without an Arizona charter formed by mutual

15   consent for the purpose of promoting a common enterprise

16   or prosecuting a common objective."

17              First, did I read that correctly?

18        A.    Yes.

19        Q.    Did any member of that voluntary group of persons

20   give you written authorization to file a lawsuit on their

21   behalf?

22        A.    No.

23        Q.    Did any member of that voluntary group of persons

24   give you verbal consent -- express verbal consent to file

25   a lawsuit on their behalf?

By Michelle Shortt

7

1      A.    I'm sorry.  Am I speaking on behalf Adversarial

2  Truth or The Satanic Temple, Inc.?  Is that the thing that

3  I was doing?

4      Q.    You've been designated as the deponent with

5  knowledge as of the topics identified in Exhibit 9; is

6  that correct?

7      A.    Yes.

8      Q.    So that's the deposition that I'm taking.  So --

9      A.    There was no verbal consent from any of the

10  members.

11      Q.    Okay.  What is the common enterprise or common

12  objective --

13      A.    Wait.  I'm sorry.  Like -- I'm sorry.  The verbal

14  consent was, like, we're just discussing like, "Yes.  We

15  should proceed with this."

16            Is that kind of what you're discussing?

17      Q.    So I'll ask it again.

18            Has any of -- has any member of the

19  voluntary group of persons referred to in paragraph 11 of

20  the first amended complaint expressly authorized you to

21  file a lawsuit on her or his behalf?

22      A.    Oh.  No.

23      Q.    What is the common enterprise or common objective

24  sought to be promoted through the first amended complaint?

25      A.    It would be to uphold -- the common objective

By Michelle Shortt

8

1    would be to uphold pluralism in lieu of secularism, where

2    we feel that we should live in a pluralistic society and

3    have everybody represented in the public forum.

4         Q.   And what was the common enterprise or common

5    objective sought to be promoted or prosecuted when that

6    voluntary group of persons formed?

7         A.   What the was the common goal?

8         Q.   I'll ask it again.

9              What was the common enterprise or common

10   objective sought to be promoted or prosecuted when that

11   voluntary group of persons formed?

12        A.   Pluralism.

13        Q.   And that's it?

14        A.   Yes.

15        Q.   Did the -- when did that voluntary group of

16   persons without an Arizona chapter -- strike that.

17             When did that voluntary group of persons

18   without an Arizona charter form by mutual consent?  When

19   in time?

20        A.   When in time?  That first meeting I was

21   mentioning was in January of 2016.

22        Q.   That you did not attend?

23        A.   I did not attend.

24        Q.   Do you know who attended that meeting?

25        A.   My co-chapter head -- or media liaison.

By Michelle Shortt

9

1      Q.    Who's that?

2      A.    Stu de Haan.

3      Q.    Did anyone else attend?

4      A.    Yes.  It was Kat, Cody, James, Jeremy.

5      Q.    Anyone else?

6      A.    I don't think Morgan was there that night.  I

7  think that was it for the first meeting.

8      Q.    Was there ever another meeting -- and how did

9  those members express their mutual consent to promote a

10 common enterprise or prosecute a common objective?

11     A.    We would meet on a weekly basis.

12     Q.    No, ma'am.  Let me -- I'm asking you about the

13 January 2016 meeting, which is when you said is the first

14 time that voluntary group of persons formed by mutual

15 consent.

16          My question is how did that group of

17 persons -- Stu de Haan, Kat, Cody, James, and Jeremy --

18 express their mutual consent to promote a common

19 enterprise or prosecute a common objective?

20     A.    Oh.  By agreeing to form the council of what

21 would become the Arizona chapter.

22     Q.    Did -- strike that.

23          Did a subsequent meeting of that voluntary

24 group of persons occur?

25     A.    Yes.

By Michelle Shortt

10

1      Q.    When was the next meeting of that voluntary group
2  of persons?
3      A.    It was probably the week after or the week -- or
4  two weeks after that.  We were -- at that moment, we were
5  meeting close to a weekly basis.
6      Q.    Did you attend that meeting?
7      A.    Yes.  I think I did.
8      Q.    Where was that meeting?
9      A.    Probably at Stu's house.  Stu's house.
10     Q.    You are --
11     A.    Sorry.
12     Q.    And I understand -- no, no.  It's fine.  You
13 don't have to apologize.  I do -- and I know it's
14 nerve-racking, but I do want to make sure I get your best
15 testimony.  But I also want you to be careful.  I don't
16 want you to say something that you think might be true but
17 then turns out not to be.  So that's the only reason I'm
18 saying -- so you said, "Probably Stu's house."
19              Do you know for a fact that it was Mr. de
20 Haan's house?
21     A.    Yes.  We don't -- we did not meet anywhere else
22 other than Stu's house at the time.  Yes.
23     Q.    And where did Mr. de Haan live?  You don't have
24 to give me address or anything.  But where did Mr. de Haan
25 live at the time?  What city?

By Michelle Shortt

11

1     A.    Tucson.

2     Q.    Do you know who attended that meeting?

3     A.    It was the same people plus Morgan.

4     Q.    And was there a meeting after that?

5     A.    Yes.

6     Q.    And did -- when did the meeting of that voluntary

7  group of persons stop being at Mr. de Haan's house?

8     A.    Probably -- we stopped meeting there in 2018.

9     Q.    Is it true that the Arizona chapter of The

10  Satanic Temple does not currently have a physical

11  location?

12     A.    Yes, that's true.

13     Q.    And has that always been true?

14     A.    Uh-huh.

15     Q.    "Yes"?

16     A.    Yes.  Yes.

17     Q.    When is the first time persons other than Stu de

18  Haan, Kat, Cody, James, Jeremy, Morgan, and Michelle met?

19            In other words, when is the first time that

20  more than Stu, Kat, Cody, James, Jeremy Morgan, and

21  Michelle met as a voluntary group of persons formed by

22  mutual consent?

23     A.    It was the day of our -- I don't remember the

24  exact day.  It was the day of our supposed Phoenix

25  invocation, which did not happen.  In lieu of that, we

By Michelle Shortt

12

1   decided to have a meet-up in the area -- and we attended a

2   concert -- and another person met us there.

3        Q.    Who?

4        A.    Mitch.  What was his last name?  Mitch -- I don't

5   remember his last name.

6        Q.    What was the concert?

7        A.    At The Gates.

8        Q.    Is that the name of the band?

9        A.    Yeah.

10       Q.    The -- when is the next -- when is the first time

11  that Robert Almora [sic] --

12       A.    Armola.

13       Q.    Armola.  I'm so sorry.

14             When is the first time that Robert Armola

15  attended a meeting of the voluntary group of persons

16  identified in the first amended complaint?

17       A.    Oh, that was our first event in Tucson.  Oh, I

18  don't remember the exact day.  I can't remember the exact

19  day.

20       Q.    What was the name of the event?

21       A.    It was a meet-and-greet.  It was just AZ's first

22  meet-and-greet at God's Bar, or the -- it's called the

23  Meat Rack in Tucson, Arizona.

24       Q.    You said TST AZ's first meet-and-greet?

25       A.    Yes.

By Michelle Shortt

13

1     Q.    So did TST Arizona have a website at that time?

2     A.    No.

3     Q.    Did it have a Facebook page?

4     A.    Yes.

5     Q.    Had TST Arizona officially formed as a chapter at

6     the time of that first meet-and-greet?

7     A.    Yes.

8     Q.    Did the voluntary group of persons without an

9     Arizona charter -- I'm going to ask it this way.  And if

10    you can't answer it, I understand, because of the way I'm

11    wording it.  And then I'll ask it in a way I think you can

12    answer it.

13              It's a weird way to start out a question,

14    but did the voluntary group of persons without an Arizona

15    charter referred to in paragraph 11 of the first amended

16    complaint previously have an Arizona charter?

17              That's exactly the look I was expecting.

18    Can you not answer it that way?  Let me ask it a better

19    way.

20    A.    Okay.

21    Q.    Do you know if there had ever been a limited

22    liability company or corporate entity formed that had an

23    Arizona chapter -- strike that.  I keep saying "chapter."

24    So strike all of that.

25              Do you know if there had ever been a limited

By Michelle Shortt

14

```
 1   liability company or corporation formed that had an

 2   Arizona charter that had been either suspended or revoked

 3   as of January 2016?

 4        A.   No.

 5        Q.   "No," you don't know?  Or, "No," you know of no

 6   such corporation?

 7        A.   I know -- no, I know of no such corporation.

 8        Q.   Have any members of the voluntary group of

 9   persons without an Arizona charter referred to in

10   paragraph 11 of the first amended complaint expressly

11   authorized you to appear as the designee to give testimony

12   pursuant to the notice that is contained in Exhibit 9?

13        A.   Could you repeat that?

14             (The requested portion of the record was

15   read back by the court reporter.)

16             THE WITNESS:  This is Exhibit 9?

17   BY MR. CLAUS:

18        Q.   No.  That's the first amended complaint.

19   Exhibit 9 is the notice of deposition.

20        A.   Oh, okay.  Did I -- did I receive explicit notice

21   to appear?

22        Q.   No.  Let me ask it again.

23             So if I could have you put the first amended

24   complaint to the side.  Now pull up the first page of

25   Exhibit 9, just so you have that in your head.  Exhibit 9
```

By Michelle Shortt

15

1  is the first amended notice of Rule 30(b)(6) deposition of

2  The Satanic Temple, a voluntary group of persons without

3  an Arizona charter, formed by mutual consent for the

4  purpose of promoting a common enterprise or prosecuting a

5  common objective.

6              Do you see that?

7     A.   Yes.

8     Q.   And my question is did any of that voluntary

9  group of persons -- did anyone expressly authorize you to

10  appear today to give testimony on behalf of that voluntary

11  group of persons?

12    A.   Yes.  I was -- I was given --

13    Q.   Who?

14    A.   Oh.  The council decided I should be the one to

15  do the invocation.

16    Q.   No, ma'am.  That's not my question.

17    A.   Oh.  Isn't --

18    Q.   Nope.  So put that -- my suggestion would be to

19  not even touch that.  That way, it's out of your -- it's

20  out of your physical grip and out of your mind.

21              I'm asking you about the notice of

22  deposition that brings you here today.

23    A.   Oh.

24    Q.   So did any member of the voluntary group of

25  persons say to you, "I authorize you, Ms. Michelle Shortt,

By Michelle Shortt

16

1  to give testimony today on my behalf as the designee of

2  the voluntary group of persons"?

3       A.   Oh, no.

4       Q.   How were you selected to be the deponent with

5  knowledge to give testimony for the deposition that is

6  contained in the notice that is Exhibit 9?

7       A.   Isn't it because I'm the plaintiff?

8       Q.   I can't answer the question.  That's why I asked

9  it.

10      A.   Because I'm the plaintiff?  Period?  I don't

11 know.  Like -- I mean, I thought the person doing the

12 suing has to do the deposing.  I didn't think anyone else

13 could.

14                 MR. DE HAAN:  Can we take a five-minute

15 break?

16                 MR. CLAUS:  Yeah.  Sure.

17                 (A short recess was taken from 12:09 p.m. to

18 12:13 p.m.)

19 BY MR. CLAUS:

20      Q.   You're still under oath, ma'am.

21                 Did the voluntary group of persons referred

22 to in the first amended complaint pay membership dues to

23 become members of the Arizona chapter of The Satanic

24 Temple?

25      A.   No.

By Michelle Shortt

17

1    Q.   Have there ever been membership dues?

2    A.   No.

3    Q.   Did you ever inform a representative of the City

4  of Scottsdale that you were seeking to give an invocation

5  on behalf of a voluntary group of persons formed by mutual

6  consent to promote a common objective or prosecute a --

7  strike that.

8         Did you ever tell a representative of the

9  City of Scottsdale that you sought to give an invocation

10 on behalf of a voluntary group of persons formed by mutual

11 consent for the purpose of either promoting a common

12 enterprise or prosecuting a common objective?

13   A.   Yes.

14   Q.   You used those words?

15   A.   No, I did not use those words.  It was the e-mail

16 that we used to submit wanting to give an invocation.

17   Q.   And the e-mail said that you sought to give an

18 invocation on behalf of whom?

19   A.   The Satanic Temple Arizona.

20   Q.   Which had not yet entered into an affiliation

21 agreement with The Satanic Temple at the time that e-mail

22 was sent; correct?

23   A.   Correct.

24   Q.   Strike that.  Had not yet entered into an

25 affiliation agreement with the United Federation of

By Michelle Shortt

18

1    Churches, LLC, d/b/a The Satanic Temple; correct?

2        A.    Correct.

3        Q.    Did you identify in your e-mail to the City of

4    Scottsdale the religion on who -- for which you sought to

5    give an invocation?

6        A.    No.  Strike that.

7              I did not send that e-mail.  That was one of

8    our council members, Jeremy, who sent the e-mail directly

9    to the City of Scottsdale.

10       Q.    Did Jeremy, in Jeremy's e-mail, indicate that the

11   religion -- indicate the religion for which The Satanic

12   Temple Arizona sought to give an invocation?

13       A.    I did not see the e-mail.

14       Q.    Have you ever seen the e-mail?

15       A.    I think I -- I think I saw it once and that was

16   it.  And I do not recall the specific wording.  But I know

17   he did mention The Satanic Temple Arizona in the e-mail

18   that we were representatives of.  Whether or not he

19   specified we are of the religion of Satanism, I do not

20   know.

21       Q.    Did members of the voluntary group of persons

22   referred to in paragraph 11 of the first amended complaint

23   elect members of the council to which you previously

24   referred in your testimony?

25       A.    Did we elect members of our council?

By Michelle Shortt

19

1    Q.    Uh-huh.

2    A.    No.  The members of the council were elected by

3    Stu and myself.

4    Q.    And how did you and Stu get vested with the

5    authority as members of this voluntary group of persons to

6    elect members of a council?

7    A.    We were authorized by executive ministry, which

8    comprises of Lucien Greaves, Malcolm Jarry, to begin

9    forming the chapter, which -- of Arizona.  And, therefore,

10   we were given the authority to form a council.

11   Q.    Is there anything in writing that -- so the

12   authority you were given to elect the council was not

13   given to you by the voluntary group of persons referred to

14   in paragraph 11.  It was given to you by Mr. Misicko and

15    Mr. Soleng?

16   A.    Yes.

17   Q.    The -- were you friends with any of the

18   individuals you mentioned -- Kat, James, Cody, Jeremy,

19   Morgan, or Mitch -- prior to January 2016?

20   A.    No.

21   Q.    You became friends after?

22   A.    Uh-huh.

23   Q.    "Yes"?

24   A.    Yes.  Sorry.

25   Q.    Are all of those individuals still members of The

By Michelle Shortt

20

1  Satanic Temple Arizona chapter?

2       A.   Not official members of the chapter, no.  They

3  may still be national members, but they have no active

4  role within the chapter.

5       Q.   When did you become chapter head of the Arizona

6  chapter?  When in time?

7       A.   I would say February 2016.  February or March,

8  around there, because the Phoenix invocation thing

9  happened.  And then really, like, immediately after that,

10 they're like, "All right.  You did great.  Have a

11 chapter."

12      Q.   Is there anything that precludes -- strike

13 that -- prevents any of those voluntary group of persons

14 from being involved in this litigation?

15      A.   Huh?

16      Q.   Is there anything of which you are aware that

17 prevents any member of the voluntary group of persons

18 formed by mutual consent for the purpose of promoting a

19 common enterprise or prosecuting a common objective -- is

20 there anything that prevents any of those members from

21 becoming actively part of this litigation?

22      A.   I brought in as -- no.  I don't -- no?

23      Q.   In paragraph 14 of the first amended complaint --

24 so that document I asked you to not look at before, I'm

25 asking you to look at now.  Paragraph 14 of the first

By Michelle Shortt

21

1    amended complaint says "TST has members throughout

2    Arizona.  Some of these members reside in Scottsdale,

3    Arizona."

4                    Let me ask you this: There came a time when

5    the Arizona chapter of The Satanic Temple did have an

6    Arizona charter; correct?

7        A.    There was a time where we did have an Arizona

8    charter.

9        Q.    There became a time when Adversarial Truth, LLC,

10   was formed to operate The Satanic Temple Arizona chapter;

11   correct?

12       A.    Yeah.

13       Q.    And it was prior to that that this voluntary

14   group of persons without an Arizona charter formed by

15   mutual consent for the purpose of promoting a common

16   enterprise or a prosecuting a common objective; correct?

17       A.    Yes.

18       Q.    So do you know if The Satanic Temple had members

19   who resided in Scottsdale, Arizona, prior to the formation

20   of Adversarial Truth, LLC?

21       A.    No.  I do not know.

22       Q.    Did you ever have a -- and I mean you, Michelle

23   Shortt.  Did Michelle Shortt -- I'll ask it that way.

24                    Did Michelle Shortt ever have a written

25   communication with Kelly Kuester?

By Michelle Shortt

22

1      A.    No.  I don't -- do I know a Kelly Kuester?

2      Q.    Kuester is spelled K-U-E-S-T-E-R.

3      A.    No.

4      Q.    Did Michelle Shortt ever have have a written

5   communication with any member of the city council of the

6   City of Scottsdale?

7      A.    No.

8      Q.    Did Michelle Shortt ever have any written

9   communication with the mayor of the City of Scottsdale?

10     A.    No.

11     Q.    Did Michelle Shortt ever have any written

12  communication with the city manager for the City of

13  Scottsdale?

14     A.    Is that who takes the e-mails for invocations?

15     Q.    No.

16     A.    Okay.  Then no.

17     Q.    And you said that you did not send -- Michelle

18  Shortt did not send the e-mail.

19     A.    No.

20     Q.    Correct?

21     A.    That is correct.

22     Q.    All right.  So I asked you about written

23  communication.  Now I'm going to ask you the same types of

24  questions with verbal communications.

25             Did you ever have verbal communication of

By Michelle Shortt

23

1  any kind -- Telephone?  Anything like that? -- with Kelly

2  Kuester?

3       A.    No.

4       Q.    Did you ever have telephonic communication with

5  any representative of the City of Scottsdale?

6       A.    No.

7       Q.    Did you ever have a telephonic communication with

8  any member of the city council or the mayor of Scottsdale?

9       A.    No.

10       Q.    So now I've asked you about written communication

11  and verbal communication.  I can't think of any other kind

12  of communication, but I'm just going to ask you.

13            Did you ever have communication of any kind

14  with any representative of the City of Scottsdale prior to

15  July 6, 2016?

16       A.    No.

17       Q.    So then I'm going to ask you to go to

18  paragraph 26 of the first amended complaint.  Read

19  paragraph 26 to yourself, and let me know when you're

20  done.

21       A.    I'm done.

22       Q.    Based upon your under-oath testimony just now,

23  the allegation in paragraph 26 of the first amended

24  complaint simply is not accurate; true?

25       A.    That is true.  I do not recall calling anyone to

By Michelle Shortt

24

1 request invocations.  That was Jeremy's job specifically.

2     Q.   Did any member -- strike that.  No.  Don't strike

3 that.  Keep it.

4          Did any member of the voluntary group of

5 persons referred to in paragraph 11 of the first amended

6 complaint inform the City of Scottsdale that that

7 voluntary group of persons sought to give an invocation

8 before a city council meeting to promote the common

9 enterprise or prosecute the common objective of pluralism?

10     A.   No.  No.  I mean, the one member, Jeremy, in his

11 e-mail -- I don't think he was that detailed.  He was just

12 like, "Please put us on the list for an invocation."

13 There was not much dialogue after that.

14     Q.   Following that e-mail -- I know that we've talked

15 about the e-mail.  And you haven't seen the e-mail?

16     A.   I saw it once awhile back, and it was, like,

17 super straightforward.  Like, "We would like an

18 invocation."  And that was it.

19     Q.   Got it.

20          Since that e-mail -- so I'm talking about

21 after that e-mail, and I'll talk about it before.  Let's

22 talk about before that e-mail.

23          Before that e-mail, do you know if any

24 member of the voluntary group of persons referred to in

25 paragraph 11 of the first amended complaint told a

By Michelle Shortt

25

1   representative of the City of Scottsdale that that

2   voluntary group of persons wished to give an invocation to

3   promote pluralism?

4        A.    No.

5        Q.    After the e-mail that you referred to that Jeremy

6   sent, do you know if any members of the voluntary group of

7   persons formed by mutual consent told a representative of

8   the City of Scottsdale that that voluntary group of

9   persons wished to give an invocation before a City of

10  Scottsdale meeting to promote or prosecute pluralism?

11       A.    No.

12       Q.    Did you review the first amended complaint --

13  this document -- before it was filed?

14       A.    They told me to skim it and look at it.  Yes.

15       Q.    And did you skim it and look at it?

16       A.    Yes.

17            MR. CLAUS:  I think I'm done.  Let me just

18  take a quick break.

19            Oh.  Did you want to say something?

20            THE WITNESS:  No.

21            MR. CLAUS:  Let's just take a quick break,

22  and then I think I'm done.

23            (A short recess was taken from 12:29 p.m. to

24  12:33 p.m.)

25

By Michelle Shortt

26

 1  BY MR. CLAUS:

 2      Q.   Ms. Shortt, you're still under oath here.  You

 3  recognize that.

 4              You're familiar with LaVeyan Satanism?

 5      A.   Yes.

 6      Q.   Do you know if any members of the voluntary group

 7  of persons referred to in paragraph 11 adhered to the

 8  beliefs of LaVeyan Satanism as of February 8, 2016?

 9      A.   Yes.

10      Q.   They did?

11      A.   Well, as of February 8th?  Well -- I mean,

12  religion -- the way you're trying to frame the question,

13  it's like either one or the other, which is not really the

14  case with any religion, I think, you know.  Like, there's

15  some things about LaVeyan Satanism that, you know, are --

16  that resonate with some people and other things that

17  don't.

18      Q.   Well -- sorry.

19      A.   So to label oneself as a LaVeyan Satanist would,

20  you know, mean that one is a member of their church and,

21  you know, probably plays a membership fee or something, or

22  subscribes to their philosophy.  But -- I mean, members of

23  TST, many of us came from a LaVeyan background, including

24  myself, you know.  It wasn't until TST that I realized

25  that there was more to Satanism than just LaVeyan's

By Michelle Shortt

27

1    interpretation.

2              So to just say like, "Oh.  Like, it's either

3    one or the other," that's the wrong frame of the question,

4    in my opinion.  I'm sorry it's not a yes-or-no answer.

5        Q.   Well -- but that is my question, to which you

6    answered "yes."  So let me just ask it again.

7              Do you have knowledge that members of the

8    voluntary group of persons referred to in paragraph 11

9    adhere to the beliefs espoused by Anton LaVey?

10       A.   Yes, there are some.  But not all.

11       Q.   As of February 8th, 2016; correct?

12       A.   Yes.

13       Q.   And Anton LaVey's -- LaVeyan Satanism promotes a

14   belief in a literal satanic being; correct?

15       A.   No, that is incorrect.

16       Q.   Does LaVeyan Satanism promote magick?  Spelled

17   M-A-G-I-C-K.

18       A.   They do.

19       Q.   Does LaVeyan Satanism articulate a belief and did

20   it articulate a belief in 2016 that magick, spelled C-K,

21   was a practice that could invoke supernatural or other

22   worldly powers?

23       A.   Yes.  They do say that.

24       Q.   To effect change in the world; correct?

25       A.   Yes.

By Michelle Shortt

28

1     Q.    And that is not a belief espoused by The Satanic

2  Temple; correct?

3     A.    That is correct.

4     Q.    And that is not a belief espoused or adhered to

5  by The Satanic Temple Arizona chapter; correct?

6     A.    That is correct.

7     Q.    And that was not a belief espoused by The Satanic

8  Temple as of February 8th, 2016; correct?

9     A.    Correct.

10     Q.    As a matter of fact, the belief in magic that

11  could -- by which one could utilize supernatural powers to

12  intercede in the corporeal realm is antithetical to the

13  beliefs promoted by The Satanic Temple as of February 8th,

14  2016; correct?

15     A.    Yes.

16     Q.    How did -- prior to the recognition -- strike

17  that.

18             Prior to the organization of the Arizona

19  chapter through the execution of the affiliation agreement

20  that is Exhibit 50, how did members of the Arizona chapter

21  of The Satanic Temple become members?

22     A.    Prior to the formation of the Arizona chapter,

23  how did they become members of The Satanic Temple?

24     Q.    Let me ask it that way.

25             Prior to the execution of the affiliation

By Michelle Shortt

29

1    agreement that is Exhibit 50, through which The Satanic

2    Temple Arizona chapter was officially created, was there a

3    way through which a voluntary group of persons could

4    become members of The Satanic Temple Arizona chapter?

5         A.   Yes.

6         Q.   How?

7         A.   It was through vetting.  And at the time, we had

8    a very simple application process.  It was two questions:

9    "What brought you to The Satanic Temple?" and "How much

10   time do you have in your schedule to help us with things?"

11        Q.   Could you take a look at Exhibit 50 again?  It

12   may be tucked in.

13             Have you ever seen a version of Exhibit 50

14   that was countersigned by a representative of the United

15   Federation of Churches, LLC?

16        A.   No.

17        Q.   Do you know if there has ever been an agreement

18   signed by the United -- by an authorized representative of

19   the United Federation of Churches, LLC, that confers

20   affiliation on The Satanic Temple Arizona chapter?

21        A.   No.

22        Q.   Do you know -- among Stu, Kat, Cody, James,

23   Jeremy, Morgan, Michelle, Mitch, and Robert -- who

24   adhered -- who among those believed in LaVeyan Satanism as

25   of February 8th, 2016?

By Michelle Shortt

30

1      A.    I did.

2      Q.    You did?

3      A.    Yeah.  I came from a LaVeyan background.

4      Q.    Did anyone else?

5      A.    No.  That I -- oh.  Michael.  Michael.

6      Q.    Did you ever stop adhering to LaVeyan Satanism?

7      A.    I take some things from it.  But would I call
8  myself a LaVeyan Satanist?  No.

9      Q.    When would you have said, "I stopped calling
10  myself a LaVeyan Satanist"?

11     A.    When I joined TST.

12     Q.    And when was that?

13     A.    That was in 2015 -- the summer of 2015 when I met
14  Brian.

15     Q.    Is Brian a member of the TST?

16     A.    No.

17     Q.    Has he ever been?

18     A.    He was.  And then he -- he quit many years ago.

19     Q.    You mentioned the documentary Hail Satan.  I take
20  it you've seen the documentary?

21     A.    I'm in it.

22     Q.    I know.  I know.  But have you seen the
23  documentary Hail Satan?

24     A.    Yeah.

25     Q.    Were there any -- were there any statements in

By Michelle Shortt

31

1  Hail Satan made by you or Mr. de Haan that, to your

2  knowledge, were false or misleading?

3      A.   No.

4              MR. CLAUS:  That's all I've got.

5              MR. DE HAAN:  Nothing from me.

6              MR. CLAUS:  Read and sign?

7              MR. DE HAAN:  Read and sign.

8

9          (The deposition concluded at 12:41 p.m.)

10

11

12

13

14

15

16                              MICHELLE SHORTT

17

18

19

20

21

22

23

24

25

By Michelle Shortt

32

```
 1   STATE OF ARIZONA        )
                             ) ss.
 2   COUNTY OF MARICOPA )

 3         BE IT KNOWN that the foregoing proceedings were
     taken before me; that the witness before testifying was
 4   duly sworn by me to testify to the whole truth; that the
     foregoing pages are a full, true, and accurate record of
 5   the proceedings, all done to the best of my skill and
     ability; that the proceedings were taken down by me in
 6   shorthand and thereafter reduced to print under my
     direction.
 7
           I CERTIFY that I am in no way related to any of
 8   the parties hereto, nor am I in any way interested in the
     outcome hereof.
 9

10         [X]  Review and signature was requested; any
     changes made by the witness will be attached to the
11   original transcript.
           [ ]  Review and signature was waived/not
12   requested.
           [ ]  Review and signature not required.
13
           I CERTIFY that I have complied with the ethical
14   obligations set forth in ACJA 7-206(F)(3) and ACJA 7-206
     J(1)(g)(1) and (2).
15         Dated at Phoenix, Arizona, this 30th day of
     September, 2019.
16

17

18   _____   _____
                     KELLY M. OLHAUSEN, RPR
19                     Certified Reporter
                     Arizona CR No. 50867
20
           *       *       *       *       *
21
           I CERTIFY that GRIFFIN & ASSOCIATES, LLC, has
22   complied with the ethical obligations set forth in ACJA
     7-206 (J)(1)(g)(1) through (6).
23
     _____
24                   GRIFFIN & ASSOCIATES, LLC
                     Registered Reporting Firm
25                     Arizona RRF No. R1005
```

Case 2:18-cv-00621-DGC   Document 63-1   Filed 10/04/19   Page 302 of 319

The Satanic Temple and Michelle Shortt v.
City of Scottsdale, Arizona, by it City Council
By Michelle Shortt
30(b)(6) Deposition of The Satanic Temple
September 26, 2019

14:11,21;15:10

**[**

**[sic] (1)**
12:11

**A**

**able (1)**
5:19
**accurate (1)**
23:24
**active (1)**
20:3
**actively (1)**
20:21
**address (1)**
10:24
**adhere (1)**
27:9
**adhered (3)**
26:7;28:4;29:24
**adhering (1)**
30:6
**Adversarial (3)**
7:1;21:9,20
**affiliation (5)**
17:20,25;28:19,25;
29:20
**again (5)**
7:17;8:8;14:22;
27:6;29:11
**ago (1)**
30:18
**agreeing (1)**
9:20
**agreement (5)**
17:21,25;28:19;
29:1,17
**allegation (1)**
23:23
**Almora (1)**
12:11
**always (1)**
11:13
**amended (22)**
4:10,15;5:24;6:6,6;
7:20,24;12:16;13:15;
14:10,18,23;15:1;
16:22;18:22;20:23;
21:1;23:18,23;24:5,
25;25:12
**among (2)**
29:22,24
**answered (1)**
27:6
**antithetical (1)**
28:12
**Anton (2)**
27:9,13
**apologize (1)**
10:13
**appear (3)**

**appearing (1)**
4:25
**application (1)**
29:8
**area (1)**
12:1
**Arizona (40)**
4:17;6:1,13,14;
8:16,18;9:21;11:9;
12:23;13:1,5,9,14,16,
23;14:2,9;15:3;
16:23;17:19;18:12,
17;19:9;20:1,5;21:2,
3,5,6,7,10,14,19;28:5,
18,20,22;29:2,4,20
**Armola (3)**
12:12,13,14
**around (1)**
20:8
**articulate (2)**
27:19,20
**assume (2)**
5:17,18
**attend (4)**
8:22,23;9:3;10:6
**attended (4)**
8:24;11:2;12:1,15
**authority (3)**
19:5,10,12
**authorization (1)**
6:20
**authorize (2)**
15:9,25
**authorized (4)**
7:20;14:11;19:7;
29:18
**aware (1)**
20:16
**awhile (1)**
24:16
**AZ's (2)**
12:21,24

**B**

**back (2)**
14:15;24:16
**background (2)**
26:23;30:3
**band (1)**
12:8
**Bar (1)**
12:22
**Based (1)**
23:22
**basis (2)**
9:11;10:5
**became (2)**
19:21;21:9
**become (6)**
9:21;16:23;20:5;
28:21,23;29:4

**becoming (1)**
20:21
**begin (1)**
19:8
**behalf (11)**
5:9,12;6:21,25;7:1,
21;15:10;16:1;17:5,
10,18
**belief (7)**
27:14,19,20;28:1,4,
7,10
**beliefs (3)**
26:8;27:9;28:13
**best (1)**
10:14
**better (1)**
13:18
**break (3)**
16:15;25:18,21
**Brian (2)**
30:14,15
**brings (1)**
15:22
**brought (2)**
20:22;29:9

**C**

**call (1)**
30:7
**called (1)**
12:22
**calling (2)**
23:25;30:9
**came (3)**
21:4;26:23;30:3
**can (3)**
13:11,18;16:14
**careful (1)**
10:15
**case (1)**
26:14
**Certified (1)**
4:2
**change (1)**
27:24
**chapter (24)**
6:13;8:16;9:21;
11:9;13:5,23,23;
16:23;19:9;20:1,2,4,
5,6,11;21:5,10;28:5,
19,20,22;29:2,4,20
**charter (13)**
4:17;6:1,14;8:18;
13:9,15,16;14:2,9;
15:3;21:6,8,14
**church (1)**
26:20
**Churches (3)**
18:1;29:15,19
**City (19)**
4:8;10:25;17:3,9;
18:3,9;22:5,6,9,12,

12;23:5,8,14;24:6,8;
25:1,8,9
**C-K (1)**
27:20
**CLAUS (8)**
4:6,7;14:17;16:16,
19;25:17,21;26:1
**close (1)**
10:5
**co-chapter (1)**
8:25
**Cody (6)**
9:4,17;11:18,20;
19:18;29:22
**common (31)**
4:18,18;6:2,3,15,
16;7:11,11,23,23,25;
8:4,4,7,9,9,9;10,10,
18,19;15:4,5;17:6,11,
12;20:19,19;21:15,
16;24:8,9
**communication (12)**
21:25;22:5,9,12,23,
25;23:4,7,10,11,12,
13
**communications (1)**
22:24
**company (2)**
13:22;14:1
**complaint (21)**
4:11;5:25;6:4,6,7;
7:20,24;12:16;13:16;
14:10,18,24;16:22;
18:22;20:23;21:1;
23:18,24;24:6,25;
25:12
**complies (1)**
4:13
**comprises (1)**
19:8
**concert (2)**
12:2,6
**confers (1)**
29:19
**consent (22)**
4:17;5:6,7,8,11;
6:1,15,24,24;7:9,14;
8:18;9:9,15,18;
11:22;15:3;17:6,11;
20:18;21:15;25:7
**contained (2)**
14:12;16:6
**corporate (1)**
13:22
**corporation (3)**
14:1,6,7
**corporeal (1)**
28:12
**correctly (1)**
6:17
**council (12)**
9:20;15:14;18:8,
23,25;19:2,6,10,12;

22:5;23:8;24:8
**countersigned (1)**
29:14
**Court (2)**
4:3;14:15
**created (1)**
29:2
**currently (1)**
11:10

**D**

**d/b/a (1)**
18:1
**day (5)**
11:23,24,24;12:18,
19
**de (8)**
9:2,17;10:19,23,
24;11:7,17;16:14
**decided (2)**
12:1;15:14
**deponent (2)**
7:4;16:4
**deposing (1)**
16:12
**deposition (7)**
4:14,15;7:8;14:19;
15:1,22;16:5
**designated (2)**
4:23;7:4
**designee (2)**
14:11;16:1
**detailed (1)**
24:11
**dialogue (1)**
24:13
**directly (1)**
18:8
**discussing (2)**
7:14,16
**document (3)**
6:7;20:24;25:13
**documentary (3)**
30:19,20,23
**done (4)**
23:20,21;25:17,22
**Douglas (1)**
5:21
**dues (2)**
16:22;17:1
**duly (1)**
4:2

**E**

**effect (1)**
27:24
**either (4)**
14:2;17:11;26:13;
27:2
**elect (4)**
18:23,25;19:6,12

Case 2:18-cv-00621-DGC   Document 63-1   Filed 10/04/19   Page 303 of 319

The Satanic Temple and Michelle Shortt v.　　By Michelle Shortt　　30(b)(6) Deposition of The Satanic Temple
City of Scottsdale, Arizona, by it City Council　　　　　　　　　　　　　　　　　September 26, 2019

**elected (1)**
19:2
**else (6)**
5:16;9:3,5;10:21;
16:12;30:4
**e-mail (20)**
17:15,17,21;18:3,7,
8,10,13,14,17;22:18;
24:11,14,15,15,20,21,
22,23;25:5
**e-mails (1)**
22:14
**entered (2)**
17:20,24
**enterprise (14)**
4:18;6:2,15;7:11,
23;8:4,9;9:10,19;
15:4;17:12;20:19;
21:16;24:9
**entity (1)**
13:22
**espoused (4)**
27:9;28:1,4,7
**even (1)**
15:19
**event (2)**
12:17,20
**everybody (1)**
8:3
**exact (3)**
11:24;12:18,18
**exactly (1)**
13:17
**EXAMINATION (1)**
4:5
**execution (2)**
28:19,25
**executive (1)**
19:7
**Exhibit (19)**
4:9,14,22,22,24,24;
5:2,3;7:5;14:12,16,
19,25,25;16:6;28:20;
29:1,11,13
**expecting (1)**
13:17
**explicit (1)**
14:20
**express (3)**
6:24;9:9,18
**expressly (3)**
7:20;14:10;15:9

## F

**Facebook (1)**
13:3
**fact (2)**
10:19;28:10
**familiar (1)**
26:4
**February (8)**
20:7,7;26:8,11;

27:11;28:8,13;29:25
**Federation (3)**
17:25;29:15,19
**fee (1)**
26:21
**feel (1)**
8:2
**file (5)**
5:9,12;6:20,24;
7:21
**filed (1)**
25:13
**fine (1)**
10:12
**first (36)**
4:10,15;5:2,24;6:5,
6,17;7:20,24;8:20;
9:7,13;11:17,19;
12:10,14,16,17,21,
24;13:6,15;14:10,18,
23,24;15:1;16:22;
18:22;20:23,25;
23:18,23;24:5,25;
25:12
**five-minute (1)**
16:14
**Following (1)**
24:14
**follows (1)**
4:4
**form (3)**
8:18;9:20;19:10
**formation (2)**
21:19;28:22
**formed (17)**
4:17;6:1,14;8:6,11;
9:14;11:21;13:5,22;
14:1;15:3;17:5,10;
20:18;21:10,14;25:7
**forming (1)**
19:9
**forum (1)**
8:3
**frame (2)**
26:12;27:3
**friends (2)**
19:17,21

## G

**Gates (1)**
12:7
**given (7)**
5:8;11;15:12;
19:10,12,13,14
**goal (1)**
8:7
**God's (1)**
12:22
**great (1)**
20:10
**Greaves (4)**
5:15,20,21;19:8

**grip (1)**
15:20
**group (43)**
4:16;5:25;6:13,19,
23;7:19;8:6,11,15,17;
9:14,16,24;10:1;11:7,
21;12:15;13:8,14;
14:8;15:2,9,11,24;
16:2,21;17:5,10;
18:21;19:5,13;20:13,
17;21:14;24:4,7,24;
25:2,6,8;26:6;27:8;
29:3

## H

**Haan (6)**
9:2,17;10:23,24;
11:18;16:14
**Haan's (2)**
10:20;11:7
**Hail (2)**
30:19,23
**happen (1)**
11:25
**happened (1)**
20:9
**head (3)**
8:25;14:25;20:5
**heading (1)**
5:24
**help (1)**
29:10
**herein (1)**
4:2
**house (6)**
10:9,9,18,20,22;
11:7
**Huh (1)**
20:15

## I

**identified (2)**
7:5;12:16
**identify (2)**
5:5;18:3
**immediately (1)**
20:9
**Inc (1)**
7:2
**including (1)**
26:23
**incorrect (1)**
27:15
**indicate (2)**
18:10,11
**individual (2)**
5:8,11
**individuals (2)**
19:18,25
**inform (2)**
17:3;24:6

**intercede (1)**
28:12
**interpretation (1)**
27:1
**into (3)**
4:11;17:20,24
**invocation (14)**
11:25;15:15;17:4,
9,16,18;18:5,12;20:8;
24:7,12,18;25:2,9
**invocations (2)**
22:14;24:1
**invoke (1)**
27:21
**involved (1)**
20:14

## J

**James (6)**
9:4,17;11:18,20;
19:18;29:22
**January (4)**
8:21;9:13;14:3;
19:19
**Jarry (1)**
19:8
**Jeremy (10)**
9:4,17;11:18,20;
18:8,10;19:18;24:10;
25:5;29:23
**Jeremy's (2)**
18:10;24:1
**job (1)**
24:1
**joined (1)**
30:11
**July (1)**
23:15

## K

**Kat (6)**
9:4,17;11:18,20;
19:18;29:22
**keep (1)**
13:23;24:3
**Kelly (3)**
21:25;22:1;23:1
**kind (4)**
7:16;23:1,11,13
**knowledge (3)**
7:5;16:5;27:7
**Kuester (4)**
21:25;22:1,2;23:2
**K-U-E-S-T-E-R (1)**
22:2

## L

**label (1)**
26:19
**last (2)**

12:4,5
**LaVey (1)**
27:9
**LaVeyan (13)**
26:4,8,15,19,23;
27:13,16,19;29:24;
30:3,6,8,10
**LaVeyan's (1)**
26:25
**LaVey's (1)**
27:13
**lawsuit (5)**
5:9,12;6:20,25;
7:21
**liability (2)**
13:22;14:1
**liaison (1)**
8:25
**lieu (2)**
8:1;11:25
**limited (2)**
13:21,25
**line (2)**
6:9,9
**list (1)**
24:12
**lists (1)**
4:22
**literal (1)**
27:14
**litigation (4)**
6:9;12;20:14,21
**live (3)**
8:2;10:23,25
**LLC (5)**
18:1;21:9,20;
29:15,19
**location (1)**
11:11
**look (7)**
4:9;13:17;20:24,
25;25:14,15;29:11
**Lucien (4)**
5:15,20,21;19:8

## M

**ma'am (3)**
9:12;15:16;16:20
**magic (1)**
28:10
**magick (2)**
27:16,20
**M-A-G-I-C-K (1)**
27:17
**Malcolm (1)**
19:8
**manager (1)**
22:12
**many (2)**
26:23;30:18
**March (1)**
20:7

Case 2:18-cv-00621-DGC   Document 63-1   Filed 10/04/19   Page 304 of 319

The Satanic Temple and Michelle Shortt v.          By Michelle Shortt          30(b)(6) Deposition of The Satanic Temple
City of Scottsdale, Arizona, by it City Council                                                 September 26, 2019

**matter (1)**
28:10
**may (2)**
20:3;29:12
**maybe (1)**
4:12
**mayor (2)**
22:9;23:8
**mean (6)**
16:11;21:22;24:10;
26:11,20,22
**Meat (1)**
12:23
**media (1)**
8:25
**meet (2)**
9:11;10:21
**meet-and-greet (4)**
12:21,22,24;13:6
**meeting (17)**
8:20,24;9:7,8,13,
23;10:1,5,6,8;11:2,4,
6,8;12:15;24:8;25:10
**meet-up (1)**
12:1
**member (13)**
6:19,23;7:18;
15:24;20:17;22:5;
23:8;24:2,4,10,24;
26:20;30:15
**members (26)**
7:10;9:9;14:8;
16:23;18:8,21,23,25;
19:2,5,6,25;20:2,3,
20;21:1,2,18;25:6;
26:6,22;27:7;28:20,
21,23;29:4
**membership (3)**
16:22;17:1;26:21
**mention (1)**
18:17
**mentioned (2)**
19:18;30:19
**mentioning (1)**
8:21
**met (4)**
11:18,21;12:2;
30:13
**Michael (2)**
30:5,5
**MICHELLE (12)**
4:1;11:18,21;
15:25;21:22,23,24;
22:4,8,11,17;29:23
**might (1)**
10:16
**mind (1)**
15:20
**ministry (1)**
19:7
**Misicko (2)**
5:22;19:14
**Mitch (4)**

12:4,4;19:19;29:23
**moment (1)**
10:4
**more (2)**
11:20;26:25
**Morgan (6)**
9:6;11:3,18,20;
19:19;29:23
**much (2)**
24:13;29:9
**mutual (14)**
4:17;6:1,14;8:18;
9:9,14,18;11:22;
15:3;17:5,10;20:18;
21:15;25:7
**myself (4)**
19:3;26:24;30:8,10

<hr/>

## N

**name (5)**
5:21;12:4,5,8,20
**national (1)**
20:3
**nerve-racking (1)**
10:14
**next (2)**
10:1;12:10
**night (1)**
9:6
**Nope (1)**
15:18
**Notice (7)**
4:15;14:12,19,20;
15:1,21;16:6

<hr/>

## O

**oath (2)**
16:20;26:2
**objective (16)**
4:19;6:3,16;7:12,
23,25;8:5,10;9:10,19;
15:5;17:6,12;20:19;
21:16;24:9
**occur (1)**
9:24
**official (1)**
20:2
**officially (2)**
13:5;29:2
**once (2)**
18:15;24:16
**one (7)**
15:14;18:7;24:10;
26:13,20;27:3;28:11
**oneself (1)**
26:19
**only (1)**
10:17
**operate (1)**
21:10
**opinion (1)**

27:4
**organization (1)**
28:18
**out (5)**
10:17;13:13;15:19,
20,20

<hr/>

## P

**page (3)**
6:10;13:3;14:24
**paragraph (17)**
6:5,6,10;7:19;
13:15;14:10;18:22;
19:14;20:23,25;
23:18,19,23;24:5,25;
26:7;27:8
**part (1)**
20:21
**pay (1)**
16:22
**people (2)**
11:3;26:16
**Period (1)**
16:10
**person (3)**
6:4;12:2;16:11
**persons (44)**
4:16;5:25;6:14,19,
23;7:19;8:6,11,16,17;
9:14,17,24;10:2;11:7,
17,21;12:15;13:8,14;
14:9;15:2,9,11,25;
16:2,21;17:5,10;
18:21;19:5,13;20:13,
17;21:14;24:5,7,24;
25:2,7,9;26:7;27:8;
29:3
**philosophy (1)**
26:22
**Phoenix (1)**
11:24;20:8
**physical (2)**
11:10;15:20
**plaintiff (2)**
16:7,10
**plays (1)**
26:21
**please (2)**
4:9;24:12
**pluralism (5)**
8:1,12;24:9;25:3,
10
**pluralistic (1)**
8:2
**plus (1)**
11:3
**pm (4)**
16:17,18;25:23,24
**pocket (1)**
4:11
**portion (1)**
14:14

**powers (2)**
27:22;28:11
**practice (1)**
27:21
**precludes (1)**
20:12
**prevents (3)**
20:13,17,20
**previously (2)**
13:16;18:23
**prior (9)**
4:24;19:19;21:13,
19;23:14;28:16,18,
22,25
**probably (5)**
10:3,9,18;11:8;
26:21
**proceed (1)**
7:15
**process (1)**
29:8
**promote (7)**
9:9,18;17:6;24:8;
25:3,10;27:16
**promoted (4)**
7:24;8:5,10;28:13
**promotes (1)**
27:13
**promoting (7)**
4:18;6:2,15;15:4;
17:11;20:18;21:15
**prosecute (5)**
9:10,19;17:6;24:9;
25:10
**prosecuted (2)**
8:5,10
**prosecuting (7)**
4:18;6:2,16;15:4;
17:12;20:19;21:16
**public (1)**
8:3
**pull (1)**
14:24
**purpose (7)**
4:17;6:2,15;15:4;
17:11;20:18;21:15
**pursuant (1)**
14:12
**put (3)**
14:23;15:18;24:12

<hr/>

## Q

**quick (2)**
25:18,21
**quit (1)**
30:18

<hr/>

## R

**Rack (1)**
12:23
**read (3)**

6:17;14:15;23:18
**reading (1)**
6:9
**real (1)**
5:21
**realized (2)**
4:10;26:24
**really (2)**
20:9;26:13
**realm (1)**
28:12
**reason (1)**
10:17
**recall (2)**
18:16;23:25
**receive (1)**
14:20
**recess (2)**
16:17;25:23
**recognition (1)**
28:16
**recognize (1)**
26:3
**record (1)**
14:14
**referred (12)**
7:19;13:15;14:9;
16:21;18:22,24;
19:13;24:5,24;25:5;
26:7;27:8
**referring (1)**
6:5
**refers (3)**
5:25;6:5,7
**relevant (3)**
6:8,8,12
**religion (6)**
18:4,11,11,19;
26:12,14
**remember (4)**
11:23;12:5,18,18
**repeat (1)**
14:13
**Reporter (2)**
4:3;14:15
**represent (1)**
4:8
**representative (8)**
17:3,8;23:5,14;
25:1,7;29:14,18
**representatives (1)**
18:18
**represented (1)**
8:3
**request (1)**
24:1
**requested (1)**
14:14
**reside (1)**
21:2
**resided (1)**
21:19
**resonate (1)**

<hr/>

Case 2:18-cv-00621-DGC   Document 63-1   Filed 10/04/19   Page 305 of 319
The Satanic Temple and Michelle Shortt v.     By Michelle Shortt     30(b)(6) Deposition of The Satanic Temple
City of Scottsdale, Arizona, by it City Council     September 26, 2019

26:16
**review (2)**
 4:24;25:12
**revoked (1)**
 14:2
**right (2)**
 20:10;22:22
**Robert (3)**
 12:11,14;29:23
**role (1)**
 20:4
**Rule (1)**
 15:1

**S**

**same (2)**
 11:3;22:23
**Satan (2)**
 30:19,23
**Satanic (25)**
 4:16;7:2;11:10;
 15:2;16:23;17:19,21;
 18:1,11,17;20:1;21:5,
 10,18;27:14;28:1,5,7,
 13,21,23;29:1,4,9,20
**Satanism (10)**
 18:19;26:4,8,15,
 25;27:13,16,19;
 29:24;30:6
**Satanist (3)**
 26:19;30:8,10
**saw (2)**
 18:15;24:16
**saying (2)**
 10:18;13:23
**schedule (1)**
 29:10
**Scot (1)**
 4:7
**Scottsdale (17)**
 4:8;17:4,9;18:4,9;
 21:2,19;22:6,9,13;
 23:5,8,14;24:6;25:1,
 8,10
**secularism (1)**
 8:1
**seeking (1)**
 17:4
**selected (1)**
 16:4
**send (3)**
 18:7;22:17,18
**sent (3)**
 17:22;18:8;25:6
**short (2)**
 16:17;25:23
**SHORTT (11)**
 4:1,7;15:25;21:23,
 23,24;22:4,8,11,18;
 26:2
**side (1)**
 14:24

**signed (1)**
 29:18
**simple (1)**
 29:8
**simply (2)**
 6:13;23:24
**skim (2)**
 25:14,15
**society (1)**
 8:2
**Soleng (1)**
 19:15
**sorry (8)**
 7:1,13,13;10:11;
 12:13;19:24;26:18;
 27:4
**sought (8)**
 7:24;8:5,10;17:9,
 17;18:4,12;24:7
**speak (1)**
 4:3
**speaking (1)**
 7:1
**specific (1)**
 18:16
**specifically (1)**
 24:1
**specified (1)**
 18:19
**spelled (3)**
 22:2;27:16,20
**start (1)**
 13:13
**statements (1)**
 30:25
**states (1)**
 6:7
**still (6)**
 4:7,7;16:20;19:25;
 20:3;26:2
**stop (2)**
 11:7;30:6
**stopped (2)**
 11:8;30:9
**straightforward (1)**
 24:17
**strike (11)**
 8:16;9:22;13:23,
 24;17:7,24;18:6;
 20:12;24:2,2;28:16
**Stu (7)**
 9:2,17;11:17,20;
 19:3,4;29:22
**Stu's (4)**
 10:9,9,18,22
**submit (1)**
 17:16
**subscribes (1)**
 26:22
**subsequent (1)**
 9:23
**suggestion (1)**
 15:18

**suing (1)**
 16:12
**summer (1)**
 30:13
**super (1)**
 24:17
**supernatural (2)**
 27:21;28:11
**supposed (1)**
 11:24
**sure (2)**
 10:14;16:16
**suspended (1)**
 14:2
**sworn (1)**
 4:2

**T**

**Tab (1)**
 4:10
**talk (2)**
 24:21,22
**talked (1)**
 24:14
**talking (2)**
 4:11;24:20
**Telephone (1)**
 23:1
**telephonic (2)**
 23:4,7
**Temple (24)**
 4:16;7:2;11:10;
 15:2;16:24;17:19,21;
 18:1,12,17;20:1;21:5,
 10,18;28:2,5,8,13,21,
 23;29:2,4,9,20
**testified (1)**
 4:4
**testify (2)**
 4:25;5:19
**testimony (7)**
 10:15;14:11;15:10;
 16:1,5;18:24;23:22
**therefore (1)**
 19:9
**thought (1)**
 16:11
**throughout (1)**
 21:1
**times (3)**
 6:8,8,12
**today (4)**
 4:25;15:10,22;16:1
**told (3)**
 24:25;25:7,14
**topics (2)**
 4:22;7:5
**touch (1)**
 15:19
**true (6)**
 10:16;11:9,12,13;
 23:24,25

**truth (5)**
 4:3,4;7:2;21:9,20
**trying (1)**
 26:12
**TST (8)**
 12:24;13:1,5;21:1;
 26:23,24;30:11,15
**tucked (1)**
 4:10;29:12
**Tucson (3)**
 11:1;12:17,23
**turns (1)**
 10:17
**two (2)**
 10:4;29:8
**types (1)**
 22:23

**U**

**under (2)**
 16:20;26:2
**under-oath (1)**
 23:22
**United (4)**
 17:25;29:14,18,19
**untuck (1)**
 4:12
**up (1)**
 14:24
**uphold (1)**
 7:25;8:1
**upon (1)**
 23:22
**use (1)**
 17:15
**used (2)**
 17:14,16
**utilize (1)**
 28:11

**V**

**verbal (9)**
 5:7,11;6:24,24;7:9,
 13;22:24,25;23:11
**version (1)**
 29:13
**vested (1)**
 19:4
**vetting (1)**
 29:7
**voluntary (42)**
 4:16;5:25;6:13,19,
 23;7:19;8:6,11,15,17;
 9:14,23;10:1;11:6,
 21;12:15;13:8,14;
 14:8;15:2,8,10,24;
 16:2,21;17:5,10;
 18:21;19:5,13;20:13,
 17;21:13;24:4,7,24;
 25:2,6,8;26:6;27:8;
 29:3

**W**

**Wait (1)**
 7:13
**way (11)**
 13:9,10,11,13,18,
 19;15:19;21:23;
 26:12;28:24;29:3
**website (1)**
 13:1
**week (2)**
 10:3,3
**weekly (2)**
 9:11;10:5
**weeks (1)**
 10:4
**weird (1)**
 13:13
**Who's (1)**
 9:1
**whose (1)**
 5:21
**wished (2)**
 25:2,9
**within (1)**
 20:4
**without (10)**
 4:16;5:25;6:14;
 8:16,18;13:8,14;
 14:9;15:2;21:14
**witness (1)**
 4:2,13;14:16;25:20
**wording (2)**
 13:11;18:16
**words (3)**
 11:19;17:14,15
**world (1)**
 27:24
**worldly (1)**
 27:22
**writing (1)**
 19:11
**written (9)**
 5:6,8;6:20;21:24;
 22:4,8,11,22;23:10
**wrong (1)**
 27:3

**Y**

**years (1)**
 30:18
**yes-or-no (1)**
 27:4
**Yesterday (1)**
 5:4

**1**

**11 (12)**
 6:5,6,10;7:19;
 13:15;14:10;18:22;

The Satanic Temple and Michelle Shortt v.    By Michelle Shortt    30(b)(6) Deposition of The Satanic Temple
City of Scottsdale, Arizona, by it City Council    September 26, 2019

Case 2:18-cv-00621-DGC   Document 63-1   Filed 10/04/19   Page 306 of 319

19:14;24:5,25;26:7;
27:8
**12:09 (1)**
16:17
**12:13 (1)**
16:18
**12:29 (1)**
25:23
**12:33 (1)**
25:24
**14 (2)**
20:23,25

### 2

**2015 (2)**
30:13,13
**2016 (12)**
8:21;9:13;14:3;
19:19;20:7;23:15;
26:8;27:11,20;28:8,
14;29:25
**2018 (1)**
11:8
**26 (3)**
23:18,19,23

### 3

**3 (1)**
6:10
**30b6 (2)**
4:15;15:1

### 5

**50 (4)**
28:20;29:1,11,13
**57 (1)**
6:7

### 6

**6 (1)**
23:15

### 8

**8 (3)**
6:9,9;26:8
**8th (5)**
26:11;27:11;28:8,
13;29:25

### 9

**9 (13)**
4:9,10,14,22,24;
5:3;7:5;14:12,16,19,
25,25;16:6

# EXHIBIT K

MA SOC   Filing Number: 201497212820   Date: 9/26/2014 9:29:00 AM



| The Commonwealth of Massachusetts<br>William Francis Galvin | Minimum Fee: $35.00 |
|---|---|

Secretary of the Commonwealth, Corporations Division
One Ashburton Place, 17th floor
Boston, MA 02108-1512
Telephone: (617) 727-9640

## Articles of Organization
(General Laws, Chapter 180)

**Federal Employer Identification Number:** 471933964 *(must be 9 digits)*

### ARTICLE I

The exact name of the corporation is:

REASON ALLIANCE, LTD.

### ARTICLE II

The purpose of the corporation is to engage in the following business activities:

THE CORPORATION IS ORGANIZED EXCLUSIVELY FOR CHARITABLE, RELIGIOUS, EDUCATI
ONAL, AND SCIENTIFIC PURPOSES TO PROMOTE THE TENETS AS HEREIN DESCRIBED, INCL
UDING, FOR SUCH PURPOSES, THE MAKING OF DISTRIBUTIONS TO ORGANIZATIONS THAT
QUALIFY AS EXEMPT ORGANIZATIONS UNDER SECTION 501(C)(3) OF THE INTERNAL REVE
NUE CODE, OR THE CORRESPONDING SECTION OF ANY FUTURE FEDERAL TAX CODE. THE
TENETS ARE: • ONE SHOULD STRIVE TO ACT WITH COMPASSION AND EMPATHY TOWARDS
ALL CREATURES IN ACCORDANCE WITH REASON. • THE STRUGGLE FOR JUSTICE IS AN ON
GOING AND NECESSARY PURSUIT THAT SHOULD PREVAIL OVER LAWS AND INSTITUTION
S. • ONE'S BODY IS INVIOLABLE, SUBJECT TO ONE'S OWN WILL ALONE. • THE FREEDOMS
OF OTHERS SHOULD BE RESPECTED, INCLUDING THE FREEDOM TO OFFEND. TO WILLFULL
Y AND UNJUSTLY ENCROACH UPON THE FREEDOMS OF ANOTHER IS TO FORGO YOUR OW
N. • BELIEFS SHOULD CONFORM TO OUR BEST SCIENTIFIC UNDERSTANDING OF THE WOR
LD. WE SHOULD TAKE CARE NEVER TO DISTORT SCIENTIFIC FACTS TO FIT OUR BELIEFS. •
PEOPLE ARE FALLIBLE. IF WE MAKE A MISTAKE, WE SHOULD DO OUR BEST TO RECTIFY IT
AND RESOLVE ANY HARM THAT MAY HAVE BEEN CAUSED. • EVERY TENET IS A GUIDING P
RINCIPLE DESIGNED TO INSPIRE NOBILITY IN ACTION AND THOUGHT. THE SPIRIT OF COM
PASSION, WISDOM, AND JUSTICE SHOULD ALWAYS PREVAIL OVER THE WRITTEN OR SPO
KEN WORD.

### ARTICLE III

A corporation may have one or more classes of members. If it does, the designation of such classes, the manner of
election or appointments, the duration of membership and the qualifications and rights, including voting rights, of the
members of each class, may be set forth in the by-laws of the corporation or may be set forth below:

NO PART OF THE NET EARNINGS OF THE CORPORATION SHALL INURE TO THE BENEFIT OF, OR BE DISTRIBUTABLE TO ITS MEMBERS, TRUSTEES, OFFICERS, OR OTHER PRIVATE PERSO NS, EXCEPT THAT THE CORPORATION SHALL BE AUTHORIZED AND EMPOWERED TO PAY R EASONABLE COMPENSATION FOR SERVICES RENDERED AND TO MAKE PAYMENTS AND D ISTRIBUTIONS IN FURTHERANCE OF THE PURPOSES SET FORTH IN ARTICLE II. NO SUBSTA NTIAL PART OF THE ACTIVITIES OF THE CORPORATION SHALL BE THE CARRYING ON OF P ROPAGANDA, OR OTHERWISE ATTEMPTING TO INFLUENCE LEGISLATION, AND THE CORP ORATION SHALL NOT PARTICIPATE IN, OR INTERVENE IN (INCLUDING THE PUBLISHING O R DISTRIBUTION OF STATEMENTS) ANY POLITICAL CAMPAIGN ON BEHALF OF OR IN OPPO SITION TO ANY CANDIDATE FOR PUBLIC OFFICE. NOTWITHSTANDING ANY OTHER PROVI SION OF THESE ARTICLES, THE CORPORATION SHALL NOT CARRY ON ANY OTHER ACTIVI TIES NOT PERMITTED TO BE CARRIED ON (A) BY A CORPORATION EXEMPT FROM FEDERAL INCOME TAX UNDER SECTION 501(C)(3) OF THE INTERNAL REVENUE CODE, OR THE CORRE SPONDING SECTION OF ANY FUTURE FEDERAL TAX CODE, OR (B) BY A CORPORATION, CO NTRIBUTIONS TO WHICH ARE DEDUCTIBLE UNDER SECTION 170(C)(2) OF THE INTERNAL R EVENUE CODE, OR THE CORRESPONDING SECTION OF ANY FUTURE FEDERAL TAX CODE. UPON THE DISSOLUTION OF THE CORPORATION, ASSETS SHALL BE DISTRIBUTED FOR ONE OR MORE EXEMPT PURPOSES WITHIN THE MEANING OF SECTION 501(C)(3) OF THE INTERN AL REVENUE CODE, OR THE CORRESPONDING SECTION OF ANY FUTURE FEDERAL TAX CO DE, OR SHALL BE DISTRIBUTED TO THE FEDERAL GOVERNMENT, OR TO A STATE OR LOCAL GOVERNMENT, FOR A PUBLIC PURPOSE. ANY SUCH ASSETS NOT SO DISPOSED OF SHALL BE DISPOSED OF BY A COURT OF COMPETENT JURISDICTION OF THE COUNTY IN WHICH T HE PRINCIPAL OFFICE OF THE CORPORATION IS THEN LOCATED, EXCLUSIVELY FOR SUCH PURPOSES OR TO SUCH ORGANIZATION OR ORGANIZATIONS, AS SAID COURT SHALL DET ERMINE, WHICH ARE ORGANIZED AND OPERATED EXCLUSIVELY FOR SUCH PURPOSES.

Notes: The preceding four (4) atricles are considered to be permanent and may only be changed by filing appropriate Articles of Amendment.

### ARTICLE V
The by-laws of the corporation have been duly adopted and the initial directors, president, treasurer and clerk or other presiding, financial or recording officers, whose names are set out on the following page, have been duly elected.

### ARTICLE VI

The effective date of organization of the corporation shall be the date approved and filed by the Secretary of the Commonwealth. If a *later* effective date is desired, specify such date which shall not be more than *thirty days* after the date of filing.

09/26/2014

### ARTICLE VII

The information contained in Article VII is not a permanent part of the Articles of Organization.

**a. The street address *(post office boxes are not acceptable)* of the principal office of the corporation *in Massachusetts* is:**

No. and Street:   519 SOMERVILLE AVE. NO. 288
City or Town:   SOMERVILLE      State: MA      Zip: 02143      Country: USA

| PRESIDENT | DOUGLAS MISICKO | 519 SOMERVILLE AVE. NO. 288 SOMERVILLE, MA 02143 USA 519 SOMERVILLE AVE. NO. 288 SOMERVILLE, MA 02143 USA | 01/01/16 |
|---|---|---|---|
| TREASURER | DOUGLAS MISICKO | 519 SOMERVILLE AVE. NO. 288 SOMERVILLE, MA 02143 USA 519 SOMERVILLE AVE. NO. 288 SOMERVILLE, MA 02143 USA | 01/01/16 |
| SECRETARY | DOUGLAS MISICKO | 519 SOMERVILLE AVE. NO. 288 SOMERVILLE, MA 02143 USA 519 SOMERVILLE AVE. NO. 288 SOMERVILLE, MA 02143 USA | 01/01/16 |
| DIRECTOR | DOUGLAS MISICKO | 519 SOMERVILLE AVE. NO. 288 SOMERVILLE, MA 02143 USA 519 SOMERVILLE AVE. NO. 288 SOMERVILLE, MA 02143 USA | 01/01/16 |

**c. The fiscal year (i.e., tax year) of the business entity shall end on the last day of the month of:**
December

**d. The name and business address of the resident agent, if any, of the business entity is:**

Name:         DOUGLAS MISICKO
No. and Street:   519 SOMERVILLE AVE. NO. 288
City or Town:   SOMERVILLE     State: MA     Zip: 02143     Country: USA

**I/We, the below signed incorporator(s), do hereby certify under the pains and penalties of perjury that I/we have not been convicted of any crimes relating to alcohol or gaming within the past ten years. I/We do hereby further certify that to the best of my/our knowledge the above-named officers have not been similarly convicted. If so convicted, explain:**

**IN WITNESS WHEREOF AND UNDER THE PAINS AND PENALTIES OF PERJURY, I/we, whose signature(s) appear below as incorporator(s) and whose name(s) and business or residential address (es) beneath each signature do hereby associate with the intention of forming this business entity under the provisions of General Law, Chapter 180 and do hereby sign these Articles of Organization as incorporator(s) this 26 Day of September, 2014.** *(If an existing corporation is acting as incorporator, type in the exact name of the business entity, the state or other jurisdiction where it was incorporated, the name of the person signing on behalf of said business entity and the title he/she holds or other authority by which such action is taken.)*
W. JAMES MAC NAUGHTON 7 FREDON MARKSBORO ROAD NEWTON, NJ 07860

© 2001 - 2014 Commonwealth of Massachusetts
All Rights Reserved

MA SOC   Filing Number: 201497212820    Date: 9/26/2014 9:29:00 AM

# THE COMMONWEALTH OF MASSACHUSETTS

I hereby certify that, upon examination of this document, duly submitted to me, it appears

that the provisions of the General Laws relative to corporations have been complied with,

and I hereby approve said articles; and the filing fee having been paid, said articles are

deemed to have been filed with me on:

September 26, 2014 09:29 AM

**WILLIAM FRANCIS GALVIN**

*Secretary of the Commonwealth*

# EXHIBIT L

# THE
# SATANIC TEMPLE

### AFFILIATION AGREEMENT

Parties:     United Federation of Churches, LLC d/b/a THE SATANIC TEMPLE ("TST")
519 Somerville Ave #288 Somerville, MA 02143

NAME:     Michelle Shortt (chapterhead)

ADDRESS:     The Satanic Temple - Arizona     (the "AFFILIATE")

Territory:     Arizona, USA

Dated as of:     8/10/2016

Background:   TST owns or is the exclusive licensee for the content of the website
www.thesatanictemple.com and all rights in and to the trade name, logo and trademark "THE
SATANIC TEMPLE." The Affiliate wants to affiliate with TST for the promotion of the
purposes and objectives of TST and to use THE SATANIC TEMPLE in connection with its
affiliation.

INTENDING TO BE LEGALLY BOUND, and in consideration of the mutual promises set forth
hereinafter, the parties agree as follows:

1.     DEFINITIONS.

"AFFILIATE" means any chapter of TST sanctioned by the National Council and
Executive Ministry and/or any individual who is acting on behalf of TST sanctioned by the
Executive Ministry.

"THE SATANIC TEMPLE" means the content of the website
www.thesatanictemple.com (or any successor/subdomain website), any AFFILIATE Online
Presence, any AFFILIATE Content and the trade name, logo and trademark commonly known as
THE SATANIC TEMPLE, as well as all intellectual property.

"EXECUTIVE MINISTRY" means the corporate officers of TST. "EXECUTIVE
MINISTRY" and "TST EXECUTIVE MINISTRY" may all be used interchangeably.



EXHIBIT 50
WIT: M. Shortt
DATE: 9-26-19
Kelly Olhausen, CSR #50867

TEMPLE. The Purpose shall be consistent with the quality and reputation heretofore associated with THE SATANIC TEMPLE. The use of THE SATANIC TEMPLE and promotion of the Purpose by AFFILIATE shall be rendered in accordance with all applicable federal, state and local laws and regulations.

AFFILIATE agrees to submit to TST for its prior approval any material bearing the trade name, logo and trademark THE SATANIC TEMPLE or any AFFILIATE Content, which approval may be withheld in the sole discretion of TST. Such material includes, but is not limited to, any material disseminated by print, video, film, music, website, email, social media, online, virtual or any other medium.

AFILLIATE agrees to work with other TST affiliates and to abide by any and all requests of the TST EXECUTIVE MINISTRY and the TST NATIONAL COUNCIL ("NC") whose purpose is to review the activities of TST affiliates, provide mutual support and develop standards, protocols, and best practices for affiliates.

AFFILIATE must name one or more persons other than AFFILIATE who will act as chapter liaisons to communicate with the media in the event of any kind of outreach by or to AFFILIATE. AFFILIATE names: Stu de Haan as their Chapter Media Liaison. This/these person(s) can reached by email: Stu.dehaan@gmail or by phone: 520-481-1900. Should there be a change in liaison or change in contact information of the existing liaison, AFFILIATE will immediately notify TST and the NC with the updated information.

4.    AFFILIATE ONLINE PRESENCE AND CONTENT.

    a.  TST may, at its own expense, obtain, own and control any domain name or other necessary electronic address for any AFFILIATE Online Presence. TST will use commercially reasonable efforts to obtain a domain name that reflects the Territory and affiliation with TST, e.g. www.thesatanictempledetroit.com. TST may distribute or disseminate any information or content using AFFILIATE Online Presence in its sole discretion.

    b.  AFFILIATE shall be responsible, at its own expense for the creation and distribution of any AFFILIATE Content. AFFILIATE shall comply will all laws in the creation and distribution of the AFFILIATE Content, including, without limitation, federal copyright and trademark law and the common law of slander and defamation. Content must comply with the standards, tenets, philosophy, and spirit of TST.

    c.  AFFILIATE shall email or otherwise send any and all images and footage that it takes, or directs others to take, from events and activities AFFILIATE organizes to TST within thirty (30) days of said event or activity. TST will use, at its sole discretion, images and footage to further the mission of TST and AFFILIATE agrees that, in exchange for the mutual representations made in this AGREEMENT, TST has the right in perpetuity to use any and all images and footage AFFILIATE sends to TST in any way TST sees fit including commercial use and grants TST the right to license images and footage to third parties for the exclusive benefit of TST.

3

after the mailing of notice by certified mail, return receipt requested to the party's last known address.

IN WITNESS WHEREOF, each party has caused this agreement to be executed allied or, as appropriate, by its duly authorized representative.

United Federation of Churches, LLC        Affiliate
d/b/a The Satanic Temple → michelle.r.shortt@gmail.com

By: _Michael_ (Michelle Shortt)        By: _____ (Stu deHaan)

Date: _8/10/2016_        Date: _8/10/2016_

cell: 520 246-1974

6

# EXHIBIT M



EXHIBIT
11
9.24.19

D. 2016171968

**The Commonwealth of Massachusetts**
William Francis Galvin
Secretary of the Commonwealth
One Ashburton Place, Room 1717, Boston, Massachusetts 02108-1512

**Limited Liability Company Annual Report**
(General Laws Chapter 156C, Section 12)

FILED

SEP 1 2 2016

SECRETARY OF THE COMMONWEALTH
CORPORATIONS DIVISION

Identification Number: ~~1215408~~   00 11 27600          Year: ____2015____

(1a) The exact name of the limited liability company:

UNITED FEDERATION OF CHURCHES LLC

(1b) The exact name of the limited liability company as amended:

_____

(2a) Location of its principal office:

519 SOMERVILLE AVE #288          SOMERVILLE, MA   02135

(2b) The street address of the office in the commonwealth at which its records will be maintained:

519 SOMERVILLE AVE #288
SOMERVILLE, MA   02135

(3) The general character of the business:

EDUCATIONAL ACTIVITIES AND ALL OTHER LAWFUL PURPOSES

(4) Latest date of dissolution, if specified: _____

(5) The name and street address of the resident agent in the commonwealth:

DOUGLAS MISICKO
519 SOMERVILLE AVE. #288
SOMERVILLE, MA 02143

(6) The name and business address of each manager, if any:

CEVIN SOLING
112 4TH STREET
MEDFORD, MA 02155

(7)  The name and business address of the person(s) in addition to manager(s) authorized to execute documents filed with the Corporations Division, and
     at least one person shall be named if there are no managers:

     DOUGLAS MISICKO
     519 SOMERVILLE AVE. #288
     SOMERVILLE , MA 02143

(8)  The name and business address of the person(s) authorized to execute, acknowledge, deliver and record any recordable instrument purporting to
     affect an interest in real property:

(9)  Additional matters:

Signed by *(by at least one authorized signatory)*:   X

# COMMONWEALTH OF MASSACHUSETTS
**William Francis Galvin**
Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts 02108-1512

112

**Limited Liability Company Annual Report**
(General Laws Chapter 156C, Section 12)

I hereby certify that upon examination of this limited liability company annual
report, duly submitted to me, it appears that the provisions of the General Laws
relative thereto have been complied with, and I hereby approve said application;
and the filing fee in the amount of $ ___500.00___ having been paid, said application
is deemed to have been filed with me this
_____12__ day of ___Sept___ , ___2016___ , at ___H___ a.m/p.m.
time

Effective date: _____

*[signature: William Francis Galvin]*

**WILLIAM FRANCIS GALVIN**
*Secretary of the Commonwealth*

Filing fee: $500

## TO BE FILLED IN BY LIMITED LIABILITY COMPANY
Contact Information:

**UNITED FEDERATION OF CHURCHES LLC**

**519 SOMERVILLE AVE #288**

**SOMERVILLE, MA   02135**

Telephone: _____

Email: ___**CSOLING@GMAIL.COM**___

Upon filing, a copy of this filing will be available at www.sec.state.ma.us/cor.
If the document is rejected, a copy of the rejection sheet and rejected document will
be available in the rejected queue.