```
INTERNAL REVENUE SERVICE                              DEPARTMENT OF THE TREASURY
P. O. BOX 2508
CINCINNATI, OH   45201

                                         Employer Identification Number:
Date:  FEB 06 2019                         82-3404757
                                         DLN:
                                           17053138314008
THE SATANIC TEMPLE                       Contact Person:
C/O BRENDAN DURRIGAN                       SIRIJUN MAYI                ID# 31449
1443A DORCHESTER AVE                     Contact Telephone Number:
BOSTON, MA  02122                          (877) 829-5500
                                         Accounting Period Ending:
                                           December 31
                                         Public Charity Status:
                                           170(b)(1)(A)(i)
                                         Form 990/990-EZ/990-N Required:
                                           No
                                         Effective Date of Exemption:
                                           November 14, 2017
                                         Contribution Deductibility:
                                           Yes
                                         Addendum Applies:
                                           No
```

Dear Applicant:

We're pleased to tell you we determined you're exempt from federal income tax under Internal Revenue Code (IRC) Section 501(c)(3). Donors can deduct contributions they make to you under IRC Section 170. You're also qualified to receive tax deductible bequests, devises, transfers or gifts under Section 2055, 2106, or 2522. This letter could help resolve questions on your exempt status. Please keep it for your records.

Organizations exempt under IRC Section 501(c)(3) are further classified as either public charities or private foundations. We determined you're a public charity under the IRC Section listed at the top of this letter.

If we indicated at the top of this letter that you're required to file Form 990/990-EZ/990-N, our records show you're required to file an annual information return (Form 990 or Form 990-EZ) or electronic notice (Form 990-N, the e-Postcard). If you don't file a required return or notice for three consecutive years, your exempt status will be automatically revoked.

If we indicated at the top of this letter that an addendum applies, the enclosed addendum is an integral part of this letter.

For important information about your responsibilities as a tax-exempt organization, go to www.irs.gov/charities. Enter "4221-PC" in the search bar to view Publication 4221-PC, Compliance Guide for 501(c)(3) Public Charities, which describes your recordkeeping, reporting, and disclosure requirements.

Letter 947

THE SATANIC TEMPLE

We sent a copy of this letter to your representative as indicated in your power of attorney.

Sincerely,

*Stephen A. Martin*

Director, Exempt Organizations
Rulings and Agreements

Letter 947