UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| The Satanic Temple, Inc. et al., | No.  CV 18-00621-PHX-DGC |
| Plaintiffs, | |
| v. | **ORDER** |
| City of Scottsdale, | |
| Defendant. | |

Pending before the Court is the parties' Stipulation and Joint Motion to Extend Time for Joint Pretrial Order.  Doc. 70.

**IT IS ORDERED** that the parties' Stipulation and Joint Motion to Extend Time for Joint Pretrial Order (Doc. 70) is **granted**.  The parties shall file their proposed Joint Pretrial Order, proposed Findings of Fact and Conclusions of Law, and motions in limine no later than **January 3, 2020 at 4:00 p.m.**

Dated this 27th day of December, 2019.

David G. Campbell
Senior United States District Judge