# DISTRICT JUDGE'S CIVIL MINUTES
## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF ARIZONA – PHOENIX

**U.S. District Judge:** David G. Campbell             **Date:** January 13, 2020

**Case Number:** CV-18-00621-PHX-DGC

**Satanic Temple et al v. Scottsdale, City of et al**

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Matthew A. Kezhaya (telephonically) | Scot L. Claus |
| | Stuart Patrick deHaan | |

### FINAL PRETRIAL CONFERENCE:

3:54 p.m.  Court is called to order.  The Court adopts the Joint Proposed Final Pretrial Order.  Doc. 73.  The Rule of Exclusion as to witnesses is invoked and will also apply outside of the courtroom.  The Bench Trial is set January 22 and 23rd.  Trial will convene 5.5 hours each day, with trial days lasting 9:00 a.m. to 4:30 p.m.

Argument is presented regarding Plaintiffs' Motion to Quash Subpoena.  Doc. 78.  **IT IS ORDERED** granting the Motion to Quash Subpoena.  Doc. 78.  **IT IS FURTHER ORDERED** denying as moot the Motion to Quash Subpoena. Doc. 77.

Argument is presented on the Defendant's Motion in Limine.  Doc. 75.  **IT IS FURTHER ORDERED** denying the Motion in Limine.  Doc. 75.  4:29 p.m.  Court is adjourned.

Deputy Clerk: Christine Boucher
Court Reporter: Patricia Lyons                                            **Start: 3:54 p.m.**
                                                                          **Stop:  4:29 p.m.**