Firm E-Mail for Official Court Documents
courtdocs@dickinsonwright.com
Scot L. Claus (#014999)
sclaus@dickinsonwright.com
Vail C. Cloar (#032011)
vcloar@dickinsonwright.com
Holly M. Zoe (#033333)
hzoe@dickinsonwright.com
**DICKINSON WRIGHT PLLC**
1850 North Central Avenue, Suite 1400
Phoenix, AZ  85004-4568
Phone: (602) 285-5000
Fax: (844) 670-6009
*Attorneys for City Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| The Satanic Temple, Inc. et al., <br><br> Plaintiffs, <br><br> v. <br><br> City of Scottsdale, <br><br> Defendant. | Case No.  CV 18-00621-PHX-DGC <br><br> **NOTICE TO COURT REPORTER** |

　　　　Pursuant to the Final Pretrial Order dated January 13, 2020, Defendant, City of Scottsdale, submits the following information for the Court Reporter:

**A.     Proper names, including those of witnesses**

　　　　1.　　Adversarial Truth, LLC

　　　　2.　　The Satanic Temple

　　　　3.　　United Federation of Churches, LLC

　　　　4.　　Brian Biesemeyer

　　　　5.　　Stu de Haan

　　　　6.　　Azra Hussain

　　　　7.　　Dr. Sandy Kramer

- 1 -

| | | |
|---|---|---|
| 8. | Suzanne Klapp | |
| 9. | Kelli Kuester | |
| 10. | Jim Lane | |
| 11. | Ellen Laybourne | |
| 12. | Kathy Littlefield | |
| 13. | Doug Misicko aka Lucien Greaves | |
| 14. | Michelle Shortt | |
| 15. | Rachel Smetana | |
| 16. | Cevin Soling aka Malcom Jarry | |
| 17. | Alyssa Tufts | |
| 18. | Jeremy Zarzycki | |

**B.   Acronyms**

1. ISBA = Islamic Speakers Bureau of Arizona
2. TST, Inc. = The Satanic Temple, Inc.
3. UFC = United Federation of Churches, LLC

**C.   Geographic locations**

None

**D.   Technical terms, names or jargon**

1. admonitions
2. agnostic
3. agnosticism
4. canonical text
5. corporeal realm
6. deity
7. Fundamental Tenets
8. Jezebel

|   |   |   |   |
|---|---|---|---|
| 1 |   | 9. | LeVeyan Satanism |
| 2 |   | 10. | Luciferian |
| 3 |   | 11. | Mockumentary |
| 4 |   | 12. | pluralism |
| 5 |   | 13. | propagation |
| 6 |   | 14. | proselytize |
| 7 |   | 15. | proselyte |
| 8 |   | 16. | Satanism |
| 9 |   | 17. | Satanist |
| 10 |   | 18. | soci-political counter method |
| 11 | E. | **Case names and citations** | |
| 12 |   | 1. | *Alvarado v. City of San Jose*, 94 F.3d 1223 (9th Cir.1996). |
| 13 |   | 2. | *Am. Legion v. Am. Humanist Ass'n*, 139 S. Ct. 2067 (2019). |
| 14 |   | 3. | *Augustine v. United States*, 704 F.2d 1074 (9th Cir. 1983). |
| 15 |   | 4. | *Barker v. Conroy*, 921 F.3d 1118 (D.C. Cir. 2019). |
| 16 |   | 5. | *Barren v. Harrington*, 152 F.3d 1193 (9th Cir. 1998). |
| 17 |   | 6. | *Chandler v. State Farm Mut. Auto. Ins. Co.*, 598 F.3d 1115 (9th Cir. 2010). |
| 18 |   | 7. | *Chew v. Gates*, 27 F.3d 1432 (9th Cir. 1994). |
| 19 |   | 8. | *Church of Lukumi Babalu Aye v. City of Hialeah*, 508 U.S. 520, 113 S. Ct. 2217 (1993). |
| 21 |   | 9. | *City of St. Louis v. Praprotnik*, 485 U.S. 112 (1988). |
| 22 |   | 10. | *Connick v. Thompson*, 563 U.S. 51 (2011). |
| 23 |   | 11. | *Everson v. Bd. of Educ.*, 330 U.S. 1, 15-16, 67 S. Ct. 504 (1947). |
| 24 |   | 12. | *Fields v. Speaker of Pennsylvania House of Representatives*, 936 F.3d 142 (3d Cir. 2019). |

- 3 -

13. *Freedom From Religion Found., Inc. v. Cty. of Lehigh*, 933 F.3d 275 (3rd Cir. 2019).
14. *Graham County Elec. Co-op., Inc. v. Town of Safford*, 95 Ariz. 174, 388 P.2d 169 (1963).
15. *Hunt v. Wash. State Apple Advert. Comm'n*, 432 U.S. 333 (1977).
16. *Hunter v. Underwood*, 471 U.S. 222 (1985).
17. *Johnson v. Poway Unified Sch. Dist.*, 658 F.3d 954 (9th Cir. 2011).
18. *Jones v. Hamilton County*, 891 F.Supp.2d 870 (E.D. Tenn. 2012).
19. *Lujan v. Defs. of Wildlife*, 504 U.S. 555 (1992).
20. *M.S. v. Brown*, 902 F.3d 1076 (9th Cir. 2018).
21. *Marsh v. Chambers*, 463 U.S. 783 (1983).
22. *Matal v. Tam*, 137 S. Ct. 1744 (2017).
23. *Monell v. Dep't of Soc. Services of City of New York*, 436 U.S. 658 (1978).
24. *Montesa v. Schwartz*, 836 F.3d 176 (2d Cir. 2015).
25. *New Doe Child #1 v. United States*, 901 F.3d 1015 (8th Cir. 2018).
26. *Peloza v. Capistrano Unified Sch. Dist.*, 37 F.3d 517 (9th Cir. 1994).
27. *PLANS, Inc. v. Sacramento City Unified Sch. Dist.*, 752 F. Supp. 2d 1136 (E.D. Cal. 2010), *aff'd*, 476 Fed. Appx. 684 (9th Cir. 2012).
28. *Rosenberg v. Rector and Visitors of Univ. of Virginia*, 515 U.S. 819 (1995).
29. *Rubin v. City of Lancaster*, 710 F.3d 1087 (9th Cir. 2013).
30. *S. Cal. Darts Ass'n v. Zaffina*, 762 F.3d 921 (9th Cir. 2014).
31. *Simpson v. Chesterfield County Bd. of Sup'rs*, 404 F.3d 276 (4th Cir. 2005).
32. *Snyder v. Murray City Corp.*, 159 F.3d 1227 (10th Cir. 1998).
33. *Town of Greece, N.Y. v. Galloway*, 572 U.S. 565 (2014).
34. *Turk v. Richard*, 47 So.2d 543 (Fla. 1950).
35. *United States v. O'Brien*, 391 U.S. 367 (1968).

- 4 -

36. *United States v. Ward*, 989 F.2d 1015 (9th Cir. 1992).

37. *Valley Forge Christian Coll. v. Americans United for Separation of Church and State, Inc.*, 454 U.S. 464 (1982).

38. *Village of Arlington Heights v. Metro. Hous. Dev. Corp.*, 429 U.S. 252 (1977).

39. *Wallace v. Jaffree*, 472 U.S. 38, 105 S. Ct. 2479 (1985).

40. *Williamson v. Brevard Cty.*, 276 F. Supp. 3d 1260 (M.D. Fla. 2017).

41. *Zorach v. Clauson*, 343 U.S. 306 (1952).

F. **Pronunciation of unusual or difficult words or names**

1. Cevin (pronounced "Kevin") Soling

2. Kelli Keuster ("Kooster")

3. Brian Biesemeyer ("Beesmeyer")

**RESPECTFULLY SUBMITTED** this 15th day of January, 2020.

**DICKINSON WRIGHT PLLC**

By: /s/ Scot L. Claus
  Scot L. Claus
  Vail C. Cloar
  Holly M. Zoe
  1850 North Central Avenue, Suite 1400
  Phoenix, Arizona 85004-4568
  ***Attorneys for City of Scottsdale***

- 5 -

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2020, I electronically transmitted the attached document to the Clerk of the Court using the CM/ECF system, and which will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants.

By: */s/ Sheila Rath*

- 6 -

PHOENIX 53387-11 613228v2