**de Haan Law Firm, PLLC**         and   **Kezhaya Law PLC**
101 E. Pennington St.                    1202 NE McClain Rd.
Suite 201                                Bentonville, Arkansas 72712
Tucson, Arizona 85701                    phone: (479) 431-6112
Telephone: (520) 358-4089                fax: (479) 282-2892
Facsimile: (520) 628-4275                email: matt@kezhaya.law
Stuart P. de Haan, State Bar No. 26664   Matthew A. Kezhaya, *phv*, Ark. Bar # 2014161

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| The Satanic Temple, Inc. *et al.*<br><br>        Plaintiffs,<br><br>    *vs.*<br><br>City of Scottsdale,<br><br>        Defendant, | Case No. 18-cv-00621-DGC<br><br>**PLAINTIFFS'S NOTICE TO JUDGE AND COURTROOM DEPUTY** |

Plaintiffs submits the following information

**A. Names and addresses of all persons at counsel's table**

1. Stuart de Haan, Attorney, de Haan Law Firm, PLLC, 101 E Pennington Ste. 201, Tucson, AZ 85701

2. Matthew Kezhaya, Attorney, Kezhaya Law PLC, 1202 NE AR 72712, Bentonville AR 72712

3. Sonia Kezhaya, Kezhaya, Attorney, Law PLC, 1202 NE AR 72712, Bentonville AR 72712

4. Josie Graves, Attorney, Kezhaya Law PLC, 1202 NE AR 72712, Bentonville AR 72712

**B. Names and addresses of all witnesses to be called by Plaintiff**

1. Brien Biesemeyer, c/o Dickinson Wright PLLC, 1850 N. Central Ave., Ste 1400, Phoenix, AZ 85004

2. Kelli Kuester, c/o Dickinson Wright PLLC, 1850 N. Central Ave., Ste 1400, Phoenix, AZ 85004

3. Suzanne Klapp, c/o Dickinson Wright PLLC, 1850 N. Central Ave., Ste 1400, Phoenix, AZ 85004

4. Jim Lane, c/o Dickinson Wright PLLC, 1850 N. Central Ave., Ste 1400, Phoenix, AZ 85004

5. Michelle Shortt, c/o de Haan Law Firm, PLLC, 101 E Pennington Ste. 201, Tucson, AZ 85701

6. Douglas Misicko, de Haan Law Firm, PLLC, 101 E Pennington Ste. 201, Tucson, AZ 85701

On behalf of Plaintiffs

| By | /s/ Stuart P. de Haan | and | /s/ Matthew A. Kezhaya |
|---|---|---|---|
| | Stuart P. de Haan, | | Matthew A. Kezhaya, |
| | AZ Bar No. 026664 | | AR Bar No. 2014161 (*pro hac vice*) |
| | Attorney for Plaintiffs | | Attorney for Plaintiffs |
| | de Haan Law Firm, PLLC | | Kezhaya Law PLC |
| | 101 E Pennington, Ste. 201 | | 1202 NE McClain Rd |
| | Tucson, Arizona  85701 | | Bentonville AR 72712 |
| phone | (520) 358-4089 | | (479) 431-6112 |
| fax | (520) 628-4275 | | (479) 282-2892 |
| email | stu.dehaan@gmail.com | | matt@kezhaya.law |

Exhibit list

### **CERTIFICATE OF SERVICE**

I certify that on January 15, 2020 I electronically transmitted this document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the appropriate CM/ECF registrants. /s/ Stuart P. de Haan