**DISTRICT JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

**U.S. District Judge:** David G. Campbell     **Date:** January 22, 2020

**Case Number:** CV-18-00621-PHX-DGC

**Satanic Temple et al v. City of Scottsdale**

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Matthew A. Kezhaya | Scot L. Claus |
| | Stuart Patrick deHaan | Holly Marie Zoe |
| | | Vail Choji Bryant Cloar |

**BENCH TRIAL DAY 1:**

8:52 a.m. Court is called to order. Preliminary matters discussed. 8:59 a.m. Plaintiffs' opening statement. 9:01 a.m. Defendant's opening statement. 9:16 a.m. **Plaintiffs' case:** William James Lane is sworn and examined. Exhibit 11 is admitted. Exhibit 18 is marked for identification. Defendant objects to its admissibility. The objection is sustained due to the lack of disclosure in the Final Pretrial Order. Exhibit 13 is admitted. 9:38 a.m. Cross-examination. 9:59 a.m. Redirect. 10:05 a.m. Suzanne Klapp is sworn and examined. Exhibit 10 is admitted. 10:23 a.m. Cross-examination. 10:30 a.m. Court is in recess.

10:44 a.m. Court reconvenes. Cross-examination of Suzanne Klapp continues. 10:47 a.m. Redirect. 10:51 a.m. Michelle Shortt is sworn and examined. Exhibit 5 is marked and not admitted at this time. Plaintiffs are permitted to submit an unredacted version. Exhibit 19 is marked for identification. Exhibits 7, 12, and 17 are admitted. Exhibit 14 is admitted for the sole purpose of identifying who gave invocations on certain dates. Exhibits 15 and 16 are marked and identified. 11:58 a.m. Court is in recess.

1:00 p.m. Court reconvenes. The Court finds that Exhibit 16 and the testimony related to it are not admissible for the reasons set forth on the record. The Court overrules the hearsay objection and admits Exhibit 15. The Court continues to take Exhibit 5's admissibility under advisement. Exhibit 8 is admitted as set forth on the record. 2:04 p.m. Cross-examination. Exhibit 6 is admitted. Exhibit 76 is admitted. Exhibit 82 is admitted. 2:44 p.m. Court is in recess.

3:00 p.m. Court reconvenes. Cross-examination of Michelle Shortt continues. Exhibit 4 is admitted. 3:31 p.m. Redirect. 4:08 p.m. Brian Biesemeyer is sworn and examined. 4:32 p.m. Court is in recess until 1/23/2020 at 8:45 a.m.

| | |
|---|---|
| Deputy Clerk: Christine Boucher | **Time in court: 6 hrs. 8 min.** |
| Court Reporter: Patricia Lyons | **Start: 8:52 a.m.** |
| | **Stop: 4:32 p.m.** |