**DISTRICT JUDGE'S CIVIL MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

**U.S. District Judge:  David G. Campbell**                     **Date: January 23, 2020**

**Case Number: CV-18-00621-PHX-DGC**

**Satanic Temple et al v. City of Scottsdale**

| APPEARANCES: | Plaintiff(s) Counsel | Defendant(s) Counsel |
|---|---|---|
| | Matthew A. Kezhaya | Scot L. Claus |
| | Stuart Patrick deHaan | Holly Marie Zoe |
| | | Vail Choji Bryant Cloar |

**BENCH TRIAL DAY 2:**

8:45 a.m.  Court reconvenes.  Discussion is held regarding Exhibits 5 and 8. The Court takes the admissibility of Exhibits 5 and 8 under advisement.  9:04 a.m.  **Plaintiffs' case continues:**  Cross-examination of Brian Biesemeyer.  9:22 a.m.  Redirect. 9:30 a.m.  The Court asks the witness questions. 9:36 a.m.  Defendant's follow up to Court's questions.  9:38 a.m.  Plaintiffs' follow up to the Court's questions.  9:40 a.m.  Kelli Kuester is sworn and examined.  10:20 a.m.  Cross-examination.  10:30 a.m. Court is in recess.

10:45 a.m.  Court reconvenes.  Cross examination of Kelli Kuester continues.  10:49 a.m.  No redirect. The Court asks the witness questions.  10:53 a.m.  Douglas Alexander Misicko is sworn and examined. Exhibit 3 is admitted.  11:11 a.m.  Cross-examination.  Exhibit 103 is admitted.  12:04 p.m.  Court is in recess.

1:00 p.m.  Court reconvenes.  Discussion is held regarding Exhibit 105.  Exhibit 105 is admitted to the limited extent it is being used. The Court will not consider Clip 2 of Exhibit 5.  Clip 4 of Exhibit 105 is played.  Exhibits 56 - 60 are admitted.  Exhibit 63 is admitted.  Exhibit 83 is admitted.  Exhibit 61 is admitted. Exhibits 78, 79, 81, and 85 are admitted.  2:09 p.m.  Redirect.  2:16 p.m.  Witness is excused. Plaintiffs rest.  Court is in recess.

2:32 p.m.  Court reconvenes.  Defendants move for judgment pursuant to Rule 52.  2:44 p.m.  Plaintiffs' response.  The Court takes the motion under advisement.  **Defendant's case:**  Defendant makes its offer of proof as it pertains to Mr. deHaan. 2:54 p.m.  Defendant rests.  Closing statements and arguments are presented to the Court.  4:28 p.m.  The Court takes the matter under advisement.

| | |
|---|---|
| Deputy Clerk: Christine Boucher | **Time in court:  6 hrs. 16 min.** |
| Court Reporter: Patricia Lyons | **Start:  8:45 a.m.** |
| | **Stop:  4:28 p.m.** |