UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction  ☐ TRO  ☑ Non-Jury Trial  ☐ Jury Trial

Case Number: CV-18-621-PHX-DGC  Judge Code: ____  Date: 1/22/20

Satanic Temple, et al.  vs.  City of Scottsdale

☑ Plaintiff/Petitioner  ☐ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 1 | | | The Satanic Temple website "About us" section |
| 2 | | | The Satanic Temple "Join us" section |
| 3 | | 1/23/20 | The Satanic Temple IRS letter |
| 4 | | 1/22/20 | Proposed invocation The Satanic Temple intended to use at Scottsdale's city council meeting |
| 5 | | | Emails between Smith and constituent; March 22-23, 2016 |
| 6 | | 1/22/20 | Email from Zarzycki to Kuester; February 23, 2016 |
| 7 | | 1/22/20 | Email from Kuester to Zarzycki; February 24, 2016 |
| 8 | | | Emails between Littlefield and constituent; February 11-12, 2016 |
| 9 | | | Email from Kuester to Council; March 14, 2016 |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction  ☐ TRO  ☑ Non-Jury Trial  ☐ Jury Trial

Case Number CV-18-621-PHX-DGC   Judge Code _____   Date 1/22/20

Satanic Temple, et al. vs. City of Scottsdale

☑ Plaintiff/Petitioner   ☐ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 10 |  | 1/22/20 | Article published by Suzanne Klapp; March 16, 2016 |
| 11 |  | 1/22/20 | Copy of public statement by Lane; |
| 12 |  | 1/22/20 | Email from Kuester to Zarzycki; May 23, 2016 |
| 13 |  | 1/22/20 | Copy of Lane campaign flyer |
| 14 |  | 1/22/20 | Meeting minutes; 2013-2018 |
| 15 |  | 1/22/20 | Copy of city notes on invokers; 2008-2018 |
| 16 |  |  | Copy of invokers from outside Scottsdale; 2008-2018 |
| 17 |  | 1/22/20 | Defendants motion to dismiss and brief in support |
| 18 | 1/22/20 |  | Email Jim Lane |

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

## CIVIL EXHIBIT LIST

☐ Preliminary Injunction  ☐ TRO  ☑ Non-Jury Trial  ☐ Jury Trial

Case Number: CV-18-621-PHX-DGC   Judge Code: ____   Date: 1/22/20

Satanic Temple, et al.   vs.   City of Scottsdale

☑ Plaintiff/Petitioner   ☐ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 19 | 1/22/20 |  | Discovery Requests |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |