UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CIVIL EXHIBIT LIST

☐ Preliminary Injunction   ☐ TRO   ☑ Non-Jury Trial   ☐ Jury Trial

Case Number **CV 18-00621-PHX**   Judge Code **DGC**   Date _____

The Satanic Temple, Inc., et al.   vs.   City of Scottsdale

☐ Plaintiff/Petitioner   ☑ Defendant/Respondent

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 50 | | | Archived Web page - Religious Beliefs of The Satanic Temple dated 01/15/13 |
| 51 | | | Archived Web page - Join The Satanic Temple January 2013 dated 01/15/13 |
| 52 | | | Archived Web page - The Satanic Temple's Position on Contemporary Issues dated 01/15/13 |
| 53 | | | Archived Web pages from The Satanic Temple - various (01/13/13-01/20/13) |
| 54 | | | Archived Web page - Fundamental Tenets of The Satanic Temple website, dated 03/26/13 |
| 55 | | | Archived Web page - Fundamental Tenets of The Satanic Temple website, dated 06/20/13 |
| 56 | | 1/23/20 | Archived Web page - Fundamental Tenets of The Satanic Temple website, dated 07/22/13 |
| 57 | | 1/23/20 | Archived Web page - Fundamental Tenets of The Satanic Temple website, dated 08/05/13 |
| 58 | | 1/23/20 | Archived Web page - Fundamental Tenets of The Satanic Temple website, dated 09/04/13 |

FILED ☑   LODGED ☐
RECEIVED ☐   COPY ☐

JAN 2 3 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 59 | | 1/23/20 | Archived Web page - Fundamental Tenets of The Satanic Temple website, dated 11/03/13 |
| 60 | | 1/23/20 | Archived Web page - Fundamental Tenets of The Satanic Temple website, dated 12/12/13 |
| 61 | | 1/23/20 | United Federation of Churches, LLC - Certificate of Organization 2014 (Michigan) filed 02/04/14 |
| 62 | | | US Patent & Trademark Electronic Search System - Trademark registration - word mark: The Satanic Temple filed 03/14/14 |
| 63 | | 1/23/20 | Archived Web page - The Satanic Temple Beliefs, dated 04/17/14 |
| 64 | | | Archived Web page - The Satanic Temple News, dated 04/21/14 (4 pages) |
| 65 | | | Articles of Organization - Reason Alliance, Ltd. Filed 09/26/14 |
| 66 | | | Archived Web page identifying The Satanic Temple chapters dated 02/24/15 |
| 67 | | | Archived Web page from The Satanic Temple - FAQ dated 09/07/15 |
| 68 | | | Archived Web page identifying The Satanic Temple chapters dated 09/07/15 |
| 69 | | | Archived Web page identifying The Satanic Temple chapters dated 01/07/16 |
| 70 | | | Archived Web page from The Satanic Temple - Join us dated 02/01/16 |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 71 | | | Archived Web page identifying The Satanic Temple chapters dated 02/01/16 |
| 72 | | | Archived Web page from The Satanic Temple - FAQ dated 02/06/16 |
| 73 | | | Archived Web page from The Satanic Temple - Join us dated 07/13/16 |
| 74 | | | Archived Web page from The Satanic Temple - FAQ dated 07/14/16 |
| 75 | | | Archived Web page from The Satanic Temple - Join us dated 08/10/16 |
| 76 | | 1/22/20 | TST Affiliation Agreement dated 08/10/16 |
| 77 | | | Web pages: The Satanic Temple Arizona - TST AZ FAQ |
| 78 | | 1/23/20 | United Federation of Churches, LLC - Annual Report for 2015 (Michigan) filed 09/12/16 |
| 79 | | 1/23/20 | United Federation of Churches, LLC - Annual Report for 2016 (Michigan) filed 09/12/16 |
| 80 | | | Archived Web page from The Satanic Temple - about us dated 11/04/16 |
| 81 | | 1/23/20 | United Federation of Churches, LLC - Annual Report for 2017 (Michigan) file 04/03/17 |
| 82 | | 1/22/20 | Articles of Organization - Adversarial Truth LLC filed 04/14/17 |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 83 | | 1/23/20 | Articles of Organization for The Satanic Temple, Inc. filed 11/14/17 |
| 84 | | | US Patent & Trademark Electronic Search System - Trademark registration - word mark: The Satanic Temple filed 05/24/19 published 09/17/19 |
| 85 | | 1/23/20 | Restated Certificate of Organization - United Federation of Churches, LLC filed 05/21/18 |
| 86 | | | Plaintiffs' Mandatory Initial Discovery responses dated 07/19/18 |
| 87 | | | Article: *The Satanic Temple is Engulfed in a Civil War Over a Decision to Hire an Attorney with a Stable of Alt-Right Clients* dated 08/07/18 |
| 88 | | | US Patent & Trademark Electronic Search System - Trademark registration - word mark: TST filed 10/03/17 published 08/14/18 |
| 89 | | | Women in Horror: Interview with Michelle Shortt dated 10/10/18 |
| 90 | | | Certificate of Amendment - United Federation of Churches, LLC filed 01/15/19 |
| 91 | | | 2019 Annual Report - United Federation of Churches, LLC filed 02/05/19 |
| 92 | | | Articles of Amendment for The Satanic Temple, Inc. filed 05/24/19 |
| 93 | | | 2017 Annual Report - The Satanic Temple, Inc. file 05/24/19 |
| 94 | | | 2018 Annual Report - The Satanic Temple, Inc. 05/24/19 |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 95 | | | Certificate of Change of Address of Resident Agent - The Satanic Temple, Inc. filed 05/24/19 |
| 96 | | | TST AZ Chapterhead Michelle Shortt Resigns dated 06/11/19 |
| 97 | | | Michelle Shortt YouTube home page printed 08/23/19 |
| 98 | | | Notice of 30(b)(6) deposition - Satanic Temple, Inc. dated 09/04/19 |
| 99 | | | Notice of 30(b)(6) deposition - United Federation of Churches, LLC dated 09/04/19 |
| 100 | | | First Amended Notice of 30(b)(6) deposition - Adversarial Truth, LLC dated 09/04/19 |
| 101 | | | First Amended Notice of 30(b)(6) deposition - Satanic Temple dated 09/04/19 |
| 102 | | | Web page of The Satanic Temple Arizona - TST AZ Official Membership Requirements printed 09/17/19 |
| 103 | | 1/23/20 | Web page of The Satanic Temple Arizona - TST AZ FAQ printed 09/17/19 |
| 104 | | | Random House Dictionary definition of "invocation" |
| 105 | | 1/23/20 | "Hail Satan?" Video  Admitted in part |
| 106 | | | Black's Law Dictionary definition of "agnostic" |

| Exhibit No. | Marked for ID | Admitted in Evidence | Description |
|---|---|---|---|
| 107 | | | Random House Dictionary definition of "proselyte" and "proselytize" |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

PHOENIX 53387-11 613227v1