FILED ___ LODGED
RECEIVED ___ COPY

JAN 2 3 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Satanic Temple, et al., | No. CV-18-00621-PHX-DGC |
| Plaintiff, | **EXHIBIT RETURN** |
| v. | |
| City of Scottsdale, | |
| Defendant. | |

The exhibits marked and/or admitted in the above entitled case at the time of the Bench Trial are returned to respective counsel. Counsel are directed to retain custody of the exhibits until the case is completely terminated, including all appeals.

DEBRA D. LUCAS,
Acting District Court Executive/Clerk of Court

by: _____
Christine Boucher
Courtroom Deputy for Judge David G. Campbell

_____
Plaintiffs' representative/Date

_____
Defendant's representative /Date