AO 133    (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | |
|---|---|
| The Satanic Temple, Inc., et al. | ) |
| | ) |
| v. | ) Case No.: CV18-00621-PHX-DGC |
| City of Scottsdale | ) |
| | ) |

## BILL OF COSTS

Judgment having been entered in the above entitled action on __02/06/2020__ against __Plaintiffs__ ,
Date

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ _____ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | 3,285.18 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 143.00 |
| Fees for witnesses (itemize on page two) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 212.24 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | _____ |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1,239.48 |
| TOTAL  $ | 4,879.90 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

  I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service    [ ] First class mail, postage prepaid

[ ] Other: _____

s/ Attorney:   __s/ Scot L. Claus__

Name of Attorney: __Scot L. Claus__

For: __City of Scottsdale__    Date: __02/19/2020__
Name of Claiming Party

## Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____   By: _____   _____
Clerk of Court       Deputy Clerk        Date

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)** | | | | | | | | | | |
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Jeremy Zarzycki<br>100 N. Stone Ave., Ste. 801 Tucson, AZ 85701 | 1 | | | | 114 | 172.24 | $172.24 |
| Stuart de Haan<br>101 E. Pennington St., Ste. 201 Tucson AZ 85701 | 1 | | | | | 40.00 | $40.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | **TOTAL** | $212.24 |

**NOTICE**

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
     "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
     "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
     Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

     When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

     Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

## *City of Scottsdale adv. Satanic Temple*
## <u>COSTS</u>

| | Date | Payee | For | Amount |
|---|---|---|---|---|
| 1 | 12/18/2018 | Coash & Coash | Deposition Transcript of Brian Biesemeyer and Kelli Kuester | $228.50 |
| 1 | 05/23/2019 | CMCC Reporting | Transcript of 8/9/18 Scheduling Conference | $46.75 |
| 1 | 07/25/2019 | Patricia Lyons | Transcript of MSJ oral argument | $254.10 |
| 2 | 09/07/2019 | American Airlines | Roundtrip Airfare, Phoenix/Boston for depositions in Boston | $552.60 |
| 3 | 09/25/2019 | No. 284 | Hotel for one night (Boston depositions) | $458.65 |
| 4 | 09/24/2019 | UPS Store | Overnight deposition exhibits and documents from Boston to Phoenix | $167.26 |
| 5 | 09/23/2019 | Spaces | Office space for depositions in Boston | $112.80 |
| 6 | 09/25/2019 | Car Service | From Hotel to Airport (Boston depositions) | $27.16 |
| 7 | 09/30/2019 | Griffin Group | 30(b)(6) deposition transcripts of Adversarial Truth, LLC and The Satanic Temple (Michelle Short) | $880.50 |
| 8 | 10/01/2019 | Atkinson-Baker | 30(b)(6) deposition transcripts of Satanic Temple Inc. and United Federation of Churches (Douglas Misicko) | $1,708.07 |
| 9 | 10/18/2019 | Dickinson Wright | 42 color photocopies – deposition exhibits | $42.00 |
| 9 | 10/18/2019 | Dickinson Wright | 820 B&W photocopies – deposition exhibits | $82.00 |
| 10 | 12/16/2019 | Stu de Haan | Witness Fee – Trial Subpoena | $40.00 |
| 11 | 12/18/2019 | Jeremy Zarzycki | Witness Fee – Trial Subpoena | $172.24 |
| 12 | 01/13/2020 | Amazon.com | Trial Exhibit – Publication: Hail Satan?, Penny Lane | $24.27 |
| 13 | 01/16/2020 | Dickinson Wright | 190 B&W Photocopies of Trial Exhibits for Plaintiffs | $19.00 |
| 14 | 01/22/2020 | 305 Parking | Parking – Trial Day 1 (SLC) | $16.00 |
| 15 | 01/22/2020 | 305 Parking | Parking – Trial Day 1 (VCC) | $16.00 |
| 16 | 01/23/2020 | 305 Parking | Parking - Trial Day 2 (SLC) | $16.00 |
| 17 | 01/23/2020 | 305 Parking | Parking – Trial Day 2 (VCC) | <u>$16.00</u> |
| | | **TOTAL** | | **<u>$4,879.90</u>** |

## *City Attorney's Office Time/Expense Report*
### *12/18/2018 to 7/25/2019*

| | Date | User | Task | Time (minutes) | Rate | Amount |
|---|---|---|---|---|---|---|
| **LT2018-100520** | **Satanic Temple and Michelle Shortt v. COS, et al** | | | **Client: Risk Management 151605-GL-132** | | |
| Expense Records | | | | | | |
| | 12/18/2018 | VFROST | Court Reporter | | | $228.50 |
| | \multicolumn Invoice No 117372 from Coash &i Coash for deposition transcripts of Brian Biesemeyer and Kelli Kuester | | | | | |
| | 05/23/2019 | VFROST | Court Reporter | | | $46.75 |
| | Invoice No. 20190522 for CMCC Reporting Company/Christine Coaly, RMP, CPR for transcript of scheduling conference of 8/9/2018. | | | | | |
| | 07/25/2019 | VFROST | Court Reporter | | | $254.10 |
| | Invoice No. 20190138 from US District Court Reporter, Patricia Lyons, for transcript of Motions for Summary Judgment oral argument. | | | | | |
| | | | | **Expense Subtotal:** | | **$529.35** |
| | | | **Case Total:** | **78** | | **$529.35** |
| | | | **GRAND TOTAL:** | **78** | | **$529.35** |

**1**

## Sheila M. Rath

**From:** Scot L. Claus
**Sent:** Wednesday, October 2, 2019 12:18 PM
**To:** Sheila M. Rath
**Subject:** New receipt for Boston showing airline, etc.

                                                                                              

Hello Scot Claus!                                        Issued: Sep 7, 2019



Your trip confirmation and receipt

Record locator: **TVFIGQ**

Manage Your Trip

Monday, September 23, 2019

PHX                    →         BOS                       Seats: 9A , 9B
9:07 AM                          5:15 PM                   Class:  Economy (L)
                                                           Meals: Food For Purchase
Phoenix                          Boston

American Airlines 1569

Free entertainment with the American app »

Wednesday, September 25, 2019

BOS                    →         PHX                       Seats: 22B , 22C
1:00 PM                          3:45 PM                   Class:  Economy (N)
                                                           Meals: Food For Purchase
Boston                           Phoenix

**2**

American Airlines 1057

Scot Claus



Earn up to a $200 statement
credit + 40,000 bonus miles
after qualifying purchases

Learn more »

AAdvantage

Ticket #

Your trip receipt



American Express XXXXXXXXXXXXX002

*Scot Claus*

| | | |
|---|---|---|
| FARE-USD | $ 487. | 44 |
| TAXES AND CARRIER-IMPOSED FEES | $ 65. | 16 |
| **TICKET TOTAL** | **$ 552.** | **60** |

<u>*For docketing purposes of patent & trademark matters only*</u>, please add the appropriate email of
dwpatents@dickinsonwright.com or dwtrademarks@dickinsonwright.com to any emails being sent to our
office. Thank you.

**Scot L. Claus** Member

1850 N. Central Avenue
Suite 1400
Phoenix AZ 85004

Phone  602-285-5086
Fax       844-670-6009
Email   SClaus@dickinsonwright.com

[ Profile ] [ V-Card ]



DICKINSON WRIGHT PLLC

ARIZONA  CALIFORNIA  FLORIDA  KENTUCKY  MICHIGAN  NEVADA  OHIO
TENNESSEE  TEXAS  WASHINGTON D.C.  TORONTO



# Your trip receipt

 American Express XXXXXXXXXXXX002

## *Scot Claus*

| | |
|---|---|
| FARE-USD | $ 487.44 |
| TAXES AND CARRIER-IMPOSED FEES | $ 65.16 |
| **TICKET TOTAL** | **$ 552.60** |

750 x 736 x 24 BPP | 2067/3615 | 100 % | 65.30 KB / 1.58 MB | 9/27/2019 / 10:27:51

# No. 284

284 Commonweath Avenue
Boston, MA 02115
Phone : +1 617-603-0084
Fax :
Email : frontdesk@no284.com
Website : www.no284.com



# Guest Statement

Reservation # : 15355670
Folio Name : Guest Folio

**Primary Guest** : **Scot Claus** (Scot Claus)

| | | |
|---|---|---|
| Company | : | |
| Address | : | 11811 N. 76th Place |
| | | Scottsdale, AZ 85260 |
| | | |
| Phone | : | +1 6027408088 |
| Alt | : | |
| Fax | : | |
| Email | : | scot.claus@gmail.com |
| Additional Guests | : | |

| | | |
|---|---|---|
| Property | : | No. 284 |
| | | |
| Room | : | Petite Queen : 23 |
| | | |
| | | |
| Arrival | : | Mon Sep 23,2019   -2 Night(s) |
| Departure | : | Wed Sep 25,2019 |
| # Guests | : | 2 Adults /0 Children |

## Invoice

| Date | Category | Description | Room | | Amount |
|---|---|---|---|---|---|
| **09/23/19** | **Room Charge** | **Rack Rate** | **Petite Queen : 23** | **$** | **399.00** |
| 09/23/19 | Sales Tax | Sales Tax @ 14.95% | Petite Queen : 23 | $ | 59.65 |
| **09/23/19** | **Visa** | **Name: Scot Claus** | **Petite Queen : 23** | **$** | **1,032.25** |
| | | **Account #:** | | | |
| | | **xxxx6090** | | | |
| | | **Exp. Date: 12/23** | | | |
| **09/24/19** | **Room Charge** | **Rack Rate** | **Petite Queen : 23** | **$** | **499.00** |
| 09/24/19 | Sales Tax | Sales Tax @ 14.95% | Petite Queen : 23 | $ | 74.60 |

| | | |
|---|---|---|
| Room Charges : | $ | 898.00 |
| Incidentals : | $ | 0.00 |
| Taxes & Service Charges : | $ | 134.25 |
| **Total :** | **$** | **1,032.25** |
| Payments : | $ | 1,032.25 |
| **Balance :** | **$** | **0.00** |

## Payment Authorization

I agree to pay indicated total amount below according to card issuer agreement.

| | | |
|---|---|---|
| Amount | : | $  1,032.25 |
| Payer | : | Scot Claus |
| Account # | : | XXXX6090          Visa |
| Exp Date | : | 12/23 |

Signature : _____

Date : _____



**Sheila M. Rath**

| | |
|---|---|
| **From:** | Scot L. Claus |
| **Sent:** | Friday, September 27, 2019 10:52 AM |
| **To:** | Sheila M. Rath |
| **Subject:** | Only get reimbursed for $448.65 (Monday night).  Thank you. |
| **Attachments:** | No_284_GuestStatementWithTaxes_Scot Claus .pdf; ATT00001.c |

For docketing purposes of patent & trademark matters only, please add the appropriate email of dwpatents@dickinsonwright.com or dwtrademarks@dickinsonwright.com to any emails being sent to our office. Thank you.

Scot L. Claus Member

Dickinson Wright PLLC
1850 N. Central Avenue
Suite 1400
Phoenix AZ 85004

Phone602-285-5086
Fax844-670-6009
EmailSClaus@dickinsonwright.com

The UPS Store - #348
292 Newbury Street
Boston, MA 02115-2832
(617) 437-9303

09/24/19   01:40 PM

We are the one stop for all your
shipping, postal and business needs.

We offer all the services you need
to keep your business going.

|||||||||||||||||||||||||||||||||||||||||||

001 001005 (001)          TO $ 164.26
NDA
Tracking# 1ZX724W00161073064
002 008237 (022)          TO $ 1.00
First Class Package
Tracking# MM2HK6GT3UWW2
003 500813 (021)          TO $ 2.00
USPS Drop-Off

SubTotal   $ 167.26
Total   $ 167.26

AMERICAN EXPRESS   $ 167.26
ACCOUNT NUMBER *     ************1002
Appr Code: 801692   (I)  Sale

METHOD: ChipRead
Issuer
A000000025010801
IVR: 0000008000
TSI: F800
AC: A1C98336BB8AC5CE
ARC: 00

Receipt ID 83890652148018883167 003 Items
CSH: JESSE               Tran: 0460 Reg: 001

Track your shipment at:
theupsstorelocal.com/0348

Whatever your business and personal
needs, we are here to serve you.

US Postal Rates Are Subject to Surcharge

We're here to help.
Join our FREE email program to receive
great offers and resources.

www.theupsstore.com/signup

---

### Conditions

DESCRIPTION OF GOODS

documents

TRACKING
1   1ZX724W0

...eive, forward and/or pack parcels for you the customer ( "You" or ...
...sent Your true name and address appear as sender above.

...cles of unusual value, including but not limited to cash. In addition, the
...may accept some forms of ORM-D Parcels containing "food" (as ...
...ions in the Carrier's Terms and Conditions in effect on the date of ship...

...and Conditions of Service ("UPS Terms") in effect on the date of ...
...limitations of liability with respect to the transportation of Your parc...
...ASS ACTION WAIVER, which apply to any controversy or claim ...
...aims that may be filed in courts of limited jurisdiction such as sm...

...You agree that We will be deemed the shipper of Your parcel(s) with...
...You may have to recover damages or other compensation with respec...
...Carrier's Terms and Conditions or in this PSO. You agree that We, as ...

...amage by any cause to the parcel(s) or their contents that occurs after ...
...pay any applicable charge. You agree that the Carrier is not liable for ...
...to Your participation in the optional Declared Value Program.
...ems caused by improper packing by Us is limited to any applicable De...

...strictly limited to the amounts set forth in this PSO and the Carrier's ...
...damage is limited to the value of each parcel or $100 per parcel, which...
...Carrier are not liable or responsible for items of unusual value, whic...
...and Conditions. Additional terms and conditions governing loss or dam...

...to terms and conditions (including monetary limits) ( "Declared Val...
...gram. We surcharge the cost of this product. If You elect to participate ...
...ssly acknowledge that the value of each parcel does not exceed the am...
...declare a value above $100 and pay an additional charge for a parcel ...
...terms and conditions, including monetary limits, for its Declared Value...

...Program, You agree to make the claim through Us. If You make such ...
...he Carrier for Your parcel(s) You expressly agree that We have no li...
...est to UPS. You agree to provide to Us (and hereby authorize Us to ...

...received by Us within the Carrier's required time frame as set for in the UPS ...
...f packaging materials must be made available for the Carrier's inspection ...
...opy of the shipment receipt, and proof of the value of the lost or damag...

...for a refund under the UPS Service Guarantee as set forth in the UPS ...
...Us within the prescribed time frame, any claim to a refund under the U...

...are the exclusive employer of all employees of Our business. You ackn...
...ur business. This PSO constitutes the entire agreement between You a...
...t matter hereof.

...for each parcel, if any, is correct (iii) You have read and reviewed the U...
...tutes binding and enforceable obligations of You. YOU FURTHER ...
...rising out of or relating to provision of service by UPS are subject to in...

Tue 24 Sep 2019
TRANSACTION DATE

**4**

---

Su...
("C...
We d...
condit...
and C...

We o...
www.up...
this PSO...
relating t...
court, and...

We are You...
under the Car...
(including for ...
entitled to any...

Except as expre...
The Carrier's driv...
of Your parcel(s)...

Any statement by t...
damages, or any lo...
program that We ma...

**Limitations of Liabil...**
event of conflict, the C...
higher value and pay th...
instruments, or items pr...
Carrier's Terms and Con...

**Declared Value Progra...**
value product will be avail...
Program and You pay any a...
"Declared Value". If You ...
value than $100. If You...
the...

...eclare...
...t made w...
...claims for loss or da...
...value over $100

...t UPS Guaranteed Service R...
contact Us at the location that shi...
...antee is waived and will not be paid...

...e are an independently owned and oper...
agree that The UPS Store, Inc. is not liabl...
...upersedes all prior, subsequent and conter...

By signing below, You acknowledge that (i)
conditions described above in their entirety, (...
ACKNOWLEDGE AND AGREE that, excep...
mandatory binding arbitration, as set forth in t...

**CUSTOMER SIGNATURE**

(en-US)Version(OL) 1.0.0.0 Printed 9/24/2019 1.39...

## Sheila M. Rath

| | |
|---|---|
| **From:** | Scot L. Claus |
| **Sent:** | Monday, September 23, 2019 6:30 AM |
| **To:** | Sheila M. Rath |
| **Subject:** | Fwd: EXTERNAL: Spaces Day Office Reminder Booking 94558003 |

Please get me reimbursed—charge to City of Scottsdale.  Thanks.

Sent from my iPhone

_For docketing purposes of patent & trademark matters only_, please add the appropriate email of dwpatents@dickinsonwright.com or dwtrademarks@dickinsonwright.com to any emails being sent to our office. Thank you.

**Scot L. Claus** Member

1850 N. Central Avenue
Suite 1400
Phoenix AZ 85004

[ Profile ] [ V-Card ]

Phone 602-285-5086
Fax     844-670-6009
Email  SClaus@dickinsonwright.com



DICKINSON WRIGHT PLLC
ARIZONA  CALIFORNIA  FLORIDA  KENTUCKY  MICHIGAN  NEVADA  OHIO
TENNESSEE  TEXAS  WASHINGTON D.C.  TORONTO

Begin forwarded message:

> **From:** Spaces Day Office Reservations <reception.newburystreet@spacesworks.com>
> **Date:** September 23, 2019 at 1:15:53 AM MST
> **To:** <sclaus@dickinsonwright.com>
> **Subject: EXTERNAL: Spaces Day Office Reminder Booking 94558003**

⬢ **SPACES.**

Scot Claus

Thank you for confirming your booking with Spaces. We are delighted to have the opportunity to help. Please find below your booking details.

**Confirmed Booking Summary**

| | |
|---|---|
| REFERENCE: | **94558003** |
| Client Reference: | **53387-11** |
| Center: | **MA, Boston - Spaces Newbury Street** |
| Client: | |

1

**5**

## Day Office Details

| | |
|---|---|
| Host Name: | **Scot Claus** |
| Start Date: | **Tuesday, September 24, 2019** |
| Start Time: | **9:00 AM** |
| End Date: | **Tuesday, September 24, 2019** |
| End Time: | **12:00 PM** |
| Delegates: | **2** |

We are pleased to provide further information on the following services as requested:

| Qty | Service | Rate | Price |
|---|---|---|---|
| 1 | Day Office Rate | $100.58 | $100.58 |
| 2 | Unlimited self-serve coffee/tea | $5.00 | $10.00 |
| | *No timings, please provide them.* | | |
| **TOTAL** | | | **$110.58** |

**Due to limited availability, and as a courtesy to other customers, we ask that you notify us if you no longer require the booking on the requested dates.**

Cancellations are free if made within two hours of booking request.

* Please Note - prices do not include local tax. The price quoted excludes any prepayment.

## Please use the following details to contact us:

| | |
|---|---|
| Phone: | **+1 8578802000** |
| Email: | **reception.newburystreet@spacesworks.com** |
| Fax: | |

## Spaces Location Details

| | |
|---|---|
| Center: | **MA, Boston - Spaces Newbury Street** |
| Address: | **361 Newbury Street** |
| | **3rd, 4th and 5th Floor** |
| | **Boston** |
| | **Massachusetts** |
| | **02115** |
| | **United States of America** |
| | **Click here for a map** |
| Phone | **+1 8578802000** |
| Email | **reception.newburystreet@spacesworks.com** |

## Your Company Details

| | |
|---|---|
| Client: | |
| Contact Name: | **Scot Claus** |
| Contact Tel: | |
| Contact Email: | **sclaus@dickinsonwright.com** |
| Address: | **Dickinson Wright** |
| | **1850 N. Central Ave** |
| | **Suite 1400** |
| | **Phoenix** |
| | **Arizona** |
| | **85004** |
| | **United States of America** |

Your payment method is Payment Card.

The information in this email is confidential and may also be privileged. If you are not the intended recipient please notify us immediately.

Please review the terms and conditions for Regus Management Group, LLC

 

The information contained in this e-mail (including any attachments) is intended only for the personal and confidential use of the recipient(s) named above. If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete the message and any copies from your system. Any use, dissemination, distribution, or reproduction of this message by unintended recipients, is not authorised and may be unlawful.

# STATEMENT OF ACCOUNT

| | |
|---|---|
| Account name: | |
| Attn: | Scot Claus |
| | Dickinson Wright |
| | 1850 N. Central Ave |
| | Suite 1400 |
| | Phoenix, Arizona 85004 |
| | United States of America |

| | |
|---|---|
| Account number: | 10031432 |
| Invoice number: | 4083-4675 |
| Statement date: | 25 September 2019 |
| Due date: | **25 September 2019** |

---

**USEFUL INFORMATION**

- You can update your details and check the current status of your account by logging into **www.myspacesworks.com**
- If you have any questions about your statement or invoice, please contact your helpdesk via email:
  **Account.Helpdesk@spacesworks.com**
  or call on  **+1 8888669799**
- You will be asked for your account number, which can be found at the top of this page.

---

Center name:  **MA, Boston - Spaces Newbury Street**

| Account balance | Payments | Amount |
|---|---|---|
| Payment received  - | $ 0.00 | |
| September  2019 invoice 4083-4675 | | $ 112.80 |
| **Total payment due** | | **$ 112.80** |

Center Address: 361 Newbury Street   3rd, 4th and 5th Floor   Boston   MA 02115   USA

 **SPACES.**

# INVOICE

| | | |
|---|---|---|
| Account name: | Account number: | 10031432 |
| Attn: Scot Claus | Invoice number: | 4083-4675 |
| Dickinson Wright | Invoice date: | 25 September 2019 |
| 1850 N. Central Ave | Due date: | **25 September 2019** |
| Suite 1400 | Purchase Order: | 53387-11 |
| Phoenix, Arizona 85004 | | |
| United States of America | | |

Center name: **MA, Boston - Spaces Newbury Street**

| Description of Charges | Month | Price | TAX | Total |
|---|---|---|---|---|
| Day Office | September 2019 | $ 100.58 | $ 0.00 | $ 100.58 |
| Beverage | September 2019 | $ 10.00 | $ 0.63 | $ 10.63 |
| Copy/Print/Charges | September 2019 | $ 1.50 | $ 0.09 | $ 1.59 |

| | |
|---|---|
| Total (excl. TAX) | $ 112.08 |
| TAX | $ 0.72 |
| **September invoice total (inc. TAX)** | **$ 112.80** |

See next page for details

Center Address: 361 Newbury Street    3rd, 4th and 5th Floor    Boston    MA 02115    USA

**◆ SPACES.**

# YOUR INVOICE DETAILS

| | | |
|---|---|---|
| Account name: | | |
| Attn: | Scot Claus | |

| | |
|---|---|
| Account number: | 10031432 |
| Invoice number: | 4083-4675 |
| Invoice date: | 25 September 2019 |
| Due date: | **25 September 2019** |

| | |
|---|---|
| Center name: | **MA, Boston - Spaces Newbury Street** |

## ONE-OFF CHARGES INCURRED

| Item Description | From Date | To Date | Price | TAX | Total (inc. TAX) |
|---|---|---|---|---|---|
| Day Office Charge | | 24 Sep 2019 | $ 100.58 | $ 0.00 | $ 100.58 |
| Booked by: Scot Claus   Booking: 94558003   P/O: 53387-11 | | | | | |
| Unlimited self-serve coffee/tea | | 24 Sep 2019 | $ 10.00 | $ 0.63 | $ 10.63 |
| Booked by: Scot Claus   Booking: 94558003   P/O: 53387-11 | | | | | |
| Photocopy - Black and White | | 24 Sep 2019 | $ 1.50 | $ 0.09 | $ 1.59 |
| Scot requested a 10 pg document be copied in black and white for 9/24/19 day office booking.   Booked by: Scot Claus   Booking: 94558003   P/O: 53387-11 | | | | | |
| | | Subtotal | $ 112.08 | $ 0.72 | $ 112.80 |
| | | **Total Charges** | **$ 112.08** | **$ 0.72** | **$ 112.80** |

Center Address: 361 Newbury Street   3rd, 4th and 5th Floor   Boston   MA 02115   USA

**◆ SPACES.**

# METHODS OF PAYMENT

Your current method of payment is: **Amex**
Card number ending **1002,** expiry date **05/21**

| You can update your payment method to Direct Debit or Credit Card via **www.myspacesworks.com** |
|---|

## You may pay by Check:

Please mail to:

Regus Management Group, LLC
P.O. Box 842456
Dallas, Texas 75284-2456
United States of America

**IMPORTANT INFORMATION: Please provide your Invoice Number as a payee reference on all payments and that you allow for a minimum of 7 days mail time prior to your due date.**

## You may pay by Bank Transfer to:

Bank Name:            Bank of America, N.A.

Bank Address:         901 Main St.
                      Dallas, Texas 75202
                      United States of America

Account Name:         Regus Management Group, LLC

Account Number:       488000406190

BIC (Swift):          BOFAUS3N

Routing # 1:          026009593 (Wire)

Routing # 2:          111000025 (ACH)

**IMPORTANT INFORMATION:**
**Please provide your Invoice Number <4083-4675> as a payee reference on all payments made.**

# UNDERSTANDING YOUR INVOICE

## INVOICE EXPLANATIONS

| | |
|---|---|
| **Account adjustments/refunds** | Any adjustments/refunds that were made to your account. |
| **Account balance** | The account balance shows recent activity on your account in summary format. It shows the balance at the end of the previous summary date and any payments or adjustments that have been received since the last statement. The account statement can be found on **www.myspacesworks.com**. The current invoice value is then added to produce the total payment due figure. |
| **Credits** | Credits that were issued against a particular charge for which you have been invoiced for in a previous period. |
| **Invoice** | The invoice shows a summary of all charges (recurring and one-off) related to the invoice period. |
| **Late payment fees** | Fees levied against your account because payment was not received by the expected payment due date. |
| **One-off charges incurred** | Variable and/or one-off charges related to a specific invoicing period. |
| **Payment due** | The latest date on which the invoice needs to be paid. Please note that any outstanding balances shown in the account summary will be due for immediate payment. |
| **Payments received** | All payments received since your last invoice was raised. |

**◆ SPACES.**

INVOICE EXPLANATIONS

| | |
|---|---|
| Recurring charges | These are fixed monthly charges, invoiced in advance. |
| Total payment due | The total payment due is the total current balance of monies owed on your account and includes any amounts that are overdue. |

ONE-OFF CHARGES

| | |
|---|---|
| Beverage | Charges for beverages including bottled water, coffee, tea and fruit juice. |
| Copy/Print/Charges | Photocopying and printing charges for the use of the enterprise grade copier and printer with discounts based on volume. |
| Day Office | Day Office Rental Fees. |





# Trip Details



| 9/25/19, 8:14 AM | $22.75 |
|---|---|
| Toyota Highlander UB187 | +$4.41 |

**Add to your tip**

● 284 Commonwealth Avenue, Bos...

■ Boston, MA 02128, USA

 You rated ALI    ★ ★ ★ ★ ★

## Need help with this trip?

### Change star rating
I want to change my driver's rating.

### Switch
I want...
payme...

**6**

# INVOICE

## Griffin Group International

*RRF No. R1005*
*2398 E. Camelback Road, Suite 260*
*Phoenix, AZ 85016*
*PHONE: (602) 264-2230 FAX: (602) 264-2245*
*FED ID# 74-3158557 Griffin & Associates, LLC*

MR. SCOT L. CLAUS                                    September 30, 2019
DICKINSON WRIGHT, PLLC
1850 N. CENTRAL AVENUE                        **Invoice#** 060362
SUITE 1400
PHOENIX, AZ 85004                                  **Balance:**    $880.50

**Re:** THE SATANIC TEMPLE VS. CITY OF SCOTTSDALE
    (30(b)(6) ADVERSARIAL TRUTH/30(b)(6)MICHELLE SHORTT)
    *on 09/26/19 Billed 09/30/19*
    *by KELLY M. OLHAUSEN*

Charge Description                                                      Amount
DEPOSITION OF:  30(b)(6) ADVERSARIAL TRUTH, LLC
MICHELLE SHORT AND 30(b)(6) THE SATANIC TEMPLE

    ATTENDANCE FEE                                                      90.00
    TRANSCRIPT - 93 PAGES (EXPEDITE)                                   716.10
    ETRAN ONLY (2)                                                      50.00
    EXHIBIT REPRODUCTION                                                 8.40
    HANDLING AND DELIVERY OF ORIGINAL AND/OR COPY                       16.00

    PLEASE NOTE IF PAYING BY CREDIT CARD,
    THERE WILL BE AN ADDITIONAL 3% PROCESSING FEE
    ADDED.

P l e a s e   R e m i t  - - - >  Total Due:    $880.50
Please tear off stub and return with payment.

*THIS CERTIFIED INVOICE IS DUE AND PAYABLE*
*WITHIN 10 DAYS - VISA/MC/AMERICAN EXPRESS ACCEPTED*

Griffin Group International                          Invoice# 060362
MAKE CHECK TO: Griffin Group International
2398 E. Camelback Road, Suite 260                    Balance$      880.50
Phoenix, AZ 85016

**7**

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

Scot L. Claus
Dickinson Wright PLLC
1850 North Central Avenue
Suite 1400
Phoenix, AZ 85004-

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Dan Clemente
dclemente@depo.com

| | |
|---|---|
| ABI'S Federal ID No.: | 95-4189037 |

| | |
|---|---|
| Setting Firm: | Dickinson Wright PLLC |
| Taking Attorney: | Scot L. Claus |
| Case Name: | The Satanic Temple vs. City of Scotsdale |
| Case No.: | CV 18-00621-PHX-DGC |
| Claim No.: | |
| Insurance Co.: | |
| Insured: | DOL: |
| Clients Ref.#1: | |
| Clients Ref.#2: | |
| Adjuster: | |

Description:   Reporter's transcript of the deposition of Douglas Misicko for the Satanic Temple Inc & the Untd. Fed. of Churches, on 9/24/19. Expedited.

| INVOICE NO. | AD08F98 AA |
|---|---|
| FIRM NO. | 0278501 |
| INVOICE DATE | 10/01/2019 |

| ITEM | QTY | PRICE | LINE TOTAL |
|---|---|---|---|
| Pages - O&1 - Business Rate | 142.00 | $ 6.00 | $ 852.00 |
| Expedite: 3 working days - 80% | 142.00 | $ 3.16 | $ 448.72 |
| Exhibits (pages) | 77.00 | $ .55 | $ 42.35 |
| Exhibits (pages) - Color | 20.00 | $ 1.75 | $ 35.00 |
| Litigation Support Package | 1.00 | $ 40.00 | $ 40.00 |
| Processing & Handling Fee | 1.00 | $ 50.00 | $ 50.00 |
| Overnight Delivery | 1.00 | $ 40.00 | $ 40.00 |
| Attendance, Flat Fee | 1.00 | $ 150.00 | $ 150.00 |
| Telephonic | 1.00 | $ 50.00 | $ 50.00 |

| BALANCE DUE | | | $ 1,708.07 |
|---|---|---|---|

All aspects of this invoice and other business terms comply with the ethical obligations set forth in
ACJA 7-206 (J)(1)(g)(3) through (6).

Payment Terms: Payment is due upon receipt of invoice. Invoices 30 days past due will bear a finance charge of .75% per
month. If Atkinson-Baker, Inc. deems it necessary to pursue legal action on invoices, accumulated interest, court costs, and
attorney fees may be sought. If you dispute the amount owed pursuant to this job, you must do so in writing within 30 days
of the date of the invoice or you will be deemed to have waived the dispute.

- - - - - - - - - - - - - - - -   Fold and tear at this perforation, then return stub with payment.   - - - - - - - - - - -

| BALANCE DUE | $   1,708.07 |
|---|---|
| INVOICE NO. | AD08F98 AA |
| FIRM NO. | 0278501 |

From:   Scot L. Claus
Dickinson Wright PLLC
1850 North Central Avenue
Suite 1400
Phoenix, AZ 85004-

For:   Reporter's transcript of the deposition of
Douglas Misicko for the Satanic Temple Inc &
the Untd. Fed. of Churches, on 9/24/19.
Expedited.

Remit To:   Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

**8**

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com
        If you have already paid for this service by COD, then this invoice is for your records only.

IN ACCOUNT WITH

# DICKINSON WRIGHT PLLC

NORTH CENTRAL AVENUE, SUITE 1400
PHOENIX, AZ 85004-4568
TELEPHONE: (602) 285-5000
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

---

SATANIC TEMPLE/MICHELLE SHORTT VS. CITY OF SCOTTSDALE AND
LANE/KLAPP/KORTE/LITTLEFIELD/PHILLIPS/SMITH
CLIENT/MATTER NO.:053387-00011

INVOICE DATE: OCTOBER 18, 2019
INVOICE NO.: 1415611
PAGE 4

| DATE | INITIALS | SERVICES | HOURS | VALUE |
|------|----------|----------|-------|-------|
| 09/30/19 | VCC | | | |
| 09/30/19 | SLC | | | |

TOTAL FEES

| DATE | DISBURSEMENTS | VALUE |
|------|---------------|-------|
| | Color Copies  (42 copies at $1 - deposition exhibits) | 42.00 |
| | Reproduction - Inside Firm  (820 copies at .10 - deposition exhibits) | 82.00 |

TOTAL DISBURSEMENTS $ 528.07

TOTAL CURRENT INVOICE $

### TIMEKEEPER SUMMARY

| TIMEKEEPER | TITLE | RATE | HOURS | VALUE |
|------------|-------|------|-------|-------|
| | | | | |

**9**

DICKINSON WRIGHT PLLC

P   4983

PROENCA AT Stu De Haan                                                12/16/2019
Client costs                                                                40.00


Checking                53387-11, Scottsdale/Satanic; VCC/Witness Fee.          40.00

LR2206LN1      CONSOLIDATED DOCUMENT SOLUTIONS, LLC
               FRASER, MI 48026   586-293-8100   800-672-6728                    PRINTED IN U.S.A.

**10**

611094

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Arizona  ☑

| | |
|---|---|
| The Satanic Temple, Inc., et al. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  CV-18-00621-DGC |
| The City of Scottsdale | ) |
| *Defendant* | ) |

### SUBPOENA TO APPEAR AND TESTIFY
### AT A HEARING OR TRIAL IN A CIVIL ACTION

To: Stuart P. de Haan

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: 401 W. Washington St., Phoenix, AZ 85003 | Courtroom No.: 603 |
|---|---|
| | Date and Time: 01/22/2019 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable)*:

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  12/16/2019

|  CLERK OF COURT | |
|---|---|
| | OR |
| _____ | _____ |
| *Signature of Clerk or Deputy Clerk* | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*  **Defendant**
City of Scottsdale _____ , who issues or requests this subpoena, are:

Scot L. Claus, Vail C. Cloar, and Holly M. Zoe, Dickinson Wright, PLLC, 1850 N. Central Ave., Suite 1400 Phoenix, AZ 85004

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88  (Rev. 02/14)  Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. CV-18-00621-DGC

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*  Stuart P. de Haan

on *(date)* _____.

☒ I served the subpoena by delivering a copy to the named person as follows:  by hand
delivery at the offices of Dickinson Wright
_____ on *(date)* 12/16/19 ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of
$ 40.00 .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/16/19

*[signature]*
_____
*Server's signature*

Vail Cloar, Attorney
_____
*Printed name and title*

1850 N. Central Ave., Suite 1400
Phoenix, AZ 85004
_____
*Server's address*

Additional information regarding attempted service, etc.:

DICKINSON WRIGHT PLLC

JPMorgan Chase Bank, N.A.
PHOENIX, AZ
91-2/1221

P          4884

————— COUNSELORS AT LAW —————
1850 NORTH CENTRAL AVENUE • SUITE 1400 • PHOENIX, AZ 85004

12/18/2019

PAY TO THE
ORDER OF     Jeremy Zarzycki

U.S.A.  $    **172.24

One Hundred Seventy-Two and 24/100******

DOLLARS

100 N. Stone Avenue, Suite 801
Tucson, Arizona. 85701

DICKINSON WRIGHT PLLC

VOID AFTER 180 DAYS
COUNTERSIGNATURE REQUIRED OVER $500.00

MEMO      53387-11, Scottsdale/ Satanic;VCC/Witness Fee

THE BACK OF THIS DOCUMENT CONTAINS CHECK SECURITY WATERMARK AND COIN REACTIVE INK

DICKINSON WRIGHT PLLC

Jeremy Zarzycki
Client costs

12/18/2019

P      4884

172.24

Checking               53387-11, Scottsdale/ Satanic;VCC/Witness Fee

172.24

DICKINSON WRIGHT PLLC
VCC
1850 NORTH CENTRAL AVENUE, SUITE 1400
PHOENIX, AZ  85004-4568

WITNESS FEE CHECK
Payable to Jeremy Zarzycki

**11**

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

| | |
|---|---|
| The Satanic Temple, Inc., et al., | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No.  CV-18-00621-DGC |
| The City of Scottsdale, | ) |
| *Defendant* | ) |
| | ) |

### SUBPOENA TO APPEAR AND TESTIFY
### AT A HEARING OR TRIAL IN A CIVIL ACTION

To:    Jeremy Zarzycki

*(Name of person to whom this subpoena is directed)*

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: 401 W. Washington Street<br>Phoenix, AZ 85003 | Courtroom No.:   603 |
|---|---|
| | Date and Time:   01/22/2019 at 9:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(leave blank if not applicable):*

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 12/18/2019

| *CLERK OF COURT* | |
|---|---|
| | OR |
| _____<br>*Signature of Clerk or Deputy Clerk* | _____<br>*Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*
Defendant, City of Scottsdale _____, who issues or requests this subpoena, are: Scot L. Claus, Vail C. Cloar and Holly M. Zoe, Dickinson Wright PLLC, 1850 N. Central Avenue, Suite 1400 Phoenix, Arizona 85004, sclaus@dickinsonwright.com, 602-285-5000

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88 (Rev. 02/14) Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (page 2)

Civil Action No. CV-18-00621-DGC

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)*  Jeremy Zarzycki

on *(date)*      12/23/2019      .

☑ I served the subpoena by delivering a copy to the named person as follows: in person to Jeremy Zarzycki at
100 N. Stone Ave., Ste. 801, Tucson, AZ 85701

on *(date)*      12/23/2019      ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____     for travel and $ _____     for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date:   1/2/2020

_____
*Server's signature*

Shelly Moseley, AZ Certified Process Server #PM309
*Printed name and title*

LJ Legal Service
722 E. Osborn Road, Suite 335
Phoenix, AZ 85014
*Server's address*

Additional information regarding attempted service, etc.:
12/23/2019 4:08 pm, served Jeremy Zarzycki in person at 100 N. Stone Ave., Ste. 801, Tucson, AZ 85701. Mr.
Zarzycki is a 45 year old Caucasian male, 6'1, 210 lbs with salt and pepper hair. Documents served: SUBPOENA TO
APPEAR AND TESTIFY AT A HEARING OR TRIAL IN A CIVIL ACTION; WITNESS FEE CHECK #4884 FOR $172.24.



# Details for Order #112-5902320-9088244
### Print this page for your records.

**Order Placed:** January 13, 2020
**Amazon.com order number:** 112-5902320-9088244
**Order Total: $24.27**

## Not Yet Shipped

| Items Ordered | Price |
|---|---|
| 1 of: *Hail Satan?*, Penny Lane<br>Sold by: Amazon.com Services LLC | $22.35 |

Condition: New

**Shipping Address:**
Alex Crandall
DICKINSON WRIGHT
1850 N CENTRAL AVE STE 1400
PHOENIX, AZ 85004-4568
United States

**Shipping Speed:**
One-Day Shipping

## Payment information

**Payment Method:**
Visa | Last digits: 9098

**Billing address**
Alexandra Crandall
2903 E Minton St
MESA, AZ 85213
United States

| | |
|---|---|
| Item(s) Subtotal: | $22.35 |
| Shipping & Handling: | $0.00 |
| | ----- |
| Total before tax: | $22.35 |
| Estimated tax to be collected: | $1.92 |
| | ----- |
| **Grand Total:** | **$24.27** |

To view the status of your order, return to Order Summary.

Conditions of Use | Privacy Notice © 1996-2020, Amazon.com, Inc. or its affiliates



In Account With

1850 North Central Avenue, Suite 1400
Phoenix, AZ 85004-4568
Telephone: (602) 285-5000
http://www.dickinsonwright.com
FEDERAL I.D. #38-1364333

SATANIC TEMPLE/MICHELLE SHORTT VS. CITY OF SCOTTSDALE AND
LANE/KLAPP/KORTE/LITTLEFIELD/PHILLIPS/SMITH
CLIENT/MATTER NO.:053387-00011

INVOICE DATE:  JANUARY 16, 2020
INVOICE NO.:  1439753
PAGE 4

| DATE | INITIALS | SERVICES | HOURS | VALUE |
|------|----------|----------|-------|-------|

TOTAL FEES

| DISBURSEMENTS | VALUE |
|---------------|-------|
| Reproduction - Inside Firm (2,816 copies @ .10 - Trial Preparation) | 281.60 |
| TOTAL DISBURSEMENTS | $ |
| TOTAL CURRENT INVOICE | $ |

**13**

305 Parking Garage
305 W Washington
Phoenix, AZ 85003

JF

DATE: 01/22/20
TIME: 04:56 PM

Receipt no.   284/126/2/3
* Copy *
Ticket: 30232467
Entry : 01/22/20 08:39 AM

TAX included          **16.00**

Credit:                    16.00
Card No. : xxxxxxxxxxxx6090
Card Type: VISA

Signature .......................
ISF no. : 633027410

SLC Parking at U.S. District Court
Trial - Day 1
Scottsdale adv. Satanic Temple
53387-11

**14**

# VCC Parking - Trial - Day 1
# Scottsdale adv. Satanic

```
           305 Parking Garage
           305 W Washington
           Phoenix, AZ 85003

JF
         DATE:  01/22/20
         TIME:  04:57 PM

     Receipt no.   285/126/2/3
            * Copy *
       Ticket: 30232455
       Entry : 01/22/20 08:31 AM

TAX included            16.00

Credit:                 16.00
Card No. : xxxxxxxxxxxx1008
Card Type: AMEX


Signature ...................
ISF no. : 633027460
```

**15**

SLC Parking at U.S. District Court
Trial - Day 2
Scottsdale adv. Satanic Temple
53387-11

```
        305 Parking Garage
        305 W Washington
        Phoenix, AZ 85003

   JF
        DATE: 01/23/20
        TIME: 04:56 PM

   Receipt no.      278/127/2/3
        * Copy *
   Ticket: 30232753
   Entry : 01/23/20 08:29 AM

TAX included          16.00

   Credit:            16.00
   Card No. : xxxxxxxxxxxx6090
   Card Type: VISA


Signature ....................
ISF no. : 633113814
```

**16**

VCC Parking - Trial Day 2
Scottsdale adv. Satanic

```
              305 Parking Garage
               305 W Washington
               Phoenix, AZ 85003
       LW
              DATE:  01/23/20
              TIME:  04:54 PM

      Receipt no.   215/127/3/3
               * Copy *
        Ticket: 30232745
         Entry : 01/23/20 08:23 AM

   TAX included            16.00

   Credit:                 16.00
   Card No. : xxxxxxxxxxxx1008
   Card Type: AMEX


   Signature ...................
   ISF no. : 633113669
```

**17**