Firm E-Mail for Official Court Documents
courtdocs@dickinsonwright.com
Scot L. Claus (#014999)
sclaus@dickinsonwright.com
Vail C. Cloar (#032011)
vcloar@dickinsonwright.com
Holly M. Zoe (#033333)
hzoe@dickinsonwright.com
DICKINSON WRIGHT PLLC
1850 N. Central Ave., Suite 1400
Phoenix, Arizona 85004-4568
Telephone: (602) 285-5000
Facsimile: (844) 670-6009
***Attorneys for Defendant City of Scottsdale***

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| The Satanic Temple, Inc., et al., | Case No.  CV 18-00621-PHX-DGC |
| Plaintiffs, | |
| v. | **NOTICE OF WITHDRAWAL OF TRANSCRIPT ORDER (DOC 93)** |
| City of Scottsdale, | |
| Defendant. | |

Defendant City of Scottsdale hereby gives notice that it is withdrawing its Transcript Order (Doc. 93) that was electronically filed with the Court yesterday, February 17, 2020.

DATED this 20th day of February, 2020.

**DICKINSON WRIGHT, PLLC**

By: */s/ Scot L. Claus*
Scot L. Claus
Vail C. Cloar
Holly M. Zoe
1850 N. Central Avenue, Suite 1400
Phoenix, Arizona 85004-4568
***Attorneys for Defendant City of Scottsdale***

- 1 -

1

**CERTIFICATE OF SERVICE**

2

3

4

     I hereby certify that on February 20, 2020, I electronically transmitted the attached document to the Clerk of the Court using the CM/ECF system, and which will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent to those indicated as non-registered participants.

5

     By:  */s/ Sheila Rath*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

4850-6819-4741 v1 [53387-11]