1

2

3

4

5

6

**de Haan Law Firm, PLLC**    and    **Kezhaya Law PLC**
101 E. Pennington St.                      1202 NE McClain Rd.
Suite 201                                           Bentonville, Arkansas 72712
Tucson, Arizona 85701                   phone: (479) 431-6112
Telephone: (520) 358-4089           fax: (479) 282-2892
Facsimile: (520) 628-4275            email: matt@kezhaya.law
Stuart P. de Haan, State Bar No. 26664    Matthew A. Kezhaya, *phv*, Ark. Bar # 2014161
Attorneys for Plaintiffs

7

**IN THE UNITED STATES DISTRICT COURT**

8

**DISTRICT OF ARIZONA**

9

**THE SATANIC TEMPLE, INC.**,

10

**MICHELLE SHORTT**,

11

**UNITED FEDERATION OF CHURCHES,**

12

**LLC** (dba "The Satanic Temple,")

13

**ADVERSARIAL TRUTH LLC** (dba "The

14

Satanic Temple – Arizona Chapter,") and

15

**THE SATANIC TEMPLE**, a voluntary group

16

of persons, without an Arizona charter,

17

formed by mutual consent for the purpose of

18

promoting   a   common   enterprise   or

19

prosecuting a common objective

20

            Plaintiffs,

21

      *v.*

22

**CITY OF SCOTTSDALE**,

23

            Defendant,

24

Case No. 18-cv-00621-DGC

**Plaintiffs' notice of appeal**

25

26

27

28

    **NOTICE IS HEREBY GIVEN** that The Satanic Temple, Inc., Michelle Shortt, United Federation of Churches, LLC (dba "The Satanic Temple,") Adversarial Truth LLC (dba "The Satanic Temple – Arizona Chapter,") and The Satanic Temple, a voluntary group of persons, without an Arizona charter, formed by mutual consent for the purpose of

1
2
3

promoting a common enterprise or prosecuting a common objective (collectively "Plaintiffs" or "Appellants,") hereby appeal to the United States Court of Appeals for the Ninth Circuit from the order and judgment entered in this action on February 6, 2020.

4
5

        Respectfully submitted on February 28, 2020,
        On behalf of Plaintiffs

6
7
8
9
10
11
12

By    /s/ Stuart P. de Haan         and  /s/ Matthew A. Kezhaya

| | |
|---|---|
| Stuart P. de Haan, | Matthew A. Kezhaya, |
| AZ Bar No. 026664 | AR Bar No. 2014161 (*pro hac vice*) |
| Attorney for Plaintiffs | Attorney for Plaintiffs |
| de Haan Law Firm, PLLC | KEZHAYA LAW PLC |
| 101 E Pennington Avenue, Suite 201 | 1202 NE McClain Rd |
| Tucson, Arizona  85701 | Bentonville AR 72712 |
| Phone  (520) 358-4089 | (479) 431-6112 |
| Fax  (520) 628-4275 | (479) 282-2892 |
| Email  stu.dehaan@gmail.com | matt@kezhaya.law |

13
14

### CERTIFICATE OF SERVICE

15
16
17

    I certify that on February 28, 2020 I electronically transmitted this document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the appropriate CM/ECF registrants. /s/ Stuart de Haan

18
19
20
21
22
23
24
25
26
27
28