| | |
|---|---|
| **de Haan Law Firm, PLLC**  and | **Kezhaya Law PLC** |
| 101 E. Pennington St. | 1202 NE McClain Rd. |
| Suite 201 | Bentonville, Arkansas 72712 |
| Tucson, Arizona 85701 | phone: (479) 431-6112 |
| Telephone: (520) 358-4089 | fax: (479) 282-2892 |
| Facsimile: (520) 628-4275 | email: matt@kezhaya.law |
| Stuart P. de Haan, State Bar No. 26664 | Matthew A. Kezhaya, *phv*, Ark. Bar # 2014161 |
| Attorneys for Plaintiffs | |

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **The Satanic Temple, Inc.** *et al.*, | Case No. 18-cv-00621-DGC |
| Plaintiffs, | |
| v. | **Proposed order denying costs in full** |
| **City of Scottsdale**, | |
| Defendant | |

COME NOW Plaintiffs, by and through counsel of record, in objection to the City's bill of costs. The Court, being well and sufficiently advised of the facts and law herein, finds and orders that the City's bill of costs should be and hereby is **DENIED IN FULL**. The parties shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Respectfully submitted on February 28, 2020,
On behalf of Plaintiffs

By  /s/ Stuart P. de Haan    and   /s/ Matthew A. Kezhaya
    Stuart P. de Haan,              Matthew A. Kezhaya,
    AZ Bar No. 026664               AR Bar No. 2014161 (*pro hac vice*)
    Attorney for Plaintiffs         Attorney for Plaintiffs
    de Haan Law Firm, PLLC          **KEZHAYA LAW PLC**
    101 E Pennington Avenue, Suite 201    1202 NE McClain Rd
    Tucson, Arizona  85701          Bentonville AR 72712
Phone   (520) 358-4089              (479) 431-6112
Fax     (520) 628-4275              (479) 282-2892
Email   stu.dehaan@gmail.com        matt@kezhaya.law

1

**CERTIFICATE OF SERVICE**

I certify that on February 28, 2020 I electronically transmitted this document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the appropriate CM/ECF registrants. /s/ Stuart de Haan