| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>MAR 3 2020<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| THE SATANIC TEMPLE, INC.; et al.,<br><br>          Plaintiffs-Appellants,<br><br> v.<br><br>CITY OF SCOTTSDALE,<br><br>          Defendant-Appellee. | No. 20-15338<br><br>D.C. No. 2:18-cv-00621-DGC<br>District of Arizona, Phoenix<br><br>ORDER |

The court's records reflect that appellants timely filed a motion listed in Federal Rule of Appellate Procedure 4(a)(4), which is still pending. The notice of appeal is therefore ineffective until entry of the order disposing of the last such motion outstanding. *See* Fed. R. App. P. 4(a)(4). Accordingly, appellate proceedings other than mediation shall be held in abeyance pending the district court's resolution of the pending motion. *See Leader Nat'l Ins. Co. v. Indus. Indem. Ins. Co.*, 19 F.3d 444, 445 (9th Cir. 1994); *Tripati v. Henman*, 845 F.2d 205, 206 (9th Cir. 1988).

Within 7 days after the district court's ruling on the pending motion, appellants shall notify this court in writing of the ruling and shall advise whether appellants intend to prosecute this appeal.

LCC/MOATT

To appeal the district court's ruling on the post-judgment motion, appellants must file an amended notice of appeal within the time prescribed by Federal Rule of Appellate Procedure 4.

The Clerk shall serve this order on the district court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Lance C. Cidre
Deputy Clerk
Ninth Circuit Rule 27-7