IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| The Satanic Temple, Inc, et al.,<br><br>          Plaintiffs,<br><br>v.<br><br>City of Scottsdale, et al.,<br><br>          Defendants, | No.  CV-18-00621-PHX-DGC<br><br>JUDGMENT ON<br>TAXATION OF COSTS |

Final judgment having been entered, defendants filed a Bill of Costs on February 19, 2020 seeking the taxation of $4,879.90. An objection was filed by the plaintiffs on February 28, 2020. A Motion for Reconsideration was filed by the plaintiffs on February 28, 2020. A response was filed by the defendants on March 27, 2020. A reply was filed by the plaintiffs on April 3, 2020. An Order was filed on April 9, 2020 denying the plaintiffs' Motion to Reconsider. The matter has been reviewed and taxable costs have been awarded as follows.

1. **<u>Transcript Fees</u>** – Pursuant to LRCiv 54.1(e)(2)(3), the $3,285.18 claimed is reduced to **$2,817.07**. Court Transcripts are not taxable and the following claims are denied:
    - 05/23/2019 – Transcript of 08/09/18 Scheduling Conference - $46.75
    - 07/25/2019 – Transcript of MSJ Oral Argument - $254.10

   Fees for overnight shipment of deposition exhibits and other documents are not

taxable and the following claim is denied:

- 09/24/2019 – UPS Store overnight shipment - $167.26

2. **Printing Fees** - Pursuant to LRCiv 54.1(e)(5), the **$143.00** claimed is allowed.

3. **Witness Fees** – Pursuant to LRCiv 54.1(e)(4), the $212.24 claimed is reduced to **$80.00.**

4. **Other Costs -** Pursuant to LRCiv 54.1(e)(10), the $1,239.48 claimed is reduced to **$00.00**. Counsel's other expenses incurred in arranging for and attending a deposition are not taxable. Parking expenses for counsel cannot be taxed. The following claims are denied:

- 09/07/2019 – Round trip airfare – $552.60
- 09/25/2019 – Hotel for one night - $458.65
- 09/23/2019 – Office space for depositions in Boston - $112.80
- 09/25/2019 – Car service from hotel to airport - $27.16
- 01/22/2020 – Parking - $16.00
- 01/22/2020 – Parking - $16.00
- 01/23/2020 – Parking - $16.00
- 01/23/2020 – Parking - $16.00

The costs are hereby taxed for the defendants and against the plaintiffs in the amount of **$3,040.07**.

DATED this 16th day of April 2020
DEBRA D. LUCAS, ACTING CLERK

By: _____Michael O'Brien_____
Michael O'Brien
Chief Deputy Clerk

- 2 -