☐ AO 435
AZ Form (Rev. 10/2018)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

FOR COURT USE ONLY
DUE DATE:

| 1. NAME Matthew A. Kezhaya | 2. PHONE NUMBER 4794316112 | 3. DATE 04/23/2020 |
|---|---|---|

| 4. FIRM NAME Kezhaya Law PLC |
|---|

| 5. MAILING ADDRESS 1202 NE McClain Rd. | 6. CITY Bentonville | 7. STATE AR | 8. ZIP CODE 72712 |
|---|---|---|---|

| 9. CASE NUMBER 2:18-cv-621 | 10. JUDGE David G. Campbell | DATES OF PROCEEDINGS |  |
|---|---|---|---|
|  |  | 11. 08/09/2018 | 12. 01/23/2020 |

| 13. CASE NAME The Satanic Temple et al v. City of Scottsdale | LOCATION OF PROCEEDINGS |  |
|---|---|---|
|  | 14. Phoenix | 15. STATE AZ |

16. ORDER FOR
- ☒ APPEAL
- ☐ NON-APPEAL
- ☐ CRIMINAL
- ☒ CIVIL
- ☐ CRIMINAL JUSTICE ACT
- ☐ IN FORMA PAUPERIS
- ☐ BANKRUPTCY
- ☐ OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested.)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE |  | ☒ TESTIMONY (Specify) all testimony | 01/22/2020 - 01/23/2020 |
| ☒ OPENING STATEMENT (Plaintiff) |  |  |  |
| ☒ OPENING STATEMENT (Defendant) |  |  |  |
| ☒ CLOSING ARGUMENT (Plaintiff) |  | ☒ PRE-TRIAL PROCEEDING Motion to dismiss hearing | 08/09/2018 |
| ☒ CLOSING ARGUMENT (Defendant) |  |  |  |
| ☐ OPINION OF COURT |  |  |  |
| ☐ JURY INSTRUCTIONS |  | ☐ OTHER (Specify) |  |
| ☐ SENTENCING |  |  |  |
| ☐ BAIL HEARING |  |  |  |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (Check all that apply.) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | ☐ | ☐ |  | ☐ PAPER COPY |  |
| 14 DAYS | ☐ | ☐ |  |  |  |
| 7 DAYS (expedited) | ☐ | ☒ |  | ☒ PDF (e-mail) |  |
| 3 DAYS | ☐ | ☐ |  |  |  |
| DAILY | ☐ | ☐ |  | ☐ ASCII (e-mail) |  |
| HOURLY | ☐ | ☐ |  |  |  |
| REALTIME | ☐ | ☐ |  |  |  |

E-MAIL ADDRESS: matt@kezhaya.law

CERTIFICATION (19. & 20.)  By signing below, I certify that I will pay all charges (deposit plus additional).

**NOTE: IF ORDERING MORE THAN ONE FORMAT, THERE WILL BE AN ADDITIONAL CHARGE.**

19. SIGNATURE /s/ Matthew A. Kezhaya

20. DATE 04/23/2020

| TRANSCRIPT TO BE PREPARED BY |  |  | ESTIMATE TOTAL |  |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID |  |  | DEPOSIT PAID |  |
| TRANSCRIPT ORDERED |  |  | TOTAL CHARGES |  |
| TRANSCRIPT RECEIVED |  |  | LESS DEPOSIT |  |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT |  |  | TOTAL REFUNDED |  |
| PARTY RECEIVED TRANSCRIPT |  |  | TOTAL DUE |  |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY